Lee D. Winston
lwinston@winstoncooks.com
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:   (205) 502-0970
Facsimile:   (205) 278-5876

Attorneys for the Plaintiff and the Proposed Class and Collective Members

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated, | **CLASS ACTION** |
| Plaintiffs, | |
| vs. | NOTICE OF APPEARANCE |
| | Civil Action No.: |
| WORKDAY, INC., | 4:23-cv-00770 |
| Defendant. | |

## NOTICE OF APPEARANCE

Comes now, Roderick T. Cooks of the law firm Winston Cooks, LLC and enters a notice of appearance in the above captioned case on behalf of the Plaintiff, Derek L. Mobley, and the Proposed Class and Collective Members.

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
Attorney for the Plaintiff and Proposed
Class and Collective Members
*Pro Hac Vice Application Forthcoming*

**OF COUNSEL**:
Lee D. Winston
lwinston@winstoncooks.com
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite 2200
Birmingham, AL 35203
Telephone:      (205) 502-0970
Facsimile:      (205) 278-5876