JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

JUSTIN M. WASHINGTON (SBN 334389)
justin.washington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071
Telephone:   (213) 629-2020
Facsimile:    (213) 612-2499

Attorneys for Defendant
WORKDAY, INC.

LEE D. WINSTON
lwinston@winstoncooks.com
RODERICK T. COOKS
rcooks@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:   (205) 502-0970
Facsimile:    (205) 278-5876

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-770-TSH<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Date Filed: February 21, 2023<br>Trial Date: None Set<br>Judge: Hon. Thomas S. Hixson |

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff filed *Mobley v. Workday, Inc.*, Case No. 3:23-cv-770-TSH, in the United States District Court for the Northern District of California on February 21, 2023. ECF No. 1.
2. On April 26, 2023, Plaintiff served the Summons and Complaint on Defendant. ECF No. 8.
3. Defendant's deadline to respond to Plaintiff's Complaint is May 17, 2023, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.
4. On May 1, 2023, Defendant requested, and Plaintiff thereafter agreed, to extend Defendant's deadline to respond to the Complaint to July 17, 2023.
5. Thus, the Parties hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint is July 17, 2023.

**IT IS SO STIPULATED.**

//

//

//

//

Dated: May 4, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Julie A. Totten_____
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.

Dated: May 8, 2023                    WINSTON COOKS, LLC

By: _____/s/ Lee Winston_____
LEE D. WINSTON
RODERICK T. COOKS
Attorneys for Plaintiff
DEREK MOBLEY