1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   DEREK MOBLEY,                          Case No.  23-cv-00770-TSH
8                Plaintiff,
9        v.                                **ORDER REASSIGNING CASE**
10  WORKDAY, INC.,
11               Defendant.
12
13       IT IS ORDERED that this case has been reassigned using a proportionate, random and
14  blind system pursuant to General Order No. 44 to the Honorable Yvonne Gonzalez Rogers in the
15  Oakland division for all further proceedings.  Counsel are instructed that all future filings shall
16  bear the initials YGR immediately after the case number.
17       All hearing and trial dates presently scheduled are vacated.  However, existing briefing
18  schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge
19  to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior
20  briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also
21  remain unchanged.
22  Dated:  May 12, 2023
23
24  _____
25  Mark B. Busby
    Clerk, United States District Court
26
27
28  A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
Northern District of California