JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759

JUSTIN M. WASHINGTON (STATE BAR NO. 334389)
justin.washington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071
Telephone:	(213) 629-2020
Facsimile:	(213) 612-2499

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 4:23-cv-00770-YGR<br><br>**DEFENDANT WORKDAY, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Workday, Inc. ("Workday") has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, Workday certifies that it is not presently aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.  Furthermore, Workday certifies that it is not presently aware of any other non-party persons, associations of persons, firms, partnerships, corporations, or other entities that have a financial or non-financial interest in the subject matter in controversy or in a party to the proceeding.  Should the circumstances change such that other entities develop a financial or non-financial interest in the subject matter of this proceeding, or Workday becomes aware of such entities, it will file a supplemental Certification consistent with Civil L.R. 3-15.

Dated: July 17, 2023.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Julie A. Totten*
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.