Lee D. Winston
lwinston@winstoncooks.com
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:     (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKDAY, INC. <br><br> Defendant. | **CLASS ACTION** <br> DECLARATION OF RODERICK T. COOKS IN SUPPORT OF MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING [OPPOSED] [N.D. Cal. LR 6-3] |

**DECLARATION IN SUPPORT OF MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING**

I, Roderick T. Cooks, do hereby declare and state as follows:

I represent Plaintiff Derek L. Mobley (hereafter collectively "Plaintiff") in reference to the instant lawsuit pending before the Northern District of California.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth below.

In support of this declaration, the Plaintiff states the following:

1.    Plaintiff filed the instant action against the Defendant in the United States District Court for the Northern District of California on February 21, 2023.  (See, ECF, Doc.#1).

2.    On May 9, 2023, the Plaintiff stipulated to the Defendant receiving a 60-day extension of time to respond to the Plaintiff's Complaint.  (See, ECF, Doc.#10).

3.    On May 11, 2023, the Court granted the Parties' stipulated request and entered an order extending the deadline for the Defendant to file any response to the Plaintiff's Complaint until July 17, 2023.  (ECF, Doc.#12).

4.    The Defendant filed a Motion to Dismiss Plaintiff's Complaint in its entirety on July 17, 2023.  (ECF, Doc.#17).  The filing also set the hearing date for the Motion for 09/12/2023 in Oakland, Courtroom 1, 4th Floor.  (Id.).

5.    On July 21, 2022, via email, undersigned counsel asked Defendant's counsel whether there was any objection to the Plaintiff seeking an additional 30-days to respond to the Defendant's motion to dismiss.

6.    Undersigned counsel assumed that this was a perfunctory request as Defendant's counsel had represented back in May 2023 that any courtesy extended by the Plaintiff regarding briefing extensions would be reciprocated.

7.    Defendant's response was "Let me check with my team and I will circle back early next week."

8.    On Monday, July 24, 2023, the Defendant's counsel explained that it could not stipulate a 30-day extension because the case was now before an Article III judge whereas before it was in front of a Magistrate.

Declaration in Support of Motion to
Change Due Date For Responsive Pleading          Case No. 4:23-cv-00770-YGR

9.     As a consolation offer, Defendant agreed not to oppose a Motion to the Court for an extension of time but requested a draft to be circulated for a 30-day extension of time motion so that they can carve time to review the non-stipulation.  The harm and prejudice in not granting the extension would be substantial and deny the Plaintiff the chance to fully brief the Defendant's July 17, 2023, Motion to Dismiss.  As that motion seeks to dismiss the action in its entirety with prejudice, the Plaintiff and the putative class would be denied an opportunity to litigate their case under the stipulated need for an extended briefing schedule as previously agreed too.  The Defendant now seeks to have the Court review whether the Plaintiff really does need that extension.

10.     Furthermore, Plaintiff's counsel must travel this week to a mandatory conference in the Northern District of Illinois in *EEOC et al. v. DHL Express,* 10-06139 which will keep counsel out of the office this week.

11.     Additionally, in August, counsel has previously planned vacation, discovery depositions and pre-trial deadlines, including preparation of pre-trial order and conference in *Fitzpatrick v. Koch Foods of Alabama*, LLC 2:19-cv-00553 pending in the Middle District of Alabama.

12.     With Plaintiff's counsel's travel schedule, work commitments and the impending July 31, 2023, deadline to file the opposition in this case, Plaintiff is filing his motion for extension of time.

 Dated:  July 25, 2023

Declaration in Support of Motion to
Change Due Date For Responsive Pleading                    Case No. 4:23-cv-00770-YGR

Respectfully submitted,

/s/Roderick T. Cooks
*Roderick T. Cooks*
*Attorney for the Plaintiff and the*
*Proposed Classes (pro hac pending)*

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:     (205) 278-5876

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all persons listed below via the Court's ECF filing system:

Julie A. Totten
Kayla Delgado Grundy
Orrick
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
T +1-916-329-4908
M +1-916-835-1880
jatotten@orrick.com
kgrundy@orrick.com

Done this the **25th** day of July, 2023.

s/Roderick T. Cooks
Of Counsel

Declaration in Support of Motion to
Change Due Date For Responsive Pleading                    Case No. 4:23-cv-00770-YGR