Lee D. Winston
lwinston@winstoncooks.com
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Attorneys for the Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WORKDAY, INC.<br><br>　　　　Defendant. | **CLASS ACTION**<br>.<br>MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING [OPPOSED] AND PROPOSED ORDER<br>[N.D. Cal. LR 6-3] |

**ORDER**

The Court, having considered Plaintiff's Stipulated Motion to Change Due Date for Responsive Pleading, and for good cause shown hereby grants the relief sought by said motion in its entirety as follows:

**Opposition to Motion to Dismiss due by August 30, 2023.**

Dated: **July 25, 2023.**

　　　　　　　　　　　　　　　IT IS SO ORDERED.

1

<u>YVONNE GONZALEZ ROGERS</u>
UNITED STATES DISTRICT JUDGE