UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY**, *for and on behalf of himself and other persons similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**WORKDAY, INC.**,<br><br>Defendant. | Case No. 4:23-cv-00770-YGR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 19 |

The Court is in receipt of plaintiff Derek L. Mobley ("Mobley")'s request for an extension of his deadline to file a response to defendant Workday, Inc.'s motion to dismiss. (Dkt. No. 19.) On page four of that request, plaintiff's counsel, Roderick T. Cooks, represents that his *pro hac vice* application to practice in this District is "pending."[1] (*Id.*)

The Court notes that Mr. Cooks has <u>not</u> filed a *pro hac vice* application in this action. Further, in contravention of Local Rule 3-4(a), Mr. Cooks fails to include his state bar number on the first page of his filing.[2]

Because Mr. Cooks has not demonstrated he is licensed to practice in this District and in the interests of judicial efficiency, the Court **ORDERS** plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff shall e-file a response to this order by no later than **Monday, July 31, 2023**.

Briefing is hereby **SUSPENDED** pending plaintiff's response to this order.

**IT IS SO ORDERED.**

---

[1] Attorney Lee D. Winston is also listed on the motion, but he is not a signatory to it. Mr. Winston has also not entered an appearance in this case.

[2] The Court further notes that plaintiff miscaptioned his motion. This Court sits in Oakland, California, not San Jose.

Dated: July 25, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**