Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Attorney for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, <br><br> v. <br><br> WORKDAY, INC. <br><br>          Defendant. | **CLASS ACTION** <br> RESPONSE TO ORDER TO SHOW CAUSE <br> [Dkt. No. 20]Plaintiffs, |

**RESPONSE TO ORDER TO SHOW CAUSE**

**Comes now**, Plaintiff Derek Mobley, by and through undersigned counsel, and responds to the Court's Order that plaintiff to show cause why the instant action should not be dismissed for failure to prosecute. Plaintiff responds as follows:

1. Last week Plaintiff filed a Motion For Extension of time to respond to Defendant's Motion to Dismiss.

2. The signature block of Plaintiff's counsel's motion incorrectly stated pro hac pending rather than forthcoming. This was a scrivener's error.

3. Counsel expects to have local counsel on board in fifteen-days (15) or August 14, 2023, as an earlier plan was unsuccessful.

4. Counsel apologizes for the error and dismissal of the action is not warranted. See *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000) "Dismissal is a harsh penalty, however, and should therefore be imposed only in extreme circumstances."

**Wherefore premises considered**, undersigned requests that the case not be dismissed for failing to prosecute.

Dated: **July 31, 2023**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
State of Alabama Bar: 5819O78R
Attorney for the Plaintiff and the
Proposed Classes *(pro hac forthcoming)*

**OF COUNSEL**:
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document on all persons listed below via the Court's ECF filing system:

Julie A. Totten
Kayla Delgado Grundy
Orrick
405 Howard Street
San Francisco, CA 94105
jatotten@orrick.com
kgrundy@orrick.com

Done this the 31st day of July, 2023.

                                                                  s/Roderick T. Cooks
                                                                   Of Counsel