UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY**, *for and on behalf of himself and other persons similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**WORKDAY, INC.**,<br><br>Defendant. | Case No. 4:23-cv-00770-YGR<br><br>**MISCELLANEOUS ORDER**<br><br>Re: Dkt. No. 19 |

The Court is in receipt of counsel's response. (*See* Dkt. No. 21.) This case has been pending since February 21, 2023. The application should have been filed months ago. The Court does not appreciate such dilatory conduct but will provide the requested 15 days. Should the application with local counsel not be filed by **August 16, 2023**, the case will be dismissed without prejudice for failure to prosecute. Assuming an application is filed, opposition to the motion to dismiss shall be filed by **August 31, 2023**, with a reply due **ten (10)** days thereafter.

**IT IS SO ORDERED.**

Dated: August 1, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE