Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:     (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | **CLASS ACTION** <br> MOTION FOR AN ADDITIONAL FOURTEEN (14) DAYS TO SECURE LOCAL COUNSEL |
| v. | OPPOSITION UNKNOWN |
| WORKDAY, INC. <br>         Defendant. | |

**MOTION FOR AN ADDITIONAL FOURTEEN (14) DAYS TO OBTAIN LOCAL COUNSEL**

**Comes now**, Plaintiff Derek Mobley, by and through undersigned counsel, and respectfully requests an additional fourteen (14) days to secure local counsel.   As grounds for this motion, the Plaintiff shows the following:

1. On August 1, 2023, this Court entered an Order directing undersigned counsel to file *pro*

*hac vice* applications along with a designation of local counsel by August 16, 2023 or face dismissal without prejudice, which operates as a dismissal with prejudice for the Title VII, ADEA, and ADA claims.

2, Undersigned has contacted four (4) separate law firms to serve as local counsel and are having further discussions with two of them on their willingness to act in that capacity.

3. Plaintiff's counsel is representing Mr. Mobley on a contingency basis and the same terms would apply to any local counsel. Such an arrangement requires most firms to take a long look at the financial risks associated with joining such an endeavor, which is what's happening here.

4. Moreover, complex civil rights litigation involving numerous challenges to institutional practices or conditions demands many hours of lawyers' services that most firms are unwilling to commit to on a contingency basis. As the Supreme Court observed in *City of Riverside v. Rivera,* 477 U.S. 561, 576 (1986), because civil rights cases frequently net small recoveries they are not as attractive to lawyers as say personal injury matters.

5. No party is prejudiced by this motion and the requested relief is not sought for purposes of delay. Undersigned counsel apologizes for any inconvenience to the Court and the parties; however, a prior candidate for local counsel did not work out.

6. Undersigned counsel contacted Defendant's counsel about any objections it may have to the relief sought by this motion and any opposition is unknown.

Wherefore, premises considered, the Plaintiff respectfully requests an additional fourteen (14) days to obtain local counsel.

**Dated: August 14, 2023**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
State of Alabama Bar: 5819O78R
Attorney for the Plaintiff and the
Proposed Classes *(pro hac forthcoming)*

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:     (205) 278-5876

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all persons listed below via the Court's ECF filing system:

Julie A. Totten
Kayla Delgado Grundy
Orrick
405 Howard Street
San Francisco, CA 94105
jatotten@orrick.com
kgrundy@orrick.com

Done this the **14th** day of August 2023.

s/Roderick T. Cooks
Of Counsel
