UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY**, *for and on behalf of himself and other persons similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**WORKDAY, INC.**,<br><br>Defendant. | Case No. 4:23-cv-00770-YGR<br><br>**MISCELLANEOUS ORDER**<br><br>Re: Dkt. No. 23 |

The Court is in receipt of plaintiff's Motion for Additional Time to Secure Local Counsel. (Dkt. No. 23.) As the Court emphasized in its order dated August 1, 2023 (Dkt. No. 22), this case has been pending for over five months. Plaintiff's counsel should have already secured local counsel. The Court nevertheless finds good cause exists to grant plaintiff's request for an extension. Plaintiff's counsel is put on notice that, should he fail to secure local counsel and notify the Court thereof by **August 30, 2023**, this case will be dismissed without prejudice for failure to prosecute. Assuming local counsel is secured and plaintiff's counsel files a *pro hac vice* application on or before August 30, 2023, opposition to the motion to dismiss shall be filed by **September 13, 2023**, with a reply due **ten (10) days** thereafter.

**IT IS SO ORDERED.**

Dated: August 17, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**