# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Greer M. Lynch**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **LEE DAVID WINSTON** was duly admitted to practice in said Court on **JUNE 11, 1992**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 4, 2023.

GREER M. LYNCH, CLERK

By: Kassidy N. St. John, Deputy Clerk