|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Derek Mobley,

      Plaintiff(s),

  v.

Workday, Inc.,

      Defendant(s).

Case No. 4:23-cv-00770-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, _____, an active member in good standing of the bar of Alabain _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Derek Mobley on behalf of himself in the above-entitled action. My local co-counsel in this case is Jay Greene _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

351 24th Street North
Box 122
MY ADDRESS OF RECORD

2054825174
MY TELEPHONE # OF RECORD

rcooks@winstoncooks.com
MY EMAIL ADDRESS OF RECORD

447 Sutter Street Suite 435
San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-905-0215
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

greeneattorney@gmail.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5819O78R.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2023

*Roderick T. Cooks*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California