# UNITED STATES DISTRICT COURT
## Northern District of Alabama



Greer M. Lynch
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **RODERICK TWAIN COOKS** was duly admitted to practice in said Court on **NOVEMBER 3, 1999**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 4, 2023.

GREER M. LYNCH, CLERK

By: _____
Kassidy N. St. John, Deputy Clerk