UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Mobley , <br><br> Plaintiff(s), <br><br> v. <br><br> Workday, Inc. , <br><br> Defendant(s). | Case No. 4:23-cv-00770-YGR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, <u>Lee Winston, an active mem</u>ber in good standing of the bar of <u>Alabama</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Derek Mobley on behalf of himsel</u> in the above-entitled action. My local co-counsel in this case is <u>Jay Greene</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>297803</u>.

| | |
|---|---|
| 351 24th Street North <br> Box 122 <br> MY ADDRESS OF RECORD | 447 Sutter Street Suite 435 <br> San Francisco, CA 94108 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 205-482-3551 <br> MY TELEPHONE # OF RECORD | 415-905-0215 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lwinston@winstoncooks.com <br> MY EMAIL ADDRESS OF RECORD | greeneattorney@gmail.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>6407O72L</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>zero</u> times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2023

*Lee Winston*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Lee Winston___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 31, 2023

_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



Greer M. Lynch
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **LEE DAVID WINSTON** was duly admitted to practice in said Court on **JUNE 11, 1992**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 4, 2023.

GREER M. LYNCH, CLERK

By: Kassidy N. St. John, Deputy Clerk