UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Mobley , <br>     Plaintiff(s), <br> v. <br> Workday, Inc. , <br>     Defendant(s). | Case No. 4:23-cv-00770-YGR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, __Roderick Cooks__, an active member in good standing of the bar of __Alabama__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Derek Mobley on behalf of himself__ in the above-entitled action. My local co-counsel in this case is __Jay Greene__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __297803__.

| | |
|---|---|
| 351 24th Street North <br> Box 122 | 447 Sutter Street Suite 435 <br> San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 2054825174 | 415-905-0215 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rcooks@winstoncooks.com | greeneattorney@gmail.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5819O78R__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2023

*Roderick T. Cooks*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Roderick Cooks__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 31, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Updated 11/2021                     2

## UNITED STATES DISTRICT COURT
### Northern District of Alabama

**Greer M. Lynch**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **RODERICK TWAIN COOKS** was duly admitted to practice in said Court on **NOVEMBER 3, 1999**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 4, 2023.

GREER M. LYNCH, CLERK

By: _____
Kassidy N. St. John, Deputy Clerk