JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759

JUSTIN M. WASHINGTON (STATE BAR NO. 334389)
justin.washington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071
Telephone:	(213) 629-2020
Facsimile:	(213) 612-2499

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WORKDAY, INC.<br><br>　　　　　　Defendant. | Case No. 4:23-cv-00770-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant") (collectively, the Parties), by and through their respective counsel of record, hereby stipulate to a continuance of the initial case management conference presently scheduled for October 2, 2023 at 2:00 p.m. and all related deadlines. This stipulation and request is based on the following:

1. Plaintiff filed this case as a putative class action alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 1981, the Americans with Disabilities Act, and the Age Discrimination in Employment Act of 1967 on February 21, 2023.

2. Defendant was served with the Complaint on April 25, 2023 through its agent for service of process.

3. On May 3, 2023, the parties agreed to a 60-day extension of time for Defendant to respond to the Complaint, making the responsive deadline July 17, 2023.

4. On July 17, 2023, Defendant moved to dismiss the Complaint on the grounds that Plaintiff failed to state a claim upon which relief can be granted and failed to exhaust administrative remedies setting a hearing date of September 12, 2023.

5. Per the Court's August 17, 2023 Order, Plaintiff's Opposition to Defendant's motion to dismiss is due on September 13, 2023.

6. Defendant's reply in support of its motion to dismiss is currently due September 25, 2023 and the hearing on Defendant's motion is scheduled for October 10, 2023 at 2:00 p.m.

7. The parties agree that the Court's ruling on Defendant's motion could have a material impact on scheduling, alternative dispute resolution options, and the scope of discovery moving forward. Particularly given the breadth of Plaintiff's allegations and the potential implication of discovery from unknown third-party employers, the Parties agree the interests of efficient allocation of resources and judicial economy are best served by continuing the currently scheduled case management conference until a time after the pleadings are set and the case is at issue.

1  NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, by and through the
2  undersigned counsel of record that the October 2, 2023 initial case management conference and
3  all related deadlines, including those imposed by Federal Rule of Civil Procedure 26, be
4  continued (subject to the Court's approval) to 30 days following the filing of Defendant's
5  Answer.

Dated: September 13, 2023.                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                              By: _____/s/ Julie A. Totten_____
                                                        JULIE A. TOTTEN
                                                        ERIN M. CONNELL
                                                        KAYLA D. GRUNDY
                                                        ALEXANDRIA R. ELLIOTT
                                                        JUSTIN M. WASHINGTON
                                                        Attorneys for Defendant
                                                        WORKDAY, INC.

Dated: September 13, 2023.                    WINSTON COOKS LLC


                                              By:         /s/ Roderick T. Cooks
                                                        LEE D. WINSTON
                                                        RODERICK T. COOKS
                                                        Attorneys for Plaintiff
                                                        DEREK MOBLEY

                                                        *ADMITTED PRO HAC VICE*


I hereby attest that the concurrence in the filing of this document has been obtained from
Roderick T. Cooks, Attorney for Plaintiff.


Dated:  September 13, 2023                    _____/s/ Julie A. Totten_____
                                                        JULIE A. TOTTEN

**[PROPOSED] ORDER**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

The initial case management conference scheduled for October 2, 2023 is continued to _____, at _____ a.m./p.m. All related deadlines triggered by the date of the initial case management conference are similarly continued and shall proceed pursuant to Code and/or this Court's Procedures based on the new conference date.

IT IS SO ORDERED.

Dated: _____           By:_____
                                                                      Hon. Yvonne Gonzalez Rogers
                                                                      District Court Judge