Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>v.<br><br>WORKDAY, INC.<br><br>          Defendant. | Case No. 4:23-cv-00770-YGR<br><br>PLAINTIFF'S REQUEST THAT THE COURT TAKE JUDICIAL NOTICE OF MATERIALS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DFEENDANT'S MOTION TO DISMISS (ECF#17) |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Plaintiff

hereby requests that in considering their Opposition to Defendant's Motion to Dismiss, the Court

take judicial notice of the following:

1. Excerpt from Workday 10k For Fiscal Year Ending January 31, 2022 found
   https://app.quotemedia.com/data/downloadFiling?webmasterId=101533&ref=116503169
   &type=PDF&symbol=WDAY&companyName=Workday+Inc.&formType=10-
   K&dateFiled=2022-02-28&CK=1327811;

Request for Judicial Notice ISO Opposition to Defendant's
Motion to Dismiss

2. How AI and ML Are Powering Future of Work found at https://blog.workday.com/en-us/2023/how-ai-and-ml-are-powering-future-work.html;

3. Excerpt from Workday 10k For Fiscal Year Ending January 31, 2023, pg. 2, 5 found at https://app.quotemedia.com/data/downloadFiling?webmasterId=101533&ref=117287473&type=PDF&symbol=WDAY&companyName=Workday+Inc.&formType=10-K&dateFiled=2023-02-27&CK=1327811;

4. Workday Recruiting found at https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-recruiting.pdf;

5. Workday Government Cloud Overview found at https://forms.workday.com/en-us/other/workday-government-cloud-overview/form.html?step=step1_default;

6. Workday Talent Management found at https://www.workday.com/en-us/products/talent-management/talent-acquisition.html; and,

7. Table of Non-Motion to Dismiss Cases.

Courts may consider matters that are proper subjects of judicial notice under Rule 201 of the Federal Rules of Evidence . . .as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice. *In re American Apparel, Inc. Shareholder Litigation,* 855 F.Supp.2d 1043, 1060 (C.D. Cal. 2012); *Perkins v. LinkedIn Corporation,* 53 F.Supp.3d 1190, 1203-04 (2014) ("[T]he Court also may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed.R.Evid. 201(b). Proper subjects of judicial notice when ruling on a motion to dismiss include legislative history reports, court documents already in the public record and documents filed in other courts, and publicly accessible websites. . .") (internal

Request for Judicial Notice ISO Opposition to Defendant's Motion to Dismiss

citations omitted); *Dillon v. Hourihane,* LLP, 2014 WL 5409040, *3 (N.D. Cal. 2014). *Peel v.*

*Brooks America Mortg. Corp.,* 788 F. Supp. 2d 1149, 1157 (C.D. Cal. 2011). As it relates to this

case, courts can consider securities offerings and corporate disclosure documents that are

publicly available. See *Metzler Inv. GMBH v. Corinthian Colleges, Inc.,* 540 F.3d 1049, 1064 n.

7 (9th Cir. 2008).

       Exhibits are appropriate for judicial notice because they are documents from the

Defendant's website and SEC filings. Because of this, their authenticity is not subject to dispute.

       **Dated: September 13, 2023**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks *(admitted pro hac vice)*
Lee Winston *(admitted pro hac vice)*
Attorney for the Plaintiff and the Proposed
Classes

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:   (205) 502-0970
Facsimile:   (205) 278-5876

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

Request for Judicial Notice ISO Opposition to Defendant's
Motion to Dismiss

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document on all persons listed below via the Court's ECF filing system:

Julie A. Totten
Kayla Delgado Grundy
Orrick
405 Howard Street
San Francisco, CA 94105
jatotten@orrick.com
kgrundy@orrick.com

Done this the **13th** day of September 2023.

<u>s/Roderick T. Cooks</u>
Of Counsel

Request for Judicial Notice ISO Opposition to Defendant's
Motion to Dismiss

Ex. 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-K

---

(Mark One)

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended January 31, 2022**
OR

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For transition period from _____to _____
Commission File Number 001-35680

---

# WORKDAY, INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-2480422** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**6110 Stoneridge Mall Road**
**Pleasanton, California 94588**
(Address of principal executive offices, including zip code)

**(925) 951-9000**
(Registrant's telephone number, including area code)

---

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.001 | WDAY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

**Securities registered pursuant to section 12(g) of the Act:**
None

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act of 1933 ("Securities Act").   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934 ("Exchange Act").   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The aggregate market value of the voting and non-voting stock of the registrant as of July 31, 2021 (based on a closing price of $234.40 per share) held by non-affiliates was approximately $44.7 billion. As of February 24, 2022, there were approximately 196 million shares of the registrant's Class A common stock, net of treasury stock, and 55 million shares of the registrant's Class B common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement for its 2022 Annual Meeting of Stockholders ("Proxy Statement"), to be filed within 120 days of the registrant's fiscal year ended January 31, 2022, are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. Except with respect to information specifically incorporated by reference in this Form 10-K, the Proxy Statement is not deemed to be filed as part of this Form 10-K.

## TABLE OF CONTENTS

### PART I

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 8 |
| Item 1B. | Unresolved Staff Comments | 32 |
| Item 2. | Properties | 33 |
| Item 3. | Legal Proceedings | 33 |
| Item 4. | Mine Safety Disclosures | 33 |

### PART II

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 34 |
| Item 6. | Reserved | 36 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 49 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 51 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 90 |
| Item 9A. | Controls and Procedures | 90 |
| Item 9B. | Other Information | 91 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 91 |

### PART III

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers, and Corporate Governance | 92 |
| Item 11. | Executive Compensation | 92 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 92 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 92 |
| Item 14. | Principal Accountant Fees and Services | 92 |

### PART IV

| | | |
|---|---|---|
| Item 15. | Exhibits and Financial Statement Schedules | 93 |
| Item 16. | Form 10-K Summary | 96 |
| | Signatures | 97 |

# PART I

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

*This report contains forward-looking statements, which are subject to safe harbor protection under the Private Securities Litigation Reform Act of 1995. All statements contained in this report other than statements of historical fact, including statements regarding our future operating results and financial position, business strategy and plans, and objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "seek," "plan," and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations, beliefs, and projections about future events, conditions, and trends that we believe may affect our financial condition, operating results, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements are subject to a number of risks, uncertainties, assumptions, and changes in circumstances that are difficult to predict and many of which are outside of our control, including those arising from the impact of the coronavirus pandemic ("COVID-19 pandemic"), as well as those described in the "Risk Factors" section, which we encourage you to read carefully. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make.*

*In light of these risks, uncertainties, assumptions, and potential changes in circumstances, the future events, conditions, and trends discussed in this report may not occur and actual results could differ materially and adversely from those anticipated or implied by the forward-looking statements. Accordingly, you should not rely upon any forward-looking statements. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, levels of activities, performance, or achievements. We are under no duty to update any of these forward-looking statements after the date of this report or to conform these statements to actual results or revised expectations, except as required by applicable law. If we do update any forward-looking statements, no inference should be drawn that we will make additional updates with respect to those or other forward-looking statements.*

*As used in this report, the terms "Workday," "registrant," "we," "us," and "our" mean Workday, Inc. and its subsidiaries unless the context indicates otherwise.*

*Our fiscal year end on January 31. References to fiscal 2022, for example, refer to the year ended January 31, 2022.*

## ITEM 1. BUSINESS

### Overview

Workday is a leading provider of enterprise cloud applications for finance and human resources, helping customers adapt and thrive in a changing world. Workday provides more than 9,500 organizations with software-as-a-service solutions to help solve some of today's most complex business challenges, including supporting and empowering their workforce, managing their finances and spend in an ever-changing environment, and planning for the unexpected.

