1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ERIN M. CONNELL (STATE BAR NO. 223355)
   econnell@orrick.com
3  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
4  ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
   aelliottt@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
8
   JUSTIN M. WASHINGTON (STATE BAR NO. 334389)
9  justin.washington@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 355 S. Grand Avenue, Suite 2700
   Los Angeles, CA, 90071
11 Telephone:    (213) 629-2020
   Facsimile:    (213) 612-2499
12
   Attorneys for Defendant
13 WORKDAY, INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated; | Case No. 4:23-cv-00770-YGR |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| WORKDAY, INC. | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant")
2  (collectively, the Parties), by and through their respective counsel of record, hereby stipulate to a
3  continuance of the initial case management conference presently scheduled for October 2, 2023 at
4  2:00 p.m. and all related deadlines.  This stipulation and request is based on the following:

5     1. Plaintiff filed this case as a putative class action alleging violations of Title VII of
6        the Civil Rights Act of 1964, 42 U.S.C. Section 1981, the Americans with
7        Disabilities Act, and the Age Discrimination in Employment Act of 1967 on
8        February 21, 2023.

9     2. Defendant was served with the Complaint on April 25, 2023 through its agent for
10       service of process.

11    3. On May 3, 2023, the parties agreed to a 60-day extension of time for Defendant to
12       respond to the Complaint, making the responsive deadline July 17, 2023.

13    4. On July 17, 2023, Defendant moved to dismiss the Complaint on the grounds that
14       Plaintiff failed to state a claim upon which relief can be granted and failed to
15       exhaust administrative remedies setting a hearing date of September 12, 2023.

16    5. Per the Court's August 17, 2023 Order, Plaintiff's Opposition to Defendant's
17       motion to dismiss is due on September 13, 2023.

18    6. Defendant's reply in support of its motion to dismiss is currently due September
19       25, 2023 and the hearing on Defendant's motion is scheduled for October 10, 2023
20       at 2:00 p.m.

21    7. The parties agree that the Court's ruling on Defendant's motion could have a
22       material impact on scheduling, alternative dispute resolution options, and the
23       scope of discovery moving forward.  Particularly given the breadth of Plaintiff's
24       allegations and the potential implication of discovery from unknown third-party
25       employers, the Parties agree the interests of efficient allocation of resources and
26       judicial economy are best served by continuing the currently scheduled case
27       management conference until a time after the pleadings are set and the case is at
28       issue.

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, by and through the undersigned counsel of record that the October 2, 2023 initial case management conference and all related deadlines, including those imposed by Federal Rule of Civil Procedure 26, be continued (subject to the Court's approval) to 30 days following the filing of Defendant's Answer.

Dated: September 13, 2023.   ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.

Dated: September 13, 2023.   WINSTON COOKS LLC

By: _____*/s/ Roderick T. Cooks*_____
LEE D. WINSTON
RODERICK T. COOKS
Attorneys for Plaintiff
DEREK MOBLEY

*ADMITTED PRO HAC VICE*

I hereby attest that the concurrence in the filing of this document has been obtained from Roderick T. Cooks, Attorney for Plaintiff.

Dated: September 13, 2023   _____
JULIE A. TOTTEN

**[~~PROPOSED~~] ORDER**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

The initial case management conference scheduled for October 2, 2023 is ~~continued to~~ vacated, to be reset after the Court rules on the pending motion to dismiss. ~~_____, at _____ a.m./p.m.~~  All related deadlines triggered by the date of the initial case management conference are similarly continued and shall proceed pursuant to Code and/or this Court's Procedures based on the new conference date.

IT IS SO ORDERED.

Dated: September 14, 2023

By: _____
Hon. Yvonne Gonzalez Rogers
District Court Judge

- 3 -
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE