1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ERIN M. CONNELL (STATE BAR NO. 223355)
   econnell@orrick.com
3  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
4  ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
   aelliottt@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    (415) 773-5700
   Facsimile:     (415) 773-5759
8
   JUSTIN M. WASHINGTON (SBN 334389)
9  justin.washington@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 355 S. Grand Avenue, Suite 2700
   Los Angeles, CA, 90071
11 Telephone:    (213) 629-2020
   Facsimile:     (213) 612-2499
12
   Attorneys for Defendant
13 WORKDAY, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated; | Case No. 4:23-cv-00770-RFL

18 | Plaintiff, | **DEFENDANT WORKDAY, INC.'S AMENDED NOTICE OF HEARING ON ITS MOTION TO DISMISS**

19 | v. |

20 | WORKDAY, INC. | Date:        January 9, 2024
                    Time:        10:00 a.m.
21 | Defendant. | Courtroom:   15, 18th Floor
                Judge:       Hon. Rita F. Lin
22 |
                Complaint Filed:  February 21, 2023

DEFENDANT WORKDAY, INC.'S AMENDED NOTICE OF HEARING ON ITS MOTION TO DISMISS

1  PLEASE TAKE NOTICE that Defendant Workday, Inc.'s Motion to Dismiss, which was previously noticed for hearing on September 12, 2023, *see* ECF No. 17, then continued to October 10, 2023, *see* ECF No. 29, before being vacated by the Honorable Yvonne Gonzalez Rogers, *see* ECF No. 37, will now be heard on January 9, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Rita F. Lin in Courtroom 15 of this Court, located at 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: December 5, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Julie A. Totten*

JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.