JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

JUSTIN M. WASHINGTON (STATE BAR NO. 334389)
justin.washington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071
Telephone:     (213) 629-2020
Facsimile:     (213) 612-2499

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>    Plaintiff,<br><br>    v.<br><br>WORKDAY, INC.<br><br>    Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant") (collectively, the Parties), by and through their respective counsel of record, hereby stipulate to extend time for Defendant to respond to the First Amended Class Action Complaint filed February 20, 2024 ("FAC"). This stipulation and request is based on the following:

1. Plaintiff filed this case as a putative class action alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 1981, the Americans with Disabilities Act, and the Age Discrimination in Employment Act of 1967 on February 21, 2023.
2. Defendant was served with the Complaint on April 25, 2023 through its agent for service of process.
3. On May 3, 2023, the parties agreed to a 60-day extension of time for Defendant to respond to the Complaint, making the responsive deadline July 17, 2023.
4. On July 17, 2023, Defendant moved to dismiss the Complaint on the grounds that Plaintiff failed to state a claim upon which relief can be granted and failed to exhaust administrative remedies setting a hearing date of September 12, 2023.
5. On January 19, 2024, the Court granted Defendant's motion with leave to amend.
6. On February 20, 2024, Plaintiff timely filed the FAC.
7. Consistent with Federal Rule of Civil Procedure 15, Defendant's responsive pleading is presently due on March 5, 2024.
8. The parties agree that Plaintiff's amendments warrant additional time for Defendant to consider prior to filing a responsive pleading and neither party will suffer prejudice from such extension.
9. The parties have not previously sought an extension of time to respond to the FAC and the Court has not indicated that no further extensions will be granted.

///
///
///
///

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, by and through the undersigned counsel of record that Defendant's deadline to respond to the FAC is extended seven days from March 5, 2024 to March 12, 2024.

Dated: February 26, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Julie A. Totten*
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.

Dated: February 26, 2024                    WINSTON COOKS LLC

By: */s/ Roderick T. Cooks*
LEE D. WINSTON
RODERICK T. COOKS
Attorneys for Plaintiff
DEREK MOBLEY

*ADMITTED PRO HAC VICE*

I hereby attest that the concurrence in the filing of this document has been obtained from Roderick T. Cooks, Attorney for Plaintiff.

Dated:  February 26, 2024                    */s/ Julie A. Totten*
JULIE A. TOTTEN

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

**[PROPOSED] ORDER**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

Defendant is ordered to respond to the First Amended Class Action Complaint on or before March 12, 2024.

IT IS SO ORDERED.

Dated: _____         By:_____
                                     Hon. Yvonne Gonzalez Rogers
                                     District Court Judge