JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

JUSTIN M. WASHINGTON (STATE BAR NO. 334389)
justin.washington@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071
Telephone:    (213) 629-2020
Facsimile:     (213) 612-2499

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

1    Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant")
2    (collectively, the Parties), by and through their respective counsel of record, hereby stipulate to
3    extend time for Defendant to respond to the First Amended Class Action Complaint filed
4    February 20, 2024 ("FAC"). This stipulation and request is based on the following:

5    1. Plaintiff filed this case as a putative class action alleging violations of Title VII of
6       the Civil Rights Act of 1964, 42 U.S.C. Section 1981, the Americans with
7       Disabilities Act, and the Age Discrimination in Employment Act of 1967 on
8       February 21, 2023.
9    2. Defendant was served with the Complaint on April 25, 2023 through its agent for
10      service of process.
11   3. On May 3, 2023, the parties agreed to a 60-day extension of time for Defendant to
12      respond to the Complaint, making the responsive deadline July 17, 2023.
13   4. On July 17, 2023, Defendant moved to dismiss the Complaint on the grounds that
14      Plaintiff failed to state a claim upon which relief can be granted and failed to
15      exhaust administrative remedies setting a hearing date of September 12, 2023.
16   5. On January 19, 2024, the Court granted Defendant's motion with leave to amend.
17   6. On February 20, 2024, Plaintiff timely filed the FAC.
18   7. Consistent with Federal Rule of Civil Procedure 15, Defendant's responsive
19      pleading is presently due on March 5, 2024.
20   8. The parties agree that Plaintiff's amendments warrant additional time for
21      Defendant to consider prior to filing a responsive pleading and neither party will
22      suffer prejudice from such extension.
23   9. The parties have not previously sought an extension of time to respond to the FAC
24      and the Court has not indicated that no further extensions will be granted.

25   ///
26   ///
27   ///
28   ///

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

1  NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, by and through the
2  undersigned counsel of record that Defendant's deadline to respond to the FAC is extended seven
3  days from March 5, 2024 to March 12, 2024.

4  Dated: February 26, 2024                     ORRICK, HERRINGTON & SUTCLIFFE LLP

6                                        By:   */s/ Julie A. Totten*
7                                              JULIE A. TOTTEN
                                                ERIN M. CONNELL
                                                KAYLA D. GRUNDY
8                                              ALEXANDRIA R. ELLIOTT
                                                JUSTIN M. WASHINGTON
9                                              Attorneys for Defendant
                                                WORKDAY, INC.

11 Dated: February 26, 2024                    WINSTON COOKS LLC

13                                       By:   */s/ Roderick T. Cooks*
                                                LEE D. WINSTON
14                                              RODERICK T. COOKS
                                                Attorneys for Plaintiff
15                                              DEREK MOBLEY

16                                              *ADMITTED PRO HAC VICE*

18 I hereby attest that the concurrence in the filing of this document has been obtained from
   Roderick T. Cooks, Attorney for Plaintiff.

20 Dated: February 27, 2024                    */s/ Julie A. Totten*
                                                JULIE A. TOTTEN

**[PROPOSED] ORDER**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

Defendant is ordered to respond to the First Amended Class Action Complaint on or before March 12, 2024.

IT IS SO ORDERED.

Dated: February 27, 2024         By: _____
                                      Hon. Rita F. Lin
                                      District Court Judge