Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly similarly situated,<br><br>v.<br><br>WORKDAY, INC.<br><br>　　　　　Defendant. | Case No. 3:23-cv-00770-RFL<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS [Dkt. No. 50] PLAINTIFF'S FIRST AMENDED COMPLAINT [Dkt. No. 47] |

**STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant") (collectively, the Parties), by and through their respective counsel of record, hereby stipulate to a seven (7) extension of time for the Plaintiff to respond to the Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint filed March 12, 2023 ("Dkt. No. 50") and a three (3) day extension of time for Defendant to file its Reply. The requested relief is based on the following:

1. Plaintiff timely filed his Amended Complaint on February 20, 2024. [Dkt. No. 47].

2. Pursuant to Federal Rule of Civil Procedure 15(a)(3), any response to Plaintiff's Amended Complaint was due by March 5, 2024.

3. Before the due date for the Defendant's response, the parties mutually agreed that additional time was warranted for the Defendant to consider the Plaintiff's amendments prior to the filing of a responsive pleading.

4. The parties also agreed that should the Plaintiff petition for additional time to file any responsive pleading, the Defendant would not oppose the request.

5. On February 26, 2024, the Defendant filed a Stipulation and Proposed Order seeking an additional seven (7) days to respond to the Plaintiff's First Amended Complaint. [Dkt. No. 48].

6. On February 27, 2024, this Court granted the Defendant's request extending the time for responding to the Plaintiff's First Amended Class Action Complaint, making the new due date March 12, 2024. [Dkt. No. 49]. The due date for the Plaintiff's response to the Defendant's motion is March 26, 2024, with any reply due by April 2, 2024.

7. Due to scheduling conflicts, the parties seek to modify the briefing schedule on Defendant's Motion. Specifically, Plaintiff respectfully requests an additional seven (7) days to respond to the Defendant's Motion to Dismiss, up to and including April 2, 2024 and Defendant respectfully requests an additional three (3) days to file its Reply to its Motion to Dismiss, up to and including April 12, 2024.

9. Neither party will suffer prejudice from such extension and the Court has not said further extensions will not be granted.

1  Wherefore, premises considered, the Parties respectfully request the Court adopt a

2  modified briefing schedule permitting Plaintiff to file his Opposition on or by April 2, 2024 and

3  Defendant to file its Reply on or by April 12, 2024.

4  **Dated: March 18, 2024**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
State of Alabama Bar: 5819O78R
Attorney for the Plaintiff and the
Proposed Classes

**Dated: March 18, 2024**

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/Kayla D. Grundy
KAYLA D. GRUNDY
Attorneys for Defendant
WORKDAY, INC.

STIPULATION TO MODIFY BRIEFING SCHEDULE
REGARDING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT

3

Case No. 4:23-cv-00770-RFL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 18th, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.

Done this the **18th** day of **March 2024**.

                                                   s/Roderick T. Cooks
                                                 Of Counsel

**[PROPOSED] ORDER**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

Plaintiff is ordered to respond to the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint on or before **April 2, 2024**.

Defendant is ordered to file its Reply to its Motion to Dismiss Plaintiff's First Amended Complaint on or before **April 12, 2024**.

IT IS SO ORDERED.

Dated: _____

By:_____
Hon. Rita F. Lin
United States District Court Judge