Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:   (205) 502-0970
Facsimile:   (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly similarly situated,<br><br>v.<br><br>WORKDAY, INC.<br><br>        Defendant. | Case No. 3:23-cv-00770-RFL<br><br>PLAINTIFF'S OPPOSED MOTION FOR PAGE EXTENSION TO TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [Dkt. No. 50] PLAINTIFF'S FIRST AMENDED COMPLAINT [Dkt. No. 47] |

### MOTION FOR AN ADDITIONAL NINE (9) PAGES
### TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Derek Mobley ("Plaintiff") by and through counsel of record, hereby requests an additional nine (9) pages to adequately respond to the Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint filed March 12, 2024 ("Dkt. No. 50"). The requested relief is based on the following:

1.  According to Local Rule 7-3(a) briefs or memorandums in opposition may not exceed twenty-five (25) pages of text.

2. Undersigned counsel has endeavored to meet this requirement but due to the Issues raised, nine (9) additional pages are needed to frame a response.

3. The Defendant was contacted earlier today and objects to this request. Plaintiff has no objection to the Defendant receiving as many pages as it needs for its reply.

4. The Plaintiff has previously stipulated to the Defendant's request for additional time to file its Motion to Dismiss and pre-stipulated to a request for more time to file its Reply Brief.

5. Neither party will be prejudiced by the grant of relief requested by this motion.

Wherefore, premises considered, the Plaintiff respectfully requests that he be allowed an additional nine (9) pages to respond to the Defendant's Motion to Dismiss.

Dated: April 1, 2024

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
State of Alabama Bar: 5819O78R
Attorney for the Plaintiff and the
Proposed Classes

**OF COUNSEL**:
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 1st, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
JUSTIN M. WASHINGTON
Attorneys for Defendant
WORKDAY, INC.

Done this the 1st day of **April 2024.**

                                                     s/Roderick T. Cooks
                                                   Of Counsel

**[PROPOSED] ORDER**

Having read the Plaintiff's motion and good cause appearing, the Court hereby GRANTS the Plaintiff's request and orders the following:

Plaintiff is granted nine (9) additional pages to respond to the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

IT IS SO ORDERED.


Dated: _____            By:_____
                                              Hon. Rita F. Lin
                                              United States District Court Judge