JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;

Plaintiff,

v.

WORKDAY, INC.

Defendant.

Case No. 3:23-cv-00770-RFL

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS FOR PLAINTIFF'S OPPOSITION TO WORKDAY, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**[PROPOSED] ORDER**

Having read and considered Plaintiff's Motion For Page Extension To Respond To Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Defendant's Opposition to Plaintiff's Motion, the Court hereby **ORDERS** as follows:

Plaintiff's Opposed Motion For Page Extension To Respond To Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 54] is hereby **DENIED**. Accordingly, Plaintiff's brief in opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Dkt. No. 50] shall not exceed 15 pages, excluding the title page, table of contents, table of authorities, and Exhibits, consistent with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: _____              _____
                                              Hon. Rita F. Lin
                                              United States District Court Judge

- 1 -