1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ERIN M. CONNELL (STATE BAR NO. 223355)
   econnell@orrick.com
3  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
4  ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
   aelliott@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
8

9  Attorneys for Defendant
   WORKDAY, INC.
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated; | Case No. 3:23-cv-00770-RFL |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| WORKDAY, INC. | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney is no longer counsel of record for Defendant Workday, Inc. in this action and should no longer receive notices of electronic filing or other case activity through the ECF system in this action:

**JUSTIN WASHINGSTON**
**justin.washington@orrick.com**
Orrick, Herrington & Sutcliffe, LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA, 90071

Julie A. Totten, Erin M. Connell, and Kayla D. Grundy of Orrick, Herrington & Sutcliffe LLP remain counsel of record for Defendant Workday, Inc. and should continue to receive notices of electronic filings or other case activity.

Dated: April 2, 2024                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Kayla D. Grundy*_____
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT
Attorneys for Defendant
WORKDAY, INC.