KARLA GILBRIDE, SBN 264118 (CA)
JENNIFER S. GOLDSTEIN, SBN 147791 (CA)
DARA S. SMITH, SBN 1027046 (DC)
STEVEN WINKELMAN, SBN 1048481 (DC)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of General Counsel
131 M Street N.E., 5th Floor
Washington, D.C. 20507
Telephone (202) 921-2564
steven.winkelman@eeoc.gov

*Attorneys for EEOC as Amicus Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**[PROPOSED] ORDER GRANTING THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>Date:       May 7, 2024<br>Time:      10:00 a.m.<br>Judge:     Hon. Rita F. Lin<br>Courtroom: 15, 18th Floor |

Before the Court is the Motion of the Equal Employment Opportunity Commission for Leave to File a Brief as Amicus Curiae in the above-captioned action. Having considered the Commission's arguments, this Court hereby grants the motion and orders that the Commission's Brief as Amicus Curiae shall be filed.

Accordingly, the Court GRANTS the Commission's motion.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. RITA F. LIN
United States District Judge