Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.: 5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 482-5174
Facsimile:     (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 4:23-cv-00770-RFL<br><br>**PLAINTIFF'S EMERGENCY MOTION TO CONTINUE THE MOTION TO DISMISS HEARING SET FOR MAY 7, 2024.** |

## Emergency Motion to Continue May 7, 2024 Motion to Dismiss Hearing

Comes now, Derek Mobley, through counsel and files this emergency motion to continue the hearing scheduled for May 7, 2024. As grounds for this motion, undersigned states as follows:

1. Today, lead counsel Roderick Cooks has fallen ill with a high temperature of over 103 degrees with other physical symptoms reflecting illness.

2. Currently, Mr. Cooks is not in a condition to prepare, travel to and/or participate in the hearing.

3. Mr. Cooks prepared the opposition pleading, planned to present the arguments at the hearing and respond to the Court's questions in person as he did in the first Motion to Dismiss hearing.

4. The defendant has been alerted of Mr. Cooks' health issues necessitating the request to reschedule the May 7, 2024 hearing.

5. This motion is not filed for purposes of delay and no party will be prejudiced by rescheduling the hearing.

**Wherefore premises considered**, plaintiff requests that the hearing be re-set to a new date.

   **Dated:  May 4, 2024**

                              Respectfully submitted,

                              <u>/s/Lee Winston</u>
                              Roderick T. Cooks *(admitted pro hac vice)*
                              Lee Winston *(admitted pro hac vice)*
                              Attorney for the Plaintiff and the Proposed Classes

**<u>OF COUNSEL:</u>**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L

Roderick T. Cooks
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:   (205) 482-5174
Facsimile:   (205) 278-5876

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all persons listed registered to filings the Court's ECF system including:

    Erin M. Connell
    Julie A. Totten
    Kayla Delgado Grundy
    Orrick
    405 Howard Street
    San Francisco, CA 94105
    jatotten@orrick.com
    kgrundy@orrick.com
    econnell@orrick.com

Done this the 4th day of May 2024.

                                                  s/Lee Winston
                                                  Of Counsel