Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:  5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 482-5174
Facsimile:      (205) 278-5876

Attorneys for the Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**[PROPOSED] ORDER GRANTING THE PLAINTIFF'S EMERGENCY MOTION TO RESCHEDULE THE MOTION TO DISMISS HEARING SCHEDULED FOR:**<br>Date:          May 7, 2024<br>Time:         10:00 a.m.<br>Judge:        Hon. Rita F. Lin<br>Courtroom:  15, 18th Floor |

### [PROPOSED] ORDER

Before the Court is Plaintiff's Emergency Motion to Reschedule the Motion to Dismiss Hearing.

For the grounds stated within the motion, the hearing will be rescheduled to a mutually acceptable date.

Accordingly, the Court GRANTS the Plaintiff's motion.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. RITA F. LIN
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTTIFF EMERGENCY MOTION TO RESCHEDULE HEARING