| | |
|---|---|
| 1 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
|  | jatotten@orrick.com |
| 2 | ERIN M. CONNELL (STATE BAR NO. 223355) |
|  | econnell@orrick.com |
| 3 | KAYLA D. GRUNDY (STATE BAR NO. 300513) |
|  | kgrundy@orrick.com |
| 4 | ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293) |
|  | aelliott@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | The Orrick Building |
| 6 | 405 Howard Street |
|  | San Francisco, CA  94105-2669 |
| 7 | Telephone:     (415) 773-5700 |
|  | Facsimile:      (415) 773-5759 |

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated; | Case No. 3:23-cv-00770-RFL |
| Plaintiff, | **DEFENDANT WORKDAY, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| WORKDAY, INC. | |
| Defendant. | |

|   |   |
|---|---|
| 1 | Defendant Workday, Inc. hereby notifies the Court of newly issued authority relevant to |
| 2 | its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 50).  On June 24, 2024, the |
| 3 | United States Court of Appeals for the Ninth Circuit issued a memorandum opinion in *Liu v.* |
| 4 | *Uber Technologies, Inc.*, affirming the district court's dismissal of the putative class action for |
| 5 | failure to "plead[] sufficient facts to support [the plaintiff's] claims of disparate impact and |
| 6 | disparate treatment."  Nos. 22-16507 & 22-16712, at 3 (9th Cir. 2024). Workday cited the district |
| 7 | court's decision in this case several times in both of its motions to dismiss Plaintiff's complaints. |
| 8 | *See* Motion to Dismiss First Amended Complaint, ECF No. 50 at 10, 12, 14; Motion to Dismiss |
| 9 | Complaint, ECF No. 17 at 12, 21-22, 24.  A true and correct copy of the decision is attached |
| 10 | hereto as Exhibit 1. |

Dated:  June 26, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Erin Connell*_____
JULIE A. TOTTEN
ERIN M. CONNELL
KAYLA D. GRUNDY
ALEXANDRIA R. ELLIOTT

Attorneys for Defendant
WORKDAY, INC.

- 1 -