1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ERIN M. CONNELL (STATE BAR NO. 223355)
   econnell@orrick.com
3  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
4  ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
   aelliottt@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
8

9  Attorneys for Defendant
   WORKDAY, INC.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED TO EXTEND ANSWER DEADLINE, CONTINUE CASE MANAGEMENT CONFERENCE, AND TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT** |
|---|---|

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant") (collectively, the Parties), by and through their respective counsel of record, request and hereby stipulate to extend Defendant's answer deadline by seven days. The Parties further request and stipulate to a one-week continuance of the initial case management conference, currently scheduled for August 7, 2024, at 10:00 a.m., to August 14, 2024, at 10:00 a.m. Finally, the Parties request and hereby stipulate to extend the deadline for filing the case management statement by one week as well, meaning it would be due on August 7, 2024. These stipulations and requests are based on the following:

1. Plaintiff filed this case as a putative class action on February 21, 2023.
2. Defendant was served with the Complaint on April 25, 2023.
3. On July 17, 2023, after a stipulated 60-day extension, Defendant moved to dismiss the Complaint.
4. After the Court granted Defendant's motion to dismiss with leave to amend on January 19, 2024, Plaintiff filed an amended complaint on February 20, 2024.
5. Defendant moved to dismiss the first amended complaint on March 12, 2024 after a Court-approved seven-day extension of time to respond.
6. The Court granted in part and denied in part Defendant's motion to dismiss on July 12, 2024, ordering Plaintiff to file a second amended complaint on limited grounds if he so desired, within 21 days.
7. Also on July 12, 2024, the Court entered an order requiring the Parties to file a case management statement by July 31, 2024 and setting an initial case management conference for August 7, 2024 at 10:00 a.m.
8. On July 22, 2024, the parties met and conferred regarding whether Plaintiff intended to amend his complaint in response to the Court's order on Defendant's motion to dismiss and related scheduling. Plaintiff does not intend to amend his complaint at this time.
9. On this same call, the Parties agreed that subject to the Court's approval, Defendant's statutory deadline to answer, which is July 26, 2024, can be extended

by one week, to August 2, 2024. The Parties agree that neither party will suffer prejudice from this extension. Although the Parties previously agreed to deadlines to move to dismiss, as described above, this is the first request for an extension to answer. The Court has not indicated no further extensions will be granted.

10. The Parties also request that the Court extend the deadline for filing a case management statement by one week, to August 7, 2024, and that the case management conference also be continued for one week, to August 14, 2024 at 10:00 a.m. The Parties agree the interests of efficient allocation of resources and judicial economy are best served by continuing the currently scheduled case management conference until the parties have time to complete a fulsome meet and confer effort pursuant to Rule 26(f). The Parties agree that neither party will suffer prejudice from such an extension. This is the third request to continue the case management conference, but it is the first request following resolution of the motions to dismiss. The Court has not indicated that no further extensions will be granted.

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, by and through the undersigned counsel of record, that Defendant's deadline to answer the First Amended Complaint be extended (subject to the Court's approval) from July 26, 2024 to August 2, 2024. The Parties further stipulate and agree, by and through the undersigned counsel of record, that the deadline to file the case management statement be extended (subject to the Court's approval) from July 31, 2024 to August 7, 2024. Finally, the Parties stipulate and agree, by and through undersigned counsel of record, that the August 7, 2024 initial case management conference and all other related deadlines be continued (subject to the Court's approval) to August 14, 2024.

Dated: July 23, 2024                                ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Julie A. Totten*
 JULIE A. TOTTEN
 ERIN M. CONNELL
 KAYLA D. GRUNDY
 ALEXANDRIA R. ELLIOTT
 Attorneys for Defendant
 WORKDAY, INC.

Dated: July 23, 2024                                WINSTON COOKS LLC


By: */s/ Roderick T. Cooks*
 LEE D. WINSTON
 RODERICK T. COOKS
 Attorneys for Plaintiff
 DEREK MOBLEY

 *ADMITTED PRO HAC VICE*

I hereby attest that the concurrence in the filing of this document has been obtained from Roderick T. Cooks, Attorney for Plaintiff.

Dated:  July 25, 2024                                */s/ Julie A. Totten*
 JULIE A. TOTTEN

- 3 -
STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE

**[PROPOSED] ORDER AS MODIFIED**

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' Stipulation and orders the following:

Defendant's answer deadline is extended to August 2, 2024.

The deadline for filing a case management statement is extended to August 14, 2024.

The initial case management conference scheduled for August 7, 2024 is continued to August 21, 2024, at 10:00 a.m. via videoconference.[1]

IT IS SO ORDERED.

Dated: July 25, 2024                    By: _____
                                            Hon. Rita F. Lin
                                            District Court Judge

---

[1] As indicated in the undersigned's Scheduling Notes, the Court is unavailable on August 14, 2024.