JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>[~~PROPOSED~~] CASE SCHEDULE<br><br>Courtroom:    15, 18th Floor<br>Judge:           Hon. Rita F. Lin<br><br>Complaint Filed: February 21, 2023 |

Having reviewed the Parties' stipulated revised case schedule, ECF No. 90, filed August 29, 2024, the Court hereby orders the following:

| | |
|---|---|
| October 21, 2024 | Last date to amend pleadings |
| October 23, 2024 | Case Management Conference |
| January 8, 2025 | Case Management Conference |
| February 6, 2025 | Conditional Certification Motion |
| March 6, 2025 | Opposition to Conditional Certification |
| March 20, 2025 | Reply to Conditional Certification |
| April 8, 2025 | Conditional Certification Hearing |
| May 2, 2025 | Deadline to file joint letter update on ADR |
| August 13, 2025 | Case Management Conference |
| September 12, 2025 | Class Certification Motion |
| October 3, 2025 | Last day to depose expert(s) |
| November 7, 2025 | Opposition to Class Certification Motion and motion to decertify |
| November 25, 2025 | Last day to depose expert(s) |
| December 5, 2025 | Reply to Class Certification Motion and opposition to motion to decertify |
| December 19, 2025 | Last day to depose experts |
| January 6, 2026 | Reply to motion to decertify |
| January 27, 2026 | Class Certification Hearing |

**IT IS SO ORDERED.**

Dated: September 4, 2024

_____
Hon. Rita F. Lin
United States District Court Judge