# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Greer M. Lynch**
**Clerk of Court**

**Sheri Jones**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Robert L. Wiggins, Jr** was duly admitted to practice in said Court on **July 11, 1975**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on September 18, 2024.

GREER M. LYNCH, CLERK

By: _Gevonni Bell_

Gevonni Bell, Deputy Clerk