UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Mobley, et al, <br> Plaintiff(s), <br> v. <br> Workday, Inc, <br> Defendant(s). | Case No. 3:23-cv-00770-RFL <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Robert L. Wiggins, Jr., an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Derek Mobley, et al in the above-entitled action. My local co-counsel in this case is Jay Greene, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 297803.

| 301 North 19th Street, Birmingham, AL 35203 | 447 Sutter Street, Suite 435 San Francisco CA 94108 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 205-314-0500 | 415-905-0215 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rwiggins@wigginschilds.com | greeneattorney@gmail.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB1754G63R.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court Zero times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: September 20, 2024                         Robert L. Wiggins, Jr.
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert L. Wiggins, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 20, 2024

UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
### Northern District of Alabama



**Greer M. Lynch**
**Clerk of Court**

**Sheri Jones**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Robert L. Wiggins, Jr** was duly admitted to practice in said Court on **July 11, 1975**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on September 18, 2024.

GREER M. LYNCH, CLERK
By: *Gevonni Bell*
Gevonni Bell, Deputy Clerk