Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:  5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:	(205) 502-0970
Facsimile:	(205) 278-5876

Attorneys for Plaintiff and Proposed Class
And Collective Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>                Plaintiff,<br><br>      v.<br><br>WORKDAY, INC.<br><br>                Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**NOTICE OF FILING CONSENT TO JOIN FORM** |

### NOTICE OF FILING CONSENT TO JOIN FORM

    Please take notice that Plaintiff Derek Mobley files a Consent to Join Form, attached as an Exhibit.

                            Respectfully submitted,

                             By: /s/*Lee D. Winston* (admitted *pro hac vice*)
                             One of the Attorneys for the Plaintiff and Proposed
                             Class(es) and Collective Members

<u>OF COUNSEL</u>:
Lee D. Winston (admitted *pro hac vice*)
lwinston@winstoncooks.com
Roderick T. Cooks (admitted *pro hac vice*)
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North Suite 2200
Birmingham, AL 35203
Telephone (205) 482-5174

Robert L. Wiggins (admitted *pro hac vice*)
rwiggins@wigginschilds.com
Wiggins, Childs, Pantazis & Goldfarb
Kress Building
301 19th Street North
Birmingham, AL. 35203
Telephone (205) 314-0500

<u>LOCAL COUNSEL</u>:
Jay Greene
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and Proposed Class(es) and Collective Members

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, I electronically filed the Notice and Consent to Join Form with the Court's Electronic Filing System which will notify all Counsel of Record including:

Erin M. Connell
econnell@orrick.com

Julie Ann Totten
jtotten@orrick.com

Kayla Delgado Grundy
kgrundy@orrick.com

/s/ *Lee Winston*
Of Counsel