UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br>　　WORKDAY, INC.<br><br>　　　　　　　Defendant. | Case No. 3:23-cv-00770-RFL<br><br>Complaint Filed:  February 21, 2023 |

# CONSENT TO JOIN

I, Derek Mobley, the undersigned and Plaintiff in this matter, consent to and do hereby opt in to and become a party in the case already on file styled *Derek Mobley et al. v. Workday* in the United States District Court for the Northern District of California. I understand and agree that by joining in this action, I will be bound by any adjudication of the Court in this action. I represent to the Court that at times pertinent to this action I have been an applicant of the age forty (40) years old or older, sought work and been subject to Workday's algorithmic screening tools.

I authorize through this Consent the filing and prosecution of this action which includes claims pursuant to the Age Discrimination and Employment Act of 1967 in my name for myself and all persons similarly situated.


Initial

*Consent to Join Collective Action  3:23-cv-0770-RFL*

Name: Derek L Mobley

Signature: *Derek L Mobley* (Signed by: 11437FD7EB31415...)

Date: 10/21/2024

*Consent to Join Collective Action 3:23-cv-0770-RFL*