Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>       Plaintiff<br><br>  v.<br><br>WORKDAY, INC.<br><br>       Defendant. | **NOTICE OF FILING CONSENT TO JOIN FORMS**<br><br>Case No. 4:23-cv-00770-RFL |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Comes Now, the Plaintiff, Derek L. Mobley, and files the attached Consent(s) to Join Suit as opt-ins for:

1.    Jill E. Hughes;

2.    Sheilah Johnson-Rocha;

3.    Vanessa Knight-Bell; and,

4.    Richard Lieb.

Dated:        **December 9, 2024.**

                                              Respectfully submitted,

                                              */s/Roderick T. Cooks*
                                              Roderick T. Cooks
                                              (admitted pro hac vice)
                                              Lee Winston
                                              (admitted pro hac vice)
                                              Robert L. Wiggins, Jr.
                                              (admitted pro hac vice)
                                              Attorneys for the Plaintiff and the Proposed
                                              Classes and the Collective

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

**Certificate of Service**

    I hereby certify that on December **9th**, 2024, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Jay Patrick Greene | jay@jaygreenelawfirm.com |
| Julie Ann Totten | jtotten@orrick.com, jponce@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Robert L. Wiggins, Jr. | rwiggins@wigginschilds.com |

                                            *s/Roderick T. Cooks*
                                            Of Counsel