# Ex. 1
# (Jill E. Hughes)

| | |
|---|---|
| Lee D. Winston<br>lwinston@winstoncooks.com<br>State of Alabama Bar No.:6407O72L<br>Roderick T. Cooks<br>rcooks@winstoncooks.com<br>State of Alabama Bar No.:5819O78R<br>Winston Cooks, LLC<br>420 20th Street North<br>Suite#2200<br>Birmingham, AL 35203<br>Telephone:   (205) 502-0970<br>Facsimile:    (205) 278-5876 | Robert L. Wiggins, Jr.<br>rwiggins@wigginschilds.com<br>Wiggins Childs Pantazis Fisher Goldfarb, LLC<br>The Kress Building,<br>301 19th Street North<br>Birmingham, AL 35203<br>Telephone:   (205) 314-0500<br>Facsimile:    (205) 254-1500 |

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT TO JOIN**<br><br>Case No. 4:23-cv-00770-RFL |

**CONSENT TO JOIN**

I, Jill E. Hughes, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

1 agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2 Name: Jill E. Hughes

3 Signature: *Jill Hughes* (DocuSigned by: 2A4F34CF5AC7476...)

4 Date: 12/8/2024

5 Dated: December  9 , 2024

6                                          Respectfully submitted,

7                                          */s/Roderick T. Cooks*
Roderick T. Cooks
8 (admitted pro hac vice)
Lee Winston
9 (admitted pro hac vice)
Robert L. Wiggins, Jr.
10 (admitted pro hac vice)
Attorneys for the Plaintiff and the Proposed
11 Classes and the Collective

12 **OF COUNSEL:**
Lee D. Winston
13 lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
14 Roderick T. Cooks
rcooks@winstoncooks.com
15 State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
16 420 20th Street North
Suite#2200
17 Birmingham, AL 35203
Telephone: (205) 502-0970
18 Facsimile: (205) 278-5876

19 Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
20 Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
21 301 19th Street North
Birmingham, AL 35203
22 Telephone: (205) 314-0500
Facsimile: (205) 254-1500
23
**LOCAL COUNSEL**:
24 Jay Greene
greeneattorney@gmail.com
25 Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
26 San Francisco, CA 94108
Phone 415-905-0215
27

28                                     2

**Certificate of Service**

I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Jay Patrick Greene | jay@jaygreenelawfirm.com |
| Julie Ann Totten | jtotten@orrick.com, jponce@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Robert L. Wiggins, Jr. | rwiggins@wigginschilds.com |

*s/Roderick T. Cooks*
Of Counsel

3

# Ex. 2
# (Sheilah Johnson-Rocha)

Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | **CONSENT TO JOIN**<br><br>Case No. 4:23-cv-00770-RFL |

**CONSENT TO JOIN**

I, Sheilah Johnson-Rocha, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

SJ

1 | agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2 | Name:        Sheilah Johnson-Rocha

3 | Signature: *Sheilah Johnson-Rocha* (DocuSigned)

4 | Date: 12/9/2024

5 | Dated: December 9, 2024

6 |                                        Respectfully submitted,

7 |                                        */s/Roderick T. Cooks*
                                           Roderick T. Cooks
8 |                                        (admitted pro hac vice)
                                           Lee Winston
9 |                                        (admitted pro hac vice)
                                           Robert L. Wiggins, Jr.
10 |                                       (admitted pro hac vice)
                                           Attorneys for the Plaintiff and the Proposed
11 |                                       Classes and the Collective

12 | **OF COUNSEL:**
Lee D. Winston
13 | lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
14 | Roderick T. Cooks
rcooks@winstoncooks.com
15 | State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
16 | 420 20th Street North
Suite#2200
17 | Birmingham, AL 35203
Telephone:    (205) 502-0970
18 | Facsimile:    (205) 278-5876

19 | Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
20 | Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
21 | 301 19th Street North
Birmingham, AL 35203
22 | Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500
23 |
**LOCAL COUNSEL**:
24 | Jay Greene
greeneattorney@gmail.com
25 | Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
26 | San Francisco, CA 94108
Phone 415-905-0215
27 |
28 |                                        2

**Certificate of Service**

I hereby certify that on December  9 , 2024, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Jay Patrick Greene | jay@jaygreenelawfirm.com |
| Julie Ann Totten | jtotten@orrick.com, jponce@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Robert L. Wiggins, Jr. | rwiggins@wigginschilds.com |

*s/Roderick T. Cooks*
Of Counsel

3

# Ex. 3
# (Vanessa Knight-Bell)

Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:  (205) 502-0970
Facsimile:   (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:  (205) 314-0500
Facsimile:   (205) 254-1500

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>   Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>   Defendant. | **CONSENT TO JOIN**<br><br>Case No. 4:23-cv-00770-RFL |

**CONSENT TO JOIN**

I, Vanessa Knight-Bell, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.
2  Name:        Vanessa Knight-Bell
3  Signature: *Vanessa Knight-Bell* (DocuSigned)
4  Date: 12/8/2024
5  Dated: December 9, 2024

                                            Respectfully submitted,

                                            */s/Roderick T. Cooks*
                                            Roderick T. Cooks
                                            (admitted pro hac vice)
                                            Lee Winston
                                            (admitted pro hac vice)
                                            Robert L. Wiggins, Jr.
                                            (admitted pro hac vice)
                                            Attorneys for the Plaintiff and the Proposed
                                            Classes and the Collective

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

2

**Certificate of Service**

I hereby certify that on December  9  , 2024, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Jay Patrick Greene | jay@jaygreenelawfirm.com |
| Julie Ann Totten | jtotten@orrick.com, jponce@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Robert L. Wiggins, Jr. | rwiggins@wigginschilds.com |

*s/Roderick T. Cooks*
Of Counsel

3

# Ex. 4
# (Richard Lieb)

Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:  (205) 502-0970
Facsimile:  (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:  (205) 314-0500
Facsimile:  (205) 254-1500

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>  Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>  Defendant. | **CONSENT TO JOIN**<br><br>Case No. 4:23-cv-00770-RFL |

**CONSENT TO JOIN**

I, Richard Lieb, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

Initial

agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

Name:      Richard Lieb

Signature: *[Signed by: 3C7AD946B8FA42E...]*

Date: 12/8/2024

Dated: December 9, 2024

|  | Respectfully submitted, |
|---|---|
|  | */s/Roderick T. Cooks*<br>Roderick T. Cooks<br>(admitted pro hac vice)<br>Lee Winston<br>(admitted pro hac vice)<br>Robert L. Wiggins, Jr.<br>(admitted pro hac vice)<br>Attorneys for the Plaintiff and the Proposed Classes and the Collective |

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

2

**Certificate of Service**

    I hereby certify that on December 9____, 2024, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Jay Patrick Greene | jay@jaygreenelawfirm.com |
| Julie Ann Totten | jtotten@orrick.com, jponce@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Robert L. Wiggins, Jr. | rwiggins@wigginschilds.com |

                                                               *s/Roderick T. Cooks*
                                                                Of Counsel