Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 482-5174
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

*Attorneys for the Plaintiff and Class and Collective Members*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY** for and on behalf of himself and other persons similarly situated, <br><br> Plaintiff <br><br> v. <br><br> **WORKDAY, INC.** <br> **Defendant.** <br><br><br> **Defendant.** | Case No. 4:23-cv-00770-RFL <br><br> **DECLARATION OF RODERICK T. COOKS IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** <br><br> Date:     April 8, 2025 <br> Time:    10:00 a.m. <br> Location:    Courtroom 15 (18th Floor) |

## DECLARATION OF RODERICK T. COOKS IN SUPPORT OF PLAINTIFF DEREK L. MOBLEY'S MOTION FOR CONDITIONAL CERTIFICATION

I, Roderick T. Cooks, declare as follows:

   1.   I am an attorney licensed to practice in the State of Alabama.  I am a partner with the law firm Winston Cooks, LLC and I represent Mr. Derek L. Mobley in the above-captioned

matter. I am fully knowledgeable of the facts stated herein and am competent to testify regarding these matters. I submit this declaration in support of Plaintiff Derek L. Mobley's Motion for Conditional Certification.

2. Attached to the accompanying Motion for Conditional Certification are true and correct copies of the following declarations received by Plaintiff Derek L. Mobley's counsel: Ex.1-Declaration of Jill E. Hughes; Ex. 2-Declaration of Vanessa Knight-Bell; Ex. 3-Declaration of Sheilah Johnson-Rocha; and Ex. 4-Declaration of Richard Lieb, Jr.

3. Attached to the accompanying Motion for Conditional Certification as Ex. 5 is the Proposed Notice and Consent to Join Form.

I certify under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

DATED: February 6, 2025.

/s/Roderick T. Cooks
Attorney for the Plaintiff

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks *(admitted pro hac vice)*
Lee Winston *(admitted pro hac vice)*
Attorney for the Plaintiff

**OF COUNSEL**:
Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:     (205) 314-0500
Facsimile:      (205) 254-1500

Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 6th, 2025, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the Court's CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Erin M. Connell | econnell@orrick.com |
| Julie Ann Totten | jtotten@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com, kdelgado@orrick.com |

                                             */s/Roderick T. Cooks*
                                             Roderick T. Cooks