# Exhibit 1

Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Jay Greene
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 4:23-cv-00770-RFL<br><br>**DECLARATION OF JILL E. HUGHES** |

## DECLARATION OF JILL E. HUGHES

1. My name is Jill E. Hughes. I am an opt-in Plaintiff in this proposed collective action against Workday, Inc. I am over the age of nineteen ("19") and competent to testify about the matters set forth in this declaration.  The statements made in this declaration are made based on my personal knowledge, experiences, and observations.

2.  I am an adult resident of the state of Illinois.

3.  I understand that a class and collective action lawsuit alleging, inter alia, age discrimination have been filed against Workday, Inc., *Derek L. Mobley v. Workday, Inc.*, Case No. 4:23-cv-00770-RFL (N.D. Cal.), and that this declaration may be used by the plaintiffs in relation to this case.

**My Applications Via Workday, Inc.'s Jobs Platform**

4.  Since December of 2023, I have applied for hundreds of positions that use Workday, Inc. as a screening tool for sourcing, recruiting, talent acquisition and/or hiring. Examples of employers that I have submitted applications to include 3M; Cigna; Veralto; Stryker; Becton Dickinson; FIS Global; General Electric; Huntington; and Parsons Corporation. I have been denied employment each time.

5.  The companies listed above have sent at least one automated rejection for role(s) for which I met or exceeded the posted hiring requirements. In some cases, the automated rejection emails stated "You do not meet the minimum requirements for this role" even though I met or exceeded all posted requirements based on my professional resume and portfolio of prior work.

6.  Automated rejections were often received within minutes or a few hours of applying and were often sent at odd times outside of business hours (ie, 2:40 a.m. on a Sunday morning; 11:00 pm on a weekday), indicating a human did not review the applications.

7.  I was born in 1974, and at the time of my applications, I was 49 or 50 years old.

**My Qualifications**

8. I have B.A. from the University of Cincinnati and an M.A. from the University of Chicago and have more than 28 years of executive-level experience in my professional career as a Senior Medical Writer, Project Manager, and Scientific Director with experience writing/strategizing for major media as well as the corporate and medical arenas.

9. Attached to this declaration is my resume`. [See, Att. A].

**Workday, Inc. Handling of My Applications**

10. Despite my qualifications, experience, and numerous applications, I have only been offered an opportunity to interview once, via Cardinal Health, which resulted in a rapid rejection, only to see that same role re-posted over and over again for multiple years since. It appears that nobody who applies for/interviews for that role as posted via Workday is ever hired, and I have submitted exhibits in the Request for Production accordingly.

**My Concerns About Discrimination**

11. It is my understanding that Workday, Inc., is a third-party vendor that screens applicants for the companies that I have applied to for jobs. For the companies that use Workday as the gatekeeper to employment opportunities, I am required to create a Workday account and submit my application to the employer @myworkday.com. It is also my understanding that most if not all my applications were screened by artificial intelligence processes and/or applications.

12. I am challenging Workday, Inc.'s use and marketing of Artificial Intelligence and Machine Learning which I believe discriminated against me on the basis of my age in scoring my application in the hiring process and preventing me from obtaining employment.

13. I believe this because I was more than qualified for the positions I applied to, and I was never given an interview or a legitimate, nondiscriminatory reason for why I was rejected.

14. I suspect that Workday, Inc.'s Artificial Intelligence and Machine Learning scored my application in manner which screened out applicants over the age of 40, such as myself, and favored younger, less qualified applicants, instead.

**The Importance of a Job at Workday, Inc.**

15. Other than one short-term/temporary (90 days) part-time job in the past 2 years, which ended January 31, 2025, I have been unable to obtain gainful employment to support myself and my family. I firmly believe that Workday, Inc.'s Artificial Intelligence and Machine Learning disqualifies applicants aged 40 and over, such as myself, no matter how qualified.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this  2/5/2025  in Arlington Heights, Illinois.

