# Exhibit 2

Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:     (205) 278-5876

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:     (205) 314-0500
Facsimile:     (205) 254-1500

Jay Greene
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 4:23-cv-00770-RFL<br><br>**DECLARATION OF VANESSA KNIGHT-BELL** |

## DECLARATION OF VANESSA KNIGHT-BELL

1. My name is Vanessa Knight-Bell. I am an opt-in Plaintiff in this proposed collective action against Workday, Inc. I am over the age of nineteen ("19") and competent to testify about the matters set forth in this declaration. The statements made in this declaration are made based on my personal knowledge, experiences, and observations.

2. I am an adult resident of the state of Alabama.

3. I understand that a class and collective action lawsuit alleging, inter alia, age discrimination have been filed against Workday, Inc., *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.), and that this declaration may be used by the plaintiffs in relation to this case.

**My Applications Via Workday, Inc.'s Jobs Platform**

4. Since 2018, I have applied for hundreds of positions that use Workday, Inc. as a screening tool for sourcing, recruiting, talent acquisition and/or hiring. I have submitted numerous job applications to approximately 40 different employers. For example, I have submitted 180 applications to Boeing, 131 applications to Northrop Grumman, 121 applications to Parsons Corporation, and 110 applications to General Dynamics Information Technology. I have been denied employment all but one time when I was offered and accepted a position with Target Distribution Center (Madison, Alabama) as a seasonal Warehouse Associate. Due to its physical requirements, I was only able to work this job for a couple of days.

5. Except for Target, I have received automated rejection emails within 24 hours of applying for a job. The automated rejections I received were often emailed within a few hours of applying or at odd times outside of business hours indicating a human did not review the applications. These automated rejection emails were for role(s) that I met or exceeded the posted hiring requirements. In some cases, the automated rejection emails stated "You do not meet the minimum requirements for this role" even though I met or exceeded all posted requirements based on my professional resume.

6. I was born in 1970. At the time of my applications, I was 48 or older.

2

Declaration of Vanessa Knight-Bell

**My Qualifications**

7.   I have a B.A. from the University of Alabama, Tuscaloosa in Commerce and Business Administration, with a Minor in Computing Technology and Applications. Since 1996, I have worked in various financial, business analyst, and customer service-oriented jobs.

8.   Attached to this declaration is my resume`. [See, Att. A].

**Workday, Inc. Handling of My Applications**

9.   Despite my qualifications, experience, and hundreds of applications, almost every employer, except for Target, that used the Workday, Inc. platform has never offered me an opportunity to interview for any of the positions to which I applied that best suited my knowledge, skills, and abilities. Instead, the only offer of employment I received and which I accepted was from Target Distribution Center as a seasonal Warehouse Associate. This position was stocking shelves and unloading trucks. I was 52 or 53 years old when I accepted this position and resigned shortly thereafter due to the job's physical demands.

**My Concerns About Discrimination**

10.   It is my understanding that Workday, Inc., is a third-party vendor that screens applicants for the companies that I have applied to for jobs. For the companies that use Workday as the gatekeeper to employment opportunities, I am required to create a Workday account and submit my application to the employer @myworkday.com. It is also my understanding that most if not all my applications were screened by artificial intelligence processes and/or applications.

11.   I am challenging Workday, Inc.'s use and marketing of Artificial Intelligence and Machine Learning which I believe discriminated against me on the basis of my age in scoring my application in the hiring process and preventing me from obtaining employment.

3

Declaration of Vanessa Knight-Bell

12. I believe this because I was more than qualified for the positions I applied to, and I was never given an interview or a legitimate, nondiscriminatory reason for why I was rejected.

13. I suspect that Workday, Inc.'s Artificial Intelligence and Machine Learning scored my application in manner which screened out applicants over the age of 40, such as myself, and favored younger, less qualified applicants, instead.

**The Importance of a Job at Workday, Inc.**

14. I have been unable to obtain gainful employment to support myself and my family. I firmly believe that Workday, Inc.'s Artificial Intelligence and Machine Learning, disqualifies applicants aged 40 and over, such as myself, no matter how qualified.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this  2/5/2025  in Huntsville, Alabama.

*Vanessa Knight-Bell*
Vanessa Knight-Bell

4
Declaration of Vanessa Knight-Bell

# Exhibit A

Vanessa Knight Bell
Huntsville, AL 35813
(334) 312-3368
nesb2000@hotmail.com
vk19n2019@gmail.com

*Education:*
University of Alabama
Bachelor of Science in Commerce and Business Administration
Minor in Computing Technology and Applications
Dec 2011

*Work Experience:*
Populus Group			Sep 2024 – Dec 2024
*Care Manager / Reimbursement Specialist (Remote)*
- Contract role with IQVIA completing benefit investigations with insurance companies and pharmacy benefit managers.
- Assisted patients with enrollment in copay assistance programs via Abbvie.
- Answered inbound calls from customers with pharmacy related issues.

Spherion			Apr 2024 – Jul 2024
*Warehouse Associate (GXO)*
- Processed incoming shipments of Boeing parts.
- Picked and packed parts according to different orders.
- Prepared and labeled items for shipping by utilizing inventory computer applications.
- Assisted with inventory management and inspected parts for defects.

Oracle Cerner			Aug 2022 – Oct 2023
*Change Implementation Analyst (Remote)*
- Followed work plans to configure components in agile environments; completed based on Service Level Agreements.
- Troubleshooted, tested, and validated configurations to ensure successful implementation in client domains; demonstrating analytical skills.
- Applied change management processes throughout service request life cycle.

Social Security Administration		Oct 2021 – Aug 2022
*Contact Service Representative*
- Assisted claimants with citizenship updates and social security card requests.
- Provided information regarding Medicare.
- Provided disability eligibility status.

