# Exhibit 3

Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Jay Greene
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 4:23-cv-00770-RFL<br><br>**DECLARATION OF SHEILAH JOHNSON-ROCHA** |

## DECLARATION OF SHEILAH JOHNSON-ROCHA

1.     My name is Sheilah Johnson-Rocha. I am an opt-in Plaintiff in this proposed collective action against Workday, Inc. I am over the age of nineteen ("19") and competent to testify about the matters set forth in this declaration. The statements made in this declaration are made based on my personal knowledge, experiences, and observations.

2. I am an adult resident of the state of Florida.

3. I understand that a class and collective action lawsuit alleging, inter alia, age discrimination have been filed against Workday, Inc., *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.), and that this declaration may be used by the plaintiffs in relation to this case.

**My Applications Via Workday, Inc.'s Jobs Platform**

4. Since March 2023, I have submitted approximately 2,000 job applications to various pharmaceutical and biotech companies. A large majority of the companies to which I have applied use the Workday, Inc. job application platform. My qualifications and experience exceeded all criteria in the job requisitions for each of the roles for which I applied, however almost all of my applications were met with an automated rejection notification.

5. Furthermore, many of the jobs for which I have applied are not filled and are continuously re-posted. When the jobs are re-posted, I re-apply only to receive an automated rejection email. The companies to which I have applied I met or exceeded the posted hiring requirements. In some cases, the automated rejection emails stated "You do not meet the minimum requirements for this role" even though I met or exceeded all posted requirements based on my professional resume. Automated rejections were often received within a few hours of applying or were sent at odd times outside of business hours, indicating a human did not review the applications.

6. For some companies, I have submitted 20 or more applications, and all have been rejected.

7. I was born in 1983. At the time of my applications, I was over the age of 40.

2

Declaration of Sheilah Johnson-Rocha

**My Qualifications**

8.   I have three college degrees: (1) an Associates in Arts (Business Administration); Bachelor of Business of Administration; and, a Master of Science-Major in Management. I also possess various certifications within the pharmaceutical and biotechnology industry. I have worked in the pharmaceutical and biotechnology industries for the past 21 years.

7,   Attached to this declaration is my resume`. [See, Att. A].

**Workday, Inc. Handling of My Applications**

8.   Despite my qualifications, experience, and numerous applications, I have never been offered an opportunity to interview for the positions to which I applied by any company that uses the Workday, Inc. application platform.

**My Concerns About Discrimination**

9.   It is my understanding that Workday, Inc., is a third-party vendor that screens applicants for the companies that I have applied to for jobs. For the companies that use Workday as the gatekeeper to employment opportunities, I am required to create a Workday account and submit my application to the employer @myworkday.com  It is also my understanding that most if not all my applications were screened by artificial intelligence processes and/or applications.

10.   I am challenging Workday, Inc.'s use and marketing of Artificial Intelligence and Machine Learning which I believe discriminated against me on the basis of my age in scoring my application in the hiring process and preventing me from obtaining employment.

11.   I believe this because I was more than qualified for the positions I applied to, and I was never given an interview or a legitimate, nondiscriminatory reason for why I was rejected.

3

Declaration of Sheilah Johnson-Rocha

12. I suspect that Workday, Inc.'s Artificial Intelligence and Machine Learning scored my application in manner which screened out applicants over the age of 40, such as myself, and favored younger, less qualified applicants, instead.

**The Importance of a Job at Workday, Inc.**

13. I have been unable to obtain gainful employment to support myself and my family. I firmly believe that Workday, Inc.'s Artificial Intelligence and Machine Learning scoring techniques disqualifies applicants aged 40 and over, such as myself, no matter how qualified.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this   2/6/2025   in Boca Raton, Florida.

