# Exhibit 4

Lee D. Winston *(admitted pro hac vice)*
lwinston@winstoncooks.com
Roderick T. Cooks *(admitted pro hac vice)*
rcooks@winstoncooks.com
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:	(205) 502-0970
Facsimile:	(205) 278-5876

Robert L. Wiggins, Jr. *(admitted pro hac vice)*
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:	(205) 314-0500
Facsimile:	(205) 254-1500

Jay Greene
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>　　　　　Defendant. | Case No. 4:23-cv-00770-RFL<br><br>**DECLARATION OF RICHARD W. LIEB, JR.** |

## DECLARATION OF RICHARD W. LIEB, JR.

1.　　My name is Richard W. Lieb, Jr. I am an opt-in Plaintiff in this proposed collective action against Workday, Inc. I am over the age of nineteen ("19") and competent to testify about the matters set forth in this declaration. The statements made in this declaration are made based on my personal knowledge, experiences, and observations.

2. I am an adult resident of the state of Ohio.

3. I understand that a class and collective action lawsuit alleging, inter alia, age discrimination have been filed against Workday, Inc., *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.), and that this declaration may be used by the plaintiffs in relation to this case.

**My Applications Via Workday, Inc.'s Jobs Platform**

4. Since 2022, I have applied for hundreds of positions that use Workday, Inc. as a screening tool for sourcing, recruiting, talent acquisition and/or hiring. For some companies, such as Allstate, I have submitted multiple applications. I have been denied employment each time.

5. The denials of employment were received via automated rejection emails for role(s) for which I met or exceeded the posted hiring requirements. In some cases, the automated rejection emails stated "You do not meet the minimum requirements for this role" even though I met or exceeded all posted requirements based on my professional resume.

6. Automated rejections were often received within a few hours of applying or were sent at odd times outside of business hours, indicating a human did not review the applications.

7. I was born in 1971, and at the time of my applications, I was over the age of 50.

**My Qualifications**

8. I was qualified for each position that I applied for because I have a degree from Art Institute of Pittsburgh, PA, (2015 - 2017) in Graphic Design with a concentration in Graphic Design/Adobe Cloud and a minor in Social Marketing. I have held management positions in prior jobs and have an extensive background in Marketing and its integration with social media. I am also enrolled in courses pursuing CompTIAServer+ certifications.

2

Declaration of Richard W. Lieb, Jr.

9.  Attached to this declaration are the resumes` I have used in my attempts to obtain employment. [See, Att. A-D].

**Workday, Inc. Handling of My Applications**

10. Despite my qualifications, experience, and numerous applications, I have never been offered an opportunity to interview for the positions to which I applied by any company that uses the Workday, Inc. application platform.

**My Concerns About Discrimination**

11. It is my understanding that Workday, Inc., is a third-party vendor that screens applicants for the companies that I have applied to for jobs. For the companies that use Workday as the gatekeeper to employment opportunities, I am required to create a Workday account and submit my application to the employer @myworkday.com  It is also my understanding that most if not all my applications were screened by artificial intelligence processes and/or applications.

12. I am challenging Workday, Inc.'s use and marketing of Artificial Intelligence and Machine Learning which I believe discriminated against me on the basis of my age in scoring my application in the hiring process and preventing me from obtaining employment.

13. I believe this because I was more than qualified for the positions I applied to, and I was never given an interview or a legitimate, nondiscriminatory reason for why I was rejected.

14. I suspect that Workday, Inc.'s Artificial Intelligence and Machine Learning scored my application in manner which screened out applicants over the age of 40, such as myself, and favored younger, less qualified applicants, instead.

3

Declaration of Richard W. Lieb, Jr.


Initial

**The Importance of a Job at Workday, Inc.**

15. I have been unable to obtain gainful employment to support myself and my family. I firmly believe that Workday, Inc.'s Artificial Intelligence and Machine Learning disqualifies applicants aged 40 and over, such as myself, no matter how qualified.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this  2/5/2025  in Akron, Ohio.

Signed by:

Richard W. Lieb, Jr.

