# Exhibit 5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

# NOTICE OF AGE DISCRIMINATION LAWSUIT AGAINST WORKDAY, INC

# THIS IS COURT AUTHORIZED NOTICE.

**To:**   All individuals aged 40 and over who, from September 24, 2020, through the present who applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations

**Re:**   Collective action lawsuit against Workday for violations of the Age Discrimination in Employment Act ("ADEA").

## I.          INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit against Workday, Inc. in which you are potentially "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit as a class member if you so desire.

As described below, if you are eligible and wish to participate in the collective action, you must timely complete and submit the "Consent to Join" form located on the official case webpage.

## II.         DESCRIPTION OF THE LAWSUIT

Plaintiff Derek Mobley ("Plaintiff") filed this action against Workday, Inc. in the Northern District of California, Case No. 3:23-0770-RFL on behalf of himself and all others similarly situated, and his allegations include that Workday, Inc., Inc., through its Artificial Intelligence employment screening practices violated

1

the Age Discrimination in Employment Act ("ADEA").

"Similarly situated" individuals include all candidates for employment over the age of 40 who applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations.

Workday denies any and all liability in this matter and further denies that collective treatment is appropriate.

## III.    PERSONS ELIGIBLE TO MAKE A CLAIM IN THIS LAWSUIT

You are eligible to join this lawsuit if from September 24, 2020 through the present, and applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations

## IV.    HOW TO MAKE A CLAIM IN THIS LAWSUIT

If you wish to make a claim and join this case, you must "opt-in" to the lawsuit by completing the "Consent to Join" form located on the official case web page: [WEBSITE]. You must complete, electronically sign, and submit this form by [90 DAYS AFTER NOTICE]. If you fail to complete and submit the online "Consent to Join" form by the aforementioned date, you will not be permitted to participate as a class member in this lawsuit, or in any settlement or judgment reached by the parties or ordered by the court.

## V.    LEGAL EFFECT OF FILING OR NOT FILING THE CONSENT FORM

If you choose to participate in the suit as a class member and file the "Consent to Join" form, you might be required to provide information or testimony relevant to the lawsuit.

You will also be bound by the judgment or settlement of the claims under the Age Discrimination in Employment Act, whether it is favorable or unfavorable. Further, by choosing to join the lawsuit, you designate the collective

action representatives, Winston Cooks, LLC, and Wiggins Childs Pantazis and Goldfarb, LLC as your agents to make binding decisions on your behalf concerning the litigation. The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no payment to the attorneys. However, the attorneys may be paid either by Workday, Inc., or they may, either in addition to or instead of payment from Workday, Inc., receive a percentage of any money judgment or settlement in favor of you, or others similarly situated, as ordered by the Court.

If you do not wish to participate in this lawsuit as a class member, simply do nothing. You will not be bound by any judgment regarding any claim you may have under the Age Discrimination in Employment Act, whether favorable or unfavorable. If you choose not to file a "Consent to Join" form, you are free to file your own lawsuit within the applicable statute of limitations.

## VI.    NO RETALIATION PERMITTED

Federal law prohibits Workday or retaliating against you for "opting-in" to this lawsuit or otherwise exercising your rights.

## VII.    YOUR LEGAL REPRESENTATION IF YOU JOIN

If you elect to participate in this lawsuit by electronically completing and submitting a "Consent to Join" form, your counsel will be:

Roderick T. Cooks                          Robert L. Wiggins
Lee D. Winston                              Wiggins, Childs, Pantazis,
Winston Cooks, LLC                         Fisher & Goldfarb
420 20th Street North Suite 2200           301 19th Street South
Birmingham, AL. 35203                      Birmingham, AL. 35203

If you have questions about this Notice, the "Consent to Join" form, or the lawsuit generally, you may contact Plaintiffs' counsel at [FIRM EMAIL ADDRESSES].

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF WORKDAY, INC.'S DEFENSES.  PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS LAWSUIT.**

# ELECTRONIC CONSENT TO JOIN FORM

(The Age Discrimination in Employment Act of 1967, 29 U.S.C. § 216(b))

By my signature below, I consent to opt in and join the collective action *Mobley v. Workday, Inc.* case number 3:23-0770-RFL in the California Northern District Federal Court, which includes claims under The Age Discrimination in Employment Act of 1967 ("ADEA"). I understand and agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

I represent that from September 24, 2020 being over 40 years old, I applied for job opportunities using Workday, Inc.'s job application platform and was denied employment recommendations

I designate the law firms Winston Cooks, LLC and Wiggins Child, Pantazis, Fisher & Goldfarb, LLC  to represent me for all purposes in this action.

My name is: _____(print name)

My address is: _____(street address)

_____ (city, state, zip code)

My telephone number is: _____(area code and telephone number)

My e-mail address is: _____(insert e-mail address)

My signature: _____

Date on which I signed this Notice: _____(today's date)

5