| | |
|---|---|
| Lee D. Winston<br>lwinston@winstoncooks.com<br>State of Alabama Bar No.:6407O72L<br>Roderick T. Cooks<br>rcooks@winstoncooks.com<br>State of Alabama Bar No.:5819O78R<br>Winston Cooks, LLC<br>420 20th Street North<br>Suite#2200<br>Birmingham, AL 35203<br>Telephone:   (205) 502-0970<br>Facsimile:   (205) 278-5876<br><br>Jay Greene<br>greeneattorney@gmail.com<br>Greene Estate, Probate, and Elder Law Firm<br>447 Sutter Street, Suite 435<br>San Francisco, CA 94108<br>Phone 415-905-0215 | Robert L. Wiggins, Jr.<br>rwiggins@wigginschilds.com<br>Ann K. Wiggins<br>awiggins@wigginschilds.com<br>Jennifer Wiggins-Smith<br>jsmith@wigginschilds.com<br>Wiggins Childs Pantazis Fisher Goldfarb, LLC<br>The Kress Building,<br>301 19th Street North<br>Birmingham, AL 35203<br>Telephone:   (205) 314-0500<br>Facsimile:   (205) 254-1500 |

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>   Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>   Defendant. | **NOTICE OF FILING CONSENT TO JOIN FORMS**<br><br>Case No. 4:23-cv-00770-RFL |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Comes Now, the Plaintiff, Derek L. Mobley, and files the attached Consent(s) to Join Suit as opt-ins for:

1. Giovanna Castanheira Barreto;

2. John Erwin, Jr.;

3. Juan Fuentes;

4. Theresa Gaal;

5.   Hameta Johnson;

6.   Rose Marie Johnson;

7.   Roger Mosley;

8.   Eina Schroeder.

Dated: **June 2nd, 2025**.

                                                    Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks (admitted pro hac vice)
Lee Winston (admitted pro hac vice)
Robert L. Wiggins, Jr. (admitted pro hac vice)
Ann K. Wiggins (admitted pro hac vice)
Jennifer Wiggins-Smith (admitted pro hac vice)
Attorney for the Plaintiff and the Proposed Classes and the Collective

**OF COUNSEL:**
Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:     (205) 502-0970
Facsimile:      (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Ann K. Wiggins
awiggins@wigginschilds.com
Jennifer Wiggins-Smith
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:     (205) 314-0500
Facsimile:      (205) 254-1500

2

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

### Certificate of Service

I hereby certify that on **June 2nd, 2025**, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Erin M. Connell          econnell@orrick.com

Julie Ann Totten         jtotten@orrick.com

Kayla Delgado Grundy     kgrundy@orrick.com

*s/Roderick T. Cooks*
Of Counsel

3