Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Jennifer Wiggins Smith  (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER AND GOLDFARB
301 North 19th Street
Birmingham, AL 35203

Jay Greene (State Bar No. 297803)
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Local Counsel
Attorneys for the Plaintiff and the Proposed Classes and Collective

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL-LB<br><br>Complaint Filed:  February 21, 2023 |

**STIPULATION ON DISCOVERY BRIEFING SCHEDULE
AND HEARING DATE**

STIPULATION AND [PROPOSED] ORDER TO DISCOVERY BRIEFING SCHEDULE

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant" or "Workday") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On June 2, 2025 the Court entered a Discovery Order which permits adjustment of the briefing schedule.

2. Since entry of that Order, a case management conference was conducted on June 4 and the parties are now working together on a Joint Notice Plan due to be filed on July 2, 2025 with a follow up case management conference scheduled for July 9, 2025. Getting the notice issued may or may not involve additional briefing.

3. Accordingly, the parties stipulate to the following amended briefing schedule:

| Deadline | Currently Scheduled Date | Proposed Date |
|---|---|---|
| Plaintiff's Brief | June 10, 2025 | July 11, 2025 |
| Defendant's Opposing Brief | June 24, 2025 | July 25, 2025 |
| Reply Brief | July 1, 2025 | August 1, 2025 |

5. Plaintiff will notice the hearing for August 21, 2025, consistent with the Court's parameters and agreement with Workday.

**IT IS SO STIPULATED.**

Dated: June 9 2025

WINSTON COOKS LLC

By: /s/ *Lee Winston*
Lee D. Winston
Roderick T. Cooks
Winston Cooks, LLC

Robert L. Wiggins, Jr.
Ann K. Wiggins
Jennifer Wiggins
Wiggins Childs Pantazis, Fisher & Goldfarb, LLC

|   |   |
|---|---|
|   | Admitted PHV |
|   | Attorneys for Plaintiff |
|   | Derek Mobley |

Dated: June 9, 2025        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Kayla D. Grundy* (with permission)
Julie A. Totten
Erin M. Connell
Kayla D. Grundy
Alexandria R. Elliott
Attorneys for Defendant WORKDAY, INC.

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, and for good cause shown, the Court hereby adopts the proposed briefing schedule and the August 21, 2025 hearing date or as soon thereafter as the Court's calendar permits.

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE