Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Jennifer Wiggins Smith  (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER AND GOLDFARB
301 North 19th Street
Birmingham, AL 35203

Jay Greene (State Bar No. 297803)
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Local Counsel
Attorneys for the Plaintiff and the Proposed Classes and Collective

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL-LB<br><br>Complaint Filed:  February 21, 2023 |

**STIPULATION ON DISCOVERY BRIEFING SCHEDULE AND HEARING DATE**

---

STIPULATION AND [PROPOSED] ORDER TO DISCOVERY BRIEFING SCHEDULE

Plaintiff Derek Mobley ("Plaintiff") and Defendant Workday, Inc. ("Defendant" or "Workday") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On May 19, 2025, the Court entered a Discovery Order which set a briefing schedule subject to a stipulation modifying such schedule. ECF No. 130.

2. On June 2, 2025, the Court recognized potential overlap between the discovery disputes at issue and the notice plan for the collective action being negotiated between the Parties. ECF No. 136.

3. Following submission of a stipulation and proposed order by the Parties, the Court ordered a revised briefing schedule on June 9, 2025. ECF No. 141.

4. On July 9, 2025, a Case Management Conference was held concerning a notice plan. The Court ordered the Parties to submit a joint discovery letter by July 16, 2025 addressing the scope of the collective and set a further Case Management Conference for August 27, 2025 with instructions on what matters the Parties should meet and confer regarding. ECF No. 154.

5. The Parties agree with the Court that it would be most efficient that the notice plan be resolved prior to further briefing on additional discovery matters.

6. The Parties have conferred and agreed upon the updated briefing schedule below which begins 30 days following the next case management conference.

| Deadline | Currently Scheduled Date | Proposed Date |
|---|---|---|
| Plaintiff's Brief | July 10, 2025 | September 26, 2025 |
| Defendant's Opposing Brief | June 24, 2025 | October 10, 2025 |
| Reply Brief | July 1, 2025 | October 17, 2025 |

5. Plaintiff will notice the hearing no earlier than November 6, 2025, consistent with the Court's parameters and agreement with Workday.

**IT IS SO STIPULATED.**

Dated: July 10, 2025                    WINSTON COOKS LLC

By: /s/ *Lee Winston*
Lee D. Winston
Roderick T. Cooks
Winston Cooks, LLC

Robert L. Wiggins, Jr.
Ann K. Wiggins
Jennifer Wiggins
Wiggins Childs Pantazis, Fisher
& Goldfarb, LLC

Admitted PHV
Attorneys for Plaintiff
Derek Mobley

Dated: July 10, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Kayla Grundy*
Julie A. Totten
Erin M. Connell
Kayla D. Grundy
Alexandria R. Elliott
Attorneys for Defendant WORKDAY, INC.

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and for good cause shown, the Court hereby adopts the proposed briefing schedule.

**IT IS SO ORDERED.**

Dated: July ____, 2025                    _____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE