1  Lee D. Winston
   lwinston@winstoncooks.com
2  State of Alabama Bar No.:6407O72L
   Roderick T. Cooks
3  rcooks@winstoncooks.com
   State of Alabama Bar No.:5819O78R
4  Winston Cooks, LLC
   420 20th Street North
5  Suite#2200
   Birmingham, AL 35203
6  Telephone:      (205) 502-0970
   Facsimile:      (205) 278-5876
7
   Jay Greene
8  greeneattorney@gmail.com
   Greene Estate, Probate, and Elder Law Firm
9  447 Sutter Street, Suite 435
   San Francisco, CA 94108
10 Phone 415-905-0215

11 Attorneys for the Plaintiff and the Proposed
   Classes and the Collective
12

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:      (205) 314-0500
Facsimile:      (205) 254-1500

13          **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15 DEREK L. MOBLEY for and on behalf     )
   of himself and other persons           )
   similarly situated,                    )
16                                         )
          Plaintiff                        )      **CONSENT TO JOIN**
17                                         )
                                           )
18  v.                                     )
                                           )      Case No. 4:23-cv-00770-RFL
19 WORKDAY, INC.                           )
                                           )
20       Defendant.                        )
   _____       )
21
22              **CONSENT TO JOIN**

23      I,   Tracie Bouye    , hereby consent to join, opt in, and become a plaintiff in the lawsuit

24 titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover

25 monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"),

26 29 U.S.C. §§ 216(b), 626(b).

27      I represent to the Court that at all times pertinent to this action I was at least 40 years old or

28 older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2  Name:  Tracie Bouye

3  Signature:  *Signed by:* Tracie Bouye  402B682C7343451...

4  Date:  8/21/2025

5

6                                        Respectfully submitted,

7                                        */s/Roderick T. Cooks*
                                         Roderick T. Cooks
8                                        (admitted pro hac vice)
                                         Lee Winston
9                                        (admitted pro hac vice)
                                         Robert L. Wiggins, Jr.
10                                       (admitted pro hac vice)
                                         Ann K. Wiggins
11                                       (admitted pro hac vice)
                                         Jennifer Wiggins-Smith
12                                       (admitted pro hac vice)
                                         Attorneys for the Plaintiff and
13                                       the Proposed Classes and the Collective

14

15  **LOCAL COUNSEL**:
    Jay Greene
    greeneattorney@gmail.com
16  Greene Estate, Probate, and Elder Law Firm
    447 Sutter Street, Suite 435
17  San Francisco, CA 94108
    Phone 415-905-0215

18

19

20

21

22

23

24

25

26

27

28                                        2