| | |
|---|---|
| Lee D. Winston<br>lwinston@winstoncooks.com<br>State of Alabama Bar No.:6407O72L<br>Roderick T. Cooks<br>rcooks@winstoncooks.com<br>State of Alabama Bar No.:5819O78R<br>Winston Cooks, LLC<br>420 20th Street North<br>Suite#2200<br>Birmingham, AL 35203<br>Telephone:   (205) 502-0970<br>Facsimile:   (205) 278-5876 | Robert L. Wiggins, Jr.<br>rwiggins@wigginschilds.com<br>Wiggins Childs Pantazis Fisher Goldfarb, LLC<br>The Kress Building,<br>301 19th Street North<br>Birmingham, AL 35203<br>Telephone:   (205) 314-0500<br>Facsimile:   (205) 254-1500 |

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>            Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT TO JOIN**<br><br>Case No. 4:23-cv-00770-RFL |

**CONSENT TO JOIN**

I, \_\_\_Chris Burkhardt\_\_\_ , hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2  Name: Chris Burkhardt

3  Signature: *[signed]*

4  Date: 8/20/2025

6                                          Respectfully submitted,

7                                          */s/Roderick T. Cooks*
                                           Roderick T. Cooks
8                                          (admitted pro hac vice)
                                           Lee Winston
9                                          (admitted pro hac vice)
                                           Robert L. Wiggins, Jr.
10                                         (admitted pro hac vice)
                                           Ann K. Wiggins
11                                         (admitted pro hac vice)
                                           Jennifer Wiggins-Smith
12                                         (admitted pro hac vice)
                                           Attorneys for the Plaintiff and
13                                         the Proposed Classes and the Collective

15  **LOCAL COUNSEL**:
    Jay Greene
    greeneattorney@gmail.com
16  Greene Estate, Probate, and Elder Law Firm
    447 Sutter Street, Suite 435
17  San Francisco, CA 94108
    Phone 415-905-0215

2