Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,

Plaintiff

v.

WORKDAY, INC.

Defendant.

**CONSENT TO JOIN**

Case No. 4:23-cv-00770-RFL

**CONSENT TO JOIN**

I, Kevin Cristadoro , hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

Name: Kevin Cristadoro

Signature: DocuSigned by: Kevin Cristadoro C5B192A83502450C...

Date: 8/14/2025

Respectfully submitted,

*/s/Roderick T. Cooks*
Roderick T. Cooks
(admitted pro hac vice)
Lee Winston
(admitted pro hac vice)
Robert L. Wiggins, Jr.
(admitted pro hac vice)
Ann K. Wiggins
(admitted pro hac vice)
Jennifer Wiggins-Smith
(admitted pro hac vice)
Attorneys for the Plaintiff and
the Proposed Classes and the Collective

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215