| | |
|---|---|
| Lee D. Winston | Robert L. Wiggins, Jr. |
| lwinston@winstoncooks.com | rwiggins@wigginschilds.com |
| State of Alabama Bar No.:6407O72L | Wiggins Childs Pantazis Fisher Goldfarb, LLC |
| Roderick T. Cooks | The Kress Building, |
| rcooks@winstoncooks.com | 301 19th Street North |
| State of Alabama Bar No.:5819O78R | Birmingham, AL 35203 |
| Winston Cooks, LLC | Telephone:  (205) 314-0500 |
| 420 20th Street North | Facsimile:  (205) 254-1500 |
| Suite#2200 | |
| Birmingham, AL 35203 | |
| Telephone:  (205) 502-0970 | |
| Facsimile:  (205) 278-5876 | |

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | ) ) ) ) |
| Plaintiff | ) ) **CONSENT TO JOIN** |
| v. | ) ) ) Case No. 4:23-cv-00770-RFL |
| WORKDAY, INC. | ) ) |
| Defendant. | ) ) |

**CONSENT TO JOIN**

I, Tracy Honeycutt, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

1 | agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2 | Name: Tracy Honeycutt

3 | Signature: *Tracy Honeycutt* (DocuSigned by: 5256DD701D5D437...)

4 | Date: 8/13/2025

                                                            Respectfully submitted,

*/s/Roderick T. Cooks*
Roderick T. Cooks
(admitted pro hac vice)
Lee Winston
(admitted pro hac vice)
Robert L. Wiggins, Jr.
(admitted pro hac vice)
Ann K. Wiggins
(admitted pro hac vice)
Jennifer Wiggins-Smith
(admitted pro hac vice)
Attorneys for the Plaintiff and
the Proposed Classes and the Collective

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

2