| | |
|---|---|
| Lee D. Winston | Robert L. Wiggins, Jr. |
| lwinston@winstoncooks.com | rwiggins@wigginschilds.com |
| State of Alabama Bar No.:6407O72L | Ann K. Wiggins |
| Roderick T. Cooks | awiggins@wigginschilds.com |
| rcooks@winstoncooks.com | Jennifer Wiggins-Smith |
| State of Alabama Bar No.:5819O78R | jsmith@wigginschilds.com |
| Winston Cooks, LLC | Wiggins Childs Pantazis Fisher Goldfarb, LLC |
| 420 20th Street North | |
| Suite#2200 | The Kress Building, |
| Birmingham, AL 35203 | 301 19th Street North |
| Telephone:   (205) 502-0970 | Birmingham, AL 35203 |
| Facsimile:   (205) 278-5876 | Telephone:   (205) 314-0500 |
| | Facsimile:   (205) 254-1500 |

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Attorneys for the Plaintiff and the Proposed Classes and the Collective

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | ) ) ) ) |
|         Plaintiff | ) ) **CONSENT TO JOIN** |
| v. | ) ) ) Case No. 4:23-cv-00770-RFL |
| WORKDAY, INC. | ) ) |
|         Defendant. | ) ) |

**CONSENT TO JOIN**

I, ___Felicia Ives___, hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

Name: Felicia Ives

Signature: *[DocuSigned by: Felicia Ives, 508A4B1CD1B94C8...]*

Date: 8/21/2025