1  Lee D. Winston                              Robert L. Wiggins, Jr.
   lwinston@winstoncooks.com                   rwiggins@wigginschilds.com
2  State of Alabama Bar No.:6407O72L           Wiggins Childs Pantazis Fisher Goldfarb,
   Roderick T. Cooks                           LLC
3  rcooks@winstoncooks.com                     The Kress Building,
   State of Alabama Bar No.:5819O78R           301 19th Street North
4  Winston Cooks, LLC                          Birmingham, AL 35203
   420 20th Street North                       Telephone:    (205) 314-0500
5  Suite#2200                                  Facsimile:    (205) 254-1500
   Birmingham, AL 35203
6  Telephone:    (205) 502-0970
   Facsimile:    (205) 278-5876
7
   Jay Greene
8  greeneattorney@gmail.com
   Greene Estate, Probate, and Elder Law Firm
9  447 Sutter Street, Suite 435
   San Francisco, CA 94108
10 Phone 415-905-0215

11 Attorneys for the Plaintiff and the Proposed
   Classes and the Collective
12

13                    **UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15 | DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | ) ) ) ) | |
|---|---|---|
| Plaintiff | ) ) ) | **CONSENT TO JOIN** |
| v. | ) ) ) | Case No. 4:23-cv-00770-RFL |
| WORKDAY, INC. | ) ) | |
| Defendant. | ) ) | |

                              **CONSENT TO JOIN**

   I, Xante S. Mayes , hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

   I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools. I understand and

agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

Name: Xante Mayes

Signature: *Xante Mayes*

Date: 8/13/2025

                                               Respectfully submitted,

                                               */s/Roderick T. Cooks*
                                               Roderick T. Cooks
                                               (admitted pro hac vice)
                                               Lee Winston
                                               (admitted pro hac vice)
                                               Robert L. Wiggins, Jr.
                                               (admitted pro hac vice)
                                               Ann K. Wiggins
                                               (admitted pro hac vice)
                                               Jennifer Wiggins-Smith
                                               (admitted pro hac vice)
                                               Attorneys for the Plaintiff and
                                               the Proposed Classes and the Collective

**LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

2