Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Attorneys for the Plaintiff and the Proposed
Classes and the Collective

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 

**CONSENT TO JOIN**

Case No. 4:23-cv-00770-RFL

## CONSENT TO JOIN

I, Michael Mills , hereby consent to join, opt in, and become a plaintiff in the lawsuit

titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover

monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"),

29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or

older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1 | agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2 | Name: Michael Mills

3 | Signature: *Michael Mills*
DocuSigned by:
—0CFCB49F26F2420...

4 | Date: 8/21/2025

6 |                                           Respectfully submitted,

7 |                                           */s/Roderick T. Cooks*
Roderick T. Cooks
8 |                                           (admitted pro hac vice)
Lee Winston
9 |                                           (admitted pro hac vice)
Robert L. Wiggins, Jr.
10 |                                          (admitted pro hac vice)
Ann K. Wiggins
11 |                                          (admitted pro hac vice)
Jennifer Wiggins-Smith
12 |                                          (admitted pro hac vice)
Attorneys for the Plaintiff and
13 |                                          the Proposed Classes and the Collective

15 | **LOCAL COUNSEL**:
Jay Greene
greeneattorney@gmail.com
16 | Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
17 | San Francisco, CA 94108
Phone 415-905-0215

2