Lee D. Winston
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone:    (205) 502-0970
Facsimile:    (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

Attorneys for the Plaintiff and the Proposed
Classes and the Collective

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY for and on behalf
of himself and other persons
similarly situated,

    Plaintiff

 v.

WORKDAY, INC.

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CONSENT TO JOIN**

Case No. 4:23-cv-00770-RFL

## CONSENT TO JOIN

I,   Matthew Spool  , hereby consent to join, opt in, and become a plaintiff in the lawsuit titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 216(b), 626(b).

I represent to the Court that at all times pertinent to this action I was at least 40 years old or older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1   agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2   Name: Matthew Spool

3   Signature: *Matthew Spool*

4   Date: 8/22/2025

5

6                                             Respectfully submitted,

7                                             */s/Roderick T. Cooks*
                                              Roderick T. Cooks
8                                             (admitted pro hac vice)
                                              Lee Winston
9                                             (admitted pro hac vice)
                                              Robert L. Wiggins, Jr.
10                                            (admitted pro hac vice)
                                              Ann K. Wiggins
11                                            (admitted pro hac vice)
                                              Jennifer Wiggins-Smith
12                                            (admitted pro hac vice)
                                              Attorneys for the Plaintiff and
13                                            the Proposed Classes and the Collective

14
     **LOCAL COUNSEL**:
15   Jay Greene
     greeneattorney@gmail.com
16   Greene Estate, Probate, and Elder Law Firm
     447 Sutter Street, Suite 435
17   San Francisco, CA 94108
     Phone 415-905-0215

18

19

20

21

22

23

24

25

26

27

28                                           2