1   Lee D. Winston                          Robert L. Wiggins, Jr.
    lwinston@winstoncooks.com               rwiggins@wigginschilds.com
2   State of Alabama Bar No.:6407O72L        Wiggins Childs Pantazis Fisher Goldfarb,
    Roderick T. Cooks                        LLC
3   rcooks@winstoncooks.com                 The Kress Building,
    State of Alabama Bar No.:5819O78R        301 19th Street North
4   Winston Cooks, LLC                      Birmingham, AL 35203
    420 20th Street North                   Telephone:    (205) 314-0500
5   Suite#2200                              Facsimile:    (205) 254-1500
    Birmingham, AL 35203
6   Telephone:    (205) 502-0970
    Facsimile:    (205) 278-5876
7
8   Jay Greene
    greeneattorney@gmail.com
    Greene Estate, Probate, and Elder Law Firm
9   447 Sutter Street, Suite 435
    San Francisco, CA 94108
10  Phone 415-905-0215

11  Attorneys for the Plaintiff and the Proposed
    Classes and the Collective

12

13              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15  DEREK L. MOBLEY for and on behalf   )
    of himself and other persons        )
16  similarly situated,                 )
                                        )
        Plaintiff                       )        **CONSENT TO JOIN**
17                                      )
                                        )
18   v.                                 )
                                        )        Case No. 4:23-cv-00770-RFL
19  WORKDAY, INC.                       )
                                        )
20      Defendant.                      )
    _____ )
21

22                      **CONSENT TO JOIN**

23      I,   Thomas Thornton   , hereby consent to join, opt in, and become a plaintiff in the lawsuit

24  titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover

25  monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"),

26  29 U.S.C. §§ 216(b), 626(b).

27      I represent to the Court that at all times pertinent to this action I was at least 40 years old or

28  older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2  Name: Thomas Thornton

3  Signature: _Thomas Thornton_

4  Date: 8/20/2025

6                                        Respectfully submitted,

7                                        _/s/Roderick T. Cooks_
                                         Roderick T. Cooks
8                                        (admitted pro hac vice)
                                         Lee Winston
9                                        (admitted pro hac vice)
                                         Robert L. Wiggins, Jr.
10                                       (admitted pro hac vice)
                                         Ann K. Wiggins
11                                       (admitted pro hac vice)
                                         Jennifer Wiggins-Smith
12                                       (admitted pro hac vice)
                                         Attorneys for the Plaintiff and
13                                       the Proposed Classes and the Collective

14

15  **LOCAL COUNSEL**:
    Jay Greene
16  greeneattorney@gmail.com
    Greene Estate, Probate, and Elder Law Firm
17  447 Sutter Street, Suite 435
    San Francisco, CA 94108
18  Phone 415-905-0215

2