1  Lee D. Winston
   lwinston@winstoncooks.com
2  State of Alabama Bar No.:6407O72L
   Roderick T. Cooks
3  rcooks@winstoncooks.com
   State of Alabama Bar No.:5819O78R
4  Winston Cooks, LLC
   420 20th Street North
5  Suite#2200
   Birmingham, AL 35203
6  Telephone:    (205) 502-0970
   Facsimile:    (205) 278-5876
7
8  Jay Greene
   greeneattorney@gmail.com
   Greene Estate, Probate, and Elder Law Firm
9  447 Sutter Street, Suite 435
   San Francisco, CA 94108
10 Phone 415-905-0215

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb,
LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

11 Attorneys for the Plaintiff and the Proposed
   Classes and the Collective

12

13              **UNITED STATES DISTRICT COURT**
14          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 DEREK L. MOBLEY for and on behalf    )
   of himself and other persons          )
16 similarly situated,                    )
                                          )
17       Plaintiff                        )        **CONSENT TO JOIN**
                                          )
18                                        )
    v.                                    )
19                                        )        Case No. 4:23-cv-00770-RFL
   WORKDAY, INC.                          )
20                                        )
         Defendant.                       )
21 ─────────────────────────────         )

22                    **CONSENT TO JOIN**

23      I,  Gwen Whinnery  , hereby consent to join, opt in, and become a plaintiff in the lawsuit

24 titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover

25 monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"),

26 29 U.S.C. §§ 216(b), 626(b).

27      I represent to the Court that at all times pertinent to this action I was at least 40 years old or

28 older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2  Name:    Gwen Whinnery

3  Signature:    *Gwen Whinnery*

4  Date:    8/20/2025

6                                         Respectfully submitted,

7                                         */s/Roderick T. Cooks*
                                          Roderick T. Cooks
8                                         (admitted pro hac vice)
                                          Lee Winston
9                                         (admitted pro hac vice)
                                          Robert L. Wiggins, Jr.
10                                        (admitted pro hac vice)
                                          Ann K. Wiggins
11                                        (admitted pro hac vice)
                                          Jennifer Wiggins-Smith
12                                        (admitted pro hac vice)
                                          Attorneys for the Plaintiff and
13                                        the Proposed Classes and the Collective

15  **LOCAL COUNSEL**:
    Jay Greene
    greeneattorney@gmail.com
16  Greene Estate, Probate, and Elder Law Firm
    447 Sutter Street, Suite 435
17  San Francisco, CA 94108
    Phone 415-905-0215

2