1    Lee D. Winston                          Robert L. Wiggins, Jr.
     lwinston@winstoncooks.com               rwiggins@wigginschilds.com
2    State of Alabama Bar No.:6407O72L       Wiggins Childs Pantazis Fisher Goldfarb,
     Roderick T. Cooks                       LLC
3    rcooks@winstoncooks.com                 The Kress Building,
     State of Alabama Bar No.:5819O78R       301 19th Street North
4    Winston Cooks, LLC                      Birmingham, AL 35203
     420 20th Street North                   Telephone:    (205) 314-0500
5    Suite#2200                              Facsimile:    (205) 254-1500
     Birmingham, AL 35203
6    Telephone:    (205) 502-0970
     Facsimile:    (205) 278-5876
7
     Jay Greene
8    greeneattorney@gmail.com
     Greene Estate, Probate, and Elder Law Firm
9    447 Sutter Street, Suite 435
     San Francisco, CA 94108
10   Phone 415-905-0215

11   Attorneys for the Plaintiff and the Proposed
     Classes and the Collective
12

13                  **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15   DEREK L. MOBLEY for and on behalf    )
     of himself and other persons         )
     similarly situated,                  )
16                                         )
                                           )
17        Plaintiff                        )    **CONSENT TO JOIN**
                                           )
18                                         )
      v.                                   )
19                                         )    Case No. 4:23-cv-00770-RFL
     WORKDAY, INC.                         )
20                                         )
          Defendant.                       )
21   _____       )

22                       **CONSENT TO JOIN**

23        I,   Christopher Widdick, hereby consent to join, opt in, and become a plaintiff in the lawsuit

24   titled *Derek L. Mobley v. Workday, Inc.,* Case No. 4:23-cv-00770-RFL (N.D. Cal.) to recover

25   monetary damages under the federal Age Discrimination in Employment Act of 1967 ("ADEA"),

26   29 U.S.C. §§ 216(b), 626(b).

27        I represent to the Court that at all times pertinent to this action I was at least 40 years old or
28   older, sought work and was subject to Workday's algorithmic job screening tools.  I understand and

1  agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2  Name:  Christopher Widdick

3  Signature:

4  Date:  8/21/2025

5

6                                          Respectfully submitted,

7                                          */s/Roderick T. Cooks*
                                           Roderick T. Cooks
8                                          (admitted pro hac vice)
                                           Lee Winston
9                                          (admitted pro hac vice)
                                           Robert L. Wiggins, Jr.
10                                         (admitted pro hac vice)
                                           Ann K. Wiggins
11                                         (admitted pro hac vice)
                                           Jennifer Wiggins-Smith
12                                         (admitted pro hac vice)
                                           Attorneys for the Plaintiff and
13                                         the Proposed Classes and the Collective

14

15  **LOCAL COUNSEL**:
    Jay Greene
16  greeneattorney@gmail.com
    Greene Estate, Probate, and Elder Law Firm
17  447 Sutter Street, Suite 435
    San Francisco, CA 94108
18  Phone 415-905-0215

19

20

21

22

23

24

25

26

27

28                                         2