**Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Case No. 3:23-cv-00770-RFL-LB<br><br>Complaint Filed: February 21, 2023 |

## NOTICE OF FILING CONSENT TO JOIN FORMS

Comes Now, the Plaintiff, Derek L. Mobley, through counsel and files the attached Consent to Join Forms as opt-ins for:

1. Dawn Adams
2. Charlotte Bradley
3. Frank Comer
4. Rhonda Dreggors-Newport
5. Monique Johnson
6. Shari Sibley
7. Lee Vormelker
8. Amy Wood

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | /s/Lee Winston |
|   | Roderick T. Cooks (admitted pro hac vice) |
| 3 | Lee Winston (admitted pro hac vice) |
|   | Robert L. Wiggins, Jr. (admitted pro hac vice) |
| 4 | Ann K. Wiggins (admitted pro hac vice) |
|   | Jennifer Wiggins-Smith (admitted pro hac vice) |
| 5 | Attorney for the Plaintiff and the Proposed |
|   | Classes and the Collective |

**OF COUNSEL**:
Roderick T. Cooks (admitted pro hac vice)
Lee Winston (admitted pro hac vice)
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 482-3551
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.
rwiggins@wigginschilds.com
Ann K. Wiggins
awiggins@wigginschilds.com
Jennifer Wiggins-Smith
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

**LOCAL COUNSEL**:
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com
Attorneys for the Plaintiff, Collective and Proposed Classes

**Certificate of Service**

I hereby certify that on November 7, 2025, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system which notifies:

Erin M. Connell econnell@orrick.com

Julie Ann Totten jtotten@orrick.com

Kayla Delgado Grundy kgrundy@orrick.com

                                            *s/Lee Winston*
                                            Of Counsel