Exhibit "A"

Lee Winston (admitted pro hac vice)
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 482-3551
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.(admitted pro hac vice)
rwigginns@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins-Smith
jsmith@wigginschilds.com
The Kress Building
301 19th Street North
Birmingham, Al 35203
Telephone:  (205) 314-0500
Facsimile:   (205) 254-1500

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

**Attorneys for the Plaintiff, Collective and Proposed Classes**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEREK L. MOBLEY, et al., | ] | Case No.:  3:23-0770-RFL |
| | ] | |
| Plaintiffs, | ] | EXHIBIT A-PLAINTIFFS' LONG |
| | ] | FORM NOTICE |
| WORKDAY, INC. | ] | |
| | ] | |
| Defendant. | ] | |

**Exhibit A**
**Plaintiffs' Long Form Notice**
**November 14, 2025**

**NOTICE OF COLLECTIVE ACTION LAWSUIT AGAINST WORKDAY , Inc.**

*Mobley v. Workday, Inc.  Case No. 3:23-0770-RFL, Northern District of California,*

**TO:** All individuals 40 years of age or older who, at any time from September 24, 2020 to the present, applied for job opportunities using Workday, Inc.'s job application platform.

**Re:** Collective action lawsuit against Workday for alleged violations of the Age Discrimination in Employment Act ("ADEA").

## I.    INTRODUCTION

This notice and its contents have been authorized by the United States District Court for the Northern District of California.

The purpose of this notice is to provide notification of your following rights under the Age Discrimination in Employment Act ("ADEA"):

- You have the right to join this lawsuit if you applied for employment opportunities using Workday's application platform since September 24, 2020, while you were 40 or more years old. See § ___ ¶ ___ of this Notice;

- To join this lawsuit all you need to know or do, right now, is to fill out and electronically sign and send in the Opt-In Consent To Join Form  at this link on or before January ___, 2026. How to do that is explained more fully in § ___ ¶ ___ of this Notice below;

- You have the right to have the Plaintiffs' attorneys represent you in preparation and proof of your claim and to contact them for advice or assistance regarding such Opt-In Form at this link or at the email addresses and phone numbers listed below in  § ___ ¶ ___ of this Notice;

- The Court has taken no position in this case regarding the merits of Plaintiffs' claims or Workday's defense.

## II. WHAT IS THIS LAWSUIT ABOUT?

Derek Mobley ("Plaintiff") filed this action against Workday, Inc. in the Northern District of California, Case No. 3:23-0770-RFL ("Lawsuit"), on behalf of himself and all others similarly situated. His allegations include that Workday, Inc., through its use of certain Artificial Intelligence ("AI") features on its job application platform, violated the Age Discrimination in

Employment Act ("ADEA"). Workday denies these allegations. The Court has not made any findings about whether Plaintiff's claims or Workday's denial of liability have any merit.

The Court has provisionally certified an ADEA collective, which includes: "All individuals aged 40 and over who, from September 24, 2020, through the present, applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations." In this context, being "denied" an "employment recommendation" means that (i) the individual's application was scored, sorted, ranked, or screened by Workday's AI; (ii) the result of the AI scoring, sorting, ranking, or screening was not a recommendation to hire; and (iii) that result was communicated to the prospective employer, or the result was an automatic rejection by Workday.

Once you submit your <u>Opt-In Consent to Join Form</u>, the Court will subsequently need to determine that you meet the requirements described in the above paragraph and you will be represented by the Plaintiffs' attorneys in making that showing. **However, all you need to know, right now, to opt-in to this case is that, on or after September 24, 2020, you applied for employment opportunities using Workday's application platform while you were 40 or more years old.**

## III. HOW TO JOIN THIS LAWSUIT

To join this case, please complete, sign and return the <u>Opt-In Consent To Join Form</u> and separate <u>Confidentiality Authorization Form</u> found at this link as soon as possible and in time to be received by the Plaintiffs' attorneys on or before January __, 2026. The <u>Opt-In Consent To Join Form</u> is the only document you are required to submit in order to join this case. The separate <u>Confidentiality Authorization Form</u> is optional to allow the attorneys representing you to obtain your records from the employers to whom you applied for employment through Workday and otherwise obtain other records and information that are necessary to better represent you. The <u>Confidentiality Authorization Form</u> requires that Plaintiffs' attorneys keep all such documents and information confidential under the terms set forth in the Form. If you have questions, please contact the Plaintiffs' attorneys at this <u>link</u> or the addresses and phone numbers provided below in § __ ¶ __ of this Notice.

