# EXHIBIT B

<del>**Plaintiffs' Long Form Notice**
**November 14, 2025**</del>

**NOTICE OF COLLECTIVE ACTION LAWSUIT AGAINST WORKDAY, <del>Inc.</del>**
<del>*Mobley v. Workday, Inc. Case No. 3:23-0770-RFL, Northern District of California,*</del>**INC.**

**TO:** All individuals 40 years of age or older who, at any time from September 24, 2020 to the present, applied for job opportunities using Workday, Inc.'s job application platform.

<del>**Re:** Collective action lawsuit against Workday for alleged violations of the Age Discrimination in Employment Act ("ADEA").</del>

**Re:** *Mobley v. Workday, Inc. Case No. 3:23-0770-RFL, Northern District of California*

**I.**     <del>I.</del>     **INTRODUCTION**

This notice and its contents have been authorized by the United States District Court for the Northern District of California. The Court has taken no position in this case regarding the merits of Plaintiffs' claims or of Workday's defenses.

The purpose of this notice is to provide notification of your following rights under the Age Discrimination in Employment Act ("ADEA"):

- You have the right to join this lawsuit if you applied for employment opportunities using Workday's application platform since September 24, 2020, while you were 40 or more years old and believe you were harmed through the use of artificial intelligence ("AI"). See § __ ¶ __ of this Notice;

- To join this lawsuit <del>all</del> you <del>need to know or do, right now, is to</del>must fill out and electronically sign and send in the Opt-In Consent To Join Form at this link on or before January __, 2026. How to do that is explained more fully in § __ ¶ __ of this Notice <del>below</del>;

- You have the right to have the Plaintiffs' attorneys represent you in <del>preparation and proof of your claim</del>connection with this case and to contact them for advice or assistance regarding such Opt-In Form at this link or at the email addresses and phone numbers listed below in § __ ¶ __ of this Notice<del>;</del>.

- <del>]The Court has taken no position in this case regarding the merits of Plaintiffs' claims or Workday's defense.</del>

**II. WHAT IS THIS LAWSUIT ABOUT?**

Derek Mobley ("Plaintiff") filed this action against Workday, Inc. in the Northern District of California, Case No. 3:23-0770-RFL ("Lawsuit"), on behalf of himself and all others similarly situated. His allegations include that Workday, Inc., through its use of certain Artificial Intelligence ("AI") features on its job application platform, violated the Age Discrimination in Employment Act ("ADEA"). Workday denies these allegations. The Court has not made any findings about whether Plaintiff's claims or Workday's denial of liability have any merit.

The Court has provisionally certified an ADEA collective, which includes: "All individuals aged 40 and over who, from September 24, 2020, through the present, applied for job opportunities using Workday, Inc.'s job application platform and were denied employment recommendations." In this context, being "denied" an "employment recommendation" means that (i) the individual's application was scored, sorted, ranked, or screened by Workday's AI; (ii) the result of the AI

scoring, sorting, ranking, or screening was not a recommendation to hire; and (iii) that result was communicated to the prospective employer, or the result was an automatic rejection by Workday.

Once you submit your Opt-In Consent to Join Form, the Court will subsequently need to determine that you meet the requirements described in the above paragraph ~~and~~in order for you ~~will be represented by the Plaintiffs' attorneys in making that showing~~to have the right to stay in the lawsuit. However, all you need to know~~,~~ right now~~,~~ to opt-in to this case is that, on or after September 24, 2020, you applied for employment opportunities using Workday's application platform while you were 40 or more years old and believe you were harmed through the use of AI.

### ~~III.~~ III. HOW TO JOIN THIS LAWSUIT

To join this case, please complete, sign and return the Opt-In Consent To Join Form ~~and separate Confidentiality Authorization Form found at this~~ link ~~as soon as possible and in time to be received by the Plaintiffs' attorneys on or before January __, 2026. The Opt-Inn Consent To Join Form is the only document you are required to submit in order to join this case. The separate Confidentiality Authorization Form is optional to allow the attorneys representing you to obtain your records from the employers to whom you applied for employment through Workday and otherwise obtain other records and information that are necessary to better represent you. The Confidentiality Authorization Form requires that Plaintiffs' attorneys keep all such documents and information confidential under the terms set forth in the Form~~. If you have questions, ~~please~~you may contact the Plaintiffs' attorneys at this link or the addresses and phone numbers provided below in § __ ¶ __ of this Notice.

