# EXHIBIT C

## DESCRIPTION OF THE LAWSUIT

You have received this notice because _____.

## WHO IS ELIGIBLE TO JOIN THIS CASE?

You may be eligible to join this case if you served as a Site Manager in the United States within Vox Media's SB Nation business division during any week from March 27, 2015 through present.

## WHAT HAPPENS IF YOU JOIN THIS CASE?

If you choose to join this case, you may be required, with the help of Plaintiffs' lawyers, to answer written questions, produce documents related to \_\_\_\_\_Pyour work as Site Manager, attend a deposition, and/or testify in court. You will not be responsible for paying any lawyers' fees. Plaintiffs' lawyers are being paid on contingency, which means that if Plaintiffs do not receive a recovery in this case, no lawyer fees will be owed. If Plaintiffs obtain a recovery, either by settlement or judgment, Plaintiffs' lawyers may, pursuant to the FLSA, file a request with the Court to receive part of the recovery as compensation for their services. Any settlement or fee award would require the Court's approval as being fair and reasonable.

If Plaintiffs win this case, you may receive compensation for unpaid minimum wages and/or overtime wages. The maximum possible recovery allowed under the FLSA is double (2x) any unpaid minimum wages and overtime. If you elect to join this case, you designate the Plaintiffs as your agent to make decisions for you relating to the litigation, including settlement, lawyer fees and costs, and any other matters relating to this case, regardless of whether a recovery is ultimately achieved.

Thus, if you elect to join this case, Plaintiffs' decisions will be binding on you and your claims. A recovery is not guaranteed and depends on the adjudication of the claims.

You do not need to join this case. It is your choice. If you do not join the case, you preserve the right to file your own separate claim, or not, as you choose.

## YOUR RIGHTS TO PARTICIPATE IN THIS CASE

You have the right to join, or not join, this case. If you fall within the definition of the "FLSA

Class" above, you may join this case by completing, signing, and returning, the enclosed "Opt-In

Consent Form," by mail or email to:

1

**<u>Vox Media Site Manager Wage Litigation</u>**

James E. Goodley

Jennings Sigmond, P.C.

1835 Market Street, Suite 2800

Philadelphia, PA 19103

jgoodley@jslex.com

If you have any questions or need any assistance, you may contact the Plaintiffs' attorneys, James E. Goodley of Jennings Sigmond, P.C. at 215-351-0614, by email at: jgoodley@jslex.com or Ginger L. Grimes of Goldstein, Borgen, Dardarian & Ho at 510-287-4356, by email at: ggrimes@gbdhlegal.com

To join this case, please complete, sign and mail or e-mail the enclosed Opt-In Consent Form as soon as possible. Plaintiffs' lawyers must <u>receive your form by June 3, 2019</u> in order to preserve you right to join this case.

**<u>RETALIATION AND DISCRIMINATION PROHIBITED</u>**

The FLSA prohibits Vox Media from retaliating or discriminating against you in any way because you elect to join this case. If you suspect you have been retaliated or discriminated against because of your choice to join this case, you may contact Plaintiffs' lawyers to so inform them.

3

**PLEASE TAKE NOTE**

Generally there is a two (2) year deadline for filing your claims under the FLSA, or three (3) years if the violation is willful. These statutory limitations periods have been extended by one year based on a tolling order entered earlier in this litigation so that the filing deadlines are now three (3) years, or four (4) years if the violation is willful. Plaintiffs have alleged that Vox Media's violations of the FLSA were willful, while Vox Media denies these allegations. The deadline begins to run from the date(s) in which hours were worked. Therefore, you should return the form as soon as possible to preserve your claims to the maximum possible extent.

**Please do not contact the Court about this Notice.**

## CONSENT TO JOIN COLLECTIVE ACTION LAWSUIT

Pursuant to 29 U.S.C. § 216(b), I consent to become a party plaintiff in the above-

captioned Fair Labor Standards Act case, to be represented by Jennings Sigmond, P.C. and

Goldstein, Borgen, Dardarian & Ho, and to be bound by judgment of the Court.

I worked as a Site Manager or Managing Editor for SB Nation Website

_____ from on or about _____ (date) to on or about

_____ (date).

Signature:                                                      **Return Form To:**

Name:                                                           **James E. Goodley, Esq.**

Date of Birth: _____

Address: _____

                                                                                   **Jennings Sigmond, P.C.**

Phone: _____

_____