LEE D. WINSTON (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
RODERICK T. COOKS (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

ROBERT L. WIGGINS, JR. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
ANN K. WIGGINS (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
JENNIFER WIGGINS SMITH (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER AND GOLDFARB
301 North 19th Street
Birmingham, AL 35203

Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Attorneys for the Plaintiff and the Proposed Classes and Collective

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORKDAY, INC.<br><br>Defendant. | Plaintiffs' First Motion to Change Due Date for Responsive Pleading [Unopposed] and Proposed Order [N.D. Cal. LR 6-3]<br><br>Hon. Rita F. Lin<br><br>Date:  January 6, 2026<br>Time: 10:00 AM.<br>Courtroom 15, 18th Floor |

### MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING

Plaintiff Derek Mobley and the putative classes seek to represent move for a nine-day extension of time up to and including December 12, 2025, to respond to Defendant Workday

Plaintiffs' First Motion to Change Due Date for Responsive Pleading

Inc.'s opposition to Plaintiffs' First Motion to Amend/Correct First Amended Complaint filed by Derek Mobley on November 12, 2025 [Dkt. 198]. In support of this motion the Plaintiffs state as follows:

1. On November 12, 2025, Plaintiffs' counsel filed Plaintiffs' First Motion to Amend/Correct First Amended Complaint. [Dkt. 198].

2. On November 26, 2025, Defendant filed its opposition to Plaintiffs' Motion. Local Rule 7.3(d)(1) dictates that any reply by the Plaintiffs must be filed within seven-days (December 3, 2025).

3. From November 27th to December 1st, Plaintiffs' counsel's offices closed for the Thanksgiving holidays.

4. Because of the holiday break and the breadth and complexity of the Defendant's response, Plaintiffs' counsel needs more time to file their reply. Therefore, Plaintiffs request nine (9) more days within which to do so.

5. The Defendant takes no position on the grant of relief requested by this motion.

6. If Plaintiffs' motion is granted December 12, 2025, is the new due date for their reply.

7. Pursuant to Local Rule 6.1(b) this motion to change due date is filed 14 days prior to the hearing which is currently set for January 6, 2025.

Dated: December 1, 2025.

Respectfully submitted,

/s/Roderick T. Cooks
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

/s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jay Patrick Greene   jay@ greenelawfirm.com
Julie Ann Totten     Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell      econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott (aelliott@orrick.com)

/s/Roderick T. Cooks
Of Counsel