1  LEE D. WINSTON (ASB: 6407O72L)
   *Admitted pro hac vice*
2  lwinston@winstoncooks.com
   RODERICK T. COOKS (ASB: 5819O78R)
3  *Admitted Pro Hac Vice*
   rcooks@winstoncooks.com
4  Bethany Mae Logan (ASB: 1360X15Z)
   *Admitted Pro Hac Vice*
5  bneal@winstoncooks.com
   WINSTON COOKS, LLC
6  420 20th Street North, Suite 2200
   Birmingham, AL 35203
7
   ROBERT L. WIGGINS, JR. (ASB: 1754G63R)
8  *Admitted Pro Hac Vice*
   rwiggins@wigginschilds.com
9  ANN K. WIGGINS (ASB: 7006i61a)
   *Admitted Pro Hac Vice*
10 awiggins@wigginschilds.com
   JENNIFER WIGGINS SMITH (ASB:9622E53S)
11 *Admitted Pro Hac Vice*
   jsmith@wigginschilds.com
12 WIGGINS CHILDS PANTAZIS FISHER AND GOLDFARB
   301 North 19th Street
13 Birmingham, AL 35203

14 Jay Greene, JD, CPA
   greenattorney@gmail.com
15 Greene Estate, Probate, and Elder Law Firm
   447 Sutter Street, Suite 435
16 San Francisco, CA 94108

17 Attorneys for the Plaintiff and the Proposed Classes and Collective

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | ) ) ) Declaration of Roderick T. Cooks in Support of Plaintiffs' First Motion to Change Due Date for Responsive Pleading |
| Plaintiffs, | ) Hon. Rita F. Lin |
| v. | ) Date:   January 6, 2026 ) Time:   10:00 AM. |
| WORKDAY, INC. | ) Courtroom 15, 18th Floor |
| Defendant. | ) |

**DECLARATION OF RODERICK T. COOKS IN SUPPORT OF PLAINTIFF'S FIRST MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING**

I, Roderick T. Cooks, declare as follows:

I am an attorney duly licensed to practice in the State of Alabama and before this Court. I am counsel of record for Plaintiff Derek Mobley in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

1. Plaintiff's reply in support of the First Motion to Amend/Correct First Amended Complaint (Dkt. 198) is currently due on December 3, 2025.

2. I respectfully request a brief, nine-day extension of that deadline to December 12, 2025, for the following reasons: Defendant Workday filed its Opposition and supporting declarations on November 26, 2025, the day before Thanksgiving, raising numerous and complex arguments against allowing Plaintiffs' the opportunity to amend their complaint; and, Plaintiffs' counsels' offices were closed from November 27th to December 1st in observance of the holiday.

3. The requested extension will not affect the currently scheduled hearing on January 6, 2026, or any other date in this case.

4. No prejudice will result to any party from this short extension.

5. The Defendant has no position on the relief requested by the Plaintiffs' motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 1, 2025.


/s/Roderick T. Cooks

Respectfully submitted,

/s/Roderick T. Cooks
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

/s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jay Patrick Greene   jay@ greenelawfirm.com
Julie Ann Totten    Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell    econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott (aelliott@orrick.com)

/s/Roderick T. Cooks
Of Counsel

-3-
Declaration in Support of Plaintiffs' First Motion to Change Due Date
For Responsive Pleading