LEE D. WINSTON (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
RODERICK T. COOKS (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

ROBERT L. WIGGINS, JR. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
ANN K. WIGGINS (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
JENNIFER WIGGINS SMITH (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER AND GOLDFARB
301 North 19th Street
Birmingham, AL 35203

Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Attorneys for the Plaintiff and the Proposed Classes and Collective

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br> WORKDAY, INC. <br><br> Defendant. | [Proposed] Order Granting Plaintiff's First Motion to Change Due Date for Responsive Pleading <br><br> Hon. Rita F. Lin <br> Date:   January 6, 2026 <br> Time:   10:00 AM. <br> Courtroom 15, 18th Floor |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' FIRST MOTION TO CHANGE DUE DATE FOR RESPONSIVE PLEADING**

Having considered Plaintiffs' Motion to Change Due Date for Responsive Pleading, the Declaration of Roderick Cooks, the lack of opposition from Defendant Workday, Inc., and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs' deadline to file and serve their reply in support of the First Motion to Amend/Correct First Amended Complaint (Dkt. 198) is EXTENDED from December 3, 2025, to December 12, 2025. No other dates, including the January 6, 2026, hearing on the motion, are affected by this extension.

IT IS SO ORDERED: _____

The Honorable Rita F. Lin
United States District Court Judge

Respectfully submitted,

/s/Roderick T. Cooks
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

/s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jay Patrick Greene   jay@ greenelawfirm.com
Julie Ann Totten      Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell      econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott (aelliott@orrick.com)

/s/Roderick T. Cooks
Of Counsel

-3-
[Proposed] Order Granting Plaintiffs' First Motion to Change Due Date For Responsive Pleading