JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
LAUREN M. GOLDSMITH (STATE BAR NO. 293269)
lgoldsmith@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**DECLARATION OF KAYLA D. GRUNDY IN SUPPORT OF DEFENDANT WORKDAY, INC.'S MOTION TO STAY COLLECTIVE ACTION NOTICE PROCESS**<br><br>Date:         January 6, 2026<br>Time:        10:00 a.m.<br>Courtroom: 15, 18th Floor<br>Judge:       Hon. Rita F. Lin<br><br>Complaint Filed: February 20, 2024 |

I, Kayla D. Grundy, declare as follows:

1. I am an attorney with Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Workday, Inc. ("Workday") in the above-captioned action, and a member of the Bar of the State of California. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. On November 21, 2025, the parties met and conferred via videoconference in compliance with the Court's November 17, 2025 Order. During that call the parties discussed Plaintiffs' proposed social media profiles and short form notice variations. Plaintiffs counsel advised they had not yet prepared a proposed timeline for the notice process. Plaintiffs indicated they would start their proposal with Workday's submitted proposal from the parties' November 5, 2025 Joint Case Management Statement but that counsel had been advised that December is a "bad month" because of the holidays. Plaintiffs counsel stated their position that notice should begin in January at the earliest.

3. Attached hereto as Exhibit A is a true and correct copies of an excerpt from the transcript of the October 22, 2025 Case Management Conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 1, 2025 in Concord, California.

*/s/ Kayla Grundy*
Kayla Grundy

DECLARATION OF KAYLA GRUNDY ISO MOTION TO STAY COLLECTIVE ACTION NOTICE