UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEREK MOBLEY,<br><br>   Plaintiff,<br><br> v.<br><br>WORKDAY, INC.,<br><br>   Defendant. | Case No. 23-cv-00770-RFL<br><br>**ORDER APPROVING NOTICE PLAN**<br><br>Re: Dkt. Nos. 204, 205 |
|---|---|

  Plaintiffs have submitted a proposed timeline for the notice plan and additional information about the plan.  (Dkt. No. 204.)  Workday has raised several objections to the proposal.  (Dkt. No. 205.)  Having reviewed the parties' submissions, the notice plan is **APPROVED**, as described in this Order.

*Timeline.*  Plaintiffs' proposed timeline is approved, with the following modifications:

| December 1–12, 2025 | Design webpage; complete instructions on how to opt-in & contact counsel for assistance; |
|---|---|
| December 17, 2025 | Complete webpage; provide access to Workday; |
| December 17–19, 2025 | Meet and confer regarding any remaining disputes; |
| December 19, 2025 | If necessary, submit joint statement to the Court regarding any remaining disputes; |
| December 29, 2025 – January 6, 2026 | Complete all prep for media dissemination launch; |
| January 6, 2026 – March 7, 2026 | Launch media dissemination of notice & opt-in process; all opt-in consent forms must be submitted by collective members to Plaintiffs' counsel and dated no later than March 7, 2026; |
| March 23, 2026 | Complete filing of consolidated opt-in consent forms with the Court. |

1

*Consolidated Opt-In Form*.  After the time to opt in has closed, Plaintiffs' counsel shall file a single PDF document containing the first page of all of the opt-in consent to join forms they received between January 6, 2026 and March 7, 2026.  The PDF may be broken into sub-parts if necessary to comply with ECF file size restrictions.  During the notice period, Plaintiffs' counsel shall not file individual consent to join forms on the docket.

*Website URL*.  The URL "workdaycase.com" is approved.  The URL accurately describes the website and is not misleading or likely to confuse users.

*Social Media Profiles*.  To the extent there is a dispute regarding the language used for the "bios," "overviews," "taglines," and any pinned posts, Plaintiffs must use the previously approved short form notice language, but Plaintiffs are free to select any version of the approved short form notice language they prefer.  However, Plaintiffs may not "reus[e] different combinations of the same words," they must use the actual language approved.  The profiles shall not link directly to any pdf documents—users should be routed to the hosted website to avoid confusion.  For Organization Type, where available "Public & Government Service" should be selected.  For LinkedIn, Plaintiffs' counsel shall select either "Privately Held" or "Partnership" depending on which best reflects counsel's organizational structure.

*Social Media Ads*.  The Court has already approved short form notice language, including headlines and descriptions.  Plaintiffs must use the previously approved short form notice language and may not "reus[e] different combinations of the same words."  Plaintiffs' proposed images (Dkt. No. 204 at 34–37) are approved for use in the social media ads and profiles.

      **IT IS SO ORDERED.**

Dated: December 2, 2025

                                          RITA F. LIN
                                          United States District Judge