
JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA DELGADO GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA ELLIOTT (STATE BAR NO. 320293)
aelliott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone:  +1 916 447 9200
Facsimile:  +1 916 329 4900

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WORKDAY, INC.'S EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND A HEARING ON WORKDAY, INC.'S PENDING MOTION TO STAY THE NOTICE PROCESS AND REQUEST TO CONFIRM AND CLARIFY THAT NOTICE CANNOT ISSUE UNTIL THE COURT RULES UPON WORKDAY, INC.'S PENDING MOTION**<br><br>Courtroom:  15, 18th Floor<br>Judge:  Hon. Rita F. Lin |

The Court has considered Defendant Workday, Inc.'s Emergency Administrative Motion to Shorten Time for Briefing and a Hearing on Workday, Inc.'s Motion to Stay Collective Action Notice Process and Request to Confirm and Clarify that Notice Cannot Issue Until the Court Rules Upon Workday, Inc.'s Pending Motion ("Motion"). For good cause appearing, the Court GRANTS Defendant's Motion.

Defendant's Motion to Stay Collective Action Notice Process shall be heard on December ____, 2025, at _____. Plaintiffs' Opposition to Defendant's Motion to Stay Collective Action Notice Process, if any, shall be filed by December _____, 2025. Defendant's Reply in Support of Motion to Stay Collective Action Notice Process, if any, shall be filed by December ____, 2025. Additionally, the Court confirms and clarifies that collective action notice may not issue until after the Court considers and rules on Workday's pending Motion to Stay Collective Action Notice Process.

**IT IS SO ORDERED.**

Dated:

                                             Hon. Rita F. Lin
                                     United States District Judge