UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MOBLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WORKDAY, INC.,<br><br>        Defendant. | Case No.  23-cv-00770-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 198 |

The Court requests that the parties be prepared to address the following questions at the hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint, set for January 6, 2026, at 10:00 a.m., in Courtroom 15 at the San Francisco Courthouse.

1. If the Court were to grant Plaintiffs leave to amend, is it Plaintiffs' position that any modification is required to the existing case schedule with respect to class certification?  Is it Workday's position that any modification would be required? If either party believes a modification would be required, that party shall submit a proposed amended case schedule reflecting the existing deadlines and its proposed new deadlines by **noon on January 5, 2026**, along with a list of specifically what document discovery and depositions would be required that was not previously anticipated under the operative complaint.

2. Why was Mobley not in a position to assert proposed Count 8 prior to the enactment of the new FEHA regulations?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they

wish the Court to hear.  With the exception of any proposed amended case schedule, the parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: December 18, 2025

RITA F. LIN
United States District Judge