UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MOBLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WORKDAY, INC.,<br><br>        Defendant. | Case No. 23-cv-00770-RFL<br><br>**ORDER REGARDING WEBSITE DISPUTES**<br><br>Re: Dkt. Nos. 223, 224 |

Having reviewed the parties' statements (Dkt. Nos. 223–224), the following Order is entered:

1. Plaintiffs may provide a fillable Consent to Join Form directly on the website as proposed. The website and accompanying long form notice provide sufficient context for the form.

2. Use of the "logo" and "shaded box with the text 'Court Authorized Notice/Workday Applicants 40+/Visit workdaycase.com for the full notice and forms'" is authorized. These items are neither misleading nor prejudicial to Workday.

3. The capture of electronic signatures via checkbox, a practice that is routinely used in online agreements, is authorized. The requirement that individuals provide their date of birth and contact information prior to signing is a sufficient safeguard to avoid fraud and/or non-human submissions.

**IT IS SO ORDERED.**

Dated: December 23, 2025

RITA F. LIN
United States District Judge