Lee D. Winston (admitted pro hac vice)
lwinston@winstoncooks.com
Roderick T. Cooks (admitted pro hac vice)
rcooks@winstoncooks.com
Bethany M. Logan (admitted pro hac vice)
Winston Cooks, LLC
420 20th Street North, Suite#2200
Birmingham, AL 35203
Telephone:     (205) 482-5174
Facsimile:     (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr. (admitted pro hac vice)
rwiggins@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins Smith (admitted pro hac vice)
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:     (205) 314-0500
Facsimile:     (205) 254-1500

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br>*Plaintiff,*<br><br>V<br><br>WORKDAY, INC.,<br>*Defendant.* | Case No. 4:23-cv-00770-RFL<br><br>**PROPOSED ORDER ON PLAINTIFFS' MOTION TO CHANGE TIME PURSUANT TO LOCAL RULE 6-3(a)** |

Before the Court is **Plaintiffs' Motion to Change Time Pursuant to Civil Local Rule 6-3(a) and to Extend the Class Certification and Collective Decertification Schedule and Expedite Pending Discovery and Document Production**.

Having considered the motion, the supporting declaration(s), the record in this case, and good cause appearing, the Court finds that modification of the current schedule is warranted. Accordingly, IT IS HEREBY ORDERED that:

1. **Plaintiffs' Motion to Change Time is GRANTED.**

2. The class certification and collective decertification schedule set forth in **ECF No. 138** is **VACATED** and **MODIFIED** as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Class certification motion and motion to decertify | January 16, 2026 | July 16, 2026 |
| Last day to depose expert(s) | February 6, 2026 | August 6, 2026 |
| Opposition to class certification motion and motion to decertify | March 13, 2026 | September 13, 2026 |
| Last day to depose expert(s) | March 31, 2026 | September 31 2026 |
| Reply to class certification motion and opposition to motion to decertify | April 10, 2026 | October 10, 2026 |
| Last day to depose expert(s) | April 24, 2026 | October 24, 2026 |
| Reply to motion to decertify | May 12, 2026 | November 12, 2026 |
| Class certification hearing | June 2, 2026 | On or after December 2, 2026 |

3. The Parties shall proceed expeditiously with completion of discovery relevant to Rule 23 class certification and collective decertification, including production of documents and data previously identified as outstanding.

4. Nothing in this Order precludes either party from seeking further relief if discovery disputes persist or if additional schedule modification becomes necessary.

5. All other provisions of the Court's prior scheduling orders remain in effect unless expressly modified herein.

Dated: _____, 2026.

IT IS SO ORDERED.

_____
HONORABLE RITA F. LIN
UNITED STATES DISTRICT COURT JUDGE