# PLAINTIFFS' EXHIBIT 6

**PROPOSED RESCHEDULING OF AGE DECERTIFICATION AND RULE 23 CLASS CERTIFICATION DEADLINES IN ECF 138 MINUTE ENTRY** [emailed to Workday December 4, 2025]

| Deadline | Currently Scheduled Date | Proposed Date |
|---|---|---|
| Class certification motion and motion to decertify | January 16, 2026 | June 22, 2026 |
| Last day to depose expert(s) | February 6, 2026 | July 22, 2026 |
| Opposition to class certification motion and motion to decertify | March 13, 2026 | August 20, 2026 |
| Last day to depose expert(s) | March 31, 2026 | September 8, 2026 |
| Reply to class certification motion and opposition to motion to decertify | April 10, 2026 | September 22, 2026 |
| Last day to depose expert(s) | April 24, 2026 | October 6, 2026 |
| Reply to motion to decertify | May 12, 2026 | October 27, 2026 |
| Class certification hearing | June 2, 2026 | November 17, 2026 |