# PLAINTIFFS' EXHIBIT 7

Begin forwarded message:
**From:** Lee Winston <lwinston@winstoncooks.com>
**Date:** December 23, 2025 at 11:50:41 AM CST
**To:** "Connell, Erin M." <econnell@orrick.com>
**Cc:** "Totten, Julie A." <jatotten@orrick.com>, "Grundy, Kayla Delgado" <kgrundy@orrick.com>, Alexandria Elliott <aelliott@orrick.com>, "Michaelidis, Chloe" <cmichaelidis@orrick.com>, Bob Wiggins <rwiggins@wigginschilds.com>, "Wiggins, Ann" <awiggins@wigginschilds.com>, "Smith, Jenny" <jsmith@wigginschilds.com>, Roderick Cooks <rcooks@winstoncooks.com>, Bethany Neal <bneal@winstoncooks.com>
**Subject: Rule 23 deadlines**

Erin,

Attached for consideration is the proposal to reschedule the Rule 23 deadlines sent earlier this month, please let us know the company's position with respect to extending these deadlines.

Thank you,

Lee

**PROPOSED RESCHEDULING Of RULE 23 CLASS CERTIFICATION DEADLINES IN ECF 138 MINUTE ENTRY**

| Deadline | Currently Scheduled Date | Proposed Date |
| --- | --- | --- |
| Class certification motion | January 16, 2026 | June 22, 2026 |
| Last day to depose expert(s) | February 6, 2026 | July 22, 2026 |
| Opposition to class certification motion | March 13, 2026 | August 20, 2026 |
| Last day to depose expert(s) | March 31, 2026 | September 8, 2026 |
| Reply to class certification motion | April 10, 2026 | September 22, 2026 |
| Last day to depose expert(s) | April 24, 2026 | October 6, 2026 |
| Class certification hearing | June 2, 2026 | November 17, 2026 |