**PLAINTIFFS' EXHIBIT 8**

**From:** **Grundy, Kayla Delgado** kgrundy@orrick.com
**Subject:** RE: Mobley v. Workday
**Date:** July 10, 2025 at 1:50 PM
**To:** Lee Winston lwinston@winstoncooks.com
**Cc:** Bob Wiggins rwiggins@wigginschilds.com, Ann Wiggins akw725@gmail.com, Jenny Smith jsmith@wigginschilds.com, Roderick Cooks rcooks@winstoncooks.com, Totten, Julie A. jatotten@orrick.com, Connell, Erin M. econnell@orrick.com, Elliott, Alexandria aelliott@orrick.com

Hi Lee,

We are working on a further revised privilege log consistent with Judge Beeler's requirements. We don't agree that has any bearing on your forthcoming motion that seeks data in light of my email earlier this week, but I expect we will produce an updated version in advance of the schedule proposed below if that is your question.

Thanks,
Kayla

**From:** Lee Winston <lwinston@winstoncooks.com>
**Sent:** Thursday, July 10, 2025 11:40 AM
**To:** Grundy, Kayla Delgado <kgrundy@orrick.com>
**Cc:** Bob Wiggins <rwiggins@wigginschilds.com>; Ann Wiggins <akw725@gmail.com>; Jenny Smith <jsmith@wigginschilds.com>; Roderick Cooks <rcooks@winstoncooks.com>; Totten, Julie A. <jatotten@orrick.com>; Connell, Erin M. <econnell@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>
**Subject:** Re: Mobley v. Workday

**[EXTERNAL]**

Kayla,

Does this proposal contemplate any update to the privilege log?

Thank you,

Lee

> On Jul 10, 2025, at 1:24 PM, Grundy, Kayla Delgado <kgrundy@orrick.com> wrote:
>
> Lee,
>
> The below schedule starts briefing 30 days after the next CMC and avoids some unavailability we have in September.
>
> Plaintiffs' brief: September 26, 2025
> Workday's opposition: October 10, 2025
> Plaintiffs' reply: October 17, 2025
>
> Let us know if this works for you.
>
> Thanks.

Thanks,
Kayla

---

**From:** Lee Winston <lwinston@winstoncooks.com>
**Sent:** Thursday, July 10, 2025 11:13 AM
**To:** Grundy, Kayla Delgado <kgrundy@orrick.com>
**Cc:** Bob Wiggins <rwiggins@wigginschilds.com>; Ann Wiggins <akw725@gmail.com>; Jenny Smith <jsmith@wigginschilds.com>; Roderick Cooks <rcooks@winstoncooks.com>; Totten, Julie A. <jatotten@orrick.com>; Connell, Erin M. <econnell@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>
**Subject:** Re: Mobley v. Workday

[EXTERNAL]

Thank you

> On Jul 10, 2025, at 1:06 PM, Grundy, Kayla Delgado <kgrundy@orrick.com> wrote:
>
> Hi Lee,
>
> We don't object to an extension. I don't think the dates you proposed yesterday work for us, however. I will follow up with a counterproposal shortly.
>
> Thanks,
> Kayla
>
> ---
>
> **From:** Lee Winston <lwinston@winstoncooks.com>
> **Sent:** Thursday, July 10, 2025 11:02 AM
> **To:** Grundy, Kayla Delgado <kgrundy@orrick.com>
> **Cc:** Bob Wiggins <rwiggins@wigginschilds.com>; Ann Wiggins <akw725@gmail.com>; Jenny Smith <jsmith@wigginschilds.com>; Roderick Cooks <rcooks@winstoncooks.com>; Totten, Julie A. <jatotten@orrick.com>; Connell, Erin M. <econnell@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>
> **Subject:** Re: Mobley v. Workday
>
> [EXTERNAL]
>
> Kayla,
>
> Any update on our request for a stipulation to extend briefing deadlines?
>
> Thank you,
>
> Lee

Lee Winston
Winston Cooks, LLC
420 20th Street Suite 2200
Birmingham, Alabama 35203
Phone: 205-482-3551

On Jul 8, 2025, at 12:29 PM, Grundy, Kayla Delgado <kgrundy@orrick.com> wrote:

Counsel,

We understand Plaintiffs will be briefing the discovery issues the parties raised via a joint letter in May, with your brief due on Friday. As we also have been preparing our briefing, we have learned that Workday no longer has the data it used to conduct its privileged bias testing. While we continue to maintain that the data underlying Workday's privileged bias testing is itself privileged—including because counsel directed the curation of the dataset used—we want to be transparent in that, even if the Court disagrees, the data Plaintiffs seek does not exist anymore.
Best,
Kayla

**Kayla Delgado Grundy**
Attorney at Law

Pronouns: she/her/hers

Orrick
San Francisco     <image001.jpg>
T 415-773-5537
kgrundy@orrick.com

<image002.png>

_____

<image003.png>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message

from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.