# EXHIBIT C

| | |
|---|---|
| **From:** | Connell, Erin M. |
| **Sent:** | Monday, December 29, 2025 10:10 AM |
| **To:** | Lee Winston |
| **Cc:** | Totten, Julie A.; Grundy, Kayla Delgado; Elliott, Alexandria; Michaelidis, Chloe; Bob Wiggins; Wiggins, Ann; Smith, Jenny; Roderick Cooks; Bethany Neal; Connell, Erin M. |
| **Subject:** | RE: Rule 23 deadlines |
| **Attachments:** | RE: Schedule for Rule 23 class certification |

Hi Lee,

I hope you're enjoying the holidays. In response to your email below, as you know, Workday objects to Plaintiffs' proposed extension of the schedule. As we explained in the attached email from December 2, when we rejected Plaintiffs' earlier request to extend the briefing schedule, we have relied on this schedule for purposes of scheduling other matters around it, and further delays prejudice Workday. We also already agreed to extend it once by six months – we do not agree to extend it again.

Thanks,
Erin

**From:** Lee Winston <lwinston@winstoncooks.com>
**Sent:** Tuesday, December 23, 2025 9:50 AM
**To:** Connell, Erin M. <econnell@orrick.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Grundy, Kayla Delgado <kgrundy@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Bob Wiggins <rwiggins@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Roderick Cooks <rcooks@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>
**Subject:** Rule 23 deadlines

**[EXTERNAL]**

Erin,

Attached for consideration is the proposal to reschedule the Rule 23 deadlines sent earlier this month, please let us know the company's position with respect to extending these deadlines.

Thank you,

Lee

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.