# EXHIBIT E

| | |
|---|---|
| **From:** | hbursik@orrick.com <files@orrick.com> |
| **Sent:** | Friday, April 25, 2025 3:06 PM |
| **To:** | lwinston@winstoncooks.com; rcooks@winstoncooks.com; rwiggins@wigginschilds.com; jsmith@wigginschilds.com; greeneattorney@gmail.com |
| **Cc:** | Connell, Erin M.; Totten, Julie A.; Grundy, Kayla Delgado; Elliott, Alexandria; Michaelidis, Chloe |
| **Subject:** | Mobley v. Workday, Inc. | Case no. 3:23-CV-00770-RFL |

Counsel,

Please see the below production in regards to the above matter. Password to follow.

Thank you.

Helena Bursik

---

**Download Files**

**Reply to this Secure Message**

**Secure Message Info**

| | |
|---|---|
| Message ID | CvNj6zdZGmISSX3enScXqy |
| Message Expires | Tuesday, 29 April |
| Message URL | https://files.orrick.com/message/CvNj6zdZGmISSX3enScXqy |
| Permission | Only specified recipients can access the files attached to this message. |

1

**Files attached to this message**

| Filename | Size |
|---|---|
| MOBLVOL04.dat | 38.5 KB |
| MOBLVOL04.lst | 5.28 KB |
| MOBLVOL04.opt | 34.2 KB |
| WORKDAY_MOB_00003884.tif | 81.2 KB |
| WORKDAY_MOB_00003885.tif | 72.6 KB |
| WORKDAY_MOB_00003886.tif | 78.3 KB |
| WORKDAY_MOB_00003887.tif | 81.7 KB |
| WORKDAY_MOB_00003888.tif | 96.2 KB |
| WORKDAY_MOB_00003889.tif | 81 KB |
| WORKDAY_MOB_00003890.tif | 81.2 KB |
| WORKDAY_MOB_00003891.tif | 72.6 KB |
| WORKDAY_MOB_00003892.tif | 77.8 KB |
| WORKDAY_MOB_00003893.tif | 81.7 KB |
| WORKDAY_MOB_00003894.tif | 96.2 KB |
| WORKDAY_MOB_00003895.tif | 81 KB |
| WORKDAY_MOB_00003896.tif | 108 KB |
| WORKDAY_MOB_00003897.tif | 166 KB |
| WORKDAY_MOB_00003898.tif | 128 KB |
| WORKDAY_MOB_00003899.tif | 90.1 KB |
| WORKDAY_MOB_00003900.tif | 64 KB |
| WORKDAY_MOB_00003901.tif | 34.4 KB |
| WORKDAY_MOB_00003902.tif | 2.37 KB |

| | |
|---|---|
| WORKDAY_MOB_00003903.tif | 61.3 KB |
| WORKDAY_MOB_00003904.tif | 50 KB |
| WORKDAY_MOB_00003905.tif | 62 KB |
| WORKDAY_MOB_00003906.tif | 106 KB |
| WORKDAY_MOB_00003907.tif | 49.6 KB |
| WORKDAY_MOB_00003908.tif | 2.38 KB |
| WORKDAY_MOB_00003909.tif | 40.8 KB |
| WORKDAY_MOB_00003910.tif | 49.1 KB |
| WORKDAY_MOB_00003911.tif | 76 KB |
| WORKDAY_MOB_00003912.tif | 62.9 KB |
| WORKDAY_MOB_00003913.tif | 161 KB |
| WORKDAY_MOB_00003914.tif | 81.1 KB |
| WORKDAY_MOB_00003915.tif | 72.7 KB |
| WORKDAY_MOB_00003916.tif | 78.2 KB |
| WORKDAY_MOB_00003917.tif | 81.7 KB |
| WORKDAY_MOB_00003918.tif | 96.1 KB |
| WORKDAY_MOB_00003919.tif | 80.8 KB |
| WORKDAY_MOB_00003920.tif | 138 KB |
| WORKDAY_MOB_00003921.tif | 63.1 KB |
| WORKDAY_MOB_00003922.tif | 69.3 KB |
| WORKDAY_MOB_00003923.tif | 81.8 KB |
| WORKDAY_MOB_00003924.tif | 72.2 KB |
| WORKDAY_MOB_00003925.tif | 65.6 KB |
| WORKDAY_MOB_00003926.tif | 44.9 KB |
| WORKDAY_MOB_00003927.tif | 43.8 KB |
| WORKDAY_MOB_00003928.tif | 57.6 KB |

