# EXHIBIT G

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3        Before The Honorable Rita F. Lin, District Judge
 4
 5  MOBLEY,                       )
                                  )
 6         Plaintiff,             )
                                  )
 7  vs.                           )  Case No. C 23-00770-RFL
                                  )
 8  WORKDAY, INC.,                )
                                  )
 9         Defendant.             )
10  _____)
                                      San Francisco, California
11                                    Wednesday, June 4, 2025
12
     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13              RECORDING 10:05 - 10:24 = 19 MINUTES
14  APPEARANCES:
15  For Plaintiff:
                                  Winston Cooks, LLC
16                                351 24th Street North
                                  Box 122
17                                Birmingham, Alabama 35203
                            BY:   LEE D. WINSTON, ESQ.
18                                RODERICK T. COOKS, ESQ.
19                                Wiggins Childs Pantazis Fisher
                                    & Goldfarb
20                                301 19th Street North
                                  Birmingham, Alabama 35203
21                          BY:   ROBERT L. WIGGINS, JR., ESQ.
22
23
24
25            (APPEARANCES CONTINUED ON NEXT PAGE)
```

11

1  whether there should be some kind of drop down or something
2  like that for people to identify which employers they apply
3  to, and the third being how the parties propose to
4  distinguish those who have received a less than optimal
5  rating in some way and what the -- what the mechanism for
6  that would be.
7           MS. CONNELL:  Thank you, your Honor.  Just I
8  believe -- I don't -- I personally will be out of the
9  country on July 9th, but I believe my partner, Julie Totten,
10 will -- might be available.  If that is not the case, we
11 will work it out with Plaintiff's counsel and let the Court
12 know.
13          THE COURT:  I can also set it for June 25th, and
14 you all could just -- or July 2nd, if you'll still be here,
15 if that's better.
16          MS. CONNELL:  It -- let's leave it on July 9th,
17 and if -- if that date for some reason will not work for us,
18 we will let Plaintiff's counsel and the Court know.
19          THE COURT: Great.  Anything else the Court can
20 help you all with this morning?
21          MS. CONNELL:  (Zoom glitch.)
22          THE COURT:  I'm not hearing anything.
23     One question I have actually before we conclude is that
24 I know Ms. Connell was walking through a lot of the
25 logistics hurdles with trying to identify this information

12

1 for purposes of notice, but it occurs to me that a lot of
2 that information may be pertinent to class certification,
3 that the parties, I'm assuming, are working on class
4 certification discovery.  And, so, if you're going to have
5 to do it anyway for class certification discovery, I have a
6 question in my mind what makes the most sense.  Maybe it
7 does make sense to do this publication notice and then just
8 deal with class certification discovery as that happens down
9 the road, which will be later.  But that -- maybe that's
10 another topic for you all to -- to think about.  I'd like to
11 check in with Plaintiff's counsel about that question.
12          MR. WINSTON:  I know on the joint notice that we
13 just sent in, we proposed pushing back the class
14 notification.  The parties agreed to do that.  So, that
15 would give at least some more time with them.
16          THE COURT:  Well, yes, I could see that, and I'm
17 on board generally with the plan of moving it out more
18 because, having gotten a sense of where you are in terms of
19 discovery so far in the case, it seems like you all will
20 need more time to -- to work through class certification.
21          MS. CONNELL:  Thank you, your Honor.  We agree,
22 and we agree with the sentiment that we -- we are going to
23 have some challenges in discovery.  As -- as Plaintiffs did
24 point out in the joint -- joint statement, the scope of
25 what's at issue is different for notice and for discovery.

```
                                                           13
 1  But our thinking was that given that this collective has now
 2  been preliminarily certified, it makes sense to get the
 3  notice issue handled and then deal with the discovery issue
 4  and extending the hearing schedule assists with that
 5  sequence of events.
 6           THE COURT:  That makes sense.  That makes sense to
 7  me.  We will put out a minute order accepting the parties'
 8  proposed class certification extension.
 9       Anything else before we conclude?
10           MR. WIGGINS:  I don't know if we want to discuss
11  it or not, but we had some concerns about the tolling of the
12  opt-in period for age -- for age claims.
13           THE COURT:  I'm sorry.  I missed the last part.
14  You cut out a little bit.
15           MR. WIGGINS:  We had some concern about will the
16  age statute of limitations be tolled during this time
17  period?
18           MS. CONNELL:  Our -- our -- we've analyzed this,
19  and our -- our interpretation of the law is that -- that the
20  opt-in Plaintiffs, they would essentially piggy back on
21  Mobley's filing.  So, unlike in the FLSA context, the case
22  law under the ADEA, there's cases that hold that they can
23  piggy back onto his timely charge.  And, so, there wouldn't
24  be an issue with the statute of limitations running for the
25  opt-in Plaintiffs.
```

```
                                                                15
  1                    CERTIFICATE OF TRANSCRIBER

  2

  3        I certify that the foregoing is a true and correct
  4   transcript, to the best of my ability, of the above pages of
  5   the official electronic sound recording provided to me by
  6   the U.S. District Court, Northern District of California, of
  7   the proceedings taken on the date and time previously stated
  8   in the above matter.
  9        I further certify that I am neither counsel for,
 10   related to, nor employed by any of the parties to the action
 11   in which this hearing was taken; and, further, that I am not
 12   financially nor otherwise interested in the outcome of the
 13   action.
 14
```



```
 15
 16             Echo Reporting, Inc., Transcriber
 17                  Saturday, June 28, 2025
```