Lee D. Winston (admitted pro hac vice)
lwinston@winstoncooks.com
Roderick T. Cooks (admitted pro hac vice)
rcooks@winstoncooks.com
Bethany M. Logan (admitted pro hac vice)
Winston Cooks, LLC
420 20th Street North, Suite#2200
Birmingham, AL 35203
Telephone:    (205) 482-5174
Facsimile:    (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr. (admitted pro hac vice)
rwiggins@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins Smith (admitted pro hac vice)
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, *Plaintiff,* <br><br> V <br><br> WORKDAY, INC., *Defendant.* | Case No. 4:23-cv-00770-RFL <br><br> **DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF ON CLASS CERTIFICATION SCHEDULE** |

**DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF ON CLASS CERTICATION SCHEDULE**

1    Come now, the Plaintiffs in the above styled cause of action and submit herewith the

2    following declarations in support of Plaintiffs' Reply Brief on Class Certification:

3        1.    Declaration of Robert L. Wiggins, Jr.;

4        2.    Declaration of Jennifer Wiggins-Smith; and,

5        3.    Declaration of Lee D. Winston.

6                        *Respectfully submitted,*

7

8

s/Roderick T. Cooks                    s/Robert L. Wiggins, Jr.
9    Lee D. Winston (ASB: 6407O72L)       Robert L. Wiggins, Jr. (ASB: 1754G63R)
     *Admitted pro hac vice*                *Admitted Pro Hac Vice*
10   lwinston@winstoncooks.com            rwiggins@wigginschilds.com
     Roderick T. Cooks (ASB: 5819O78R)    Ann K. Wiggins (ASB: 7006i61a)
11   *Admitted Pro Hac Vice*                *Admitted Pro Hac Vice*
     rcooks@winstoncooks.com              awiggins@wigginschilds.com
12   Bethany Mae Logan (ASB: 1360X15Z)    Jennifer Wiggins Smith (ASB:9622E53S)
     *Admitted Pro Hac Vice*                *Admitted Pro Hac Vice*
13   bneal@winstoncooks.com               jsmith@wigginschilds.com
     Winston Cooks, LLC                   Wiggins Childs Pantazis Fisher and
14   420 20th Street North, Suite 2200    Goldfarb
     Birmingham, AL 35203                 301 North 19th Street
15   Telephone: (205) 502-0970            Birmingham, Alabama 35203
     Facsimile: (205) 278-5876            Telephone: (205) 314-0500
16                                        Facsimile: 205) 254-1500

17

18

**Local counsel:**
19   Jay Greene, JD, CPA
     greenattorney@gmail.com
20   Greene Estate, Probate, and Elder Law Firm
     447 Sutter Street, Suite 435
21   San Francisco, CA 94108
     Telephone: (415) 905-0215
22

23

24

25

26

27

28                        - 1 -
        DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF ON CLASS
                        CERTIFICATION SCHEDULE

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that on January 21, 2026. I electronically filed the foregoing document with
the United States District Court for the Northern District of California by using the CM/ECF

4      system.  I certify that the following parties or their counsel of record are registered as ECF Filers
and that they will be served by the CM/ECF system:

5

6              Jay Patrick Greene   jay@ greenelawfirm.com
               Julie Ann Totten      Jtotten@orrick.com, jponce@orrick.com

7              Erin M. Connell      econnell@orrick.com
               Kyla Delgado Grundy  kgrundy@ orrick.com

8              Alexandria R. Elliott (aelliott@orrick.com)

9                                              *s/Roderick T. Cooks.*
                                               Of Counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      - 2 -
             DECLARATIONS IN SUPPORT OF PLAINTIFFS' REPLY BRIEF ON CLASS
                             CERTIFICATION SCHEDULE