VICTORIA WILLIAMSON, DC Bar No. 991054
(*Admitted pro hac vice*)
LOUIS LOPEZ, DC Bar No. 461662
(*Admitted pro hac vice*)
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
Telephone (202) 322-4180
vwilliamson@aarp.org
llopez@aarp.org
*Attorneys for AARP and AARP Foundation as Amici Curiae*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WORKDAY, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**NOTICE OF MOTION AND MOTION OF AARP AND AARP FOUNDATION FOR LEAVE TO FILE ACCOMPANYING BRIEF AS AMICI BRIEF AS AMICI CURIAE**<br><br>Hearing Date: February 24, 2026<br>Time: 10:00 am<br>Judge Hon. Rita Lin<br>Courtroom 15, 18th Floor |

_____
NOTICE OF MOTION AND MOTION OF AARP AND AARP FOUNDATION FOR LEAVE TO FILE ACCOMPANYING BRIEF AS AMICI CURIAE

**PLEASE TAKE NOTICE** that on February 24, 2026, at 10:00 am, or as soon thereafter as the matter may be heard, in Courtroom 15, 18th Floor, of the Phillip Burton Federal Building & United States Courthouse, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Rita F. Lin, Amici AARP and AARP Foundation will and hereby do move this Court for leave to file the accompanying brief as amicus curiae in this action, and for leave to participate in oral argument on the issue outlined below.

Amici seek an order granting them leave to file the accompanying brief as amicus curiae. To support this motion, Amici state:

1. AARP is the nation's largest nonprofit, nonpartisan organization dedicated to empowering Americans 50 and older to choose how they live as they age. With a nationwide presence, AARP strengthens communities and advocates for what matters most to the more than 100 million Americans 50-plus and their families: health and financial security, and personal fulfillment. AARP's charitable affiliate, AARP Foundation, works for and with vulnerable people over 50 to end senior poverty and reduce financial hardship by building economic opportunity. Amici have long advocated on behalf of older adults by filing litigation cases and amicus briefs challenging practices that pose a threat to their financial security.

2. This Court is being asked to address whether § 623(a)(2) of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.* (ADEA), authorizes a disparate impact claim for job applicants—a threshold question that has vast implications for millions of older adults seeking to enter or re-enter the workforce, particularly so amidst the rising adoption of algorithmic screening practices in hiring that have a tendency to contravene the plain text and remedial purpose of the ADEA.

3. Amici have a strong interest in the proper interpretation and application of § 623(a)(2) and have been involved in litigation on this subject for years. AARP Foundation participated as co-counsel representing the plaintiff in *Rabin v. PricewaterhouseCoopers LLP*, in which this Court previously addressed this exact legal issue. 236 F. Supp. 3d 1126, 1133 (N.D. Cal. 2017). AARP Foundation also participated

as co-counsel for the plaintiff in *Kleber v. Carefusion Corporation*, No. 15-cv-1994, 2015 WL 7423778 (N.D. Ill. Nov. 23, 2015), and the appeal of the same case to the U.S. Court of Appeals for the Seventh Circuit, 914 F.3d 480 (7th Cir. 2019), and filed an amicus brief in support of the plaintiff in *Villareal v. R.J. Reynolds Tobacco Company*, 839 F.3d 958 (11th Cir. 2016).

4. Further, Amici have submitted comments and testimony to Congress and the Equal Employment Opportunity Commission supporting the proper interpretation and application of § 623(a)(2).

5. While AARP Foundation is still in active discussions with Plaintiffs' counsel about joining the case, it has not made a final decision. Accordingly, Amici seek to offer their views to this Court by means of the accompanying amicus brief, and by participating in oral argument at the motion to dismiss hearing, to provide the Court their unique perspectives on this issue that is critical to the economic security of the more than 100 million people aged 50-plus in America.

6. Under the current briefing schedule, Plaintiffs submitted their opposition brief to Defendant's motion to dismiss on February 4, 2026, and Defendant's submitted their reply to Plaintiffs' opposition brief on February 11, 2026. Respectfully, Amici move for leave to file this brief within eight days of Plaintiffs' filing. While Amici attempted to move for leave to file this brief within seven days of Plaintiffs' submission of their opposition, we ran into issues with the Electronic Case Filing System not recognizing that our Pro Hac Vice motions were granted, thus prohibiting us from filing on February 11, 2026. To avoid prejudice and allow Defendant the full opportunity to submit a brief in reply to Amici, we ask this Court to adjust the briefing schedule, which could necessitate altering the already scheduled hearing date on Defendant's pending motion to dismiss.

7. Amici have contacted counsel for both parties concerning their intent to file this motion and the accompanying amicus brief. Counsel for Plaintiffs have consented to the filing of this motion. While we reached out to Counsel for Defendant, we have not yet received a response.

WHEREFORE, Amici respectfully move the Court for leave to file a brief as amicus curiae, and for further leave to participate in oral argument, on this important issue at this Court's upcoming hearing on Defendant's pending motion to dismiss.

Dated: February 12, 2026

          Respectfully Submitted

          /s/ VICTORIA WILLIAMSON

          ―――――――――――――――
          VICTORIA WILLIAMSON, DC Bar No. 991054
          (*Admitted pro hac vice*)
          LOUIS LOPEZ, DC Bar No. 461662
          (*Admitted pro hac vice*)
          AARP FOUNDATION
          601 E Street NW
          Washington, DC 20049
          Telephone (202) 322-4180
          vwilliamson@aarp.org
          llopez@aarp.org

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, I electronically submitted the foregoing Brief of AARP and AARP Foundation as Amici Curiae, along with the Notice of Motion and Motion of AARP and AARP Foundation for Leave to File Accompanying Brief as Amici Curiae, and [Proposed] Order, with the Clerk of Courts using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

DATED: February 12, 2026            Respectfully Submitted

/s/ VICTORIA WILLIAMSON
_____
VICTORIA WILLIAMSON, DC Bar No. 991054
(*Admitted pro hac vice*)
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
Telephone (202) 322-4180
vwilliamson@aarp.org