VICTORIA WILLIAMSON, DC Bar No. 991054
(*Admitted pro hac vice*)
LOUIS LOPEZ, DC Bar No. 461662
(*Admitted pro hac vice*)
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
Telephone (202) 322-4180
vwilliamson@aarp.org
llopez@aarp.org
*Attorneys for AARP and AARP Foundation as Amici Curiae*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> WORKDAY, INC., <br>  Defendant. | Case No. 3:23-cv-00770-RFL <br><br> **[PROPOSED] ORDER GRANTING THE AARP AND AARP FOUNDATION's MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE** <br><br> Hearing Date: February 24, 2026 <br> Time: 10:00 am <br> Judge Hon. Rita Lin <br> Courtroom 15, 18th Floor |

[PROPOSED] ORDER GRANTING AARP AND AARP FOUNDATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Before the Court is the Notice of Motion and Motion of AARP and AARP Foundation (together, "Amici") to File a Brief as Amicus Curiae in the above-captioned action. Having considered Amici's arguments, this Court hereby grants the motion and orders that Amici's brief as Amicus Curiae shall be filed.

Accordingly, the Court GRANTS Amici's motion.

**IT IS SO ORDERD.**

Dated: _____, 2026.

_____
**HON. RITA F. LIN**
**United States District Judge**

---
[PROPOSED] ORDER GRANTING AARP AND AARP FOUNDATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE