Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC, 420 20th Street North, Suite 2200, Birmingham, AL 35203

Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o)
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb, 301 North 19th Street, Birmingham, AL 35203

Jay Greene, JD, CPA
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435, San Francisco, CA 94108
*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, <br> *Plaintiff,* <br><br> v. <br><br> WORKDAY, INC., <br> *Defendant.* | Case No. 3:23-cv-00770-RFL <br> **NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC NOTICE PROCESS APPROVED BY THE COURT** <br> Courtroom: 15 (18th Floor) <br> Judge: Hon. Rita F. Lin |

**NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC NOTICE PROCESS APPROVED BY THE COURT**

Pursuant to the Court's consent-to-join notice and procedure requiring collective rather than individualized filing of such consents, Plaintiffs' counsel hereby files all of the Opt-In Consent To Join Forms which were timely executed and submitted to such Counsel for filing as documented on the attached Opt-In Consent List. The List includes the name, birth year and date/time that each such individual electronically executed and submitted their Consent To Join Form to Plaintiffs' counsel attesting to the following:

OPT-IN CONSENT TO JOIN FORM

By submitting this form, I am consenting to join the collective action Mobley v. Workday, Inc., case number 3:23-cv-0770-RFL ("Lawsuit"), pending in the Northern District of California Federal Court, which includes claims under the Age Discrimination in Employment Act of 1967 ("ADEA"), and to be bound by the judgment of the Court.

By submitting this form, I confirm that on or after September 24, 2020, I applied for at least one employment opportunity using Workday's application platform while I was 40 or more years old.

I am checking the box below as my signature for the Opt-In Consent To Join and as my authorization for it to be filed in the Northern District of California Federal Court on my behalf.

As further attested in the attached Declaration of Abby Garcia, such electronic signatures and opt-in forms were transmitted and received solely by means of the website approved by the Court and not by any other means.

Additionally, the attached Opt-In Consent List contains a separate section which lists the same information and attestation for individuals who electronically executed and submitted their Consent To Join Form to Plaintiffs' counsel after the Court's March 7, 2026 deadline. That section is included in order to document the names, birth years and date/time that each such individual electronically executed and submitted their Consent To Join Form after that date. A significant number of such persons have requested the opportunity to move for leave to file their Opt-In Consent To Join Form late for good cause shown.

NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC NOTICE PROCESS APPROVED  BY THE COURT

Respectfully submitted,

/s/Roderick T. Cooks
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

/s/Robert L.Wiggins, Jr.
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wgginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o)
mmoore@wiggins childs.com
*Admitted Pro Hac Vice*
Wiggins Childs Pantazis Fisher and
Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

2
NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC
NOTICE PROCESS APPROVED  BY THE COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on  March 23, 2026. I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Julie Ann Totten    Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell    econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott   aelliott@orrick.com

*s/Roderick T. Cooks*
Of Counsel

NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC NOTICE PROCESS APPROVED  BY THE COURT