Lee D. Winston (ASB: 6407O72L)
Admitted pro hac vice
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
Admitted Pro Hac Vice
rcooks@winstoncooks.com
Bethany Mae Logan (1360X15Z)
Admitted Pro Hac Vice
bneal@winstoncooks.com
Winston Cooks, LLC,
420 20th Street North, Suite 2200
Birmingham, AL 35203

**Local Counsel**
Jay Greene, JD, CPA
Greene Estate, Probate, and
Elder Law Firm, P.C.
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr. (ASB: 1754G63R)
Admitted Pro Hac Vice
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
Admitted Pro Hac Vice
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
Admitted Pro Hac Vice
sf@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
Admitted Pro Hac Vice
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
Admitted Pro Hac Vice
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o)
Admitted Pro Hac Vice
mmoore@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb
301 North 19th Street
Birmingham, AL 35203

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **DEREK L. MOBLEY, JILL E. HUGHES, SHEILAH JOHNSON ROCHA, and FAITHLINH ROWE** for and on behalf of themselves and other persons similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **WORKDAY, INC.,** <br><br> **Defendant.** | Case No. 3:23-cv-00770-RFL <br><br> **DECLARATION OF ABBY GARCIA IN SUPPORT OF PLAINTIFFS' NOTICE OF OPT-IN PLAINTIFFS' CONSENT TO JOIN PURSUANT TO THE PUBLIC NOTICE PROCESS APPROVED BY THE COURT** <br><br> Courtroom: 15 (18th Floor) <br><br> Judge: Hon. Rita F. Lin |

## DECLARATION OF ABBY GARCIA

I, Abby Garcia, declare as follows:

1.    I am over the age of eighteen and competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently thereto.

DECLARATION OF ABBY GARCIA

2.    I am responsible for the administration, maintenance, and collection of the Opt-In Consent to Join Forms submitted in connection with  Mobley v. Workday, Inc., Case No. 3:23-cv-0770-RFL, pending in the United States District Court for the Northern District of California.

3.    In the regular course of Plaintiffs' counsel's operations, Opt-In Consent to Join Forms are collected, stored, and maintained through a secure, Court-approved website and electronic system designed for that purpose.

4.    The Opt-In Consent to Join Forms referenced in Plaintiffs' Notice of Opt-In Plaintiffs' Consent to Join were electronically executed and submitted by the individuals identified on the attached Opt-In Consent List. Each submission reflects the date and time of execution and is maintained as part of the regularly conducted activity of collecting and preserving such records.

5.    It is the regular practice of Plaintiffs' counsel to make and keep such records at or near the time of the event recorded—namely, the execution and submission of each Opt-In Consent to Join Form—by, or from information transmitted by, the individual opt-in plaintiff.

6.    The electronic records, including the Opt-In Consent List and associated metadata (such as timestamps and identifying information), are kept in the course of a regularly conducted activity and are made as a regular practice of that activity.

7.    The systems and processes used to collect and store these electronic records reliably capture, preserve, and reproduce the information submitted by each opt-in plaintiff without material alteration. Accordingly, the Opt-In Consent List and associated records are true and accurate copies of the data maintained in the ordinary course.

8.    Attached hereto as Exhibits A–C are true and correct copies of the following lists describing the opt-in data received:

Exhibit A – Individuals who represented that they were over forty (40) during the actionable period and whose submissions were received on or before the deadline;

DECLARATION OF ABBY GARCIA

Exhibit B – Individuals who represented that they were over forty (40) during the actionable period and whose submissions were received after the deadline; and

Exhibit C – Individuals whose submissions were received but who appear to be under the age of forty (40).

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Signature:

Executed on:   March 23, 2026.



DECLARATION OF ABBY GARCIA