# EXHIBIT 3

**Michaelidis, Chloe**

| | |
|---|---|
| **From:** | Bob Wiggins <rwiggins@wigginschilds.com> |
| **Sent:** | Thursday, March 19, 2026 12:32 PM |
| **To:** | Totten, Julie A.; Grundy, Kayla Delgado; Elliott, Alexandria; Michaelidis, Chloe; Connell, Erin M. |
| **Cc:** | Lee Winston; Roderick Cooks; Wiggins, Ann; Smith, Jenny; Bethany Neal; Malik Moore; Fisher, Samuel; Nicki Lawsen |
| **Subject:** | April 27-May 1, 2026 Depositions |

[EXTERNAL]

Kayla, et al
Please set aside and provide dates and times during the week of April 27-May 1, 2026 to take the depositions of the following Workday employees, former employees and persons:

Zachary Roberts, Sr. AI Program  and Manager  (I/O Psychologist);
Shawn Vanover,
Murtaza Skrgdwala ,
Patrick Hall,
Austin Hyland ,
Krishna Sumanth Muppalla, Sr. Machine Learning Engineer,
Hamdi Jenzri, Sr. Principal, Machine Learning Engineering
Branden Olsen Steele, Sr. Machine Learning Engineer ,
Christy Gately.

We also propose that the parties meet and confer for 30 minutes on March 31, 2026 to discuss the status and availability of any of the above deponents for whom we have not yet received a date and time they are available to be deposed. If 30 minutes on March 31, 2026 is not an available date and time for you and your co-workers, please provide alternative arrangements in that same time frame.

Bob


Begin forwarded message:

---

**From:** Bob Wiggins <rwiggins@wigginschilds.com>
**Sent:** Friday, March 13, 2026 2:42 PM
**To:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe

1

<cmichaelidis@orrick.com>; Grundy, Kayla Delgado
<kgrundy@orrick.com>; Connell, Erin M.
<econnell@orrick.com>
**Cc:** Roderick Cooks <rcooks@winstoncooks.com>; Lee
Winston <lwinston@winstoncooks.com>; Fisher,
Samuel <sf@wigginschilds.com>; Wiggins, Ann
<awiggins@wigginschilds.com>; Smith, Jenny
<jsmith@wigginschilds.com>; Bethany Neal
<bneal@winstoncooks.com>; Malik Moore
<mmoore@wigginschilds.com>; Nicki Lawsen
<nlawsen@wigginschilds.com>
**Subject:** Deposition Schedule

Julie, et al

To follow up on the below deposition discussion, please set aside the weeks of April 13-17 and April 20-24 for taking the depositions of the following persons:

Barbara Cosgrove, Chief Privacy Officer;

Blane Mall,

Akankaha Sunalkar

Eric Klein, Director, Machine Learning Engineering ,

Saurahb Trivedi, Sr. Manager, Machine Learning Engineeri

Branden Olsen Steele, Sr. Machine Learning Engineer ,

Leslie Blanchard, Director, Product Management ,

Kelly Trindel, Chief Responsible AI Officer,

Michelle Law

Veena Calambar, Responsible AI Sr.Program Manager;

Jamie Moore, Sr. Director, Product Management,

The deponents Workday designates for the

Rule 30(b)(6) subjects provided in the attached list.

Please let us know next week the dates and times each such person and  30(b)(6) designee can be available for their deposition during the foregoing two weeks of April 13-17 and April 20-24 or  such other dates in April that you propose. We also request that your response next week include the name and position of the person(s) Workday designates for each of the attached 30(b)(6) topics. To aid this process, we would like to schedule a time to meet and confer on these scheduling and deposition issues at your convenience next week, perhaps at the same time as the other discovery-related discussions the parties have agreed to meet about one day next week.

Thanks for your time and attention to these matters.
Bob

**From:** Bob Wiggins
<rwiggins@wigginschilds.com>
**Sent:** Wednesday, January 7, 2026 2:48 PM
**To:** Totten, Julie A. <jatotten@orrick.com>
**Cc:** Connell, Erin M. <econnell@orrick.com>;
Grundy, Kayla Delgado <kgrundy@orrick.com>;
Elliott, Alexandria <aelliott@orrick.com>;
Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee
Winston <lwinston@winstoncooks.com>; Roderick
Cooks <rcooks@winstoncooks.com>; Smith, Jenny
<jsmith@wigginschilds.com>; Bethany Neal
<bneal@winstoncooks.com>
**Subject:** Re: Meet/Confer on RFP Objections

Hi Julie:

In response to your request, the subjects for which we've requested to meet-and-confer include definite dates for production of the documents and data at issue in the RFP Responses and Privilege Log I listed yesterday, including, but not limited to: (1) the "will produce"items that you listed in your Second Supplemental Responses served December 19, 2025, including RFP nos. 6 (a, b, c, g, j, k ), 10 and 11; (2) the bias audit documents and data you identified but did not produce in your answer to RFP no. 14 in such Second Supplemental Responses; and (3) documents responsive to our First Requests For Production Of Documents that do not come within objections you served on January 2, 2026. See F. R. Civ. P. Rule 34(b)(2)(C) (requiring that objections "specify the part [objected to] and

3

permit inspection of the rest."). Production of the latter documents was not extended with "court approval" as required under F. R. Civ. P. Rule 29 and F. R. Civ. P. Rule 34(b)(2)(A) for stipulations that may interfere with scheduled proceedings.

