# Exhibit A

| | |
|---|---|
| **From:** | Grundy, Kayla Delgado |
| **To:** | Roderick Cooks; Bob Wiggins |
| **Cc:** | Totten, Julie A.; Elliott, Alexandria; Michaelidis, Chloe; Lee Winston; Bethany Neal; Fisher, Samuel; Smith, Jenny; Nicki Lawsen; Malik Moore; Wiggins, Ann |
| **Subject:** | RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf |
| **Date:** | Monday, February 23, 2026 11:40:09 AM |

Hi Rod,

Thank you for the update. We look forward to receiving Plaintiffs' responses to Workday's December 16, 2025 discovery requests on Thursday. To confirm, there are two outstanding issues we want to ensure are not conflated in your email below. Plaintiffs have neither provided substantive responses to Workday's requests for production or special interrogatories nor have they provided responsive documents. While we understand that document productions may need to be served on a rolling basis, we do not agree that it is appropriate for the substantive responses to Workday's requests to be "rolling."

I understand your email below to state we will receive substantive responses to the outstanding requests which were due on February 17 by this Thursday, along with an initial document production that will continue thereafter. We similarly expect that we will receive substantive responses to the remaining requests on March 16 as previously agreed upon. If that is incorrect, please let me know.

Thank you,
Kayla

**From:** Roderick Cooks <rcooks@winstoncooks.com>
**Sent:** Monday, February 23, 2026 7:48 AM
**To:** Grundy, Kayla Delgado <kgrundy@orrick.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

**[EXTERNAL]**

Hi Kayla,

We write to update Plaintiffs' production schedule.

Plaintiffs will serve their first set of written responses and begin document production on a rolling basis no later than Thursday, February 26, 2026.

Consistent with Rule 34(b)(2)(B), the first tranche will be available Thursday, with subsequent rolling productions to follow promptly
thereafter as collection and review are completed.

Given the volume of discovery served (approximately 200 sets directed to multiple Plaintiffs), Plaintiffs are coordinating collection across numerous sources to ensure complete and accurate responses.
We are proceeding diligently and in good faith.

Plaintiffs hope to substantially complete production within the original sixty-day timeline previously requested.
However, that estimate remains subject to adjustment depending on collection volume, custodial scope, and
ongoing review considerations. We will continue to update you as production progresses.

To be clear, we are not refusing to respond.   Again, due to the volume of requests, this is a structured rolling production
consistent with Rule 34 and proportional to the scope of requests served.

Please let us know if you would like to discuss sequencing or prioritization of categories.

Thanks,

Rod Cooks

Roderick T. Cooks
Attorney at Law
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Website:  www.winstoncooks.com
Contact: (205) 482-5174
Fax:        (205) 278-5876
Email:      rcooks@winstoncooks.com

This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 USC 2510 and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication is confidential and may contain information that is privileged or exempt from disclosure under applicable law. Receipt by anyone other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of the communication. Any review or distribution by other than the intended recipient is strictly prohibited. If you are not the intended recipient(s), please notify the sender at the e-mail address above and delete all copies of this communication.

**From:** Grundy, Kayla Delgado <kgrundy@orrick.com>
**Sent:** Friday, February 20, 2026 6:05 PM
**To:** Roderick Cooks <rcooks@winstoncooks.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis,

Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

Hi Rod,

Your note below continues to fail to provide a date by which we will receive responses. Please provide one. Importantly, unlike Workday (which provided timely substantive responses), Plaintiffs have provided neither substantive responses to Workday's requests nor documents. Failing to provide substantive responses at all is not the same as a rolling document production following timely responses.

It is also incorrect that Plaintiffs requested a "modest additional extension." Plaintiffs made no request, but rather informed us the responses would come later at a time still yet to be determined. Absent a date certain by which Plaintiffs will provide their responses, we will have no choice but to raise this matter with the Court.

**From:** Roderick Cooks <rcooks@winstoncooks.com>
**Sent:** Friday, February 20, 2026 3:32 PM
**To:** Grundy, Kayla Delgado <kgrundy@orrick.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

[EXTERNAL]

Hi Kayla,

We respectfully disagree with your characterization.

Workday served approximately 200 sets of discovery directed to multiple Plaintiffs and custodians, requiring collection, review, and coordination across numerous sources. Plaintiffs requested a modest additional extension to ensure complete and accurate responses considering that scope.

