# PLAINTIFFS' EXHIBIT A

## Discovery of Opt-ins

**From** Bob Wiggins <rwiggins@wigginschilds.com>

**Date** Mon 2/9/2026 5:00 PM

**To** Julie Totten <jatotten@orrick.com>; Alexandria Elliott <aelliott@orrick.com>; Kayla Grundy <kgrundy@orrick.com>; Chloe Michaelidis <cmichaelidis@orrick.com>

**Cc** Roderick Cooks <rcooks@winstoncooks.com>; Lee Winston <lwinston@winstoncooks.com>; Smith, Jenny <jsmith@wigginschilds.com>; Bethany Neal <bneal@winstoncooks.com>; Malik Moore <mmoore@wigginschilds.com>; Fisher, Samuel <sf@wigginschilds.com>; Nicki Lawsen <nlawsen@wigginschilds.com>

Julie,

In addition to the items we discussed in our meeting this afternoon, Plaintiffs oppose your position on individualized opt-in discovery in your February 4th letter. Based on a well established line of precedent, we oppose serving individualized discovery on more than a representative sample of such individuals.

Bob

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.