Lee D. Winston
*Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

**Local Counsel:**
Jay Greene, JD, CPA
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr.
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samule Fisher, Jr.
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY, JILL E. HUGHES, SHEILAH JOHNSON-ROCHA, and FAITHLINH ROWE. on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> WORKDAY, INC., <br><br> *Defendant.* | Case No. 3:23-cv-00770-RFL <br><br> **PURSUANT TO LOCAL RULE 6-2 PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)** <br><br> **Courtroom:    15, 18th Floor** <br> **Before:        Hon. Rita F. Lin** |

**PURSUANT TO LOCAL RULE 6-2 PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)**

Plaintiffs Derek L. Mobley, Jill E. Hughes, Sheilah Johnson-Rocha, and Faithlinh Rowe and all others similarly situated (collectively, "Plaintiffs") and Defendant Workday, Inc. ("Defendant")

(collectively, the "Parties"), by and through their respective counsel, hereby move the Court for a stipulated extension of the briefing deadlines concerning Defendant's Motion for Certification Under 28 U.S.C. § 1292(b) (ECF No. 286).  In support of this stipulated motion, the Parties state as follows:

1.      On March 30, 2026, the Court set a briefing schedule for Defendant's motion, with Plaintiff's opposition due April 10, 2026, and Defendant's reply due April 17, 2026.

2.      The Parties have met and conferred and agree that a brief extension of time is warranted to allow for more fulsome and efficient briefing on the issues raised in the motion for interlocutory appellate review under 28 U.S.C. § 1292(b).

3.      The requested extension will not affect any other case deadlines or the hearing date and will promote the orderly and efficient presentation of issues to the Court.

4.      This request is made in good faith and not for purposes of delay.

Accordingly, the Parties respectfully request that the Court extend the deadlines as follows:

•Plaintiff's opposition deadline be extended from April 10, 2026 to April 15, 2026; and

•Defendant's reply deadline be extended from April 17, 2026 to April 27, 2026.

Respectfully submitted,

s/Roderick T. Cooks

Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wgginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com

2

**PURSUANT TO LOCAL RULE 6-2 PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERFICATION UNDER 28 U.S.C. § 1292(b)**

Freddrick M. Moore (ASB: 7952L20o
mmoore@wiggins childs.com
*Admitted Pro Hac Vice*
Wiggins Childs Pantazis Fisher and
Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

## CERTIFICATE OF SERVICE

I hereby certify that on  April 8, 2026. I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing of this document.

Jay Patrick Greene   jay@ greenelawfirm.com
Julie Ann Totten      Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell      econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott (aelliott@orrick.com)

s/*Roderick T. Cooks*
Of Counsel

3
**PURSUANT TO LOCAL RULE 6-2 PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERFICATION UNDER 28 U.S.C. § 1292(b)**