Lee D. Winston
*Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

**Local Counsel:**
Jay Greene, JD, CPA
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr.
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samule Fisher, Jr.
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, JILL E. HUGHES, SHEILAH JOHNSON-ROCHA, and FAITHLINH ROWE. on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WORKDAY, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-00770-RFL<br><br>**DECLARATION IN SUPPORT OF PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)**<br><br>**Courtroom:    15, 18th Floor**<br>**Before:        Hon. Rita F. Lin** |

### DECLARATION IN SUPPORT OF
### PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S
### MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)

I, Roderick T. Cooks, declare as follows:

**DECLARATION IN SUPPORT OF PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERFICATION UNDER 28 U.S.C. § 1292(b)**

1. I am counsel of record for Plaintiffs Derek L. Mobley, Jill E. Hughes, Sheilah Johnson-Rocha, Faithlinh Rowe, and all others similarly situated (collectively, "Plaintiffs") in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. On March 27, 2026, Defendant Workday, Inc. filed a Motion for Certification Under 28 U.S.C. § 1292(b).

3. On March 30, 2026, the Court set a briefing schedule for that motion, with Plaintiffs' opposition due April 10, 2026, and Defendant's reply due April 17, 2026.

4. Counsel for the Parties have met and conferred regarding the briefing schedule. The Parties have agreed to a five (5) day extension of both the opposition and reply deadlines to allow for more fulsome and efficient briefing of the complex statutory interpretation and appellate issues presented by Defendant's motion, including issues concerning the scope of the ADEA and interlocutory review under 28 U.S.C. § 1292(b).

5. The requested extension will not affect any other deadlines in this case, including the hearing date.

6. This request is made in good faith and not for purposes of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 8, 2026.

*/s/ Roderick T. Cooks*
Roderick T. Cooks

2
**DECLARATION IN SUPPORT OF PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERFICATION UNDER 28 U.S.C. § 1292(b)**