Lee D. Winston
*Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

**Local Counsel:**
Jay Greene, JD, CPA
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr.
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samule Fisher, Jr.
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, JILL E. HUGHES, SHEILAH JOHNSON-ROCHA, and FAITHLINH ROWE. on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WORKDAY, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-00770-RFL<br><br>**[PROPOSED] ORDER ON PARTIES' STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)**<br><br>**Courtroom:    15, 18th Floor**<br>**Before:         Hon. Rita F. Lin** |

Pursuant to the Parties' Stipulation and for good cause shown under Civil Local Rule 6-2, the deadlines are modified as follows: Plaintiffs' opposition is due April 15, 2026, and Defendant's reply is due April 27, 2026. No other deadlines or dates, including the hearing date, are affected.

IT IS SO ORDERED.

Dated: _____, 2026

 

 HON. RITA F. LIN
UNITED DISTRICT COURT JUDGE