Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC, 420 20th Street North, Suite 2200, Birmingham, AL 35203

Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o)
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com
Wiggins Childs Pantazis Fisher and Goldfarb, 301 North 19th Street, Birmingham, AL 35203

Jay Greene, JD, CPA
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435, San Francisco, CA 94108
*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>WORKDAY, INC.,<br>*Defendant.* | Case No. 3:23-cv-00770-RFL<br>**NOTICE OF UPLOADING AND SERVICE OF CONSENT TO JOIN FORMS**<br>Courtroom: 15 (18th Floor)<br>Judge: Hon. Rita F. Lin |

**NOTICE OF UPLOADING AND SERVICE OF CONSENT TO JOIN FORMS**

Pursuant to the Order entered April 14, 2026 (ECF No. 305), Plaintiffs hereby give notice that they have complied with the order to: (a) "upload all Consent to Join Forms for the individuals listed in Dkt. No. 277 or otherwise covered by [such] Order" via the Court's Box.com site; and (b) "serve on Workday all Consent to Join Forms that are uploaded." ECF No. 305 at 2.

To comply with the Court's instruction "to file 'a single PDF document containing the first page of all of the opt-in consent to join forms they received' . . . that members of the public may contact the Clerk of the Court to request access to a copy of the Consent to Join Forms [as] part of the public record" (ECF No. 305), the uploaded electronic Consent to Join Forms populate only the cells of the fillable Form that come within the "page one" information approved by the Court in accordance with the terms of the Notice stating that "[o]nly page one will be publicly /filed with the Court" and "[y]our contact information and birthday on page two will not be /filed with the Court as part of your initial opt-in to the case." Order, ECF No. 203 at 4; Order, ECF No. 211; Order, ECF No. 225. Based on such prior Orders, the opt-in Plaintiffs uploaded Consent to Join Forms do not populate the confidential cells of the electronic Form posted on the court-approved webpage in accordance with the Court's prior Orders that: (1) the terms of the posted Notice inform recipients that "[y]our contact information and birthday on page two will not be /filed with the Court as part of your initial opt-in to the case." (Order, ECF No. 203 at 4): (2) that "Plaintiffs may provide a fillable Consent to Join Form directly on the website as proposed" (ECF No. 225); (3) that such fillable Form will "capture electronic signatures via checkbox" (*id*); (4) that the Notice tell recipients that "[a] paper copy can be downloaded and printed from this link or you can contact Plaintiffs' attorneys to request such Forms by calling, emailing, texting or mailing them at the addresses or phone numbers provided below in Section V of this Notice" (ECF No. 203 at 4; ECF No. 225); (5) that "[d]uring the notice period, Plaintiffs' counsel shall not file individual consent to join forms on the docket" (ECF No. 211); (6) that "[a]fter the time to opt in has closed, Plaintiffs' counsel shall file a single PDF document containing the first page of all of the opt-in consent to join forms they received between January 6, 2026 and March 7, 2026." *Id.*

The electronic Consent to Join Forms uploaded with this Notice comply with the foregoing Orders and instructions.

Respectfully submitted,

s/Lee Winston
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

s/Robert L. Wiggins
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wgginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o
mmoore@wiggins childs.com
*Admitted Pro Hac Vice*
Wiggins Childs Pantazis Fisher and Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

Plaintiffs Notice of Uploading and Service of Consent to Join Forms

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026. I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Julie Ann Totten      Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell      econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott   aelliott@orrick.com

*s/Lee Winston*
Of Counsel

Plaintiffs Notice of Uploading and Service of Consent to Join Forms

3