Lee D. Winston
*Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Neal
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203

**Local Counsel:**
Jay Greene, JD, CPA
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr.
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr.
*Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick Malik Moore
*Admitted Pro Hac Vice*
mmoore@wigginschilds.com
Wiggins, Childs, Pantazis, Fisher &
Goldfarb, LLC
The Kress Building,
301 19th Street North
Birmingham, AL 35203

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, *Plaintiff,*<br><br>v.<br><br>WORKDAY, INC., *Defendant.* | Case No. 3:23-cv-00770-RFL<br><br>Judge: Hon. Laurel Beeler, United States Magistrate Judge |

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this Errata Notice to correct the record regarding three inaccurate or inadequately signaled citations contained in Plaintiffs' Motion to Compel Production of Requested Documents and Discovery (ECF No. 310 (the "Motion"). These issues were identified in Defendant Workday, Inc.'s Opposition (ECF No. 315 at 16–19). Upon review of Workday's

Opposition, undersigned counsel conducted a verification of the cited authorities, withdraws the citations and confirmed the errors set forth below:

1. The citation to *Richey v. Amsouth Bank*, 2007 WL 1959254 (S.D. Ala. 2007), ECF 310, pg. 10 does not correspond to an existing decision. Plaintiffs withdraw this citation and do not rely on it.

2. The citation to *Nat'l W. Life Ins. Co. v. W. Nat'l Life Ins. Co.*, 769 F. Supp. 2d 585 (S.D.N.Y. 2011), Id. at pg. 17, does not correspond to an existing decision with that name in that reporter at that page. Plaintiffs withdraw this citation and do not rely on it.

3. The citation to *Greer v. County of San Diego*, 127 F.4th 1216, 1230 (9th Cir. 2025), Id. at pgs. 14-15 references reasoning contained in the dissenting opinion. The accompanying parenthetical did not so indicate. Plaintiffs withdraw the citation as presented and do not rely on the *Greer* dissent as authority.

The first two inaccuracies resulted from inadequate verification of citations during the drafting process, including verification of output generated with the assistance of artificial intelligence tools. The third reflects a separate failure to ensure that the parenthetical properly disclosed the nature of the cited authority. Undersigned counsel takes full responsibility for the failure to personally confirm the accuracy and proper signaling of each citation before filing, as required by Judge Lin's and this Court's Standing Orders and by counsel's duty of candor. Counsel deeply regrets the burden this has placed on the Court and on opposing Counsel.

The substantive arguments advanced in the Motion do not depend on any of the withdrawn citations, and Plaintiffs respectfully ask that the Court disregard them and consider the Motion on its remaining authorities and arguments. Counsel apologizes to the Court and to opposing Counsel and is prepared to take any further remedial action the Court deems appropriate.

Respectfully submitted,

s/Roderick T. Cooks
Lee D. Winston
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr. (ASB: 1754G63R)
*Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins (ASB: 7006i61a)
*Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher (ASB: 2675E68S)
*Admitted Pro Hac Vice*
sf@wgginschilds.com
Jennifer Wiggins Smith (ASB:9622E53S)
*Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki L. Lawsen (ASB: 2602C00K)
*Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore (ASB: 7952L20o)
mmoore@wiggins childs.com
*Admitted Pro Hac Vice*
Wiggins Childs Pantazis Fisher and
Goldfarb
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: 205) 254-1500

**Local counsel:**
Jay Greene, JD, CPA
greenattorney@gmail.com
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Telephone: (415) 905-0215

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 11, 2026. I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Julie Ann Totten     Jtotten@orrick.com, jponce@orrick.com
Erin M. Connell     econnell@orrick.com
Kyla Delgado Grundy  kgrundy@ orrick.com
Alexandria R. Elliott   aelliott@orrick.com

                        *s/Roderick T.Cooks*
                        Of Counsel

4