Lee D. Winston (admitted pro hac vice)
lwinston@winstoncooks.com
Roderick T. Cooks (admitted pro hac vice)
rcooks@winstoncooks.com
Bethany M. Logan (admitted pro hac vice)
Winston Cooks, LLC
420 20th Street North, Suite#2200
Birmingham, AL 35203
Telephone:    (205) 482-5174
Facsimile:    (205) 278-5876

Jay Greene
greeneattorney@gmail.com
Greene Estate, Probate, and Elder
Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215

Robert L. Wiggins, Jr. (admitted pro hac vice)
rwiggins@wigginschilds.com
Ann K. Wiggins (admitted pro hac vice)
awiggins@wigginschilds.com
Jennifer Wiggins Smith (admitted pro hac vice)
jsmith@wigginschilds.com
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:    (205) 314-0500
Facsimile:    (205) 254-1500

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, *Plaintiff,*<br><br>V<br><br>WORKDAY, INC., *Defendant.* | Case No. 4:23-cv-00770-RFL<br><br>**PROPOSED ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY FURTHER SUBMISSIONS ON ECF NO. 296 PENDING THE COURT'S RULING ON THE PARALLEL ISSUES OT BE HEARD ON MAY 28, 2026, OR IN THE ALTERNTAIVE, FOR A BRIEF EXTENSION OF TIME** |

Before the Court is **Plaintiffs' Administrative Motion to Stay Further Submissions on ECF No 296 Pending the Court's Ruling on the Parallel Issues Set To Be Heard on May 28, 2026, Or In The Alternative, for a Brief Extension of Time**.

Having considered the motion, the supporting declaration(s), the record in this case, and good cause appearing, the Court finds that the requested stay is warranted.

Accordingly, IT IS HEREBY **ORDERED** that Plaintiffs' Motion is **GRANTED**, and that further submissions on ECF No. 296 are stayed until the Court's ruling on the motion to compel set for hearing on May 28, 2026.

Dated: _____, 2026.

IT IS SO ORDERED.

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE