**THE LAW OFFICES**
**OF**

**WINSTON COOKS, LLC**

420 20th Street North Suite 2200
Birmingham, AL. 35203

Lee D. Winston
(205) 482-3551

A Limited Liability Company

Roderick T. Cooks
(205) 482-5174

June 12, 2026

Magistrate Judge Laurel Beeler
US District Court
Northern District of California
Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Derek L. Mobley v. Workday, Inc.*
Case No. 3:23-cv-00770-RFL-LB

Dear Judge Beeler:

Please see the attached regarding a dispute regarding the location for re-opened depositions which has now been narrowed to the location for Sheliah Johnson-Rocha's deposition.

Sincerely,

*/s/ Lee Winston*