# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,

Plaintiffs,

vs.

WORKDAY, INC.,

Defendant.

Case No. 3:23-cv-00770-RFL

REMOTE VIDEOTAPED DEPOSITION OF
JILL E. HUGHES

Monday, February 10, 2025

REPORTED BY:
ANGELA KOTT, CSR 7811
JOB NO: 10157421



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,

Plaintiffs,

vs.

WORKDAY, INC.,

Defendant.

Case No. 3:23-cv-00770-RFL

BE IT REMEMBERED THAT, pursuant to Notice of Taking Deposition, and on Monday, February 10, 2025, commencing at the hour of 9:31 a.m., thereof, before me, ANGELA KOTT, a Certified Shorthand Reporter, there remotely appeared

JILL E. HUGHES,

called as a witness by the Defendant, who, being by me first duly sworn, was thereupon examined and interrogated as is hereinafter set forth.

---oOo---



R E M O T E   A P P E A R A N C E S

FOR THE PLAINTIFFS:

WINSTON & COOKS, LLC
BY: RODERICK COOKS, Attorney at Law
LEE WINSTON, Attorney at Law
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
205.502.0940
lwinston@winstoncooks.com

FOR THE DEFENDANT:

ORRICK, HERRINGTON & SUTCLIFFE LLP
BY: KAYLA D. GRUNDY, Attorney at Law
ALEXANDRIA ELLIOTT, Attorney at Law
CHLOE MICHAELIDIS, Attorney at Law
405 Howard Street
San Francisco, California 94105
415.773.5700
kgrundy@orrick.com
aelliott@orrick.com
cmichaelidis@orrick.com

ALSO PRESENT:

ALEXANDER ROBINSON, ESQ., Workday

BETH LOGAN, Winston & Cooks

SPENCER BENVENISTE, Aptus Video Technician

---oOo---



I N D E X

INDEX OF EXAMINATIONS

EXAMINATION BY MS. GRUNDY....................... 9

EXHIBITS MARKED FOR IDENTIFICATION


| Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 1 | Consent to Join, 19 pages | 25 |
| Exhibit 2 | Defendant Workday, Inc.'s, Amended Notice of Deposition of Plaintiff Jill E. Hughes, 2 pages | 28 |
| Exhibit 3 | E-mail Correspondence from Greenhouse to Jill E. Hughes, Multiple Bates Numbers, 13 pages | 55 |
| Exhibit 4 | E-mail Correspondence from LinkedIn to J. Hughes, MA, Multiple Bates, 37 pages | 57 |
| Exhibit 5 | E-mail Correspondence from Aduro, LLC, to Jill E. Hughes, July 31, 2024, Bates Hughes 000144 | 61 |
| Exhibit 6 | E-mail Correspondence from Indeed Apply to Jill E. Hughes, Multiple Bates, 6 pages | 63 |
| Exhibit 7 | E-mail Correspondence from on behalf of Keller Executive Search to Jill E. Hughes, August 1, 2024, Bates Hughes 000130 | 65 |
| Exhibit 8 | Compilation of E-mail Correspondence from Multiple Senders, Multiple Bates, 29 pages | 67 |

**Q. Do you recall about how much income you earned in 2020 to 2021 approximately for novels that you've written?**
A. It would have been less than -- it would have been less than a thousand dollars, and probably much less.
MS. GRUNDY: Let's go off the record.
APTUS VIDEO TECHNICIAN: Okay. The time is 4:58 p.m. and we're off the record.
(Recess taken)
APTUS VIDEO TECHNICIAN: Okay. We're back on the record and the time is 5:02 p.m.
MS. GRUNDY: Thank you. Ms. Hughes, I have no further questions for you today.
I am going to keep this deposition open as I understand that you have provided additional documents to your counsel that we haven't yet received in case we have questions that we'd like to call you back to answer about those documents that we haven't yet had an opportunity to review.
And also, so that we can have conversations with your counsel about retrieval of any other aspects of the Reddit page that was deleted last November, which we believe was an improper deletion of relevant information.



So with those two caveats, we're done for today.
I thank you very much for your time, your patience, and your testimony today. And I hope you have a great evening.
THE WITNESS: Thank you.
MR. COOKS: We don't have any questions for the witness.
APTUS VIDEO TECHNICIAN: Okay. May I take us off the record?
MS. GRUNDY: Yes, please.
APTUS VIDEO TECHNICIAN: Okay. The time is 5:03 p.m.
This is the end of the videotaped deposition of Jill E. Hughes, Volume 1, dated February 10, 2025.
We are off the record.

(Whereupon, the deposition was adjourned at 5:03 p.m.)

--oOo--



CERTIFICATE OF REPORTER

I, ANGELA T. KOTT, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: February 17, 2025.

ANGELA T. KOTT, CSR 7811



DECLARATION UNDER PENALTY OF PERJURY

Case Name: Derek L. Mobley
vs. Workday, Inc.
Date of Deposition: 02/10/2025
Job No.: 10157421

I, JILL E. HUGHES, hereby certify under penalty of perjury under the laws of the State of ________________ that the foregoing is true and correct.
Executed this ______ day of __________________, 2025, at ____________________.

_________________________________
JILL E. HUGHES

NOTARIZATION (If Required)
State of ________________
County of _______________
Subscribed and sworn to (or affirmed) before me on this _____ day of ____________, 20__,
by________________________, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
Signature: ______________________________ (Seal)