**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA,** on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**WORKDAY, INC.**<br><br>　　　　　　　Defendant. | **Case No. 3:23-cv-00770-RFL-LB**<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Dkt. No. 352 |

Having considered Plaintiffs' June 12, 2026 Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and any response thereto, and for good cause shown the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Motion, Dkt. No. 352-3 | Master Subscription Agreement | Workday, Inc. |
| Exhibit C to Motion, Dkt. No. 352-4 | Workday Innovation Services Terms and Conditions Addendum | Workday, Inc. |

**IS IT SO ORDERED.**

Dated:　June 24, 2026

_____
HON. RITA F. LIN
United States District Judge