UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, et al., | Case No. 23-cv-00770-RFL |
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |
| WORKDAY, INC., | |
| Defendant. | Re: Dkt. Nos. 351, 364 |

The Court has reviewed Magistrate Judge Beeler's Discovery Order (Dkt. No. 340 ("Order")), the Motion for Relief from that Order (Dkt. Nos. 351, 363), as well as the underlying motion and briefs submitted about the discovery disputes (Dkt. Nos. 310, 315, 319, 321, 331) and associated papers. With respect to the termination of Plaintiffs' letter brief as moot, the Order is well-reasoned and not clearly erroneous or contrary to law. Considering Workday's supplemental facts was within Judge Beeler's discretion, and Plaintiffs had the opportunity to raise any objection or respond to the filing at or before the hearing on the parties' discovery disputes.

Plaintiffs' Motion for Relief also challenges the Order on the basis that it does not address whether production should be ordered because Workday has "possession" of the documents and data in dispute under the meaning of Federal Rule of Civil Procedure 34(a)(1), even if Workday does not have "control" of those materials. It does not appear that the Order addresses this issue directly. Although the issue was raised by Plaintiffs in a cursory fashion in the underlying dispute and thus was not technically waived, it does not appear to have been the focus of the parties' argument before Judge Beeler or to have been directly addressed by the

1

parties in a fulsome fashion.  Therefore, the Court **VACATES** the portion of the Order to the extent it declines to "compel production of Workday's customers' data" (Order at 10)[1] and **REMANDS** for consideration of the possession issue.  The Motion for Relief is otherwise **DENIED**.  The parties shall not file any additional briefing or evidence unless instructed to do so by Judge Beeler in her discretion.  Plaintiffs' administrative motion for leave to file a reply is therefore **DENIED**.  (Dkt. No. 364.)

        **IT IS SO ORDERED.**

Dated: June 24, 2026

RITA F. LIN
United States District Judge

---

[1] Citations to page numbers refer to ECF pagination.