Lee D. Winston, *Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks, *Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan, *Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**Local Counsel:**
Jay Greene, JD, CPA
GREENE ESTATE, PROBATE, AND ELDER
LAW FIRM
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER &
GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER &
GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*Attorneys for the Plaintiffs and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA,** on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>**WORKDAY, INC.**<br>      Defendant. | **Case No. 3:23-cv-00770-RFL-LB**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Courtroom: 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

Under Civil Local Rules 7-11 and 79-5-(f) and the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets entered in this case (ECF No. 101), Plaintiffs hereby move the Court to consider whether exhibits to Plaintiffs' Reply In Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule designated as "CONFIDENTIAL" by Defendant Workday, Inc. should be sealed.

<strong><u>Material To Be Filed Under Seal</u></strong>

The material to be filed under seal are the following exhibits to the Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule:

| Document | Description | Designating Party |
| --- | --- | --- |
| Exhibit A to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of Deposition of Veena Calambur | Workday, Inc. |
| Exhibit B to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of 30(b)(6) Deposition of Workday's designee Kelly Trindel | Workday, Inc. |
| Exhibit C to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and | Excerpts of 30(b)(6) Deposition of Workday's designee David Wachtel | Workday, Inc. |

| Collective Decertification Schedule | | |
|---|---|---|
| Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Redactions of quoted and paraphrased deposition testimony designated as confidential by Workday | Workday, Inc. |

Under Local Rule 79-5(f)(3), the designating party bears the responsibility to establish that all of the designated material is sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.  The Declaration of Meredith L. Burrell in Support of this Motion; and

2.  A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: July 10, 2026

Respectfully submitted,

/s/ Meredith Burrell
Meredith Burrell *(admitted pro hac vice)*

**OF COUNSEL:**
Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876


**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I served a true and correct copy of the UNSEALED versions of the foregoing documents upon the following counsel by email:

Julie Ann Totten          jtotten@orrick.com
Erin M. Connell           econnell@orrick.com
Kayla Delgado Grundy      kgrundy@orrick.com
Alexandria R. Elliott     aelliott@orrick.com

> *s/ Meredith Burrell*
> Of Counsel
> Wiggins Childs Pantazis Fisher & Goldfarb
> 1050 Connecticut Avenue NW, Suite 500
> Washington, DC 20036
> Telephone: (205) 314-0500
> Facsimile: (205) 254-1500