Lee D. Winston, *Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks, *Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan, *Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876


**Local Counsel**:
Jay Greene, JD, CPA
GREENE ESTATE, PROBATE, AND ELDER
LAW FIRM
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER &
GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500


Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER &
GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*Attorneys for the Plaintiffs and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WORKDAY, INC.**<br><br>Defendant. | **Case No. 3:23-cv-00770-RFL-LB**<br><br>**DECLARATION OF MEREDITH L. BURRELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Courtroom: 15, 18th Floor<br><br>Judge: Hon. Rita F. Lin |

I, Meredith L. Burrell, declare and states as follows:

1.      I am an attorney at Wiggins, Childs, Pantazis, Fisher, & Goldfarb, and I am one of the attorneys of record for Plaintiffs in this matter.  I am duly admitted to practice before this Court *pro hac vice* in the above captioned action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal

3.      Because the materials at issue were designated by Workday as "CONFIDENTIAL," Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of Deposition of Veena Calambur | Workday, Inc. |
| Exhibit B to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of 30(b)(6) Deposition of Workday's designee Kelly Trindel | Workday, Inc. |
| Exhibit C to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend | Excerpts of 30(b)(6) Deposition of Workday's designee David Wachtel | Workday, Inc. |

| Class Certification and Collective Decertification Schedule | | |
|---|---|---|
| Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Redactions of quoted and paraphrased deposition testimony designated as confidential by Workday | Workday, Inc. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2026 in Washington, DC.

*/s/ Meredith L. Burrell*
Meredith L. Burrell