**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA,** on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>              v.<br><br>**WORKDAY, INC.**<br>                                    Defendant. | **Case No. 3:23-cv-00770-RFL-LB**<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Plaintiffs' July 10, 2026 Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and any response thereto, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of Deposition of Veena Calambur | Workday, Inc. |
| Exhibit B to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of 30(b)(6) Deposition of Workday's designee Kelly Trindel | Workday, Inc. |
| Exhibit C to Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Excerpts of 30(b)(6) Deposition of Workday's designee David Wachtel | Workday, Inc. |

| Declaration of Meredith L. Burrell in Support of Plaintiffs' Reply in Support of Motion to Change Time Pursuant to L.R. 6-1 and 6-3(a) to Extend Class Certification and Collective Decertification Schedule | Redactions of quoted and paraphrased deposition testimony designated as confidential by Workday | Workday, Inc. |
|---|---|---|

**IS IT SO ORDERED.**

Dated: _____

_____

HON. RITA F. LIN
United States District Judge