UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY, et al.,

Plaintiffs,

v.

WORKDAY, INC.,

Defendant.

Case No. 23-cv-00770-RFL

**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 396

Having reviewed Magistrate Judge Beeler's Discovery Order (Dkt. No. 368 ("Order")), the parties' discovery letters and their attachments (Dkt. Nos. 344, 355), and Plaintiffs' Motion for Relief (Dkt. No. 396), the Court finds that the Order is well-reasoned and is not clearly erroneous or contrary to law. Judge Beeler reasonably concluded that there is no blanket prohibition on defendants seeking individualized discovery from opt-in plaintiffs, and that Workday's Interrogatory No. 2 and Request for Production No. 1 are properly within the scope of discovery. Accordingly, the Motion for Relief is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 23, 2026

RITA F. LIN
United States District Judge