UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>WORKDAY, INC.,<br><br>      Defendant. | Case No.  23-cv-00770-RFL<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 403 |

Having reviewed Magistrate Judge Beeler's Discovery Order (Dkt. No. 394 ("Order")), Plaintiffs' Motion for Relief (Dkt. No. 403), and the docket in this case, the Court finds that the Order is well-reasoned and is not clearly erroneous or contrary to law.  Judge Beeler reasonably concluded that "plaintiffs have not met their burden of showing that Workday has actual possession of its customers' data where it resides on segregated, password-protected customer tenants that Workday is contractually prohibited from freely accessing."  (Order at 2; *see also* Dkt. No. 108 ¶ 21 ("Workday cannot access its customers' data absent customer permission" because of "physical and contractual limitations"); Dkt. No 352-3 at 12 (defining "Tenant").)[1]

To be clear, the Order denies the motion to compel customer data that Workday has described as stored in password-protected customer tenants.  To the extent the Motion seeks relief from the Order based on Plaintiffs' request for data in the form of aggregated anonymized statistics that Workday uses for its own purposes, that does not appear to be the "customers' applicant data" over which Workday says it lacks possession, custody, or control, and thus is not the customer data that has been determined to be outside the scope of discovery by Judge

---

[1] Citations to page numbers refer to ECF pagination.

2

Beeler.  (*See* Dkt. No. 315 at 25 (describing such aggregate statistical data as providing summary-level insights, not disputing Workday's contractual or technical ability to access it, and objecting only on relevance grounds); Dkt. No. 340 at 5 (rejecting Workday's relevance arguments).)

Accordingly, the Motion for Relief is **DENIED**.


**IT IS SO ORDERED.**


Dated: July 28, 2026

RITA F. LIN
United States District Judge