tLee D. Winston, *Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks, *Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan, *Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**Local Counsel:**
Jay Greene, JD, CPA
GREENE ESTATE, PROBATE, AND ELDER LAW FIRM
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
Clare F. Geller, Admitted Pro Hac Vice
cgeller@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*Attorneys for the Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF MEREDITH L. BURRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Courtroom: 15, 18th Floor

Date/Time: December 8, 10:00 am

Judge: Hon. Rita F. Lin

I, Meredith L. Burrell, declare and states as follows:

1. I am an attorney at Wiggins, Childs, Pantazis, Fisher, & Goldfarb, and I am one of the attorneys of record for Plaintiffs in this matter. I am duly admitted to practice before this Court *pro hac vice* in this case. I make this declaration based on my own personal knowledge in support of Plaintiffs' Motion for Class Certification. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in Support of Plaintiffs' Motin for Class Certification.

**Plaintiffs' Evidence**

3. I am familiar with Plaintiffs' procedures for storing and retrieving documents, data, and other files that Workday, Inc. ("Workday") has produced in response to Plaintiffs' various interrogatories and requests for production of documents during the course of this litigation, and that Plaintiffs have produced in response to Workday's various discovery requests.

4. Certain documents and deposition transcripts would be voluminous if Plaintiffs filed the entire document. Therefore, where indicated, Plaintiffs have filed only excerpts of such documents in order to eliminate unnecessarily voluminous, duplicative, or irrelevant information. Plaintiffs will provide complete copies of any excerpted documents should the Court so request.

**Appendices and Adequacy Declarations**

5. Plaintiffs also have attached Appendices that summarize significant testimony and evidence that itself is also attached to this declaration. Plaintiffs herein identify such Appendices with the "A" designation.

6. Attached hereto as "A1," a document entitled Approximate Number of Unique Companies on the AI Customer List to Which the 38 Declarants Applied, is a true and accurate summary of information provided since January 2026 by 38 opt-in plaintiffs, who are also class member declarants (*see* D5-D42, below), in response to Defendant Workday, Inc.'s discovery requests, which identify the putative classes to which they belong and the companies on Workday's AI Customer List to which they have applied.

7. Attached hereto as "A2," a document entitled Approximate Number of Unique Companies on the AI Customer List to Which the Early Opt-In Plaintiffs Applied, is a true and

accurate summary of information provided since January 2026 by early opt-in plaintiffs in response to Defendant Workday, Inc.'s discovery requests, which identify the putative classes to which they belong and the companies on Workday's AI Customer List to which they have applied.

8. Attached hereto as "A3" is a true and correct copy of the Declaration of Robert L. Wiggins.

9. Attached hereto as "A4" is a true and correct copy of the Declaration of Ann K. Wiggins.

10. Attached hereto as "A5" is a true and correct copy of the Declaration of Roderick Cooks in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

**Declarations**

11. Plaintiffs herein identify sworn declarations from Plaintiffs and Class Members with the "D" designation. Declarations are organized by category of declarant, marked in alphabetical order within each category by the declarant's last name.

**A. Plaintiff Declarations**

12. Attached here to as "D1" is a true and correct copy of the Declaration of Derek L. Mobley, including supporting documents authenticated by Mr. Mobley

13. Attached hereto as "D2" is a true and correct copy of the Declaration of Jill E. Hughes, including supporting documents authenticated by Ms. Hughes.

14. Attached hereto as "D3" is a true and correct copy of the Declaration of Sheilah Johnson-Rocha.

15. Attached hereto as "D4" is a true and correct copy of the Declaration of FaithLinh Rowe, including supporting documents authenticated by Ms. Rowe.

B. **Class Member Declarations**

16. Attached hereto as "D5" is a true and correct copy of the Declaration of Michelle Arnold.

17. Attached hereto as "D6" is a true and correct copy of the Declaration of Giovanna Barreto, including supporting documents authenticated by Ms. Barreto.

18. Attached hereto as "D7" is a true and correct copy of the Declaration of Tracie Bouye, including supporting documents authenticated by Ms. Bouye.

