# A1

# EXHIBIT FILED UNDER SEAL