# A2

# EXHIBIT FILED UNDER SEAL