Our purpose is to inspire a brighter work day for all. We strive to make the world of work and business better, and hope to empower customers to do the same through an innovative suite of solutions adopted by thousands of organizations around the world and across industries – from medium-sized businesses to more than 50% of the *Fortune* 500. Central to our purpose is a set of core values – with our employees as number one – followed by customer service, innovation, integrity, fun, and profitability. We believe that having happy employees leads to happy customers, and we are committed to helping our customers drive their digital transformations in this increasingly dynamic business environment.

As organizations adapt to changing conditions, we believe the need for an intuitive, scalable, and secure platform that ties finance, people, suppliers, and plans together in one version of truth is more important than ever. Workday provides organizations with a unified system that can help them plan, execute, analyze, and extend to other applications and environments, thereby helping them continuously adapt how they manage their business and operations. To support this, Workday delivers weekly product updates in addition to major feature releases twice a year. Through this model, Workday customers are able to stay current as one Workday community all on the same version of software that features a unified data and security model and rich user experience. We sell our solutions worldwide primarily through direct sales. We also offer professional services, both directly and through our Workday Services Partners, to help customers deploy our solutions and continually adopt new capabilities.

To grow our unified suite of Workday applications, we primarily invest in research and development, but we also selectively acquire companies that are consistent with our design principles, existing product set, corporate strategy, and company culture. For example, in fiscal 2022, we acquired Peakon ApS ("Peakon"), a continuous listening platform that captures real-time employee sentiment; Zimit, a configure, price, quote ("CPQ") solution built for services industries; and VNDLY, a cloud-based external workforce and vendor management technology; and in fiscal 2020, we acquired Scout RFP ("Scout"), a strategic sourcing company.

## Our Capabilities

Workday's suite of enterprise cloud applications addresses the evolving needs of the chief financial officer ("CFO"), chief human resources officer ("CHRO"), and chief information officer ("CIO") across various industries. Workday applications for Financial Management, Spend Management, Human Capital Management ("HCM"), Planning, and Analytics and Benchmarking can also be extended to other applications and environments through the Workday Cloud Platform.

### Financial Management: Solutions for the Office of the CFO

In the changing world of finance, Workday helps finance leaders accelerate their journeys towards becoming a truly digital finance operation by giving them the tools they need to manage the strategic direction of their organizations while also supporting growth, profitability, and compliance and regulatory requirements. Workday's suite of financial management applications helps enable CFOs to maintain accounting information in the general ledger; manage core financial processes such as payables and receivables; identify real-time financial, operational, and management insights; improve financial consolidation; reduce time-to-close; promote internal control and auditability; and achieve consistency across global finance operations.

### Spend Management: Solutions for the Office of the CFO

As businesses adapt to changing conditions, Workday provides procurement professionals with tools to support them through the source-to-contract process, such as a user experience designed for ease and collaboration. Workday offers a set of cloud spend management solutions that help organizations streamline supplier selection and contracts, manage indirect spend, and build and execute sourcing events, such as requests for proposals.

### Human Capital Management: Solutions for the Office of the CHRO

In the changing world of human resources ("HR"), Workday helps organizations identify and respond to rapidly changing conditions, whether they stem from shifting talent needs or a renewed focus on belonging and diversity. Workday's suite of HCM applications allows organizations to manage the entire employee lifecycle – from recruitment to retirement – enabling HR teams to hire, onboard, pay, develop and reskill, and provide meaningful employee experiences that are personalized and helpful, based on listening to the diverse needs of today's workforce.

### Planning: Solutions for the Offices of the CFO and CHRO

In today's dynamic business environment, businesses are continuously planning to model various scenarios and prepare to quickly respond to change. Workday provides an active planning process that can model across finance, workforce, sales, and operational data, helping organizations make more informed decisions and respond quickly to changing situations. When combined with Workday's financial management and HCM solutions, organizations are able to leverage real-time transactional data to dynamically adjust and recalibrate their plans.

### Analytics and Benchmarking and Workday Cloud Platform: Solutions for the Offices of the CIO, CFO, and CHRO

In the changing world of work, Workday helps leaders make sense of the vast amount of data they collect enterprise-wide. For example, information technology ("IT") leaders are navigating the complexities of supporting employees in new environments, which requires them to deploy an adaptable, secure architecture to help ensure global continuity and productivity while remaining agile. Workday provides applications for analytics and reporting, including augmented analytics to surface insights to the line of business in simple-to-understand stories, machine learning to drive efficiency and automation, and benchmarks to compare performance against other organizations. In addition, Workday enables the development of extension applications and integration tooling that can accommodate our customers' unique ways of doing business.

*Industries: Solutions for the Offices of the CIO, CFO, and CHRO*

Workday offers businesses flexible solutions to help them adapt to their industry-specific needs and respond to change. Workday's applications serve industries such as healthcare, higher education, and professional services. For example, Workday provides supply chain and inventory solutions to healthcare organizations, allowing them to purchase, stock, track, and replenish their inventory to help support patient care. In addition, higher education institutions can deploy our solution to manage the end-to-end student and faculty lifecycle. Moreover, with our solution, professional services organizations can optimize and manage their client-facing projects.

## Product Development

At Workday, innovation is a core value. Our culture encourages out-of-the-box thinking and creativity, which enables us to create applications designed to change the way people work. We invest a significant percentage of our resources in product development and are committed to rapidly building and/or acquiring new applications and solutions. Our product development organization is responsible for product design, development, testing, and certification. We focus our efforts on developing new applications and core technologies, as well as further enhancing the usability, functionality, reliability, security, performance, and flexibility of existing applications.

## Human Capital

Workday was founded with the idea of putting people at the center of enterprise software, which is why employees are our number one core value. Our core values continue to serve as our guide as we navigate recent events, such as the global pandemic and the social justice movement.

As of January 31, 2022, our global workforce consisted of approximately 15,200 employees in 32 countries. We consider our relations with our employees to be very good. Our Chief People Officer, in partnership with our Chief Diversity Officer, is responsible for developing and executing Workday's human capital strategy, including programs focused on total rewards; belonging and diversity; and employee development, engagement, and wellbeing. Our Chief People Officer and Co-CEOs regularly update our Board of Directors and Compensation Committee on human capital matters and seek their input on subjects such as succession planning, executive compensation, and our company-wide equity programs.