DocuSigned by:
*Jill Hughes*
—2A4F54CF5AC7476...
Jill E. Hughes

4
Declaration of Jill E. Hughes

# Exhibit A

Jill E. Hughes, MA
410 East Hackberry Drive
Arlington Heights, IL 60004
773-689-0062 (cell)
jill.elaine.hughes@gmail.com

**Career Summary:** Senior Medical Writer, Project Manager, and Scientific Director with 26 years' experience writing/strategizing for major media as well as the corporate and medical arenas. Creative-Minded Writer with Proven Skills Across Multiple Media: Video Scripts, Interactive Dialogue Scripting Concepts on New Content-Delivery Platforms. Virtual Reality Scripting/Concepting. Creative Copywriting, Journal Articles, Narration, Audio, Monographs, Corporate Training Materials, Continuing Education/CME. Regulatory Drug Submissions, Global Value Documents, HEOR/Market Access Strategy. Localization Strategy for Non-US Audiences (India, Europe, Canada, China). Cybersecurity/Threat Intelligence Writing and Analysis. OSINT Writing and Analysis. Medical Devices/510Ks. HIPAA Compliance.

**Other Special Content Development/Strategy Skills (Highlights):**

- **FDA Regulatory Submissions (Phases 2-5; REMS; EUAs),LEAN Six Sigma Authoring Principles; Managing Submission Content Teams**
- Clinical Media Storyboarding/FDA Summary Documents
- Joint Commission Accreditation Documents/Clinical Protocols
- Clinical Trial Protocol Development/Trial Patient Waivers
- Clinical Research Organization (CRO) Documentation
- AMCP/HEOR Dossier Story Planning
- Multimedia interactive CME (Audio/Visual/Text)
- Project Management/Program Management (Cross-Functional Teams)
- Pharma Agency Client Support/Content Response Strategy
- Executive Drug Whitepapers/Global Value Document Summaries
- Documentary Film/Television Scripts and Commercials/Promo Med Ed
- Clinical Needs Assessments for Commercial Grant Support
- Sales Training/Internal Corporate Training Content Development
- REMS Training/Protocol Development
- NDA Annual Reports (Summary Sections)
- Competitive Intelligence/Strategic Communications
- Survey Instrument Development, Strategy, Data Analytics/Trend Analysis
- UX User Testing/Content Editorial Alignment Validation
- Cybersecurity Protocol Dissemination
- HIPAA Compliance
- PAAB Code (Canada) for Clinical/Medical Digital Engagement
- Omnichannel Engagement

**Award-winning clinical content marketing professional,** with more than 15 national accolades/awards for authored content, including multiple 2013 and 2014 **Apex Awards**, 2013 and 2014 **MARCOM Awards**, multiple 2014 **Telly Awards for Excellence in Film Production (Digital Animation: Medical/Related Scripting)**; multiple 2013 and 2014 **Hermes Creative Awards for Excellence**.

**Freelance Medical Writer/Scientific Content Strategist**                                           August 2023-present

- Investigational new drug applications (INDs/NDAs modules 2-5) and other advanced regulatory submissions, including novel protocols to incorporate Real World Evidence (RWE) and Wearable Device-Generated Data
- Writing from template through approval clinical trial protocols, clinical study reports
- AMCP Dossiers, Investigator's Brochures
- Regulatory responses, especially Pharmacovigilance, Labeling Updates, and REMS reporting
- Clinical protocol development
- Clinical trial site training content
- MSL training decks
- Speakers' Bureau books, training materials, talking points development (Medical Affairs)
- Patient Support Programs/Educational Content
- Clinical congress decks, posters, slide decks, CSR Updates, CME

**Senior Medical Communications Writer**           **IQVIA**                         **April 2021-August 2023**

Senior medical writer/communications strategist at an international, strategic pharmaceuticals agency, housed within the world's largest clinical research organization.
- Full-service content development strategy across multiple channels (virtual, mailings, videos, MOA animations, pharma marketing assets/leave-behinds, audio/podcasts, interactive, e-learning, Global Value Documents, Value/Market Access Communications Brochures AMCP dossiers, HEOR, gamification).Most content development is in the **Hematology/Oncology** space along with Cardiology/Lipidology/Amyloidosis.ATTR-CM and Real World Evidence/RWE Strategy. Developed comprehensive training modules on RWE-related Regulatory Submission Protocol Updates and Emerging regulatory drug submission template types
Current client sampling:

- **Janssen Oncology/Janssen Regulatory Submissions** (65% of IQVIA tasks)          - Roche
Bristol-Myers Squibb                                                                                                              - Incyte
- Ferring Pharmaceuticals                                                                                                   - NRx
- Merck                                                                                                                                     - Endo Aesthetics
- Pfizer Cardiology                                                                                                             - BMS Cardiology
                                                                                                                                                  - BMS Oncology

Achievements:
- Proposal writing and client-services support that generated $1.6 million in new business wins in first 7 months on the job
- Expanded in-house agency presence in HEOR/Access content as well as video/animation products
- Optimized internal content-development protocols across 5 countries
- Multiple reimbursement-support communication assets in Hematology/Oncology within British NHS
- Co-led internal, international Diversity/Inclusion panel surrounding religion/spirituality
- Served as sole agency expert on topics such as Clinical E-Learning Strategy; RWE Study/Data Storytelling, and Clinical Animation
- **Managed an entire section of RWE Bootcamp Training Modules for Janssen Global Regulatory Submissions (Data-Driven Storytelling), including content strategy/management of multiple regulatory submission writers/experts**

**Senior Medical Editor/Writer**                      **Paradigm Medical Communications, LLC**       *October 2020-April 2021*
Managing Medical Editor/Writer for large Continuing Medical Education (CME) and Medical Communications provider, developing training for licensed medical professionals.
Development of accredited medical education media, including:

- **Content strategy, contributor/KOL management, LEAN Authoring Principles**          - Writing/editing medical content across therapeutic areas and clinical topics
- Maintaining/improving publication SOPs                                                                             - Business development writing (clinical needs assessments, strategy dossiers)
- Managing freelancers/junior writers                                                                                      - Audio/video editing
- Managing editorial process and calendar                                                                              - Infographic content development, interactive content writing/storyboarding, gamification
- Substantive editing of freelancers' submitted medical content                                     - RWE Content Strategy

    **Therapeutic areas of interest:**

- COVID19 vaccines
- Short bowel syndrome
- Idiopathic pulmonary fibrosis (IPF)
- Influenza vaccines/co-infections with COVID19
- Alzheimer's disease

**Freelance Medical Education Writer and Digital Content Strategist**  *Self-Employed*  *May 2019-October 2020*
Freelance medical writing/scientific director/strategy consulting for multiple clients, including:
- ICON plc (CRO) Pharmacy & Therapeutics Executive Whitepapers on contracted compounds, (Xellia Pharmaceuticals REMS-related content)
- 4-CITE Medical Communications/CRO Contract Support (Pulmonary Arterial Hypertension/PAH: Orphan Therapy/Breakthrough Therapy Designation, Promotional Asset Development for United Therapeutics)
- SmartScrubs.com
- Western Governor's University (WGU)/as independent contractor on graduate healthcare course development
- Asentech, LLC (Bayer cardiorenal augmented reality pitches: Immuno-Oncology Mechanisms of Action Animations/Tumor Boards)
- Simumetrix/Dream Store Media