Optum (Part of UnitedHealth Group)		Jan 2019 – Oct 2021
*Provider Installation Representative / Clinical Administrative Coordinator (Remote)*
- Provider Network Database maintenance, reporting, and extracting data for various reports.
- Coordinated corrective activities to clean database and retain users; validated prior authorization requests.
- Processed submissions for appeals and therapy requests (speech, physical, occupational, and chiropractor).
- Maintained and validated current provider data to ensure quality of the network, etc.

Humana Government Business          Oct 2017 – Apr 2018
*Beneficiary Service Representative (Remote)*
- Provided eligibility and benefit information to Tricare plan members; assisted with finding a PCM and urgent care in their area.
- Verified prior authorization and referral requirements for CPT codes per member's Tricare plan.
- Provided status of referral requests to members and providers; assisted with referral changes.
- Used Aspect to manage leave requests, schedule, and adherence information.
- Processed Tricare plan premium payments and electronic funds transfer requests.

UnitedHealth Group                  Oct 2015 – Nov 2016
*Senior Customer Service Advocate (Remote)*
- Responded to and resolved customer service inquiries and issues identifying needs such as benefits, eligibility, claims, financial spending accounts, reimbursements, password resets, PCP selection, and correspondence.
- Assisted members, employers, and brokers in navigating www.myuhc.com and other UnitedHealth Group websites (i.e., assisting employers and brokers with the implementation of COBRA administration); submitted issues via a ticket system for further research by the operations team.
- Assisted members with making payments for insurance acquired through the Affordable Care Act, COBRA, etc.
- Used WFM NICE IEX to manage leave requests and scheduling; worked on special projects as needed.

Rheem Manufacturing                 Dec 2013 – Oct 2015
*Customer Claims Analyst*
- Used Oracle Financials to research and resolve non-deducted claims for pricing discrepancies, shortages, and overages; wrote procedures for training and worked on special projects.
- Made outbound calls to collect additional information or documentation to validate a claim for resolution; identified and communicated any system or account issues for resolution.
- Processed credits and chargebacks for The Home Depot stores.
- Reached out to carriers to confirm proof of delivery of water heaters.

Navy Federal Credit Union           Nov 2010 – Dec 2011
*Member Service Representative*
- Provided members and prospective members the full range of products and services such as share certificates, IRAs, revocable trust, estate accounts, consumer loans, and credit / debit cards.
- Performed various teller duties such as cash handling, cashing checks, cash advance; used Kronos to submit schedules and leave requests.

State of Alabama                    Sep 1996 – Apr 2003 and Mar 2007 – Aug 2009
*Alabama Department of Corrections / Central Records, Administrative Support Assistant I, Sep 1996 – Nov 1998*
*Retirement Systems of Alabama / PEEHIP, Administrative Support Assistant I / Account Clerk, Nov 1998 – Sep 2001*
*Alabama Department of Revenue / Financial Operations, Account Clerk, Sep 2001 – Apr 2003*
*Retirement Systems of Alabama / PEEHIP, Health Insurance Assistant, Mar 2007 – Aug 2009*
- Assisted PEEHIP members with benefits, health insurance enrollment, eligibility, student updates, COBRA, and technical troubleshooting; utilized public health information systems.
- Contacted insurance company representatives regarding members' health insurance coverage.
- Processed cancellation letters and billing statements.
- Processed reconciliation of monthly COBRA report and accounts payable / receivable.
- Processed state income tax payments and bank deposits and prepared reports for the tax payments.
- Provided customer service to law enforcement agencies and attorneys regarding state inmates.
- Used NCIC terminal to report escapees / parole violators and to process criminal history checks; scheduled pick-up; issued detainers at holding jails.

Montgomery Community Action Agency     Sep 2006 – Nov 2006
*Accountant (Temporary)*
- Adequately performed accounts payable/receivable; processed requisitions and travel vouchers.
- Prepared bank deposits and filed requisitions; arranged office equipment for maintenance, etc.

Regions Bank Lending Service Center     Apr 2005 – Oct 2005
*Processing Specialist I (Temporary)*
- Provided customer service; processed real estate collateral releases on paid-off loans pending a loan officer's approval.
- Researched files for mortgage and loan information; corresponded with court clerks.

American Technologies, Inc.     May 1993 – May 1996
*Assembler*
- Assembled and soldered wire (and other parts) to make harnesses for helicopters, medical equipment, and vending machines.
- Assigned production kits to team members.
- Tested harnesses for defects.

*Office Skills/Software:*
- Microsoft Word, Microsoft Outlook, Microsoft Excel, Oracle Financials, Kronos, Microsoft SharePoint, OneNote, Microsoft Access, Microsoft PowerPoint, Microsoft Teams
- Accounts Payable / Receivable, Managerial and Cost Accounting (College), SAP
- COBRA Billing and Processing, Lotus Notes, Cougar Mountain Accounting software
- Data Entry, Customer Service, Filing, 10-key Calculator, Type at least 55 wpm, Interviewing, SQL, Database Management, Root Cause Analysis, Researching, Salesforce
- Branch Capture, Currency Counter, Electronic Payment System (Verifone)
- Macess Image Scanner, Microfilm equipment, Copier/Printer, Faxing, NCIC, Soldering, Testing
- VCC, BEO Hix, Citrix, CDB, Routing & TAT tool, MyCoach, Behavior Analyst Portal
- Issueview Ticket System, EV1 (FSA, HSA, HRA), My Metrics, NICE IEX WFM, Flexman
- CMS, MSR, Aspect, RET3, Onbase, ECIS (phone system), Accent, Cisco Jabber, Kanban, Remedy, Zoom, Slack, Client Domains, Automation, Health Insurance, ACA, HIPAA, Five9