DocuSigned by:

*Sheilah Johnson-Rocha*
DD085207318945D...
Sheilah Johnson-Rocha

# Exhibit A

## Sheilah Johnson-Rocha MSc., ChFM, MPM
### Director Project Management and Clinical Operations Leadership Team
✉ sheilah.l.johnson@gmail.com   📞 +1 754 333 1170   📍 Boca Raton, FL US

**GLOBAL CLINICAL OPERATIONS | PROGRAM MANAGEMENT | DEPARTMENT LEADERSHIP | ONCOLOGY | CELL AND GENE | RARE-RARE PEDIATRIC**

### PROFESSIONAL BIO

As a recognized thought leader in clinical development operations and project management with over 20 years of experience, I excel in navigating the intricate clinical trial ecosystem. Expertise in cell and gene therapy has driven my success in leading the development of independent business units. In my role as a Business Unit Leader, I have spearheaded organizational strategy, developed processes and SOPs, integrated cross-functional processes, and managed Operational and Program Managers.

As a patient-centric leader and strategist, I ambitiously build high-performing, cohesive teams to ensure early, high-quality program execution. My deep immersion in clinical development includes leading from concept, contributing to formulation, early strategic development during the concept phase, protocol development (IND submissions and responses), CDA, feasibility assessments, informed consents, contract and budget negotiations, NDAs, CSRs, and developing lay summaries.

As a subject matter expert in Oncology, Hematology, CGT, Autologous, Allogeneic, Rare Disease, and Pediatric Rare Disease, I bring a wealth of knowledge and experience that allows me to pivot, adapt, and innovate. This expertise ensures the successful delivery of early-phase, novel programs, evidenced by the successful enrollment of four pediatric patients identified globally for a rare gene program. Additionally, I hold certifications in Artificial Intelligence and Digital Technologies and have successfully deployed AI-enabled, integrated forecasting applications and portfolio analytics platforms at the enterprise level.

### PROFESSIONAL EXPERIENCE

**Critical Path Clinical (National Library of Medicine member organization)**
**Founder**
**www.criticalpathclinical.com**
- Designed and developed a community, healthcare and life sciences intra-network to provide a centralized hub for training, collaboration and community transparency.
- National Library of Medicine member, ensuring all resources are carefully curated and recommended by NIH, NNLM, NLM, FDA and NIH.

**Takeda**
**Director Project Management and Clinical Operations, Oncology and Cell Therapy Leadership**
10/2022 – 03/2023 | Remote, United States
- Led the development of the new Oncology and Cell Therapy business unit by creating SOPs, clinical operations job descriptions, talent management strategies, streamlined onboarding, training programs, and cross-functional portfolio oversight dashboards.
- Managed 13 project managers, enhancing staff development, retention, and motivation through mentorship, guidance, and targeted training, ensuring 100% project accountability.
- Oversaw departmental budget, including forecasting, resource utilization, and scoping.
- Contributed to the development of an investigator collaboration platform to enhance site engagement and patient recruitment through streamlined communication.
- Developed and implemented SaaS and PaaS applications.
- Created an AI-enabled Onboarding Virtual Experience and company intranet, integrating all functional areas into one robust site, improving operational efficiency.
- Developed, programmed, and launched an enterprise-level resourcing and forecasting software application for 44,000 staff, aligning with the time reporting system for accurate cross-functional forecasting and measurable data analytics.
- Implemented a SaaS/AI-enabled application with actionable clinical data analytics, optimizing clinical workflow management and ensuring compliance with ICH/GCP guidelines, regulatory requirements, SOPs, and performance expectations.
- Directed talent management and ability planning, overseeing department resource utilization, allocation, and scope, and adding headcount for optimal business unit performance.
- Managed program and portfolio performance, vendor management, quality standards, and CRO oversight. Established program critical path activities, KPIs, strategy, and risk management by reviewing timeline metrics, departmental finance, data quality, inspection readiness, and resource allocation to ensure timely, quality, and patient-centric execution of business unit portfolios.
- Reason for leaving: Prior to pandemic, January 2020, a new office was built however, remained un-operational due to the shift in working from home. The pandemic was downgraded to an endemic and Boston local staff returned to the office. Brought on as fully remote however, the return to office was modified for remote leadership, requiring a full week per month in Boston, onsite. Unable to accommodate requirement.