# Exhibit A



# Richard W. Lieb Jr.

331 Baldwin Rd, Akron, OH, 44312
(330)406-6057 - erolemodel@gmail.com

**PROFILE**

Creative and detail-oriented professional with proven background in project management, space planning and computer aided design. Strong ability to collaborate effectively with co-workers and clients. Demonstrated success in achieving a high-degree of client satisfaction.

**EXPERTISE**

*Management  *Advertising  *Marketing *Finance  *Budget *Scheduling *Graphic Design *New Employee On-Boarding/Training/Developement *Adobe Cloud *Microsoft Office *Project Management

**EXPERIENCE**

**Ramp Agent (Akron Canton Airport - CAK)**
Delta, United, Allegiant & currently American Airlines - North Canton, OH
08/20/2016 to present
*Responsible for all aspect of incoming and outgoing planes. *While at Allegiant, was responsible for training all new employees. *Exercise team building activities. *Used management experience to motivate other team members. *Utilize problem solving skills when customer oriented issues arrive *Take Initiative of job duties to make sure all are done in a timely manor *Meet Deadlines *Adhere and follow F.A.A. Rules & Regulations, Federal Laws and Compliances *Help team and others when needed *Keep a Positive Demeanor throughout entire workday

**Assistant General Manager & Social Media Marketing Manager**
Stealth, LLC - Akron, OH
03/31/2016 - 04/01/2020 (SMMM), 07/01/2018 - 10/01/2019 (AGM)
*Hire *Train *Oversee Staff  *Ensure Cleanliness and Safety *Budget *Manage Inventory & Finances *Banking & Finances *Meet Deadlines *Maintain Media and Social Media sites  *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography)

**EDUCATION**

**Art Institute of Pittsburgh, PA, 2015 - 2017**
Graphic Design College Diploma (3.87 GPA)
Major - Graphic Design, Minor - Social Media Marketing

# Exhibit B



# Richard W. Lieb Jr.

331 Baldwin Rd, Akron, OH, 44312
(330)406-6057 - erolemodel@gmail.com

**PROFILE**

Positive, creative and detail-oriented professional with proven background in project management, space planning and computer aided design. Strong ability to collaborate effectively with co-workers and clients. Demonstrated success in achieving a high-degree of client satisfaction.

**EXPERTISE**

*Management *Advertising *Marketing *Finance *Budget *Scheduling
*Graphic Design *New Employee On-Boarding/Training/Developement *Adobe Cloud
*Microsoft Office *Project Management

**EXPERIENCE**

**Licensed Promoter & CEO of Rubber City Wrestling**
Wrestle For The Cure, LLC - Akron, OH
02/25/2018 - Present
*Hire *Train *Oversee Staff *Book Events *Budget *Manage Inventory & Finances
*Concessions *Manage Payroll *Producer & On Screen Talent on The RCW Network
*Maintain Media and Social Media sites *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography) *Work with Sponsors & more

**Ramp Agent (Akron Canton Airport - CAK)**
Delta, United, Allegiant & currently American Airlines - North Canton, OH
08/20/2016 to 09/21/2023
*Responsible for all aspect of incoming and outgoing planes. *While at Allegiant, was responsible for training all new employees. *Exercise team building activities. *Used management experience to motivate other team members. *Utilize problem solving skills when customer oriented issues arrive *Take Initiative of job duties to make sure all are done in a timely manor *Meet Deadlines *Adhere and follow F.A.A. Rules & Regulations, Federal Laws and Compliances *Help team and others when needed
*Keep a Positive Demeanor throughout entire workday

**Assistant General Manager & Social Media Marketing Manager**
Stealth, LLC - Akron, OH
03/31/2016 - 04/01/2020 (SMMM), 07/01/2018 - 10/01/2019 (AGM)
*Hire *Train *Oversee Staff *Ensure Cleanliness and Safety *Budget *Manage Inventory & Finances *Banking & Finances *Meet Deadlines
*Maintain Media and Social Media sites *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography)

**EDUCATION**

Art Institute of Pittsburgh, PA, 2015 - 2017
Graphic Design College Diploma (3.87 GPA)
Major - Graphic Design, Minor - Social Media Marketing

# Exhibit C



# Richard W. Lieb Jr.

331 Baldwin Rd, Akron, OH, 44312
(330)406-6057 - erolemodel@gmail.com

**PROFILE**

Creative and detail-oriented professional with proven background in project management, space planning and computer aided design. Strong ability to collaborate effectively with co-workers and clients. Demonstrated success in achieving a high-degree of client satisfaction.