If you are unable to sign and return <u>Opt-In Consent To Join Form</u> and separate <u>Confidentiality Authorization Form</u> electronically through this <u>link</u>, you may obtain a paper copy of such forms to sign and return by mail, email, text or other delivery on or before January __, 2026. A paper copy can be downloaded and printed from this link or by contacting Plaintiffs' attorneys to request such Forms by calling, emailing, texting or mailing them at the addresses or phone numbers provided below in § __ ¶ __ of this Notice. But please remember that to join this case you must submit your <u>Opt-In Consent To Join Form</u> on or before January __, 2026.

## IV. CONFIDENTIALITY

The <u>Opt-In Consent To Join Form</u> requires that you sign page one and that you confidentially list your contact information and birthday on page two. Only page one will be filed with the Court. Your contact information and birthday on page two will be kept confidential by the Plaintiffs' attorneys and not filed with the Court as part of your initial opt-in to the case. However, the separate <u>Confidentiality Authorization Form</u> gives your attorneys permission to provide your birthday to the Court or to Workday when necessary to protect your rights or as otherwise required by law or the Court. Your attorneys may be required to disclose your birthday in order

EXHIBIT A-PLAINTIFFS' LONG FORM NOTICE

to show you were at least 40 years old when you applied for employment through Workday's job application platform.  Otherwise, your contact and birthday information you list on the required Opt-In Consent To Join Form will be kept confidential pursuant to the terms of the Confidentiality Authorization Form you sign.

As a party to this case, you will also have the right to confidentiality of your communications with the Plaintiffs' attorneys as part your attorney-client privilege with them. You will also have a right to confidentiality of your communications with fellow members of the certified Plaintiff collective pursuant to a joint prosecution agreement entered into as part of this case, including the collective proof of age-based disparate impact that is common to the claims of all members of the certified collective of opt-in Plaintiffs and to Workday's liability for such age discrimination.

As already stated above, the separate Confidentiality Authorization Form is optional to allow the attorneys representing you to obtain your records and other documents from other sources in order to properly represent you. If you have questions about such confidentiality , please contact the Plaintiffs' attorneys at this link or the addresses and phone numbers provided below in § __ ¶ __ of this Notice.

Otherwise, please sign and return the Opt-In Consent To Join Form and separate Confidentiality Authorization Form found at this link as soon as possible. Plaintiffs' lawyers must **receive** your Form no later than January  _ ,2026 in order to preserve your right to join this case.

## V. HOW WILL YOUR CLAIM BE HANDLED AND PROVEN?

● After  you submit your Opt-In Consent To Join Form to the Plaintiffs' attorneys for filing, they will continue to represent you in obtaining the documents, testimony and other evidence that you may need to show that you meet all the requirements necessary to  litigate your claim as a party to this lawsuit. As such party, you will have the same rights and status as the other party Plaintiffs to prepare and present your disparate impact  discrimination claim and defend your entitlement to remain part of  this case, including your right  to have your attorneys subpoena documents from the employers to whom you applied for employment through Workday's application platform, to obtain production of documents from Workday, to obtain testimony in support of your claim by deposition, to serve questions and requests for admissions for Workday to answer and to otherwise have Plaintiffs' attorneys represent you in pursuing such evidence as may be needed  to maintain your status as a party and prove the merit of your claim and damages for age discrimination.

## VI.  LEGAL EFFECT OF OPTING IN TO JOIN THIS CASE

If you are found eligible and are opted in to the Lawsuit, you will be bound by a favorable or unfavorable judgment on Plaintiffs' ADEA claim. If you do not opt in, you will be precluded from future participation in this case, including participation in any settlement related to the ADEA claim, but you may still bring your own separate lawsuit, depending on your situation.

No ADEA collective has been finally certified, and regardless of your initial eligibility recommendation, you may still be dismissed from the case.

4

EXHIBIT A-PLAINTIFFS' LONG FORM NOTICE

## VII. NO RETALIATION PERMITTED

Federal law prohibits Workday from retaliating against you for "opting-in" to this Lawsuit or otherwise exercising your rights.