If you are unable to sign and return the Opt-In Consent To Join ~~Form and separate Confidentiality Authorization~~ Form electronically through this link, you may obtain a paper copy of such forms to sign and return by mail, email, text or other delivery on or before January __, 2026. A paper copy can be downloaded and printed from this link or by contacting Plaintiffs' attorneys to request such Forms by calling, emailing, texting or mailing them at the addresses or phone numbers provided below in § __ ¶ __ of this Notice. ~~But please remember that to~~To join this case you must submit your Opt-In Consent To Join Form on or before January __, 2026.

### ~~IV. CONFIDENTIALITY~~

The Opt-In Consent To Join Form requires that you sign page one and that you ~~confidentially~~ list your contact information and birthday on page two. Only page one will be publicly filed with the Court. Your contact information and birthday on page two will ~~be kept confidential by the Plaintiffs' attorneys and~~ not filed with the Court as part of your initial opt-in to the case. ~~However, the separate Confidentiality Authorization Form gives your attorneys permission to provide your birthday to the Court or to Workday when necessary to protect your rights or as otherwise required by law or the Court. Your attorneys may be required to disclose your birthday in order to show you were at least 40 years old when you applied for employment through Workday's job application platform. Otherwise, your contact and birthday information you list on the required Opt-In Consent To Join Form will be kept confidential pursuant to the terms of the Confidentiality Authorization Form you sign.~~

~~As a party to this case, you will also have the right to confidentiality of your communications with the Plaintiffs' attorneys as part your attorney-client privilege with them. You will also have a right to confidentiality of your communications with fellow members of the certified Plaintiff collective pursuant to a joint prosecution agreement entered into as part of this case, including the collective proof of age-based disparate impact that is common to the claims of all members of the certified collective of opt-in Plaintiffs and to Workday's liability for such age discrimination.~~

~~As already stated above, the separate Confidentiality Authorization Form is optional to allow the~~

~~2~~

~~attorneys representing you to obtain your records and other documents from other sources in order to properly represent you. If you have questions about such confidentiality , please contact the Plaintiffs' attorneys at this~~ <u>link</u> ~~or the addresses and phone numbers provided below in § __ ¶ __ of this Notice.~~

~~Otherwise, please sign and return the Opt-In Consent To Join Form and separate Confidentiality Authorization Form found at this~~ <u>link</u> ~~as soon as possible. Plaintiffs' lawyers must~~ **receive** ~~your Form no later than January __ ,2026 in order to preserve your right to join this case.~~

### ~~V~~<u>IV</u>. HOW WILL YOUR CLAIM BE HANDLED AND PROVEN?

~~After you submit your Opt-In Consent To Join Form to the Plaintifs' attorneys for filing, they will continue to represent you in obtaining the documents, testimony and other evidence that you may need to show that you meet all the requirements necessary to litigate your claim as a party to this lawsuit. As such a party, you will have the same rights and status as the other party Plaintiffs to prepare and present your disparate impact discrimination claim and defend your entitlement to remain part of this case, including your right to have your attorneys subpoena documents from the employers to whom you applied for employment through Workday's application platform, to obtain production of documents from Workday, to obtain testimony in support of your claim by deposition, to serve questions and requests for admissions for Workday to answer and to otherwise have Plaintiffs' attorneys represent you in pursuing such evidence as may be needed to maintain your status as a party and prove the merit of your claim and damages for age discrimination.~~

<u>After you submit your Opt-In Consent To Join Form to the Plaintiffs' attorneys for filing, and unless and until you decide otherwise, they will continue to represent you as your counsel in this matter.</u>

<u>If you choose to join this case, you may be required, with the help of Plaintiffs' lawyers, to answer written questions, produce documents related to your job application process, attend a deposition, and/or testify in court. Workday may also be required to answer written questions or produce documents related to its products to you.</u>

<u>The Court has procedures that will protect confidential information from public disclosure as appropriate.</u>

### ~~VI.~~ <u>III.</u> LEGAL EFFECT OF OPTING IN TO JOIN THIS CASE

If you ~~are found eligible and are opted~~<u>opt</u> in to the Lawsuit, you will be bound by a favorable or unfavorable judgment on Plaintiffs' ADEA claim. If you do not opt in, you will be precluded from future participation in this case, including participation in any settlement related to the ADEA claim, but you may still bring your own separate lawsuit, depending on your situation.