| | |
|---|---|
| WORKDAY_MOB_00003929.tif | 31 KB |
| WORKDAY_MOB_00003930.tif | 13.5 KB |
| WORKDAY_MOB_00003931.tif | 50.1 KB |
| WORKDAY_MOB_00003932.tif | 20.7 KB |
| WORKDAY_MOB_00003933.tif | 25.8 KB |
| WORKDAY_MOB_00003934.tif | 23.4 KB |
| WORKDAY_MOB_00003935.tif | 14.7 KB |
| WORKDAY_MOB_00003936.tif | 52.4 KB |
| WORKDAY_MOB_00003937.tif | 31 KB |
| WORKDAY_MOB_00003938.tif | 34.3 KB |
| WORKDAY_MOB_00003939.tif | 29.3 KB |
| WORKDAY_MOB_00003940.tif | 2.61 KB |
| WORKDAY_MOB_00003941.tif | 61.5 KB |
| WORKDAY_MOB_00003942.tif | 68.4 KB |
| WORKDAY_MOB_00003943.tif | 34.6 KB |
| WORKDAY_MOB_00003944.tif | 91.2 KB |
| WORKDAY_MOB_00003945.tif | 52 KB |
| WORKDAY_MOB_00003946.tif | 30.1 KB |
| WORKDAY_MOB_00003947.tif | 7.01 KB |
| WORKDAY_MOB_00003948.tif | 42.6 KB |
| WORKDAY_MOB_00003949.tif | 53.5 KB |
| WORKDAY_MOB_00003950.tif | 1.44 KB |
| WORKDAY_MOB_00003951.tif | 92.7 KB |
| WORKDAY_MOB_00003952.tif | 29.6 KB |
| WORKDAY_MOB_00003953.tif | 14.3 KB |
| WORKDAY_MOB_00003954.tif | 102 KB |

| | |
|---|---|
| WORKDAY_MOB_00003955.tif | 40.8 KB |
| WORKDAY_MOB_00003956.tif | 14.1 KB |
| WORKDAY_MOB_00003957.tif | 281 KB |
| WORKDAY_MOB_00003958.tif | 296 KB |
| WORKDAY_MOB_00003959.tif | 52.5 KB |
| WORKDAY_MOB_00003960.tif | 43.8 KB |
| WORKDAY_MOB_00003961.tif | 34.4 KB |
| WORKDAY_MOB_00003962.tif | 295 KB |
| WORKDAY_MOB_00003963.tif | 98.7 KB |
| WORKDAY_MOB_00003964.tif | 25.4 KB |
| WORKDAY_MOB_00003965.tif | 26.8 KB |
| WORKDAY_MOB_00003966.tif | 46.6 KB |
| WORKDAY_MOB_00003967.tif | 24.1 KB |
| WORKDAY_MOB_00003968.tif | 18.7 KB |
| WORKDAY_MOB_00003969.tif | 28.9 KB |
| WORKDAY_MOB_00003970.tif | 295 KB |
| WORKDAY_MOB_00003971.tif | 27.9 KB |
| WORKDAY_MOB_00003972.tif | 297 KB |
| WORKDAY_MOB_00003973.tif | 38.1 KB |
| WORKDAY_MOB_00003974.tif | 27.8 KB |
| WORKDAY_MOB_00003975.tif | 282 KB |
| WORKDAY_MOB_00003976.tif | 280 KB |
| WORKDAY_MOB_00003977.tif | 296 KB |
| WORKDAY_MOB_00003978.tif | 43.4 KB |
| WORKDAY_MOB_00003979.tif | 43.8 KB |
| WORKDAY_MOB_00003980.tif | 31.9 KB |

| WORKDAY_MOB_00003981.tif | 295 KB |
|---|---|
| WORKDAY_MOB_00003982.tif | 98.3 KB |
| WORKDAY_MOB_00003983.tif | 25.5 KB |
| WORKDAY_MOB_00003984.tif | 32.6 KB |
| WORKDAY_MOB_00003985.tif | 295 KB |
| WORKDAY_MOB_00003986.tif | 26.8 KB |
| WORKDAY_MOB_00003987.tif | 46.6 KB |
| WORKDAY_MOB_00003988.tif | 153 KB |
| WORKDAY_MOB_00003989.tif | 66 KB |
| WORKDAY_MOB_00003990.tif | 78.1 KB |
| WORKDAY_MOB_00003991.tif | 43.3 KB |
| WORKDAY_MOB_00003992.tif | 24.8 KB |
| WORKDAY_MOB_00003993.tif | 24.9 KB |
| WORKDAY_MOB_00003994.tif | 38.4 KB |
| WORKDAY_MOB_00003995.tif | 297 KB |
| WORKDAY_MOB_00003996.tif | 38.3 KB |
| WORKDAY_MOB_00003997.tif | 25.1 KB |
| WORKDAY_MOB_00003998.tif | 282 KB |
| WORKDAY_MOB_00003999.tif | 62.5 KB |
| WORKDAY_MOB_00004000.tif | 92.9 KB |
| WORKDAY_MOB_00004001.tif | 38.7 KB |
| WORKDAY_MOB_00004002.tif | 57.1 KB |
| WORKDAY_MOB_00004003.tif | 68.3 KB |
| WORKDAY_MOB_00004004.tif | 36.8 KB |
| WORKDAY_MOB_00004005.tif | 69.5 KB |
| WORKDAY_MOB_00004006.tif | 83.7 KB |