The persons and Rule 30(b)(6) topics for which we are considering scheduling depositions include the following: Veena Calambar, Responsible AI Sr.Program Manager; Zachary Roberts, Sr. AI Program and Manager (I/O Psychologist); Barbara Cosgrove, Chief Privacy Officer;Shawn Vanover, Murtaza Skrgdwala ,Blane Mall, Patrick Hall, Akankaha Sunalkar ,Austin Hyland ,Eric Klein, Director, Machine Learning Engineering ,Krishna Sumanth Muppalla, Sr. Machine Learning Engineer, Hamdi Jenzri, Sr. Principal, Machine Learning Engineering  Saurahb Trivedi, Sr. Manager, Machine Learning Engineering ,Branden Olsen Steele, Sr. Machine Learning Engineer , Leslie Blanchard, Director, Product Management ,Jamie Moore, Sr. Director, Product Management, Kelly Trindel, Chief Responsible AI Officer,  Michelle Hall and Christy Gately.

The Rule 30(b)(6) topics for discussion are Workday's recruiting and hiring

4

process for being hired as a Workday employee(including the requirements of Workdays jobs, the process through which candidates were reviewed, and the criteria used in making hiring decisions); ; development and testing of Workday's products and features, existence of artificial intelligence, and parameters of artificial intelligence in Workday's products used in recruiting or hiring Workday employees; functionality of Workday's products and features used in recruiting or hiring Workday employees; Workday's policies and practices regarding responsible development and use of artificial intelligence in recruiting or hiring Workday employees; Workday's defenses to class and/or collective decertification in *Mobley v. Workday, Inc.*; duties and responsibilities of Workday's Hiring managers, Sales and relationship partners between Workday and its customers (including products purchased by customers, scope of Workday's role with respect to customer's processes, product features in use), Workday Engineers and developers involved in development and testing of Workday's products, features and artificial intelligence, Product managers in development and functionality of Workday's products, features, and artificial intelligence; Workday's employees and officials knowledgeable of putative class members (information regarding their

5

experience and qualifications, the jobs to which they applied, their efforts to obtain employment, and the reason(s) they were not hired; and Workday's overall company policies and practices related to this case.

Please provide us a date a time to discuss these matters and scheduling issues.
Bob

On Jan 6, 2026, at 4:02 PM, Totten, Julie A. <jatotten@orrick.com> wrote:

Hi Bob,

We are happy to meet and confer and we have availability tomorrow from 12-1 pm PT.

We appreciate having the general topics for discussion identified. However, in order to make the meeting productive, as to each category of written discovery responses and the privilege log, we ask that you provide specific information in advance of the call identifying Plaintiffs' concerns or questions. Also, we're a bit surprised to see the January 2, 2026 objections on your list as, per our agreement, we have only served objections without actual responses at this time. The responses are forthcoming.

Additionally, you ask for availability to schedule depositions. Other than the depositions discussed in today's hearing that Workday intends to take, however, we are unaware of any depositions to be taken. If you are planning to notice depositions, please identify who you would like to depose.

You also mention that you would like to discuss other related discovery issues. Again, to ensure the meeting is productive, we ask that you identify with some specificity what you plan to discuss so we have the opportunity to adequately prepare.

6

Thank you.
Julie

-----Original Message-----
From: Bob Wiggins
<rwiggins@wigginschilds.com>
Sent: Tuesday, January 6, 2026 11:46 AM
To: Totten, Julie A. <jatotten@orrick.com>;
Connell, Erin M. <econnell@orrick.com>;
Grundy, Kayla Delgado
<kgrundy@orrick.com>; Elliott, Alexandria
<aelliott@orrick.com>; Michaelidis, Chloe
<cmichaelidis@orrick.com>
Cc: Lee Winston
<lwinston@winstoncooks.com>; Roderick T
Cooks <rcooks@winstoncooks.com>; Smith,
Jenny <jsmith@wigginschilds.com>; Bethany
Neal <bneal@winstoncooks.com>
Subject: Meet/Confer on RFP Objections


Hi Julie,
Plaintiffs request that the Parties meet and
confer this week, preferably tomorrow, on the
responses and objections to our first requests
for production of documents on behalf of
applicants seeking Workday employment that
you served last Friday, January 2, 2026, the
Second Supplemental Responses and
Objections you served on December 19, 2025
for the production requests and interrogatories
served in September 2024, the revised
Privilege Log you served last week, December
31, 2025, available dates to schedule for
depositions over the coming two months and
other related discovery issues.
Please let us know dates and times we can
discuss such matters.
Bob

NOTICE: This e-mail and any attachments to it
may be privileged, confidential or contain trade
secret information. If you are not the intended
recipient, please notify me immediately by
reply e-mail and delete the e-mail and any
attachment from your system. Unintended
recipients are not authorized to use,
disseminate, retain, print or copy the e-mail or
its attachments.

8

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.