That request was made in good faith and prior to any discussion of Court involvement.

By contrast, Workday required approximately fourteen (14) months and ten separate productions before representing that its production was complete.
Against that procedural history, Plaintiffs' brief extension request is reasonable and proportionate.

Plaintiffs are diligently completing collection and review and will serve written responses and production as soon as possible.

With respect to Plaintiffs' discovery letter, we stand by its substance. A short, transparent extension request made in advance is not comparable
to rolling extensions or delayed completeness representations.

If Workday chooses to raise discovery timing with the Court, we will provide the full procedural context.

We remain available to meet and confer in good faith to avoid unnecessary motion practice.

Thanks,

Rod Cooks


Roderick T. Cooks
Attorney at Law
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Website:  www.winstoncooks.com
Contact: (205) 482-5174
Fax:        (205) 278-5876
Email:      rcooks@winstoncooks.com


This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 USC 2510 and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication is confidential and may contain information that is privileged or exempt from disclosure under applicable law. Receipt by anyone other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of the communication. Any review or distribution by other than the intended recipient is strictly prohibited. If you are not the intended recipient(s), please notify the sender at the e-mail address above and delete all copies of this communication.


**From:** Grundy, Kayla Delgado <kgrundy@orrick.com>
**Sent:** Thursday, February 19, 2026 7:20 PM
**To:** Roderick Cooks <rcooks@winstoncooks.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

Hi Rod,

Following up on the below request for a date certain by which we can expect the responses that were due February 17. Please confirm a date no later than tomorrow so that we may consider and respond appropriately.

Thank you,
Kayla

---

**From:** Grundy, Kayla Delgado
**Sent:** Wednesday, February 18, 2026 2:40 PM
**To:** Roderick Cooks <rcooks@winstoncooks.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

Hi Rod,

Thank you for the note confirming Plaintiffs will not provide either documents or substantive responses to Workday's requests at the agreed upon time, February 17, 2026 (which included a 30-day extension). Please confirm a date certain by which you will provide the responses that were due yesterday.

Please also confirm whether Plaintiffs intend to make any changes to their discovery letter, which, as you know, objects to Workday's "unilateral self-granted extensions"—a characterization of Workday's actions that we disagree with, but unquestionably applies to the below. To the extent the parties will be raising discovery timing with the Court now, we will also seek to address Plaintiffs' belated responses sooner rather than later.

---

**From:** Roderick Cooks <rcooks@winstoncooks.com>
**Sent:** Tuesday, February 17, 2026 8:10 PM
**To:** Grundy, Kayla Delgado <kgrundy@orrick.com>; Bob Wiggins <rwiggins@wigginschilds.com>
**Cc:** Totten, Julie A. <jatotten@orrick.com>; Elliott, Alexandria <aelliott@orrick.com>; Michaelidis, Chloe <cmichaelidis@orrick.com>; Lee Winston <lwinston@winstoncooks.com>; Bethany Neal <bneal@winstoncooks.com>; Fisher, Samuel <sf@wigginschilds.com>; Smith, Jenny <jsmith@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>; Malik Moore <mmoore@wigginschilds.com>; Wiggins, Ann <awiggins@wigginschilds.com>
**Subject:** RE: Plaintiffs Draft Discovery Dispute Ltr. . 2-12-22.pdf

[EXTERNAL]

Kayla, due to the substantial number and scope of the discovery requests

served,
we require additional time to ensure complete and accurate responses.

We anticipate supplementing promptly and will do so as soon as practicable.

We appreciate your professional courtesy and will keep you updated as to timing.

This request is made in good faith and is not intended to delay the proceedings in any way.

Please let us know if you would like to discuss.

Thanks,

Rod Cooks

Roderick T. Cooks
Attorney at Law
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Website: www.winstoncooks.com
Contact: (205) 482-5174
Fax:       (205) 278-5876
Email:     rcooks@winstoncooks.com

This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 USC 2510 and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication is confidential and may contain information that is privileged or exempt from disclosure under applicable law. Receipt by anyone other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of the communication. Any review or distribution by other than the intended recipient is strictly prohibited. If you are not the intended recipient(s), please notify the sender at the e-mail address above and delete all copies of this communication.