19. Attached hereto as "D8" is a true and correct copy of the Declaration of Dedrick Boyd.

20. Attached hereto as "D9" is a true and correct copy of the Declaration of Charlotte Bradley, including supporting documents authenticated by Ms. Bradley.

21. Attached hereto as "D10" is a true and correct copy of the Declaration of Renard Burks.

22. Attached hereto as "D11" is a true and correct copy of the Declaration of Leigh-Ann Carnegie.

23. Attached hereto as "D12" is a true and correct copy of the Declaration of Frank Comer, including supporting documents authenticated by Mr. Comer.

24. Attached hereto as "D13" is a true and correct copy of the Declaration of Pam Derdiger, including supporting documents authenticated by Ms. Derdiger.

25. Attached hereto as "D14" is a true and correct copy of the Declaration of Robbin Dickson.

26. Attached hereto as "D15" is a true and correct copy of the Declaration of Stephen Duclos, including supporting documents authenticated by Mr. Duclos.

27. Attached hereto as "D16" is a true and correct copy of the Declaration of Sherrill Evans.

28. Attached hereto as "D17" is a true and correct copy of the Declaration of Janice Flowers, including supporting documents authenticated by Ms. Flowers.

29. Attached hereto as "D18" is a true and correct copy of the Declaration of Lori Folsom.

30. Attached hereto as "D19" is a true and correct copy of the Declaration of Mark Forrest.

31. Attached hereto as "D20" is a true and correct copy of the Declaration of Katelyn Gomes.

32. Attached hereto as "D21" is a true and correct copy of the Declaration of Brian Hamilton, including supporting documents authenticated by Mr. Hamilton.

33. Attached hereto as "D22" is a true and correct copy of the Declaration of Cleve Harrison.

34. Attached hereto as "D23" is a true and correct copy of the Declaration of Davise Haskins, including supporting documents authenticated by Ms. Haskins.

35. Attached hereto as "D24" is a true and correct copy of the Declaration of Hameta Johnnson.

36. Attached hereto as "D25" is a true and correct copy of the Declaration of Kenyon Johnston, including supporting documents authenticated by Mr. Johnston.

37. Attached hereto as "D26" is a true and correct copy of the Declaration of Rita Lewis, including supporting documents authenticated by Ms. Lewis.

38. Attached hereto as "D27" is a true and correct copy of the Declaration of Shanice Love.

39. Attached hereto as "D28" is a true and correct copy of the Declaration of Thomas Mapp, including supporting documents authenticated by Mr. Mapp.

40. Attached hereto as "D29" is a true and correct copy of the Declaration of Christine McNerney.

41. Attached hereto as "D30" is a true and correct copy of the Declaration of Connie Mendoza, including supporting documents authenticated by Ms. Mendoza.

42. Attached hereto as "D31" is a true and correct copy of the Declaration of Jenny Merritt, including supporting documents authenticated by Ms. Merritt.

43. Attached hereto as "D32" is a true and correct copy of the Declaration of Cynthia Monfredi, including supporting documents authenticated by Ms. Monfredi.

44. Attached hereto as "D33" is a true and correct copy of the Declaration of Illiana Murray, including supporting documents authenticated by Ms. Murray.

45. Attached hereto as "D34" is a true and correct copy of the Declaration of Katrina Nelson, including supporting documents authenticated by Ms. Nelson.

46. Attached hereto as "D35" is a true and correct copy of the Declaration of Remicha Nelson, including supporting documents authenticated by Ms. Nelson.

47. Attached hereto as "D36" is a true and correct copy of the Declaration of Conswella Neshewat, including supporting documents authenticated by Ms. Neshewat.

48. Attached hereto as "D37" is a true and correct copy of the Declaration of Scott Nestler, including supporting documents authenticated by Mr. Nestler.

49. Attached hereto as "D38" is a true and correct copy of the Declaration of Kenneth Perkins.

50. Attached hereto as "D39" is a true and correct copy of the Declaration of Roslyn Rich, including supporting documents authenticated by Ms. Rich.