*Total Rewards*

Our compensation philosophy is designed to establish and maintain a fair and flexible compensation program that attracts and rewards talented individuals who possess the skills necessary to support our near-term objectives, create long-term value for our stockholders, grow our business, and assist in the achievement of our strategic goals. We believe that providing employees with competitive pay, ownership in the company, and a wide range of benefits is fundamental to employees feeling valued, motivated, and recognized for their contributions. Equity ownership is a key element of our compensation program, allowing employees to share in Workday's successes and aligning the interests of our employees with our stockholders. Starting in the fourth quarter of fiscal 2022, we have extended our key employee cash bonus program to all employees not covered under an existing sales or customer experience incentive plan. Additionally, our total rewards package includes an employee stock purchase plan, healthcare and retirement benefits, paid time off, family leave, and other wellness programs. It also offers specialized benefits such as support for fertility options and new parents, as well as reimbursement of adoption costs. In the wake of the COVID-19 pandemic, we felt that it was important for employees to have a safe, convenient way to access healthcare and have introduced a global virtual healthcare network and onsite healthcare resources, including COVID-19 vaccine and testing drive-thru clinics and flu shot clinics, in addition to expanded healthcare benefits.

*Our Commitment to Pay Parity*

We believe that all employees deserve to be paid fairly and equitably and be afforded an equal chance to succeed. We have a market-based pay structure that compares our roles to those of our peers in each region. This process helps ensure we pay according to the market value of the jobs we offer. We also have processes in place to make pay decisions based on internally consistent and fair criteria. Each year, we conduct a company-wide pay equity analysis to help ensure pay equity between men and women as well as a US-based analysis with respect to people of different races. If we identify differences in pay, we research those differences and, if appropriate, take action (including making adjustments to employees' pay when appropriate).

### Belonging and Diversity

We strive to be a workplace where all employees are valued for their unique perspectives and where we all collectively contribute to Workday's success and innovation. Belonging and Diversity ("B&D") plays an integral part in that as we aim to provide our employees with programs and resources that strengthen our culture and empower our communities. In support of our efforts, we have created our own unique approach to diversity called VIBE, which stands for Value Inclusion, Belonging, and Equity for all.

To further support equity in our workplace and in our communities, we have established four guiding principles: hiring and developing diverse talent; cultivating a culture of belonging; strengthening our communities; and building inclusive products and technology. We have made solid progress towards our ongoing company commitments that map to these global guiding principles. To track progress and plan for the future, we use internally-developed products to bring diversity- and inclusion-related data into one centralized location and set our B&D strategy. Through these products, we can assess, measure, benchmark, and manage diversity and inclusion as well as empower our leaders to create B&D plans and measure performance and outcomes across areas such as hiring, development, and employee experience. Looking at our diversity data, we continue to make strides in our representation. As of January 31, 2022, women represented 41.2% of our global employees, and underrepresented minorities (defined as those who identify as Alaskan native, American Indian, Black, Latinx, Native Hawaiian, Other Pacific Islander, and/or two or more races) represent 13.7% of our U.S. employees.

### Learning and Development

Our employees tell us they are most engaged when they are continuously being exposed to new things, empowered to build new skills, and able to make an impact. We offer a number of educational resources, development opportunities, and a support community to guide employees throughout their Workday careers, which we refer to as journeys. These begin right from the moment employees start at Workday, with Learning at Workday, journeys designed to help new employees onboard and get acquainted with our culture, business, and technology. These are complimented by Career Building at Workday, journeys designed to deepen expertise, grow capabilities, and make meaningful connections; Leading at Workday, journeys that help employees understand our leadership identity and prepare them to take on increasing leadership responsibilities; and The VIBE Way at Workday, journeys designed to equip and empower all employees with the tools and resources to incorporate VIBE into everything we do - from the language we use every day, to how we approach our work and each other, to the way we recruit and hire diverse talent at Workday.

### Communication and Engagement

Our culture and how we treat people are paramount at Workday, and we believe that being transparent and facilitating information sharing are key to our success. Workday leverages multiple communication channels to engage and inform employees, including company meetings, town halls, internal websites, and social collaboration tools. We also use Workday Peakon Employee Voice to collect feedback in real time from our employees and turn that feedback into dialog and action. We receive data points from these surveys that help us identify actions to take to improve our company and our culture.

Buoyed by the opportunities offered by our own technology, our talent strategy philosophy puts employees at the center of their own career and performance journey. A fundamental tenet of this approach is the belief that we should provide employees with the tools and framework to enable their careers, putting them in the driver's seat. Our talent philosophy is centered on five factors that fuel employee success: enable contribution, grow capabilities, empower career, deepen connections, and align compensation and recognition.

Our talent and performance dashboard includes a summary of an employee's five factors and provides a snapshot view of performance-related tasks, with a visual summary of goals, feedback, and growth opportunities. Employees can take action to update their contributions, capabilities, career, and connections using the quick links provided in the dashboard.

### Health, Safety, and Wellbeing

At Workday, we take a holistic approach to our employees' wellbeing and have created wellbeing programs that focus on four core pillars: happiness, health, movement, and nutrition. These programs go beyond traditional medical benefits and wellness offerings and allow employees to focus on their chosen wellness goals as well as their mental health.

Specific to the COVID-19 pandemic, we continue to take precautions to help support the health and safety of the Workday community, including our employees. As part of our support in fiscal 2022, we announced that the majority of employees will not be required to return to their Workday office before April 2022, introduced flexible work options, enhanced the healthcare resources provided to our employees, and offered new employees a $500 equipment stipend to enable them to have a comfortable work-from-home environment. To help keep health and mental wellness top of mind, we offer a series of programs and communications focused on mental health. These included tools and resources related to sleep, healthy eating, and mindfulness, as well as enhancements to our Employee Assistance Program to, among other things, facilitate access to mental health services.

Our Global Workplace Safety team supports the traditional corporate areas of employee health and safety and physical security for Workday on a global scale. From the workplace to work-related travel, we strive to keep our employees safe with programs including safety awareness training, emergency response protocols, and our ergonomics and life safety team programs.

### Giving and Doing

We believe that talent is everywhere, but opportunity is not. In support of our efforts to give back to the communities where we live and work, our employees donate time and expertise as mentors and volunteers to help close the skills gap. We also invest in leading workforce development organizations and provide direct training and employment opportunities for candidates facing barriers to employment through our Opportunity Onramps programs. On top of our strategic, company-led social impact and employee volunteerism efforts, we also believe that giving back is even more rewarding when people get to make an impact through their favorite causes. We encourage and support employee giving and volunteering through programs such as our charitable donation matching gift program, our paid time off benefit for employees to volunteer and give back to their communities, and our team volunteer experience, where employee teams of five or more can volunteer with a charity partner of their choice and receive a $5,000 grant.

### Customers

We primarily sell to medium-sized and large, global organizations that span numerous industry categories, including professional and business services, financial services, healthcare, education, government, technology, media, retail, and hospitality.

We have built a company culture centered around customer success and satisfaction. As part of their subscription, customers are provided support services and tools to enhance their experience with Workday applications. This includes 24/7 support; training; a Customer Success Management group to assist customers in production; and Workday Community, an online portal where customers can collaborate and share knowledge and best practices. Additionally, we offer extensive customer training opportunities and a professional services ecosystem of experienced Workday consultants and system integrators to help customers not only achieve a timely adoption of Workday but continue to get value out of our applications over the life of their subscription.