**Senior Medical Writer (Scientific Director/Scientific Lead),**  *Academy for Continued Healthcare Learning (ACHL), Chicago, IL*  *Dec 2016 – April 2019*
**Content development for accredited CME provider. Interactive CME Information Architecture, Scriptwriting (Video, Audio, Online Module, Film/Documentary). Promotional education development and related copywriting (for ACCESS Medical, sister pharma advertising company to ACHL). Grant writing/needs assessments targeted at pharmaceutical companies. Strategic planning.**
- **Therapeutic areas**: Multiple Sclerosis; Neurology; Cannabidiol/Epilepsy; Metastatic Breast Cancer; Multiple Myeloma; Diabetes/Hypoglycemia; Cardiology; Pulmonary Arterial Hypertension/PAH; Inflammatory Conditions/Immunology; Immuno-Oncology; Pharmacy Education; Managed Care Policy; Controlled-Substances/Opioids; Clinical Quality Improvement (QI/PI); Rheumatology; Hematology/Oncology; Gynecology, Managed-Care Pharmacy Internal Corporate Training Strategy (BCBS Association/BCBS-IL); REMS-related CME/CPE training; Orphan Drugs/Fast-Track Designation-Related Training, Clinical Trial/CME Patient Participant Waivers.
- **Increased editorial project efficiency** by >70%. **Creative Copywriting across media** (CME, Promotional Education, Patient Education, Commercials, Television)
- **Achieved highest win rate in the company** (45-90%) on grant/funding proposals
- **Conducted TV pitch consultations/content optimization** for nationally televised (eg, PBS, Amazon Prime), consumer-facing medical education projects/Medical Affairs
- **Content funded by (highlights):** Janssen; Merck; Actelion; Bayer; American Regent; Lilly; Pfizer; Astellas; Novo Nordisk; TEVA; Lundbeck; Amgen; Abbott; AbbVie; Celgene; Novartis; Neurocrine Biosciences; Gilead; BMS

**Senior Director, Medical Information**  *ProCE, Inc.*  *Bartlett, IL*  *August 2015-October 2016*
**Medical grant writer and instructional designer/writer in support of accredited continuing medical education (CME/CE) module development for pharmacists, physicians, nurses, and other allied health personnel.** *Content work and strategy done solo/nearly solo at a small boutique agency during period of intense growth.*
- **Wrote clinical needs assessments targeted at the grants departments of pharmaceutical companies.** Successfully obtained grants from: Actelion (multiple grants); Novartis (multiple grants); Sandoz/Novartis (multiple grants); Sanofi-Genzyme (multiple grants); Bayer; UCB; Pfizer (multiple grants); Sanofi Pasteur
- **Developed accredited CE/CME/CNE content for national professional meetings** as well as accredited webinars, enhanced guidebooks, and ebook materials.
- **Content funded and/or co-produced by:** Actelion; Sandoz; Cardinal Health/Cardinal Health Foundation; Sanofi; Hospira/Pfizer; Walgreens; Institute for Safe Medication Practices; Roosevelt University College of Pharmacy; National Association of Specialty Pharmacy (NASP); PharMEDIum (sterile compounding pharmacy, subsidiary of Amerisource Bergen); Society for Infectious Diseases Pharmacists (SIDP)
- **Therapeutic areas:** Biologics/biosimilars; Oncology; Nephrology; RA; psoriasis; IBS/IBD; Lupus; Diabetes; Pulmonary Arterial Hypertension (PAH); PCSK9 inhibitors; Multiple Sclerosis/MS; Schizophrenia; Depression; Anxiety; Toxicology; Hemophilia.

**Freelance Medical Writer/Healthcare Communications Consultant, Patent Administrator** *(Self-Employed)*  *December 2007-August 2015*
- Expert writer and communications consultant. Services include **executive whitepapers**, **consumer-focused copywriting**, **patient education materials, continuing/professional education design, and B2B/physician-centric content**.
. **Select Clients:** *Chicago Tribune, Washington Post,* University of Phoenix/Apollo Educational Group, AT&T, Brinks Gilson & Lione LLP, International Engineering Consortium, RR Donnelley & Sons, United Airlines, Discover Financial Services, ClinicalAdvisor.com,

**Medical Writer/Clinical Quality Improvement:**  *American Academy of Orthopedic Surgeons Des Plaines, IL*  *January 2005-December 2007*
Writer/researcher/policy analyst in clinical quality improvement topics. Staffed multiple physician volunteer committees and oversaw their publications and meeting agendas. Managed committee budgets/projects. Represented AAOS to federal government.

**PRE-2005 EMPLOYMENT HISTORY AVAILABLE ON REQUEST.**

**Education:**
**M.A., Media Studies**, University of Chicago, 1997
**B.A., English**, University of Cincinnati, 1996