**Ergomed**
**Director Portfolio Strategy and Delivery (Rare/Cell/Gene)**
03/2022 – 06/2022 | Remote, United States

- Spearheaded SOP Refinement: Led the refinement of Standard Operating Procedures (SOPs) and cross-functional best practices post-M&A, ensuring compliance with ICH/GCP guidelines, Code of Federal Regulations, and ROW regulatory bodies.
- Budget Management: Managed program and project teams in early budget development, providing final approval for the execution of Master Service Agreements (MSAs).
- Data-Driven Performance Monitoring: Leveraged data analytics to monitor program performance, drive cost efficiency, and swiftly detect out-of-scope activities.
- Global Clinical Trials Leadership: Directed programs and sub-teams in crafting critical path activities for global early-phase clinical trials. Nurtured team members' professional growth and efficiently managed their roles.
- Stakeholder Collaboration: Collaborated with key stakeholders to formulate proposals, strategies, and budgets for prospective clients, covering Cohort Planning, KPIs, Governance, Resource Planning, Decentralized Strategies, and Vendor Selection.

**Premier Research LLC**
**Director, Pediatric and Rare Disease (Gene/Cell Therapy)**
03/2021 – 03/2022 | Remote, United States

- Led Global Recruitment: Successfully led patient recruitment for a pediatric rare disease trial, identifying four children worldwide.
- Implemented Patient-Centric Initiatives: Developed initiatives to reduce burden on pediatric patients and families, including temporary out-of-state relocation for treatment and local follow-up visits.
- Collaborated with Stakeholders: Partnered with key stakeholders to develop proposals, strategies, and budgets for potential clients.
- Developed Strategic Plans: Created Cohort Plans, KPIs, Governance Documents, Resource Plans, Decentralized Strategies, and Vendor Selection and Assessment Plans.
- Oversaw Program Portfolios: Directed and supervised program portfolios, ensuring alignment with organizational objectives and efficient resource allocation.
- Managed Cross-Functional Teams: Coordinated and led cross-functional core teams, fostering collaboration to drive innovation and achieve project milestones.

**Parexel**
**Senior Project Lead Gene/Cell Therapy Portfolio Therapeutic Strategy**
05/2019 – 03/2021 | Remote, United States

- Strategically Planned and Led Partnerships: Developed and executed strategic plans for the cell and gene therapy business unit. Spearheaded alliance and partnership meetings, successfully negotiating and finalizing three high-value agreements worth over $40 million.
- Operational Thought Leader: Directed operational delivery, collaborating effectively with business development and cross-functional teams to ensure the successful execution of programs. Innovatively implemented onsite lab kit development to mitigate manufacturing delays during the COVID-19 pandemic.
- Innovative Strategic Planning: Crafted comprehensive strategic plans and delivery frameworks for RFPs in the rare/cell/gene therapy space. Developed and executed adaptable planning scenarios for complex decentralized programs, ensuring flexibility and responsiveness to evolving needs.

**Syneos Health**
**Oncology Senior Project Manager/ Line Manager**
10/2018 – 04/2019 | Remote, United States

- Developed and managed operational plans and SOPs and led workstreams to develop program framework for a new FSP business unit.
- Overseer of talent acquisition and line management for Project Management and Project Specialists
- Liaison between client and functional groups, leading to functional workstream activities through business unit implementation.
- Developed job descriptions for the clinical operations team through cross-functional workstreams to cut redundancies in WBS.

**IQVIA**
**Oncology Senior Project Manager**
08/2016 – 09/2018 | Remote, United States

- Pioneered Cell and Gene Therapy Trial: Spearheaded IQVIA's inaugural cell and gene therapy trial by developing a comprehensive operational plan and the first cohort management strategy.
- Directed enrollment oversight, managed a clinical team, and ensured real-time data collection, sample management, and proactive scheduling of data safety review meetings.
- Facilitated DSMB Meetings: Expertly managed and facilitated Data Safety Monitoring Board (DSMB) meetings, ensuring timely finalization and submission of outcome documentation.
- Enhanced Program and Portfolio Management: Proactively monitored and controlled program and portfolio quality, risk, and change management. Coordinating with functional area leads to guarantee adherence to deliverables and goals.