**EXPERTISE**

*Management *Advertising *Marketing *Finance *Budget *Scheduling *Graphic Design *New Employee On-Boarding/Training/Developement *Adobe Cloud *Microsoft Office *Project Management

**EXPERIENCE**

**Ramp Agent (Akron Canton Airport - CAK)**
Delta, United, Allegiant & currently American Airlines - North Canton, OH
08/20/2016 to present
*Responsible for all aspect of incoming and outgoing planes. *While at Allegiant, was responsible for training all new employees. *Exercise team building activities. *Used management experience to motivate other team members. *Utilize problem solving skills when customer oriented issues arrive *Take Initiative of job duties to make sure all are done in a timely manor *Meet Deadlines *Adhere and follow F.A.A. Rules & Regulations, Federal Laws and Compliances *Help team and others when needed *Keep a Positive Demeanor throughout entire workday

**Licensed Promoter & CEO of Rubber City Wrestling**
Wrestle For The Cure, LLC - Akron, OH
02/25/2018 - Present
*Hire *Train *Oversee Staff *Book Events *Budget *Manage Inventory & Finances *Concessions *Manage Payroll *Producer & On Screen Talent on The RCW Network *Maintain Media and Social Media sites *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography) *Work with Sponsors & more

**Assistant General Manager & Social Media Marketing Manager**
Stealth, LLC - Akron, OH
03/31/2016 - 04/01/2020 (SMMM), 07/01/2018 - 10/01/2019 (AGM)
*Hire *Train *Oversee Staff *Ensure Cleanliness and Safety *Budget *Manage Inventory & Finances *Banking & Finances *Meet Deadlines
*Maintain Media and Social Media sites *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography)

**EDUCATION**

**Art Institute of Pittsburgh, PA, 2015 - 2017**
Graphic Design College Diploma (3.87 GPA)
Major - Graphic Design, Minor - Social Media Marketing

# Exhibit D



# Richard W. Lieb Jr.

331 Baldwin Rd, Akron, OH, 44312
(330)406-6057 - erolemodel@gmail.com

**PROFILE**

Creative and detail-oriented professional with proven background in project management, space planning and computer aided design. Strong ability to collaborate effectively with co-workers and clients. Demonstrated success in achieving a high-degree of client satisfaction.

**EXPERTISE**

*Management *Advertising *Marketing *Finance *Budget *Scheduling *Graphic Design *New Employee On-Boarding/Training/Developement *Adobe Cloud *Microsoft Office *Project Management

**EXPERIENCE**

**Delivery Driver**
Door Dash - Akron, OH
08/25/2023 - Present
*Deliver take-out or grogeries to customers.

**Ramp Agent (Akron Canton Airport - CAK)**
Delta, United, Allegiant & most recently American Airlines - North Canton, OH
08/20/2016 to 09/21/2023
*Responsible for all aspect of incoming and outgoing planes. *While at Allegiant, was responsible for training all new employees. *Exercise team building activities. *Used management experience to motivate other team members. *Utilize problem solving skills when customer oriented issues arrive *Take Initiative of job duties to make sure all are done in a timely manor *Meet Deadlines *Adhere and follow F.A.A. Rules & Regulations, Federal Laws and Compliances *Help team and others when needed *Keep a Positive Demeanor throughout entire workday *At Delta, I was the POI guy

**Assistant General Manager & Social Media Marketing Manager**
Stealth, LLC - Akron, OH
03/31/2016 - 04/01/2020 (SMMM), 07/01/2018 - 10/01/2019 (AGM)
*Hire *Train *Oversee Staff *Ensure Cleanliness and Safety *Budget *Manage Inventory & Finances *Banking & Finances *Meet Deadlines
*Maintain Media and Social Media sites *In charge of all events, advertisements and artwork (ie. Posters, brochures and photography)

**EDUCATION**

**Art Institute of Pittsburgh, PA, 2015 - 2017**
Graphic Design College Diploma (3.87 GPA)
Major - Graphic Design, Minor - Social Media Marketing