## VIII. YOUR LEGAL REPRESENTATION IF YOU JOIN

When you join this lawsuit by electronically completing and sending the Opt-In Consent To Join Form, your lawyers and counsel representing you will be:

Roderick T. Cooks link                 Robert L. Wiggins link,
Lee D. Winston link                    Ann K. Wiggins link
Bethany M Neal link                    Jennifer Smith link
Winston Cooks, LLC                     Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC
420 20th Street North Suite 2200.      301 19th Street South
Birmingham, AL. 35203                  Birmingham, AL. 35203

[ADD CASE-SPECIAL EMAIL ADDRESSES & PHONE NUMBERS ].

You will not be charged for the Plaintiffs' attorney's services, although their fees may eventually be paid from any settlement or recovery obtained on behalf the plaintiffs who are parties to this case or the collective certified by the Court or otherwise obtained on your behalf.

If you want to join the Lawsuit, but prefer to hire your own attorney to represent you, you have the right to do so at your own expense. You also have the right to represent yourself. But please remember that to join this case you must submit your Opt-In Consent To Join Form  on or before January __, 2026.

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS LAWSUIT.**

EXHIBIT A-PLAINTIFFS' LONG FORM NOTICE

Exhibit "B"

Lee Winston (admitted pro hac vice)
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 482-3551
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.(admitted pro hac vice)
rwigginns@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins-Smith
jsmith@wigginschilds.com
The Kress Building
301 19th Street North
Birmingham, Al 35203
Telephone:  (205) 314-0500
Facsimile:   (205) 254-1500

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

**Attorneys for the Plaintiff, Collective and Proposed Classes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEREK L. MOBLEY, et al., | ] | Case No. 3:23-0770-RFL |
| | ] | |
| Plaintiffs, | ] | EXHIBIT B-OPT-IN CONSENT TO JOIN FORM |
| | ] | |
| WORKDAY, INC. | ] | |
| | ] | |
| Defendant. | ] | |

**Exhibit B – Opt-In Consent To Join Form**

**OPT-IN CONSENT TO JOIN FORM**

**(The Age Discrimination in Employment Act of 1967)**

By submitting this form, I am  consenting to: (1)  join the collective action Mobley v. Workday, Inc., case number 3:23-cv-0770-RFL ("Lawsuit"), pending in the Northern District of California Federal Court, which includes claims under the Age Discrimination in Employment Act of 1967 ("ADEA");

My signature or Docusign:  _____

Date on which I signed this Notice:  _____(today's date)

My contact information is listed on page 2 of this Form.

**[END of p. 1 of Opt-In Consent To Join Form]**

**PAGE 2 of my Opt-In Consent to Join Form:**

**My Name is:**

_____

My birthdate is:  _____

My address is:   _____

My telephone number is:  _____

My e-mail address is: _____

**[END of Opt-In Consent To Join Form]**

EXHIBIT B-OPT-IN CONSENT TO JOIN FORM

Exhibit "C"

Lee Winston (admitted pro hac vice)
lwinston@winstoncooks.com
State of Alabama Bar No.:6407O72L
Roderick T. Cooks
rcooks@winstoncooks.com
State of Alabama Bar No.:5819O78R
Winston Cooks, LLC
420 20th Street North
Suite#2200
Birmingham, AL 35203
Telephone: (205) 482-3551
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr.(admitted pro hac vice)
rwigginns@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins-Smith
jsmith@wigginschilds.com
The Kress Building
301 19th Street North
Birmingham, Al 35203
Telephone:  (205) 314-0500
Facsimile:   (205) 254-1500

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

**Attorneys for the Plaintiff, Collective and Proposed Classes**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEREK L. MOBLEY, et al., | ] | Case No. 3:23-0770-RFL |
| | ] | |
| Plaintiffs, | ] | EXHIBIT C-CONFIDENTIALITY |
| | ] | AUTHORIZATION FORM |
| WORKDAY, INC. | ] | |
| | ] | |
| Defendant. | ] | |

1

## Exhibit C — CONFIDENTIALITY AUTHORIZATION FORM

2

3

By submitting this form, I am consenting to have the Plaintiffs' Attorneys  (1) publicly file my Opt-In Consent To Join form in the collective action Mobley v. Workday, Inc., case number 3:23-cv-0770-RFL ("Lawsuit"), pending in the Northern District of California Federal Court; (2) contact the employers to whom I applied for employment through  Workday, Inc's job application platform to obtain all information and documentation regarding my Applications, on a confidential basis only for use in this Lawsuit. including personal identifying information; and (3) otherwise take all actions necessary to obtain any and all information and documentation they deem necessary to represent and protect my interests in such action, including personal identifying information. I authorize the employers to whom I applied for employment through Workday, Inc's job application platform to release this information to Plaintiffs' Attorneys and, if necessary and required by law, to counsel for other parties to this Lawsuit on a confidential basis only for use in this Lawsuit.