No ADEA collective has been finally certified, and ~~regardless of your initial eligibility recommendation,~~ you may still be dismissed from the case.

### ~~VII.~~ <u>IV.</u> NO RETALIATION PERMITTED

Federal law prohibits Workday from retaliating against you for "opting-in" to this Lawsuit or

otherwise exercising your rights.

### ~~VIII.~~ <u>V.</u> YOUR LEGAL REPRESENTATION IF YOU JOIN

When you join this lawsuit by electronically completing and sending the Opt-In Consent To Join Form, ~~your~~unless you decide otherwise, the lawyers ~~and counsel~~ representing you will be:

| | |
|---|---|
| ~~Roderick T. Cooks link~~ | ~~Robert L. Wiggins link,~~ |
| ~~Lee D. Winston link~~ | ~~Ann K. Wiggins link~~ |
| ~~Jennifer Smith link~~ | |
| ~~Winston Cooks, LLC~~ | ~~Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC~~ |
| ~~420 20th Street North Suite 2200.~~ | ~~301 19th Street South~~ |
| ~~Birmingham, AL. 35203~~ | ~~Birmingham, AL. 35203~~ |

[Plaintiffs' Counsel's information]

~~[ADD CASE-SPECIAL EMAIL ADDRESSES & PHONE NUMBERS ]~~.

You will not be ~~charged for the Plaintiffs' attorney's services, although their fees may eventually be paid from any settlement or recovery obtained on behalf the plaintiffs who are parties to this case or the collective certified by the Court or otherwise obtained on your behalf,~~ responsible for paying any lawyers' fees. Plaintiffs' lawyers are being paid on contingency, which means that if Plaintiffs do not receive a recovery in this case, no lawyer fees will be owed. If Plaintiffs obtain a recovery, either by settlement or judgment, Plaintiffs' lawyers may file a request with the Court to receive part of the recovery as compensation for their services.

If you want to join the Lawsuit, but prefer to ~~hire~~retain your own attorney to represent you, you have the right to do so ~~at your own expense~~. You also have the right to represent yourself. ~~But please remember that to~~To join this case you must submit your Opt-In Consent To Join Form on or before January __, 2026.

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS LAWSUIT.**

~~**Exhibit B – Opt-In Consent To Join Form**~~
~~**OPT-IN CONSENT TO JOIN FORM**~~

~~**(The Age Discrimination in Employment Act of 1967)**~~

~~By submitting this form, I am consenting to: (1) join the collective action Mobley v. Workday, Inc., case number 3:23-cv-0770-RFL ("Lawsuit"), pending in the Northern District of California Federal Court, which includes claims under the Age Discrimination in Employment Act of 1967 ("ADEA");~~

~~My signature or Docusign~~

~~Date on which I signed this Notice: _____ (today's date)~~

~~My contact information is listed on page 2 of this Form.~~
~~[END of p. 1 of Opt-In Consent To Join Form]~~

~~**PAGE 2 of my Opt-In Consent To Join Form**My name is:~~

~~My birthdate is:~~
~~My address is:~~

~~My telephone number is:~~

~~My e-mail address is:~~

~~[END of Opt-In Consent To Join Form]~~

~~Exhibit C    CONFIDENTIALITY AUTHORIZATION FORM~~

~~By submitting this form, I am consenting to have the Plaintiffs' Attorneys (1) publicly file my Opt-In Consent To Join form in the collective action Mobley v. Workday, Inc., case number 3:23-cv-0770-RFL ("Lawsuit"), pending in the Northern District of California Federal Court;~~

~~(2) contact the employers to whom I applied for employment through Workday, Inc's job application platform to obtain all information and documentation regarding my Applications, on a confidential basis only for use in this Lawsuit. including personal identifying information; and~~

~~(3) otherwise take all actions necessary to obtain any and all information and documentation they deem necessary to represent and protect my interests in such action, including personal identifying information. I authorize the employers to whom I applied for employment through Workday, Inc's job application platform to release this information to Plaintiffs' Attorneys and, if necessary and required by law, to counsel for other parties to this Lawsuit on a confidential basis only for use in this Lawsuit.~~

~~My signature or Docusign~~

~~Date on which I signed this Notice: _____ (today's date)~~

~~6~~