| | |
|---|---|
| WORKDAY_MOB_00004007.tif | 42.7 KB |
| WORKDAY_MOB_00004008.tif | 67.4 KB |
| WORKDAY_MOB_00004009.tif | 75.6 KB |
| WORKDAY_MOB_00004010.tif | 82 KB |
| WORKDAY_MOB_00004011.tif | 93.4 KB |
| WORKDAY_MOB_00004012.tif | 79.4 KB |
| WORKDAY_MOB_00004013.tif | 56.5 KB |
| WORKDAY_MOB_00004014.tif | 73.2 KB |
| WORKDAY_MOB_00004015.tif | 43.4 KB |
| WORKDAY_MOB_00004016.tif | 137 KB |
| WORKDAY_MOB_00004017.tif | 37.2 KB |
| WORKDAY_MOB_00004018.tif | 52.7 KB |
| WORKDAY_MOB_00004019.tif | 60.8 KB |
| WORKDAY_MOB_00004020.tif | 50.5 KB |
| WORKDAY_MOB_00004021.tif | 55.4 KB |
| WORKDAY_MOB_00004022.tif | 77.4 KB |
| WORKDAY_MOB_00004023.tif | 77.9 KB |
| WORKDAY_MOB_00004024.tif | 65.9 KB |
| WORKDAY_MOB_00004025.tif | 64.5 KB |
| WORKDAY_MOB_00004026.tif | 67 KB |
| WORKDAY_MOB_00004027.tif | 9.01 KB |
| WORKDAY_MOB_00004028.tif | 48.6 KB |
| WORKDAY_MOB_00004029.tif | 18.3 KB |
| WORKDAY_MOB_00004030.tif | 48.6 KB |
| WORKDAY_MOB_00004031.tif | 18.3 KB |
| WORKDAY_MOB_00004032.tif | 61.9 KB |

| | |
|---|---|
| WORKDAY_MOB_00004033.tif | 54.4 KB |
| WORKDAY_MOB_00004034.tif | 60.7 KB |
| WORKDAY_MOB_00004035.tif | 55.6 KB |
| WORKDAY_MOB_00004036.tif | 20.4 KB |
| WORKDAY_MOB_00004037.tif | 280 KB |
| WORKDAY_MOB_00004038.tif | 296 KB |
| WORKDAY_MOB_00004039.tif | 43.8 KB |
| WORKDAY_MOB_00004040.tif | 30.7 KB |
| WORKDAY_MOB_00004041.tif | 295 KB |
| WORKDAY_MOB_00004042.tif | 98.2 KB |
| WORKDAY_MOB_00004043.tif | 97.7 KB |
| WORKDAY_MOB_00004044.tif | 24.3 KB |
| WORKDAY_MOB_00004045.tif | 22 KB |
| WORKDAY_MOB_00004046.tif | 295 KB |
| WORKDAY_MOB_00004047.tif | 69.5 KB |
| WORKDAY_MOB_00004048.tif | 65 KB |
| WORKDAY_MOB_00004049.tif | 64.9 KB |
| WORKDAY_MOB_00004050.tif | 153 KB |
| WORKDAY_MOB_00004051.tif | 66.6 KB |
| WORKDAY_MOB_00004052.tif | 65.5 KB |
| WORKDAY_MOB_00004053.tif | 301 KB |
| WORKDAY_MOB_00004054.tif | 62.4 KB |
| WORKDAY_MOB_00004055.tif | 26.1 KB |
| WORKDAY_MOB_00004056.tif | 24.7 KB |
| WORKDAY_MOB_00004057.tif | 43 KB |
| WORKDAY_MOB_00004058.tif | 29.7 KB |