51. Attached hereto as "D40" is a true and correct copy of the Declaration of Eina Schroeder.

52. Attached hereto as "D41" is a true and correct copy of the Declaration of Stacy Shak, including supporting documents authenticated by Ms. Shak.

53. Attached hereto as "D42" is a true and correct copy of the Declaration of Adara Wallace, including supporting documents authenticated by Ms. Wallace.

**Deposition Testimony & Discovery Responses**

54. Plaintiffs herein identify sworn testimony from depositions and discovery responses with the "T" designation.

55. Attached hereto as "T1" is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) Deposition of David Wachtel on behalf of Workday, taken on July 8, 2026.

56. Attached hereto as "T3" is a true and correct copy of excerpts from the transcript of the Deposition of Leslie Blanchard, taken on July 1, 2026.

57. Attached hereto as "T4" is a true and correct copy of excerpts from the transcript of the Deposition of Robert Speakman, taken on June 23, 2026.

58. Attached hereto as "T5" is a true and correct copy of excerpts from the Responses and Objections to Plaintiffs' First Set of Requests for Admission that Workday served on July 31, 2026.

**Expert Reports**

59. Plaintiffs herein identify expert reports with the "R" designation.

60. Attached hereto as "R1" is a true and correct copy of the Report of Will Landecker, Ph.D.

61. Attached hereto as "R2" is a true and correct copy of the Report of Charles Scherbaum, Ph.D.

62. Attached hereto as "R3" is a true and correct copy of the Report of Bernard R. Siskin Ph.D.

**Documents**

63. Plaintiffs herein identify documentary evidence with the "EX" designation.

64. Attached hereto as "EX1" is a true and correct copy of an excerpt of a HiredScore Technical Review, which Workday produced with Bates number WORKDAY_MOB_00007519–7641.

65. Attached hereto as "EX2" is a true and correct copy of an excerpt of a HiredScore AI Overview, dated 2024, which Workday produced with Bates number WORKDAY_MOB_00004820–4840.

66. Attached hereto as "EX3" is a true and accurate copy of Workday's Recruitment Privacy Statement dated April 2, 2025, which was pulled from Workday's website and is available at: https://www.workday.com/en-us/privacy/archive/recruiting-privacy-statement-20250402.html

67. Attached hereto as "EX4" is a true and correct copy of a Spotlight Bias Evaluation, dated April 2025, which Workday produced with Bates number WORKDAY_MOB_00010440-10464.

68. Attached hereto as "EX5" is a true and correct copy of a Spotlight Bias Evaluation, dated February 2026, which Workday produced with Bates number WORKDAY_MOB_00010465-10488.

69. Attached hereto as "EX6" is a true and correct copy of a Fetch Bias Evaluation, dated September 2025, which Workday produced with Bates number WORKDAY_MOB_00010489–10514.

70. Attached hereto as "EX7" is a true and correct copy of a Candidate Skills Match Fact Sheet, which Workday produced with Bates number WORKDAY_MOB_00002741–2746.

71. Attached hereto as "EX8" is a true and correct copy of a Candidate Skills Match Fact Sheet, which Workday produced with Bates number WORKDAY_MOB_00003867–3876.

72. Attached hereto as "EX9" is a true and correct copy of an excerpt of a HiredScore Roundtable: Data Science Overview, dated Nov. 13, 2024, which Workday produced with the Bates number WORKDAY_MOB_00006043–6855.

73. Attached hereto s "EX10" is a true and correct copy of a Skills Match Round 1, dated April 9, 2020, which Workday produced with Bates number WORKDAY_MOB_00006814–66088.

74. Attached hereto as "EX11" is a true and correct copy of a HiredScore AI for Recruiting & Talent Mobility: Product FAQ & Talking Points, which Workday produced with the Bates number WORKDAY_MOB_6882–6905.

75. Attached hereto as "EX12" is a true and correct copy of an excerpt of HiredScore: How the AI Works, which Workday produced with the Bates number WORKDAY_MOB_7371–7431.