### Sales and Marketing

We sell our subscription contracts and related services globally, primarily through our direct sales organization, which consists of field sales and field sales support personnel. The Workday Field Sales team is aligned by geography, industry, and/or prospect size. We generate customer leads, accelerate sales opportunities, and build brand awareness through our marketing programs and strategic relationships. Our marketing programs target senior business leaders, including CFOs, CHROs, and CIOs.

As a core part of our sales and marketing strategy, we have developed a global ecosystem of partners to both broaden and complement our application offerings and to provide services that are outside of our area of focus. These relationships include software and technology partners, consulting and deployment service providers, business process outsourcing partners, and software partners of Workday Ventures, our strategic investment arm, who all help enable Workday to address the challenges our customers face while focusing on executing against our strategy.

### Seasonality

We have experienced seasonality in terms of when we enter into customer agreements for our services. Historically, we have signed a significantly higher percentage of agreements with new customers, as well as renewal agreements with existing customers, in the fourth quarter of each fiscal year due to large enterprise account buying patterns. Although these seasonal factors are common in the technology industry, historical patterns should not be considered a reliable indicator of our future sales activity or performance.

5

## Competition

The overall market for enterprise application software is rapidly evolving, highly competitive, and subject to changing technology, shifting customer needs, and frequent introductions of new products. We currently compete with large, well-established, enterprise application software vendors, such as Oracle Corporation ("Oracle") and SAP SE ("SAP"). We also face competition from other enterprise software vendors, from regional competitors that only operate in certain geographic markets, and from vendors of specific applications that address only one or a portion of our applications, some of which offer cloud-based solutions. These vendors include UKG Inc. (formerly The Ultimate Software Group, Inc.); Automatic Data Processing, Inc.; Infor, Inc.; Ceridian HCM Holding Inc.; Microsoft Corporation; Anaplan, Inc.; and Coupa Software Inc.

In addition, other cloud companies that provide services in different markets may develop applications or acquire companies that operate in our target markets, and some potential customers may elect to develop their own internal applications. However, the domain and industry expertise that is required for a successful solution in the areas of financial management, HCM, and analytics may inhibit new entrants that are unable to invest the necessary capital to accurately address global requirements and regulations. We expect continued consolidation in our industry that could lead to significantly increased competition.

We believe the principal competitive factors in our markets include:

- level of customer satisfaction and quality of customer references;
- speed to deploy and ease of use;
- breadth and depth of application functionality;
- total cost of ownership;
- brand awareness and reputation;
- adaptive technology platform;
- capability for configuration, integration, security, scalability, and reliability of applications;
- operational excellence to ensure system availability, scalability, and performance;
- ability to innovate and rapidly respond to customer needs;
- domain and industry expertise in applicable laws and regulations;
- size of customer base and level of user adoption;
- customer confidence in financial stability and future viability; and
- ability to integrate with legacy enterprise infrastructure and third-party applications.

We believe that we compete favorably based on these factors. Our ability to remain competitive will largely depend on our ongoing performance in product development and customer support.

For more information regarding the competitive risks we face, see "Risk Factors" included in Part I, Item 1A of this report.

## Intellectual Property

We rely on a combination of trade secrets, patents, copyrights, and trademarks, as well as contractual protections, to establish and protect our intellectual property rights. We require our employees, contractors, consultants, suppliers, and other third parties to enter into confidentiality and proprietary rights agreements, and we control access to software, documentation, and other proprietary information. Although we rely on intellectual property rights, including trade secrets, patents, copyrights, and trademarks, as well as contractual protections and controls to establish and protect our proprietary rights, we believe that factors such as the technological and creative skills of our personnel; creation of new products, features and functionality; and frequent enhancements to our applications are more essential to establishing and maintaining our technology leadership position.

## Governmental Regulation

As a public company with global operations, we are subject to various federal, state, local, and foreign laws and regulations. These laws and regulations, which may differ among jurisdictions, include, among others, those related to financial and other disclosures, accounting standards, privacy and data protection, intellectual property, corporate governance, tax, government contracting, trade, antitrust, employment, immigration and travel, import/export, and anti-corruption. There is no assurance that existing or future laws and regulations applicable to our operations, products, and services will not have a material adverse effect on our business. Presently, costs and accruals incurred to comply with these governmental regulations are not material to our financial condition or operating results.

*Privacy and Data Protection Laws*

Our customers can use our applications to collect, use, and store personal data regarding a variety of individuals in connection with their operations, including but not limited to their employees, contractors, students, job applicants, customers, and suppliers. National, state, and local governments and agencies in the countries in which we or our customers operate have adopted, are considering adopting, or may adopt laws and regulations regarding the collection, use, storage, transfer, processing, protection, and disclosure of personal data. Additionally, we may need to develop features, enhancements, or modifications to our products to help our customers comply with the privacy and data protection laws in their jurisdictions. The costs of compliance with and other burdens imposed by such laws, regulations, and standards, or any alleged or actual violation, may limit the use and adoption of our services, reduce overall demand for our services, lead to significant fines, penalties, or liabilities for noncompliance, slow the pace at which we close sales transactions, require us to divert development and other resources, or result in reputational harm or other adverse impacts to our business. Moreover, if we or our sub-processors fail to report a data breach or other loss of data within timeframes mandated by law, we may be liable for certain fines, penalties, and other liabilities, and it may damage our reputation and brand.

For a further discussion of the risks associated with government regulations that may materially impact us, see "Risk Factors" included in Part I, Item 1A of this report.

**Corporate Information**

We were incorporated in March 2005 in Nevada, and in June 2012, we reincorporated in Delaware. Our principal executive offices are located at 6110 Stoneridge Mall Road, Pleasanton, California 94588, and our telephone number is (877) WORKDAY. Our website address is www.workday.com. The information on, or that can be accessed through, our website is not part of this report. Workday, the Workday logo, VIBE, Peakon, Zimit, VNDLY, Scout, and Opportunity Onramps are trademarks of Workday, Inc., which may be registered in the United States and elsewhere. Other trademarks, service marks, or trade names appearing in this report are the property of their respective owners.

**Available Information**

Our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and other filings with the Securities and Exchange Commission ("SEC"), and all amendments to these filings, can be obtained free of charge from our website at www.workday.com/sec-filings. The SEC maintains an Internet site that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC at www.sec.gov. Workday also uses its blogs.workday.com website as a means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD. Information contained on or accessible through any website reference herein is not part of, or incorporated by reference in, this Form 10-K, and the inclusion of such website addresses is as inactive textual references only.

*Some of our applications utilize open source software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect our business.*

Some of our applications include software covered by open source licenses, which may include, by way of example, GNU General Public License and the Apache License. The terms of various open source licenses have not been interpreted by United States courts, and there is a risk that such licenses could be construed in a manner that imposes unanticipated conditions or restrictions on our ability to market our applications. We attempt to avoid adverse licensing conditions in our use of open source software in our products and services. However, there can be no assurance that our efforts have been or will be successful. By the terms of certain open source licenses, we could be required to release the source code of our proprietary software, and to make our proprietary software available under open source licenses, if we combine our proprietary software with open source software in a certain manner. In the event that portions of our proprietary software are determined to be impacted by an open source license, we could be required to publicly release the affected portions of our source code, re-engineer all or a portion of our technologies, or otherwise be limited in the licensing of our technologies, each of which could reduce or eliminate the value of our technologies and services. In addition to risks related to license requirements, usage of open source software can lead to greater risks than use of third-party commercial software, as open source licensors generally do not provide warranties or controls on the origin of the software. Many of the risks associated with usage of open source software cannot be eliminated and could negatively affect our business.