- Directed Clinical Projects: Served as Clinical Lead for assigned projects, overseeing and managing Clinical Research Associates and Clinical Trial Assistants (CTAs) to drive project success.

**Covance**
**Senior Project Manager**
07/2015 – 07/2016 | Remote, United States
- Served as Bid Defense Lead for therapeutic area initiatives for growth in small biotech.
- Led the core project team during the startup phase, ensuring effective cross-functional teamwork among project team members, while ensuring quality, scope, and prompt delivery as well as budget management and change management.
- Led Six Sigma initiatives and controlled project schedule and scope to proactively engage in quality and risk management activities to ensure deliverables were met by the clinical study team.

**GlaxoSmithKline**
**Oncology Clinical Disclosure Lead -Process Manager**
07/2012 – 07/2015
- Pioneered data transparency framework for regulatory, legal, and policy-driven public disclosure for Clinical Study Reports and Clinical Trial Results Lay Summaries, developing the first data anonymization procedure for CSRs.
- The GSK process framework has since been recognized by the EU Parliament and added to the US and EU regulations.
    - https://publications.parliament.uk/pa/cm201314/cmselect/cmsctech/104/104we20.htm
    - https://www.nejm.org/doi/full/10.1056/NEJMe1307268?query=TOC
- Developed templates and managed the writing of Protocol synopses and lay Clinical Trial Results Summary documents, including publication for regulatory and public consumption.
- Oncology business unit Master Data Manager overseeing study timelines and progress of documents in scope for clinical disclosure.

**GlaxoSmithKline**
**Global Oncology Asset Lead, Supervisor: Central Regulatory Records**
11/2009 – 07/2012
- Led the implementation of the first eTMF through system build, UAT and implementation for the first pilot trial, successfully achieving dabrafenib clinical trial delivery a month ahead of schedule.
- Compound/Asset Lead for Hycamtin, Tykerb, Dabrafenib, Trametinib, Rituximab: oversight of program team activities and driving asset successful, quality delivery.
- Contributed to the end-to-end delivery of clinical development strategies to obtain regulatory approvals and successful lifecycle management, while supervising staff to ensure consistency, quality, and on-time delivery of clinical trial data.
- Line Manager for TMF leads and Project Associate oversight lead.
- Under an FDA 483, appointed the Oncology Business Unit Inspection Readiness manager, overseeing departmental quality metrics through central, electronic oversight of metrics, SOP and process development.

**GlaxoSmithKline**
**Global Oncology Project Lead**
12/2007 – 11/2009

## EDUCATION

**Colorado State University**
**Master of Science Management/Healthcare**
GPA: 3.83

## THERAPEUTIC AREAS

Oncology/Hematology, Rare Disease, Pediatric Rare, Immunology, Respiratory, Cell/ Gene.

## TECHNOLOGY

Software Development | Tableau | PowerApps | SharePoint Administrator/Designer | Jira | Trello | EDC | Veeva | IBM Cognos | Medidata | PowerBi | Microsoft Office Suite | SaaS/PaaS | eTMF | Power Automate | MS Project | Smartsheet | Ariba | SAP | Oracle | ClickUp | Salesforce.

## ASSOCIATIONS | CERTIFICATIONS

| Association for Project Management License No. P030298 | • PMI; Generative AI for Project Management<br>• PMI: Predictive Project Management<br>PMI Data Landscape for Gen AI in PM | • CASSS Mentor/Member<br>• PHUSE Data Transparency<br>• American Association for the Advancement of Science Member ID: 60777953 |
|---|---|---|
| National Library of Medicine member | • CDISC Project CORE Team Member: eTMF Reference Model Advisor and ISF. | Advanced Research Projects Agency for Health (ARPA-H) Member ID: 60777953 |