4

5

6

7

8

9

My signature or  Docusign: _____

10

11

12

Date on which I signed this Notice: _____(today's date)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT C-CONFIDENTIALITY AUTHORIZATION FORM

Exhibit "D"

## EXHIBIT D —DIFFERENCES IN PARTIES' COMPARATIVE NOTICES~~–~~

~~PLAINTIFFS' Exhibit 21A — Long~~
**Plaintiffs' Long  Form Notice**
**November 11, 2025**

## NOTICE OF COLLECTIVE ACTION LAWSUIT AGAINST WORKDAY~~-, Inc~~INC.

*~~Mobley v. Workday, Inc.  Case No. 3:23-0770-RFL, Northern District of California,~~*

**TO:** All individuals 40 years of age or older who, at any time from September 24, 2020 to the present, applied for job opportunities using Workday, Inc.'s job application platform.

**Re:** *Mobley v. Workday, Inc.   Case No. 3:23-0770-RFL, Northern District of California~~, Collective action lawsuit against Workday for alleged violations of the Age Discrimination in Employment Act ("ADEA").~~*

## I.    INTRODUCTION

This notice and its contents have been authorized by the United States District Court for the Northern District of California. The Court has taken no position in this case regarding the merits of Plaintiffs 'claims or of Workday's defenses.

The purpose of this notice is to provide notification of your following rights under the Age Discrimination in Employment Act ("ADEA"):

- You have the right to join this lawsuit if you applied for employment opportunities using Workday's application platform since September 24, 2020, while you were 40 or more years old and believe you were improperly screened out by AI. See § __ ¶ __ of this Notice;~~;~~

- ~~You have the right to have the Plaintiffs' attorneys represent you in preparation and proof  of the merits of your claim in this case and to contact them for advice or assistance at this link  or at the email addresses and phone numbers below.  at no out-of-pocket expense to you  listed on page __ of this notice. You may also, if you choose, hire your own attorney or represent yourself in this proceeding.~~

- To join this lawsuit ~~all you need to know or do, right now, is to~~you must fill out and electronically sign and send in ~~return~~ the Opt-In ~~Notice of~~ Consent To Join Form  at this link on or before January   __, 2026. How to do that is explained more fully ~~below~~in § __ ¶ __ of this Notice below;~~;~~

1

- ~~[*i.e.,* 60 days from the first date that Plaintiffs' social media notice ads begin]. That~~ "Opt-In Form" states ~~you applied for one or more employment opportunities using Workday's application platform since September 24, 2020, while you were 40 or more years old;~~ You have the right to have the Plaintiffs' attorneys represent you in ~~preparation and proof of your claim~~ connection with this case and to contact them for advice or assistance regarding such Opt-In Form at ~~at~~ this <u>link</u> or at the email addresses and phone numbers listed ~~below in § __ ¶ __ of this Notice;~~

- ~~Once you submit your Opt-In Form to join this case as a party, you will have the same rights as all the the other Plaintiffs to prepare and present your disparate impact discrimination claim and defend your entitlement to remain a party in this case, including your right as a party to subpoena documents from the employers to whom you applied for employment through Workday's application platform, to obtain production of documents from Workday, to obtain testimony in support of your claim by deposition, to serve questions and requests for admissions for Workday to answer and otherwise have Plaintiffs' attorneys represent you in pursuing such evidence as may be needed to maintain your status as a party and prove the merit of your claim and damages for age discrimination.~~

- ~~As a party Plaintiff to this case, you will also have the right to confidentiality of your communications with the Plaintiffs' attorneys as part the attorney-client privelege, as well as the right to confidentiality of your communications with fellow members of the certified Plaintiff collective that are protected by a joint prosecution agreement entered into as part of this case, including the collective proof of age-based disparate impact that is common to the claims of all members of the certifed collective of opt-in Plaintiffs and to Workday's liability for such age discrimination.~~

~~The Court has taken no position in this case regarding the merits of Plaintiffs'~~ ~~'claims or Workday's defense.~~