| | |
|---|---|
| WORKDAY_MOB_00004059.tif | 37.7 KB |
| WORKDAY_MOB_00004060.tif | 21.4 KB |
| WORKDAY_MOB_00004061.tif | 296 KB |
| WORKDAY_MOB_00004062.tif | 21.7 KB |
| WORKDAY_MOB_00004063.tif | 24.5 KB |
| WORKDAY_MOB_00004064.tif | 282 KB |
| WORKDAY_MOB_00004065.tif | 20.8 KB |
| WORKDAY_MOB_00004066.tif | 35.9 KB |
| WORKDAY_MOB_00004067.tif | 30.4 KB |
| WORKDAY_MOB_00004068.tif | 282 KB |
| WORKDAY_MOB_00004069.tif | 43.8 KB |
| WORKDAY_MOB_00004070.tif | 67.5 KB |
| WORKDAY_MOB_00004071.tif | 165 KB |
| WORKDAY_MOB_00004072.tif | 72.3 KB |
| WORKDAY_MOB_00004073.tif | 58 KB |
| WORKDAY_MOB_00004074.tif | 35.9 KB |
| WORKDAY_MOB_00004075.tif | 60.2 KB |
| WORKDAY_MOB_00004076.tif | 36.5 KB |
| WORKDAY_MOB_00004077.tif | 58.6 KB |
| WORKDAY_MOB_00004078.tif | 30.7 KB |
| WORKDAY_MOB_00004079.tif | 62.3 KB |
| WORKDAY_MOB_00004080.tif | 44.8 KB |
| WORKDAY_MOB_00004081.tif | 159 KB |
| WORKDAY_MOB_00004082.tif | 221 KB |
| WORKDAY_MOB_00004083.tif | 30 KB |
| WORKDAY_MOB_00004084.tif | 282 KB |

| | |
|---|---|
| WORKDAY_MOB_00004085.tif | 1010 KB |
| WORKDAY_MOB_00004086.tif | 82.4 KB |
| WORKDAY_MOB_00004087.tif | 203 KB |
| WORKDAY_MOB_00004088.tif | 71.9 KB |
| WORKDAY_MOB_00004089.tif | 80.8 KB |
| WORKDAY_MOB_00004090.tif | 77.9 KB |
| WORKDAY_MOB_00004091.tif | 189 KB |
| WORKDAY_MOB_00004092.tif | 86.2 KB |
| WORKDAY_MOB_00004093.tif | 101 KB |
| WORKDAY_MOB_00004094.tif | 102 KB |
| WORKDAY_MOB_00004095.tif | 47.3 KB |
| WORKDAY_MOB_00004096.tif | 282 KB |
| WORKDAY_MOB_00004097.tif | 39.9 KB |
| WORKDAY_MOB_00004098.tif | 295 KB |
| WORKDAY_MOB_00004099.tif | 197 KB |
| WORKDAY_MOB_00004100.tif | 296 KB |
| WORKDAY_MOB_00004101.tif | 64.4 KB |
| WORKDAY_MOB_00004102.tif | 35.7 KB |
| WORKDAY_MOB_00004103.tif | 41.3 KB |
| WORKDAY_MOB_00004104.tif | 296 KB |
| WORKDAY_MOB_00004105.tif | 37.5 KB |
| WORKDAY_MOB_00004106.tif | 51 KB |
| WORKDAY_MOB_00004107.tif | 40 KB |
| WORKDAY_MOB_00004108.tif | 47.4 KB |
| WORKDAY_MOB_00004109.tif | 295 KB |
| WORKDAY_MOB_00004110.tif | 48.1 KB |

| | |
|---|---|
| WORKDAY_MOB_00004111.tif | 48.1 KB |
| WORKDAY_MOB_00004112.tif | 46 KB |
| WORKDAY_MOB_00004113.tif | 295 KB |
| WORKDAY_MOB_00004114.tif | 20.5 KB |
| WORKDAY_MOB_00004115.tif | 30.1 KB |
| WORKDAY_MOB_00004116.tif | 274 KB |
| WORKDAY_MOB_00004117.tif | 291 KB |
| WORKDAY_MOB_00004118.tif | 113 KB |
| WORKDAY_MOB_00004119.tif | 75.3 KB |
| WORKDAY_MOB_00004120.tif | 256 KB |
| WORKDAY_MOB_00004121.tif | 79 KB |
| WORKDAY_MOB_00004122.tif | 101 KB |
| WORKDAY_MOB_00004123.tif | 123 KB |
| WORKDAY_MOB_00004124.tif | 78.2 KB |
| WORKDAY_MOB_00004125.tif | 73.5 KB |
| WORKDAY_MOB_00004126.tif | 130 KB |
| WORKDAY_MOB_00004127.tif | 250 KB |
| WORKDAY_MOB_00004128.tif | 102 KB |
| WORKDAY_MOB_00004129.tif | 116 KB |
| WORKDAY_MOB_00004130.tif | 250 KB |
| WORKDAY_MOB_00004131.tif | 178 KB |
| WORKDAY_MOB_00004132.tif | 72.8 KB |
| WORKDAY_MOB_00004133.tif | 65.8 KB |
| WORKDAY_MOB_00004134.tif | 69.5 KB |
| WORKDAY_MOB_00004135.tif | 72.2 KB |
| WORKDAY_MOB_00004136.tif | 69.5 KB |