76. Attached hereto as "EX13" is a true and correct copy of a document Workday produced with Bates number WORKDAY_MOB_9580-9583.

77. Attached hereto as "EX14" is a true and correct copy of an excerpt of Workday HiredScore Product Summary May 15, 2015 which Workday produced with Bates number WORKDAY_MOB_9584-9607.

78. Attached hereto as "EX15" is a true and correct copy of an excerpt of HiredScore: How the AI Works which Workday produced with Bates number WORKDAY_MOB_6598-6628.

79. Attached hereto as "EX16" is a true and correct copy of CSM Fact Sheet Updated April 21, 2025 which Workday produced with Bates number WORKDAY_MOB_7058-7067.

80. Attached hereto as "EX17" is a true and correct copy of an excerpt of a Consolidated and Revised Skills Cloud Annotation Guide which Workday produced with Bates number WORKDAY_MOB_9383-9388.

81. Attached hereto as "EX18" is a true and correct copy of Addressing Feedback for Candidate Skills Match which Workday produced with Bates number WORKDAY_MOB_9393-9398.

82. Attached hereto as "EX19" is a true and correct copy of a document which Workday produced with Bates number WORKDAY_MOB_9575-9579.

83. Attached hereto as "EX20" is a true and correct copy of July 2023 HiredScore Focus on Compliance and Bias Mitigation Audit Results, retrieved from the archival website Wayback Machine.

84. Attached hereto as "EX21" is a true and correct copy of February 2024 HiredScore Focus on Compliance and Bias Mitigation Audit Results, retrieved from the archival website Wayback Machine.

85. Attached hereto as "EX22" is a true and correct copy of September 2024 HiredScore Focus on Compliance and Bias Mitigation Audit Results, retrieved from the archival website Wayback Machine.

86. Attached hereto as "EX23" is a true and correct copy of TIAA New York City Local Law 144 Bias Audit Results – Workday Spotlight Tool for an audit completed on July 6, 2025.

87. Attached hereto as "EX24" is a true and correct copy of a Pfizer Bias Audt Summar of the Hired Score Grade System, available at https://cdn.pfizer.com/pfizercom/2026-05/Pfizer-Bias-Audit-Summary-of-the-Hired-Score-Grade-System29MAY26.pdf.

88. Attached hereto as "EX25" is a true and correct copy of Exhibit 27 to the Deposition of Robert Speakman, showing a Moody's website page that linked to HiredScore Bias audit.

89. Attached hereto as "EX26" is a true and correct copy of Exhibit 37 to the Deposition of Robert Speakman, showing a notice on Guardian's website regarding its use of artificial intelligence employment screening tools and a link to bias audit results.

90. Attached hereto as "EX27" is a true and correct copy of ais a true and correct copy of Exhibit 26 to the Deposition of Robert Speakman, showing information from Equitable's website regarding its use of HiredScore products and showing a link to a HiredSCore bias audit report

91. Attached hereto as “EX28” is a true and correct copy of a document.

92. Attached hereto as “EX29” is a true and correct copy of a page from Workday customer ICON’s website explaining what occurs when ICON applicants submit an application through the Workday platform.

93. Attached hereto as “EX30” is a true and correct copy of HiredScore Matching Algorithmic Overview which Workday produced with Bates number WORKDAY_MOB_7072-7073.

94. Attached hereto as “EX31” is a true and correct copy of Workday Spotlight AI Fact Sheet Last Revised Oct 2, 2024 which Workday produced with Bates number WORKDAY_MOB_00005132-5141.

95. Attached hereto as “EX32” is a true and correct copy of an email message from Karen Liamos to Marlene Scholtz, which Workday produced with the Bates number WORKDAY_MOB_00006420–6421.

96. Attached hereto as “EX33” is a true and correct copy of a Workday Candidate Skills Match Message House, which Workday produced with Bates number WORKDAY_MOB_00003920–3926.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026 in Washington, DC.

*/s/ Meredith L. Burrell*
Meredith L. Burrell