Risks Related to Legal and Regulatory Matters

*Unfavorable laws, regulations, interpretive positions or standards governing new and evolving technologies that we incorporate into our products and services could result in significant cost and compliance challenges and adversely affect our business and operating results.*

Some of our products and services, such as Workday's People Experience and Talent Optimization product suites, currently utilize or will utilize new and evolving technologies such as machine learning, artificial intelligence, and blockchain. While existing laws and regulations may apply to these types of technologies, the overall regulatory environment governing these types of technologies is still currently undeveloped and likely to evolve as government interest in these technologies increases. Regulation of these technologies, as well as other technologies that we utilize in our products and services, also varies greatly among international, federal, state, and local jurisdictions and is subject to significant uncertainty. Governments and agencies domestic and abroad may in the future change or amend existing laws, or adopt new laws, regulations, or guidance, or take other actions which may severely impact the permitted uses of our technologies. Any failure by us to comply with applicable laws, regulations, guidance, or other rules could result in costly litigation, penalties, or fines. In addition, these regulations and any related enforcement actions could establish and further expand our obligations to customers, individuals, and other third parties with respect to our products and services, limit the countries in which such products and services may be used, restrict the way we structure and operate our business, require us to divert development and other resources, and reduce the types of customers and individuals who can use our products and services. Furthermore, our customers may operate in foreign jurisdictions, including countries in which we don't operate, and may be subject to additional laws and regulations outside the scope of our products. Increased regulation and oversight of products or services which utilize or rely on these technologies may result in costly compliance burdens or otherwise increase our operating costs, detrimentally affecting our business. These new technologies could subject us to additional litigation brought by private parties, which could be costly, time-consuming, and distracting to management and could result in substantial expenses and losses.

In addition, as with many innovations, machine learning and artificial intelligence present additional risks and challenges that could affect their adoption and therefore our business. For example, the development of machine learning and artificial intelligence present emerging ethical issues, and if we enable or offer solutions on this front that are controversial, due to their impact, or perceived impact, on human rights, privacy, employment, or in other social contexts, we may experience brand or reputational harm, competitive harm, or legal liability. Also, our positions on social and ethical issues may impact our ability to attract or retain customers and other users. In particular, our brand and reputation are associated with our public commitments to sustainability, equality, inclusivity, accessibility, and ethical use, and any perceived changes in our dedication to these commitments could impact our relationships with potential and current customers and other users.

Ex. 2

**ARTIFICIAL INTELLIGENCE**    **TECHNOLOGY INNOVATION**

# How AI and ML Are Powering the Future of Work

At Workday, we've embedded AI and ML into the very core of our platform—delivering unrivaled business adaptability and competitive advantage to our customers. Here's how.

**Sayan Chakraborty**
March 14, 2023



 How AI and ML Are Powering the Future of Work

the AI and ML bandwagon, Workday has been building and delivering AI and ML capabilities to our customers for nearly a decade.

## Workday's Unique Approach to AI and ML

Workday thinks about and implements AI and ML differently than any other enterprise software company in the world. From a capabilities perspective, Workday takes a

To help prepare for the jobs of tomorrow, it's imperative for organizations to adopt a skills-based mindset driven by the power of artificial intelligence (AI) and machine learning (ML). Read more from Workday Co-Founder, Co-CEO, and Chair Aneel Bhusri.

platform-first approach that embeds AI and ML into the very core of our technology platform. Why does this matter? It matters because it allows us to rapidly deliver and sustain new ML-infused capabilities into our applications. ML gets better the more you use it, and by having millions of users constantly using dozens of applications on the same platform, it improves at a faster rate.

Workday's other differentiator is the data we have and the special care we take of it. The sheer quantity of customer data we have access to is enormous—over 60 million users representing about 442 billion transactions a year. But quantity means nothing without quality, which we enforce with our comprehensive single data model. This data model allows us to maintain clean and coherent data in a way our competitors—who rely on multiple integrations of different data repositories—cannot. We also use a tenanted model to structure our data, which uniquely allows us to build tailored models for customers in a specific region or industry through federated learning, all while maintaining the necessary privacy and regulatory rules. And lastly, we can bring in third party data with Workday Prism Analytics and merge it with Workday's unparalleled data set to create unique models no one else can.

In ML, practitioners talk about the "3 Vs" of data needed to drive positive outcomes: sufficient volume, velocity, and variety. Workday has all three. The combination of Workday's unique data and technology capabilities allows us to deploy AI and ML solutions with high performance and better tailored use cases, quickly delivering rapid and differentiated outcomes for our customers.

### Workday thinks about and implements AI and ML differently than any other enterprise software company in the world.

## Enabling the Future of Work with AI and ML

A great example of how our unique approach comes to life is Workday Skills Cloud, our ML capability for enabling the future of work. As we reach the limits of traditional career trajectories, credentials, degrees, and formal resumes, the future economy must be much more dynamic, flexible, and capable of allowing people with nontraditional backgrounds to participate effectively. Skills Cloud uses AI and ML to analyze the way skills are used in human language, understanding their relationship to each other, and mapping that to a skills-centric workforce at scale.

Workday Skills Cloud, and the ML engines that power it, are essential to enabling our customers to live in this new world. So much so that over half of our core Workday Human Capital Management (HCM) customers are using it. Workday's Skills Cloud has processed over five billion uses of skills since its launch five years ago. There's simply no

---

Read Blog



**Building a Skills-Based People Strategy**

To be successful, organizations must follow several key steps that help lay the groundwork for an effective skills-based people strategy.

Read eBook

**Workday's Continued Diligence to Ethical AI and ML Trust**

As artificial intelligence (AI) continues to modernize, so do our ethical principles. Kelly Trindel, head of machine learning (ML) trust at Workday, shares how we're building trustworthy AI for our customers and their employees.

Read Blog



way for companies to adopt skills at scale without ML.

Applying AI and ML is equally essential to the future of finance. With AI and ML, finance teams can get help managing risk and eliminating inefficiencies by reducing what used to take months or weeks down to just hours or minutes.

For example, finance teams spend an inordinate amount of time gathering information and reconciling transactions throughout the month and at quarter close. Workday AI and ML help them quickly identify financial patterns, trends, and anomalies—enabling teams to complete the financial close process more quickly and efficiently.

## There are unlimited possibilities to how AI and ML will impact the future of work, especially now with Generative AI.

By embedding AI and ML natively into our platform, Workday Financial Management enables intelligent automation to process high-volume transactions faster—further improving accuracy while delivering measurable business impact.