- **~~H. DESCRIPTION OF THE LAWSUIT~~**


## II. WHAT IS THIS LAWSUIT ABOUT?

Derek Mobley ("Plaintiff") filed this action against Workday, Inc. in the Northern District of California, Case No. 3:23-0770-RFL ("Lawsuit"), on behalf of himself and all others similarly situated. His allegations include that Workday, Inc., through its use of certain Artificial Intelligence ("AI") features on its job application platform, violated the Age Discrimination in Employment Act ("ADEA"). Workday denies these allegations. The Court has not made any findings about whether Plaintiff's claims or Workday's denial of liability have any merit.

The Court has provisionally certified an ADEA collective, which includes: "All individuals aged 40 and over who, from September 24, 2020, through the present, applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations." In this context, being "denied" an "employment recommendation" means that (i) the individual's application was scored, sorted, ranked, or screened by Workday's AI; (ii) the result of the AI scoring, sorting, ranking, or screening was not a recommendation to hire; and (iii) that result was communicated to the prospective employer, or the result was an automatic rejection by Workday.

~~For you to join this Lawsuit~~ Once you submit your Opt-In Consent to Join Form, ~~Form to join this case as a party to the certified ADEA collective,~~ the Court will subsequently ~~ultimately~~ need to determine that you meet ~~all~~ the requirements described in the above paragraph ~~and you will be represented by the Plaintiffs' attorneys in making that showing. . The third-party administrator process is described  below. is part of that procedural step in this case. ,~~However, all you need to know, right now, to opt-in to this case is that, on or after September 24, 2020, you applied for employment opportunities using Workday's application platform while you were 40 or more years old and believe you were improperly screened by AI.

**III. HOW TO JOIN THIS LAWSUIT**

To join this case, please complete, sign and return the Opt-In Consent To Join Form ~~and separate Confidentiality Authorization Form~~ found at this link ~~as soon as possible and in time to be received by the Plaintiffs' attorneys on or before January ___, 2026. The Opt-In Consent To Join Form is the only document you are required to submit in order to join this case. The separate Confidentiality Authorization Form is optional to allow the attorneys representing you to obtain your records from the employers to whom you applied for employment through Workday and otherwise obtain other records and information that are necessary to better represent you. The Confidentiality Authorization Form requires that Plaintiffs' attorneys keep all such documents and information confidential under the terms set forth in the Form.~~If you have questions, please contact the Plaintiffs' attorneys at this link or the addresses and phone numbers provided below in § __ ¶ __ of this Notice.

If you are unable to sign and return Opt-In Consent To Join Form ~~and separate  Confidentiality Authorization Form~~ electronically through this  link, you may  obtain a paper copy of such forms to sign and return by mail, email, text or other delivery on or before January  __, 2026. A paper copy can be downloaded and printed from this link or by contacting  Plaintiffs' attorneys to request such Forms by calling, emailing, texting or mailing them at the addresses or  phone numbers provided below in § __ ¶ __ of this Notice. But please remember that to join this case you must submit your Opt-In Consent To Join Form  on or before January  __, 2026. –

~~**IV. CONFIDENTIALITY**~~

The  Opt-In Consent To Join Form requires that you sign page one and that you confidentially list your contact information and birthday on page two. Only page one will be publicly filed with the Court. Your contact information and birthday on page two will ~~be kept confidential by the Plaintiffs' attorneys and~~ not filed with the Court as part of your initial opt-in to the case. ~~However, the separate Confidentiality Authorization Form gives your attorneys permission to provide  your birthday to the Court or to Workday when necessary to protect your rights or as~~

3

otherwise required by law or the Court. Your attorneys may be required to disclose your birthday in order to show you were at least 40 years old when you applied for employment through Workday's job application platform. Otherwise, your contact and birthday information you list on the required Opt-In Consent To Join Form will be kept confidential pursuant to the terms of the Confidentiality Authorization Form you sign.

As a party to this case, you will also have the right to confidentiality of your communications with the Plaintiffs' attorneys as part your attorney-client privilege with them. You will also have a right to confidentiality of your communications with fellow members of the certified Plaintiff collective pursuant to a joint prosecution agreement entered into as part of this case, including the collective proof of age-based disparate impact that is common to the claims of all members of the certifedcertified collective of opt-in Plaintiffs and to Workday's liability for such age discrimination.