| | |
|---|---|
| WORKDAY_MOB_00004137.tif | 250 KB |
| WORKDAY_MOB_00004138.tif | 77.2 KB |
| WORKDAY_MOB_00004139.tif | 70 KB |
| WORKDAY_MOB_00004140.tif | 78.3 KB |
| WORKDAY_MOB_00004141.tif | 81.2 KB |
| WORKDAY_MOB_00004142.tif | 72.6 KB |
| WORKDAY_MOB_00004143.tif | 78.3 KB |
| WORKDAY_MOB_00004144.tif | 81.7 KB |
| WORKDAY_MOB_00004145.tif | 96.1 KB |
| WORKDAY_MOB_00004146.tif | 81 KB |
| WORKDAY_MOB_00004147.tif | 80.5 KB |
| WORKDAY_MOB_00004148.tif | 97.2 KB |
| WORKDAY_MOB_00004149.tif | 76.2 KB |
| WORKDAY_MOB_00004150.tif | 26.6 KB |
| WORKDAY_MOB_00004151.tif | 46.5 KB |
| WORKDAY_MOB_00004152.tif | 46.1 KB |
| WORKDAY_MOB_00004153.tif | 42.8 KB |
| WORKDAY_MOB_00004154.tif | 81.3 KB |
| WORKDAY_MOB_00004155.tif | 72.4 KB |
| WORKDAY_MOB_00004156.tif | 78.1 KB |
| WORKDAY_MOB_00004157.tif | 81.9 KB |
| WORKDAY_MOB_00004158.tif | 96.2 KB |
| WORKDAY_MOB_00004159.tif | 80.4 KB |
| WORKDAY_MOB_00004160.tif | 280 KB |
| WORKDAY_MOB_00004161.tif | 114 KB |
| WORKDAY_MOB_00004162.tif | 44.3 KB |

| | |
|---|---|
| WORKDAY_MOB_00004163.tif | 40.4 KB |
| WORKDAY_MOB_00004164.tif | 38.6 KB |
| WORKDAY_MOB_00004165.tif | 52.6 KB |
| WORKDAY_MOB_00004166.tif | 128 KB |
| WORKDAY_MOB_00004167.tif | 31.6 KB |
| WORKDAY_MOB_00004168.tif | 300 KB |
| WORKDAY_MOB_00004169.tif | 55.5 KB |
| WORKDAY_MOB_00004170.tif | 26.1 KB |
| WORKDAY_MOB_00004171.tif | 79 KB |
| WORKDAY_MOB_00004172.tif | 153 KB |
| WORKDAY_MOB_00004173.tif | 44.8 KB |
| WORKDAY_MOB_00004174.tif | 45.5 KB |
| WORKDAY_MOB_00004175.tif | 221 KB |
| WORKDAY_MOB_00004176.tif | 71.5 KB |
| WORKDAY_MOB_00004177.tif | 33 KB |
| WORKDAY_MOB_00004178.tif | 65.6 KB |
| WORKDAY_MOB_00004179.tif | 49.9 KB |
| WORKDAY_MOB_00004180.tif | 64.6 KB |
| WORKDAY_MOB_00004181.tif | 40.2 KB |
| WORKDAY_MOB_00004182.tif | 15.5 KB |
| WORKDAY_MOB_00004183.tif | 67.4 KB |
| WORKDAY_MOB_00004184.tif | 21.8 KB |
| WORKDAY_MOB_00004185.tif | 63.5 KB |
| WORKDAY_MOB_00004186.tif | 27.3 KB |
| WORKDAY_MOB_00004187.tif | 64.9 KB |
| WORKDAY_MOB_00004188.tif | 20.8 KB |