## Unlimited Possibilities for Generative AI

There are unlimited possibilities to how AI and ML will impact the future of work, especially now with Generative AI. Workday was an early adopter of large language models (LLMs), the technology that has enabled Generative AI, and we use them in production today. We have started adopting Generative AI at Workday to solve a host of additional customer challenges. A canonical case for LLMs is content creation, and we can see how drafting performance reviews, job descriptions, and a host of other documents will be transformed by this approach. We're going to continue to identify key use cases where Generative AI can add value to our customers and develop unique models that leverage both Workday data and external data sets.

## Delivering Confident Decisions With Trustworthy AI

We believe that for AI and ML to really deliver on the possibilities it offers, it must be trustworthy and it must augment humans, not displace them. In order for AI and ML to be trustworthy, trust must be designed into the very foundation. As one of the world's most ethical companies, we're committed to responsible AI. We provide our customers with a clear understanding of how our ML products are developed and assessed in order to help mitigate any risks associated with their use. Our key ethical AI and ML principles serve as the cornerstone of our work in this space, and guide us in the development of AI and ML technologies that drive positive societal outcomes and expand growth opportunities for our customers and their employees.

With a guiding principle to keep humans at the center, no decision is fully automated by Workday's AI and ML technology, and our practices ensure that people are the final decision-makers. We commit to maintaining our human-in-the-center approach, using AI and ML to make people more productive, better informed, and enabling them to solve problems they didn't think they could solve before.This is the promise of AI and ML, and we're just getting started with imagining how it will shape the future of how we work.

**governance risk and compliance**        **innovation and technology**        **workday leadership**

## More Reading



**TECHNOLOGY INNOVATION**

# CIOs, Where Are You on Your ERP Journey?

Just 10% of organizations have a full modernization strategy in place. The new IDC ERP Modernization Maturity Assessment helps your business chart a better path forward.

 **Ghadeer Redler**
May 4, 2023



**PLANNING    TECHNOLOGY INNOVATION**

# Why Professional Services Firms Must Digitize These 5 Areas

Many professional services firms steer clients through digital transformation journeys, yet rely on disconnected and manual processes to manage their own businesses. Digitizing these areas can help firms be more competitive.

 **Mark David**
April 27, 2023





**FINANCE**   **TECHNOLOGY INNOVATION**

# What Financial Services Firms Can Learn From The Tech Giants

In a highly regulated financial services industry, gaining insights and simplified reporting capabilities are essential. Learn how companies can solve their most pressing needs and be more agile with Workday's Industry Accelerator for Banking and Capital Markets.



**Jay Rabinowitz**
April 26, 2023

 | Blog

 Workday is powered by 100% renewable energy

Cookie Preferences   Email Subscriptions   Privacy   Legal   © 2023 Workday, Inc.

Ex. 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-K

---

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended January 31, 2023**
OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____to _____
Commission File Number 001-35680

---

# WORKDAY, INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-2480422** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**6110 Stoneridge Mall Road**
**Pleasanton, California 94588**
(Address of principal executive offices, including zip code)

**(925) 951-9000**
(Registrant's telephone number, including area code)

---

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.001 | WDAY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Securities registered pursuant to section 12(g) of the Act:
None

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act of 1933 ("Securities Act").    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934 ("Exchange Act").    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

The aggregate market value of the voting and non-voting stock of the registrant as of July 29, 2022 (based on a closing price of $155.10 per share) held by non-affiliates was approximately $31.0 billion. As of February 23, 2023, there were approximately 204 million shares of the registrant's Class A common stock, net of treasury stock, and 55 million shares of the registrant's Class B common stock outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive proxy statement for its 2023 Annual Meeting of Stockholders ("Proxy Statement"), to be filed within 120 days of the registrant's fiscal year ended January 31, 2023, are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. Except with respect to information specifically incorporated by reference in this Form 10-K, the Proxy Statement is not deemed to be filed as part of this Form 10-K.

In fiscal 2023, we announced a new Industry Accelerator program that combines Workday partners, solutions, and services to help speed cloud transformation efforts initially targeted at banking, healthcare, insurance, and technology companies. With these initiatives, we expect that Workday customers will benefit from a robust ecosystem, helping deliver additional innovation and solutions.

To grow our unified suite of Workday applications, we primarily invest in research and development, but we also selectively acquire companies that are consistent with our design principles, existing product set, corporate strategy, and company culture. We engage in acquisitions to augment our suite of applications, such as Peakon ApS ("Peakon"), a continuous listening platform that captures real-time employee sentiment; Zimit, a configure, price, quote ("CPQ") solution built for services industries; and VNDLY, a cloud-based external workforce and vendor management technology.

**Our Capabilities**

Workday's suite of enterprise cloud applications addresses the evolving needs of the chief financial officer ("CFO"), chief human resources officer ("CHRO"), and chief information officer ("CIO") across various industries. Workday applications for Financial Management, Spend Management, Human Capital Management ("HCM"), Planning, and Analytics and Benchmarking can also be extended to other applications and environments through the Workday Cloud Platform.

*Financial Management: Solutions for the Office of the CFO*

In the changing world of finance, Workday helps finance leaders accelerate their journeys towards becoming a truly digital finance operation by giving them the tools they need to manage the strategic direction of their organizations while also supporting growth, profitability, and compliance and regulatory requirements. Workday's suite of financial management applications, built on a foundation with AI and ML at the core, helps enable CFOs to maintain accounting information in the general ledger; manage core financial processes such as payables and receivables; identify real-time financial, operational, and management insights; improve financial consolidation; reduce time-to-close; promote internal control and auditability; and achieve consistency across global finance operations.

*Spend Management: Solutions for the Office of the CFO*

As businesses adapt to changing conditions, Workday provides procurement professionals with tools to support them through the source-to-contract process, such as a user experience designed for ease and collaboration. Workday offers a set of cloud spend management solutions that help organizations streamline supplier selection and contracts, manage indirect spend, and build and execute sourcing events, such as requests for proposals.

*Human Capital Management: Solutions for the Office of the CHRO*

In the changing world of human resources ("HR"), Workday helps organizations identify and respond to rapidly changing conditions, whether they stem from shifting talent needs or a renewed focus on belonging and diversity. Workday's suite of HCM applications allows organizations to manage the entire employee lifecycle – from recruitment to retirement – enabling HR teams to hire, onboard, pay, develop and reskill, and provide meaningful employee experiences that are personalized and helpful, based on listening to the diverse needs of today's workforce. For example, our skills technology, built on an AI and ML foundation, helps organizations make the important shift to a skills-first approach, helping them prepare today for the jobs of tomorrow.

*Planning: Solutions for the Offices of the CFO and CHRO*

In today's dynamic business environment, businesses are continuously planning to model various scenarios and preparing to quickly respond to change. Workday provides an active planning process that can model across finance, workforce, sales, and operational data, helping organizations make more informed decisions and respond quickly to changing situations. Workday leverages AI and ML to assist in creating forecasts that incorporate historical and third-party data, like economic data and labor statistics. When combined with Workday's financial management and HCM solutions, organizations are able to leverage real-time transactional data to dynamically adjust and recalibrate their plans.