As already stated above, the separate Confidentiality Authorization Form is optional to allow the attorneys representing you to obtain your records and other documents from other sources in order to properly represent you. If you have questions about such confidentiality, please contact the Plaintiffs' attorneys at this link or the addresses and phone numbers provided below in § ___ ¶ ___ of this Notice.

Otherwise, please sign and return the Opt-In Consent To Join Form and separate Confidentiality Authorization Form found at this linkForm requires you to list your contact information and birthday showing you have been 40 or more years old since at least **September 24, 2020, but all such information will be kept confidential by your attorneys Plaintiffs'**

to Plaintiffs' attorneys as soon as possible. Plaintiffs' lawyers must **receive** your Form no later than January ___,2026 in order to preserve your right to join this case.

**IV. HOW WILL YOUR CLAIM BE HANDLED AND PROVEN?**

After you submit your Opt-In Consent To Join Form to the Plaintiffs' attorneys for filing, and unless and until you decide otherwise, they will continue to represent you in obtaining the documents, testimony and other evidence that you may need to show that you meet all the requirements necessary to litigate your claim as a party to this lawsuityou as your counsel in this matter.

- As such a party,

- If you choose to join this case, you may be required, with the help of Plaintiffs' lawyers, to answer written questions, produce documents related to your job application process, attend a deposition, and/or testify in court. Workday may also be required to answer written questions or produce

documents related to its products to you.~~If you have any questions or need any assistance in preparing your claim or responding to the procedural requirements of this case, you may contact the Plaintiffs' attorneys, Rod Cooks and Lee Winston of Winston Cooks, LLC at 205-___-____, by email at _____ or _____ or , Bob Wiggins, Jenny Smith or AnnWiggins at the Wiggins, Childs law firm at 205-___-____, and by email at rwiggins@wigginschilds.com, awiggins @wigginschilds.com or jsmith@wigginschilds.com.~~

The Court has procedures that will protect confidential information from public disclosure as appropriate. ~~Once you submit your Opt-In Form to join this case as a party, you will have the same rights and status as all the the other party Plaintiffs to prepare and present your disparate impact discrimination claim and defend your entitlement to remain part of a party in this case, including your right as a party to have your attorneys subpoena documents from the employers to whom you applied for employment through Workday's application platform, to obtain production of documents from Workday, to obtain testimony in support of your claim by deposition, to serve questions and requests for admissions for Workday to answer and to otherwise have Plaintiffs' attorneys represent you in pursuing such evidence as may be needed to maintain your status as a party and prove the merit of your claim and damages for age discrimination.~~

~~As a party Plaintiff to this case, you will also have the right to confidentiality of your communications with the Plaintiffs' attorneys as part the attorney-client privelege, as well as the right to confidentiality of your communications with fellow members of the certified Plaintiff collective that are protected by a joint prosecution agreement entered into as part of this case, including the collective proof of age-based disparate impact that is common to the claims of all members of the certifed collective of opt-in Plaintiffs and to Workday's liability for such age discrimination.~~

**III. LEGAL EFFECT OF OPTING IN TO JOIN THIS CASE**

If you ~~are found eligible and are opted~~ opt in to the Lawsuit, you will be bound by a favorable or unfavorable judgment on Plaintiffs' ADEA claim. If you do not opt in, you will be precluded from future participation in this case, including participation in any settlement related to the ADEA claim, but you may still bring your own separate lawsuit, depending on your situation.

No ADEA collective has been finally certified, and ~~regardless of your initial eligibility recommendation,~~ you may still be dismissed from the case.

**IV. NO RETALIATION PERMITTED**

Federal law prohibits Workday from retaliating against you for "opting-in" to this Lawsuit or otherwise exercising your rights.