| | |
|---|---|
| WORKDAY_MOB_00004189.tif | 83.3 KB |
| WORKDAY_MOB_00004190.tif | 21 KB |
| WORKDAY_MOB_00004191.tif | 90.7 KB |
| WORKDAY_MOB_00004192.tif | 3.66 KB |
| WORKDAY_MOB_00004193.tif | 61.5 KB |
| WORKDAY_MOB_00004194.tif | 43 KB |
| WORKDAY_MOB_00004195.tif | 18.6 KB |
| WORKDAY_MOB_00004196.tif | 71 KB |
| WORKDAY_MOB_00004197.tif | 61 KB |
| WORKDAY_MOB_00004198.tif | 3.46 KB |
| WORKDAY_MOB_00004199.tif | 62.9 KB |
| WORKDAY_MOB_00004200.tif | 69 KB |
| WORKDAY_MOB_00004201.tif | 115 KB |
| WORKDAY_MOB_00004202.tif | 91 KB |
| WORKDAY_MOB_00004203.tif | 73.4 KB |
| WORKDAY_MOB_00004204.tif | 50.4 KB |
| WORKDAY_MOB_00004205.tif | 43.7 KB |
| WORKDAY_MOB_00004206.tif | 4.96 KB |
| WORKDAY_MOB_00004207.tif | 65.3 KB |
| WORKDAY_MOB_00004208.tif | 73.2 KB |
| WORKDAY_MOB_00004209.tif | 30.6 KB |
| WORKDAY_MOB_00004210.tif | 163 KB |
| WORKDAY_MOB_00004211.tif | 122 KB |
| WORKDAY_MOB_00004212.tif | 39.9 KB |
| WORKDAY_MOB_00004213.tif | 1.42 KB |
| WORKDAY_MOB_00004214.tif | 75.2 KB |

| | |
|---|---|
| WORKDAY_MOB_00004215.tif | 36.3 KB |
| WORKDAY_MOB_00004216.tif | 83.1 KB |
| WORKDAY_MOB_00004217.tif | 69.2 KB |
| WORKDAY_MOB_00004218.tif | 115 KB |
| WORKDAY_MOB_00004219.tif | 45.8 KB |
| WORKDAY_MOB_00004220.tif | 2.36 KB |
| WORKDAY_MOB_00004221.tif | 81.8 KB |
| WORKDAY_MOB_00004222.tif | 12.8 KB |
| WORKDAY_MOB_00004223.tif | 17.8 KB |
| WORKDAY_MOB_00004224.tif | 70 KB |
| WORKDAY_MOB_00004225.tif | 18.6 KB |
| WORKDAY_MOB_00004226.tif | 47.6 KB |
| WORKDAY_MOB_00004227.tif | 2.35 KB |
| WORKDAY_MOB_00004228.tif | 89.6 KB |
| WORKDAY_MOB_00004229.tif | 74 KB |
| WORKDAY_MOB_00004230.tif | 104 KB |
| WORKDAY_MOB_00004231.tif | 24.6 KB |
| WORKDAY_MOB_00004232.tif | 2.36 KB |
| WORKDAY_MOB_00004233.tif | 47.8 KB |
| WORKDAY_MOB_00004234.tif | 69 KB |
| WORKDAY_MOB_00004235.tif | 115 KB |
| WORKDAY_MOB_00004236.tif | 71.9 KB |
| WORKDAY_MOB_00004237.tif | 68.8 KB |
| WORKDAY_MOB_00004238.tif | 14.8 KB |
| WORKDAY_MOB_00004239.tif | 28.9 KB |
| WORKDAY_MOB_00004240.tif | 2.35 KB |

| | |
|---|---|
| WORKDAY_MOB_00004241.tif | 71.9 KB |
| WORKDAY_MOB_00004242.tif | 30.3 KB |
| WORKDAY_MOB_00004243.tif | 51 KB |
| WORKDAY_MOB_00004244.tif | 100 KB |
| WORKDAY_MOB_00004245.tif | 103 KB |
| WORKDAY_MOB_00004246.tif | 107 KB |
| WORKDAY_MOB_00004247.tif | 87.3 KB |
| WORKDAY_MOB_00004248.tif | 86.4 KB |
| WORKDAY_MOB_00004249.tif | 93.1 KB |
| WORKDAY_MOB_00004250.tif | 78.6 KB |
| WORKDAY_MOB_00004251.tif | 100 KB |
| WORKDAY_MOB_00004252.tif | 82 KB |
| WORKDAY_MOB_00004253.tif | 100 KB |
| WORKDAY_MOB_00004254.tif | 99 KB |
| WORKDAY_MOB_00004255.tif | 80.4 KB |
| WORKDAY_MOB_00004256.tif | 72.1 KB |
| WORKDAY_MOB_00004257.tif | 88.9 KB |
| WORKDAY_MOB_00004258.tif | 89.4 KB |
| WORKDAY_MOB_00004259.tif | 114 KB |
| WORKDAY_MOB_00004260.tif | 103 KB |
| WORKDAY_MOB_00004261.tif | 89.8 KB |
| WORKDAY_MOB_00004262.tif | 101 KB |
| WORKDAY_MOB_00004263.tif | 90 KB |
| WORKDAY_MOB_00004264.tif | 105 KB |
| WORKDAY_MOB_00004265.tif | 88.2 KB |
| WORKDAY_MOB_00004266.tif | 88 KB |