*Health, Safety, and Wellbeing*

At Workday, we take a holistic approach to our employees' wellbeing and have created wellbeing programs that focus on four core pillars: happiness, health, movement, and nutrition. These programs go beyond traditional medical benefits and wellness offerings and allow employees to focus on their chosen wellness goals as well as their mental health.

In fiscal 2023, we transitioned to a hybrid work model to provide flexibility for our employees to work from home, while still bringing people together to foster collaboration and innovation. We offer new remote-based employees a $300 equipment stipend to enable them to have a comfortable work-from-home environment. To help keep health and mental wellness top of mind, we offer a series of programs and communications focused on mental health. These included tools and resources related to sleep, healthy eating, and mindfulness, as well as enhancements to our Employee Assistance Program to, among other things, facilitate access to mental health services.

Our Global Workplace Safety team supports the traditional corporate areas of employee health and safety and physical security for Workday on a global scale. From the workplace to work-related travel, we strive to keep our employees safe with programs including safety awareness training, emergency response protocols, and our ergonomics and life safety team programs.

*Giving and Doing*

In support of our efforts to give back to the communities where we live and work, our employees donate time and expertise as mentors and volunteers to help close the skills gap. On top of our strategic, company-led social impact and employee volunteerism efforts, we also believe that giving back is even more rewarding when people get to make an impact through their favorite causes. We encourage and support employee giving and volunteering through programs such as our charitable donation matching gift program, our paid time off benefit for employees to volunteer and give back to their communities, and our team volunteer experience, where employee teams of five or more can volunteer with a charity partner of their choice and receive grants of up to $5,000.

**Customers**

We primarily sell to medium-sized and large, global organizations that span numerous industry categories, including professional and business services, financial services, healthcare, education, government, technology, media, retail, and hospitality.

As part of their subscription, customers are provided support services and tools to enhance their experience with Workday applications. This includes 24/7 support; training; a Customer Success Management group to assist customers in production; and Workday Community, an online portal where customers can collaborate and share knowledge and best practices. Additionally, we offer extensive customer training opportunities and a professional services ecosystem of experienced Workday consultants and system integrators to help customers not only achieve a timely adoption of Workday but continue to get value out of our applications over the life of their subscription.

**Sales and Marketing**

We sell our subscription contracts and related services globally, primarily through our direct sales organization, which consists of field sales and field sales support personnel. The Workday Field Sales team is aligned by geography, industry, and/or prospect size. We generate customer leads, accelerate sales opportunities, and build brand awareness through our marketing programs and strategic relationships. Our marketing programs largely target senior business leaders, including CFOs, CHROs, and CIOs. Our sales strategy also focuses on growing our relationships with our existing customers to expand the adoption of our suite of solutions over time.

As a core part of our sales and marketing strategy, we have developed a global ecosystem of partners to both broaden and complement our application offerings and to provide services that are outside of our area of focus. These relationships include software and technology partners, consulting and deployment service providers, business process outsourcing partners, and software partners of Workday Ventures, our strategic investment arm, who all help enable Workday to address the challenges our customers face while focusing on executing against our strategy.

Ex. 4



# Workday Recruiting

Workday Recruiting is an end-to-end talent acquisition application built to help you find, share, engage, and select the best internal and external candidates for your organization. With Workday Recruiting, you can:

- Manage the entire recruiting lifecycle in one system, including workforce planning, sourcing, and advanced talent analytics
- Attract top talent with a consistent and engaging candidate experience from outreach to onboarding
- Streamline the recruiting process by enabling transparency and collaboration across the entire hiring team

Workday Recruiting is designed and optimized for mobile devices. It works the way you work—on the go, collaboratively, and in real time—and helps improve employee engagement and user adoption.

Part of a single Workday system, Workday Recruiting helps organizations achieve true visibility across the entire talent acquisition process.

## Sourcing

### Job Requisitions

As a single system with Workday Human Capital Management (HCM), Workday Recruiting works seamlessly with job requisition creation, management, and fulfillment. With confidential job requisitions, organizations can provide higher security for sensitive requisitions and candidates while only providing a select group of people with access to this information.

### Candidate Management

Bring together internal and external talent, as well as active and passive candidates. Keep candidates engaged through a tailored, straightforward job application process. Use the Workday core security model, business process framework, and reporting capability to support local regulations such as the Office of Federal Contract Compliance Programs (OFCCP).

### Referrals

Workday Recruiting enables the entire organization to participate in the talent acquisition process using referrals and recommendations. Through the referral leaderboard, you can encourage employees to generate more referrals by allocating points to their referral activity.

## Key Features

- One system
- Workflow automation
- Mobile-driven experience
- Confidential job requisitions
- Internal and external sourcing
- Configurable job applications
- Referral leaderboard
- Dynamic candidate workflow
- Proactive candidate management
- Collaborative interview management
- Consolidated candidate history
- Full talent lifecycle reporting and metrics

## Key Benefits

- Complete insight
- Compensation to offer intelligence
- Compliance woven in throughout
- Visibility into strategic talent
- Increased user engagement and adoption
- Improved recruiter productivity
- Mobile referral for employees
- Elimination of new-hire integrations
- Tailored candidate experience



**Endorsements**

Refine candidate pools with endorsements. As candidates indentify contacts within your organization, Workday automatically seeks their endorsement.

**Social Media Integration**

Extend your core candidate management system with Workday-supported connectors for social media, online job posting, and recruiting marketing.



## Hiring

**Candidate Selection**

Hiring is a team sport. With greater visibility and access anytime and from anywhere, the entire hiring team can collaborate and communicate in real time about the status of candidates. Connect your hiring managers, recruiters, interviewers, and those making referrals in an effective team process.

**Offer Management**

Workday Recruiting accelerates the close process with configurable workflows, a seamless connection to compensation, and an easy-to-sign offer and global contract builder.

## Onboarding

**Seamless Candidate Experience**

Part of a single system with Workday HCM, Workday Recruiting supports a seamless and positive onboarding process—from the first touchpoint to the acceptance of an offer to a warm welcome for a new hire.

**Automated Workflow**

Reduce time to hire by automatically dispositioning or moving candidates forward in the recruiting process. Increase productivity by streamlining the entire onboarding process—from background verification and offer management to hiring and first-day orientation—all within your core system-of-record.



Workday, Inc.  |  6230 Stoneridge Mall Road  |  Pleasanton, CA 94588  |  United States
1.925.951.9000  |  1.877.WORKDAY (1.877.967.5329)  |  Fax: 1.925.951.9001  |  workday.com

©2017. Workday, Inc. All rights reserved. Workday and the Workday logo are registered trademarks of Workday, Inc. All other brand and product names are trademarks or registered trademarks of their respective holders. 20171031RECRUIT-ENUS

Ex. 5





## More Resources

**VIDEO**

**Workday Government Cloud for the CHCO**

2:55

**QUICK DEMO**

**Workday for the Federal Government**

3:44

**WEB PAGE**

**Workday for Public Sector**

**DATASHEET**

**Workday for the U.S. federal government.**

**WEBINAR**

**Segment 1: Current State of Human Capital Management and Plans for the Future**

17:11

See More Resources



VIDEO

# Workday Government Cloud for the CHCO

Federal agencies need solutions that can help them attract and develop the next generation of talent. This video explores how Workday Government Cloud can help agencies find the right candidates, expedite onboarding, improve workforce engagement, and more.