## V. YOUR LEGAL REPRESENTATION IF YOU JOIN –

~~**IV. HOW TO     OPTIONAL PARTICIPATION   IN THIRD-PARTY ASSESSMENT PROCESS JOIN THIS LAWSUIT**~~
~~–~~
~~If you submit a Consent To Join Form, you may, but do not have to, provide  a manual list of the employers to whom  you applied  for employment reviewed by a third-party administrator, who will determine whether the employer(s) you applied to may have used Workday AI features.   This requires you to identify the employers to whom you remember submitting an application for employment through Workday's job application platform since September 24, 2020.~~ ~~**Please be sure to identify *all* employers that you remember applying to during the relevant time period, because this may affect your eligibility to continue as a party to  this Lawsuit.**~~ ~~You may, but do not have to, upload documentation of your job applications submitted through Workday's job application platform, to assist the third-party administrator in evaluating your eligibility. However, even if you upload documentation, you must still describe each one of your applications by manually entering information about each application in the Form fields  The third-party administrator's review is limited to determining whether any of the employers you listed on your Form are employers who enabled Workday's AI features during the time period in question.~~

~~The third-party administrator will treat the information you submit in your Form as confidential. It can only be shared for the reasons described below:~~

> ~~Only if you are found to be eligible to join the Lawsuit, the Form authorizes the third-party administrator to disclose to counsel for the parties in this Lawsuit (1) your name, birth date, and contact information; (2) the details (including documents) you have provided about your applications to employers who have enabled Workday's AI features ("Qualifying Applications").~~

When

V.        NO RETALIATION PERMITTED

Federal law prohibits Workday from retaliating against you for "opting-in" to this Lawsuit or

otherwise exercising your rights.

VI. YOUR LEGAL REPRESENTATION IF YOU JOIN

——————you join this lawsuit by electronically completing and sending the Opt-In Consent To Join Form, unless you decide otherwise, ~~your~~the lawyers ~~and counsel~~ representing you will be:~~If you elect to join   in this lawsuit by electronically completing and~~

~~——   submitting a "Consent to Join" form, your counsel will be:~~

Roderick T. Cooks link                    ——————Robert L. Wiggins link
rwiggins@wigginschilds.com,

Lee D. Winston link                    ——Ann K. Wiggins link  awiggins
@wigginschilds.com                              

Jennifer Smith link. jsmith@wigginschilds.com

Winston Cooks, LLC                    ——————Wiggins, Childs, Pantazis, Fisher &
Goldfarb LLC
420 20th Street North Suite 2200          301 19th Street South
Birmingham, AL. 35203                    ——————Birmingham, AL. 35203—

[ADD CASE-SPECIAL -EMAIL ADDRESSES & PHONE NUMBERS ].

You will not be responsible for paying any lawyers' fees. Plaintiffs' lawyers are being paid on contingency, which means that if Plaintiffs do not receive a recovery in this case, no lawyer fees will be owed. If Plaintiffs obtain a recovery, either by settlement or judgment, Plaintiffs' lawyers may file a request with the Court to receive part of the recovery as compensation for their services. ~~You will not be charged for the Plaintiffs' attorney's services~~, although their fees may eventually be paid from any settlement or recovery obtained on  behalf the plaintiffs who are parties to this case or the collective certified by the Court or otherwise obtained on your behalf.

If you want to join the Lawsuit, but prefer to retain~~hire~~ your own attorney to ~~you do not want to be~~represent you ~~represented by Plaintiffs' Counsel, you have the right to hire a different attorney or to represent yourself~~, you have the right to do so ~~at your own expense~~. You also have the right to represent yourself. ~~.~~But please remember that to join this case you must submit your Opt-In Consent To Join Form  on or before January  __, 2026.

~~. Contact the third-party administrator at any point to advise them if you do not want to be represented by Plaintiffs' Counsel.~~

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS LAWSUIT.**

**PLEASE TAKE NOTE**

Generally there is a two (2) year deadline for filing your claims under the FLSA, or three (3) years if the violation is willful. These statutory limitations periods have been extended by one year based on a tolling order entered earlier in this litigation so that the filing deadlines are now three (3) years, or four (4) years if the violation is willful. Plaintiffs have alleged that Vox Media's violations of the FLSA were willful, while Vox Media denies these allegations. The deadline begins to run from the date(s) in which hours were worked. Therefore, you should return the form as soon as possible to preserve your claims to the maximum possible extent.

**Please do not contact the Court about this Notice.**

3

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

CHERYL C. BRADLEY, individually and on :

**CONSENT TO JOIN COLLECTIVE ACTION LAWSUIT**

Pursuant to 29 U.S.C. § 216(b), I consent to become a party plaintiff in the above-

captioned Fair Labor Standards Act case, to be represented by Jennings Sigmond, P.C. and

Goldstein, Borgen, Dardarian & Ho, and to be bound by judgment of the Court.

I worked as a Site Manager or Managing Editor for SB Nation Website

_____ from on or about _____ (date) to on or about

_____ (date).