| | |
|---|---|
| WORKDAY_MOB_00004267.tif | 86.2 KB |
| WORKDAY_MOB_00004268.tif | 71 KB |
| WORKDAY_MOB_00004269.tif | 90.6 KB |
| WORKDAY_MOB_00004270.tif | 90.5 KB |
| WORKDAY_MOB_00004271.tif | 89.2 KB |
| WORKDAY_MOB_00004272.tif | 94.6 KB |
| WORKDAY_MOB_00004273.tif | 94.8 KB |
| WORKDAY_MOB_00004274.tif | 102 KB |
| WORKDAY_MOB_00004275.tif | 91.3 KB |
| WORKDAY_MOB_00004276.tif | 93.8 KB |
| WORKDAY_MOB_00004277.tif | 80.2 KB |
| WORKDAY_MOB_00004278.tif | 21.4 KB |
| WORKDAY_MOB_00004279.tif | 43.4 KB |
| WORKDAY_MOB_00003902.xlsx | 25.1 KB |
| WORKDAY_MOB_00003908.xlsx | 15.4 KB |
| WORKDAY_MOB_00004220.xlsx | 25.2 KB |
| WORKDAY_MOB_00004227.xlsx | 10.1 KB |
| WORKDAY_MOB_00004232.xlsx | 19.1 KB |
| WORKDAY_MOB_00004240.xlsx | 261 KB |
| WORKDAY_MOB_00003884.txt | 12.8 KB |
| WORKDAY_MOB_00003890.txt | 12.8 KB |
| WORKDAY_MOB_00003896.txt | 8.65 KB |
| WORKDAY_MOB_00003901.txt | 966 Bytes |
| WORKDAY_MOB_00003902.txt | 7.14 KB |
| WORKDAY_MOB_00003903.txt | 2.1 KB |
| WORKDAY_MOB_00003905.txt | 6.34 KB |

| | |
|---|---|
| WORKDAY_MOB_00003908.txt | 6.83 KB |
| WORKDAY_MOB_00003909.txt | 5.92 KB |
| WORKDAY_MOB_00003914.txt | 12.8 KB |
| WORKDAY_MOB_00003920.txt | 10.3 KB |
| WORKDAY_MOB_00003927.txt | 5.53 KB |
| WORKDAY_MOB_00003931.txt | 5.13 KB |
| WORKDAY_MOB_00003936.txt | 5.84 KB |
| WORKDAY_MOB_00003941.txt | 4.19 KB |
| WORKDAY_MOB_00003944.txt | 5.07 KB |
| WORKDAY_MOB_00003948.txt | 2.31 KB |
| WORKDAY_MOB_00003951.txt | 4.11 KB |
| WORKDAY_MOB_00003954.txt | 4.07 KB |
| WORKDAY_MOB_00003957.txt | 5.98 KB |
| WORKDAY_MOB_00003976.txt | 7.47 KB |
| WORKDAY_MOB_00003999.txt | 14.3 KB |
| WORKDAY_MOB_00004008.txt | 33.8 KB |
| WORKDAY_MOB_00004016.txt | 21.7 KB |
| WORKDAY_MOB_00004028.txt | 1.43 KB |
| WORKDAY_MOB_00004030.txt | 1.43 KB |
| WORKDAY_MOB_00004032.txt | 8.2 KB |
| WORKDAY_MOB_00004037.txt | 9.12 KB |
| WORKDAY_MOB_00004068.txt | 6.14 KB |
| WORKDAY_MOB_00004085.txt | 16 KB |
| WORKDAY_MOB_00004096.txt | 8.38 KB |
| WORKDAY_MOB_00004116.txt | 14.5 KB |
| WORKDAY_MOB_00004141.txt | 12.8 KB |