Legal   Cookie Preferences  Your Privacy Ch

© 2023 Workday, Inc.

Interested in learning more about how Workday can help you stay ahead of business change?



Ex. 6

Products  Industries  Customers  Learn  Company
Talent Management  Overview  Capabilities  Resources
Contact Sales

TALENT ACQUISITION

# An agile talent acquisition suite that helps companies adapt.

View Demo (2:11)    Read Datasheet



**WHAT YOU CAN DO**

## Manage the full talent acquisition lifecycle.

With recruiting, engagement, and Workday Skills Cloud unified with Workday Human Capital Management (HCM), we've got you covered every step of the way.

Our skills intelligence foundation helps you build diverse teams by expanding candidate pools with equitable, AI- and ML-driven job recommendations.

**KEY CAPABILITIES**

- Candidate engagement and marketing
- Seamless recruiter and candidate experience
- Hiring team collaboration
- High-volume efficiency
- ISMS messaging and interview management
- Reporting, compliance and analytics
- AI- and ML-driven skills intelligence foundation

## Align hiring with business needs.

**Hire together.**

Let your hiring teams work with the tools they use every day. Hiring managers can exchange interview feedback via Microsoft® Teams and Slack, and easily create requisitions on mobile.

**Hire the best at high volumes.**

Build your pipeline with evergreen requisitions. Surface top candidates to accelerate hiring. And automate workflows, disposition candidates en masse, and process offers and agreements in bulk.

**Make data-driven decisions.**

With our AI- and ML-driven skills intelligence foundation, Workday Skills Cloud provides real-time insights into your workforce so your teams can become talent advisors.



## A recruiting hub to take care of business.



We brought all the tools recruiters need into one centralized hub. Then we empower them to personalize their workspaces, so everyone can work the way they want.

Resolve outstanding action items.

Complete recruiting tasks.

Accelerate the candidate pipeline.

Fill positions.

## Reach and engage candidates every step of the way.

- **Boost the quality of your applications.**
  Find and nurture talent using automated campaigns, tailored landing pages, and real-time analytics. And help candidates identify skills they might not even know they have.

- Personalize your searches.

- Make the application process easy.

- Deliver real-time updates and job alerts.

- Create content that reflects your brand.



**RESOURCES**

## Talent management resources just for you.

See All Resources



| BLOG | CUSTOMER CASE STUDY | GUIDE | WEBINAR |
|---|---|---|---|
| Drive Organizational Success with a Skills-First Approach to Hiring and Employment | Hiring for Growth in a Complex World | Getting the Basics Right: Plan to Hire | Improving Hiring Outcomes Through Skills-Based Employment |
| Read Blog | Read Case Study | Read Guide | Watch Webinar |

## See how you can get started today.

Learn More

## Ready to talk? Get in touch.

Talk to Sales

Products
For Finance
For HR
For Planning
Platform
Workday for Medium Business
Enterprise Management Cloud
Customer Experience
Partners

Industries
Financial Services
Healthcare
Higher Education
Professional & Business Services
Public Sector
Technology
See More Industries

Learn
Customer Stories
Webinars
Demos
Resource Library
Education & Training
Blog

Company
About Workday
Corporate Responsibility
Investor Relations
Newsroom
Careers
Legal Help

Interested in learning more about how Workday can help you stay ahead of business change?

Legal  •  Privacy  •  Subscriptions  •  Your Privacy Choices  •  Cookie Preferences

Ex. 7

**TABLE OF NON-MOTION TO DISMISS CASES CITED IN WORKDAY'S MOTION TO DISMISS**

| CASE NAME | PROCEDURAL POSTURE OF CASE |
|---|---|
| *Brown v. Puget Sound Elec. Apprenticeship & Training Tr.*, 732 F.2d 726, 729 (9th Cir. 1984) | "The evidence in this case was presented to a magistrate sitting as a special master." |
| *Brush v. San Francisco Newspaper Printing Co.*, 315 F. Supp. 577, 578 (N.D. Cal. 1970), aff'd, 469 F.2d 89 (9th Cir. 1972)(" | "The case is now before the court on plaintiff's application for a preliminary injunction based upon the complaint and an evidentiary record consisting…" |
| *Eldredge v. Carpenters 46 N. California Ctys. Joint Apprenticeship & Training Comm.*, 833 F.2d 1334, 1336 (9th Cir. 1987 | "To assess the propriety of the district court's grant of summary judgment to the JATC…." |
| *Fonseca v. Sysco Food Servs. of Arizona, Inc.*, 374 F.3d 840, 846 (9th Cir. 2004) | Summary judgment- "Nevertheless, we have reviewed all of the evidence and conclude as a matter of law that it is admissible" |
| *Freeman v. Oakland Unified Sch. Dist.*, 291 F.3d 632, 633 (9th Cir. 2002) | "…. appeals the district court's summary judgment of his race-based employment discrimination and retaliation claims" |
| *Hill v. Mississippi State Emp. Serv.*, 918 F.2d 1233, 1235 (5th Cir. 1990) | "**At trial**, she pointed to several occasions when MSES failed to refer her to open job orders for which she was coded and qualified (qualified, that is, at least to an extent equal to any referred white applicant)." (emphasis added) |
| *Katz v. Regents of the Univ. of California*, 229 F.3d 831, 835 (9th Cir. 2000) | "The district court dismissed plaintiffs' adverse impact claim just prior to trial…" |
| *Lopez v. Pac. Mar. Ass'n*, No. CV 06-4154-GW(JTLX), 2009 WL 10680881, at *1 (C.D. Cal. Apr. 3, 2009), aff'd,636 F.3d 1197 (9th Cir. 2011), and aff'd, 657 F.3d 762 (9th Cir. 2011) | "Both sides have moved for summary judgment. |
| *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 800, 93 S. Ct. 1817, 1823, 36 L. Ed. 2d 668 (1973) | A decision following a trial which addresses the allocation of the burden of proof. |

**TABLE OF NON-MOTION TO DISMISS CASES CITED IN WORKDAY'S MOTION TO DISMISS**

| *CASE NAME* | PROCEDURAL POSTURE OF CASE |
|---|---|
| *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 913, 125 S. Ct. 2764, 2766, 162 L. Ed. 2d 781 (2005) | A summary judgment decision where, "Discovery revealed that billions of files are shared across peer-to-peer networks each month." |
| *Opara v. Yellen*, 57 F.4th 709, 721 (9th Cir. 2023) | "[W]hen responding to a summary judgment motion…"," |
| *Ricci v. DeStefano*, 557 U.S. 557, 563, 129 S. Ct. 2658, 2664, 174 L. Ed. 2d 490 (2009) | "This litigation comes to us after the parties' cross-motions for summary judgment, so we set out the facts in some detail" |
| *Riesgo v. Heidelberg Harris, Inc.*, 36 F. Supp. 2d 53, 58 (D.N.H. 1997) | Summary judgment decision in which, "……the parties heatedly dispute the issue." |