| | |
|---|---|
| WORKDAY_MOB_00004147.txt | 7.86 KB |
| WORKDAY_MOB_00004151.txt | 6.46 KB |
| WORKDAY_MOB_00004154.txt | 12.8 KB |
| WORKDAY_MOB_00004160.txt | 7.53 KB |
| WORKDAY_MOB_00004176.txt | 2.78 KB |
| WORKDAY_MOB_00004178.txt | 2.81 KB |
| WORKDAY_MOB_00004180.txt | 3.38 KB |
| WORKDAY_MOB_00004183.txt | 2.23 KB |
| WORKDAY_MOB_00004185.txt | 1.9 KB |
| WORKDAY_MOB_00004187.txt | 1.57 KB |
| WORKDAY_MOB_00004189.txt | 2.56 KB |
| WORKDAY_MOB_00004191.txt | 2.4 KB |
| WORKDAY_MOB_00004193.txt | 2.84 KB |
| WORKDAY_MOB_00004196.txt | 3.75 KB |
| WORKDAY_MOB_00004199.txt | 1.94 KB |
| WORKDAY_MOB_00004201.txt | 3 Bytes |
| WORKDAY_MOB_00004202.txt | 4.56 KB |
| WORKDAY_MOB_00004204.txt | 2.24 KB |
| WORKDAY_MOB_00004207.txt | 5.19 KB |
| WORKDAY_MOB_00004210.txt | 5.43 KB |
| WORKDAY_MOB_00004214.txt | 3.36 KB |
| WORKDAY_MOB_00004216.txt | 2.54 KB |
| WORKDAY_MOB_00004218.txt | 3 Bytes |
| WORKDAY_MOB_00004219.txt | 1.14 KB |
| WORKDAY_MOB_00004220.txt | 9.88 KB |
| WORKDAY_MOB_00004221.txt | 2.57 KB |

| WORKDAY_MOB_00004223.txt | 3 Bytes |
| WORKDAY_MOB_00004224.txt | 2.09 KB |
| WORKDAY_MOB_00004226.txt | 925 Bytes |
| WORKDAY_MOB_00004227.txt | 1.08 KB |
| WORKDAY_MOB_00004228.txt | 2.17 KB |
| WORKDAY_MOB_00004229.txt | 7.62 KB |
| WORKDAY_MOB_00004232.txt | 6.84 KB |
| WORKDAY_MOB_00004233.txt | 1.43 KB |
| WORKDAY_MOB_00004235.txt | 3 Bytes |
| WORKDAY_MOB_00004236.txt | 2.49 KB |
| WORKDAY_MOB_00004237.txt | 1.75 KB |
| WORKDAY_MOB_00004239.txt | 3 Bytes |
| WORKDAY_MOB_00004240.txt | 4.68 KB |
| WORKDAY_MOB_00004241.txt | 2.5 KB |
| WORKDAY_MOB_00004242.txt | 90 KB |

Download Files

Reply to this Secure Message

You will need to authenticate to view this Secure Message. If you don't have an account on files.orrick.com, you can still click on the download link and you will be prompted to validate your email.

Please note: When sending a .PDF file it must be zipped. Unzipped .PDF files will not send.

If you need assistance accessing or using this system, please contact support at files@orrick.com.

**Orrick, Herrington & Sutcliffe — Secure File Transfer System: https://files.orrick.com**

| | |
|---|---|
| **From:** | McBride, Tina |
| **Sent:** | Tuesday, October 7, 2025 5:33 PM |
| **To:** | Lee Winston; Roderick Cooks; greeneattorney@gmail.com; Bob Wiggins |
| **Cc:** | Totten, Julie A.; Connell, Erin M.; Grundy, Kayla Delgado; Elliott, Alexandria |
| **Subject:** | Mobley v. Workday [Case No. 3:23-cv-00770-RFL] |
| **Attachments:** | 2025.10.07 Proof of Service [email].pdf; WORKDAY_MOB_00004704.pdf |

Counsel,

In connection with the above matter, attached please find:

**DOCUMENT BATES LABELED WORKDAY_MOB_00004704**
**PROOF OF SERVICE**

Thank you

**Tina McBride**
Executive Assistant
Orrick
Silicon Valley  Ⓥ
T 650-614-7421
tmcbride@orrick.com



---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

| | |
|---|---|
| **From:** | aelliott@orrick.com <files@orrick.com> |
| **Sent:** | Wednesday, October 15, 2025 1:49 PM |
| **To:** | rwiggins@wigginschild.com; rcooks@winstoncooks.com; lwinston@winstoncooks.com; jsmith@wigginschilds.com; awiggins@wigginschilds.com; bneal@winstoncooks.com |
| **Cc:** | Grundy, Kayla Delgado |
| **Subject:** | Customer Names, Common Misspellings, and Acronyms |

# Secure Private Message

You have received a Secure Private Message. In order to access this message you will need to click on the Message URL or the Access Private Message button below.

| Sender | <aelliott@orrick.com> |
|---|---|
| Message ID | eJfQBuHT8M9fSQdyG8bpno |
| Message Expires | Sunday, 19 October |
| Message URL | https://files.orrick.com/message/eJfQBuHT8M9fSQdyG8bpno |
| Access Permission | Only specified recipients can access this Secure Private Message. |

**Access Secure Private Message**

If you need assistance accessing or using this system, please contact support at servicedesk@orrick.com.



**Orrick, Herrington & Sutcliffe — Secure File Transfer System: https://files.orrick.com**