# A5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF RODERICK T. COOKS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

**DECLARATION OF RODERICK T. COOKS IN SUPPORT OF PLAINTIFFS' MOTIONFOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Roderick T. Cooks, declare as follows:

1. I am an attorney admitted to practice in the State of Alabama and admitted pro hac vice in this action. I am a member of Winston Cooks, LLC. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification and for the appointment of Lee D. Winston, Bethany M. Neal, and myself as Class Co-Counsel pursuant to Federal Rule of Civil Procedure 23(g). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

**A. <u>Identification and Investigation of the Claim</u>**

2. Since the filing of the Original Class Action Complaint, the firm has served as counsel for Mr. Mobley and the plaintiffs. We have appeared at every significant hearing and pursued the litigation through pleadings, discovery, and collective-action practice. Ms. Neal worked first as a legal intern and then as counsel on this matter throughout the discovery process to date. We associated additional experienced co-counsel, Wiggins Childs Pantazis Fisher & Goldfarb, LLC

and local counsel Jay P. Greene, to ensure that the proposed class and collective are fully and adequately represented.

**B. <u>Vigorous Prosecution of This Action</u>**

3. Counsel have diligently prosecuted this action since it was filed, including by:

(a) drafted and filed multiple amended complaints, including the operative Fourth Amended Complaint, adding additional named plaintiffs and refining the class and collective allegations considering the Court's rulings and discovery;

(b) opposed successive motions to dismiss, including Workday's challenges to agency, employment-agency, and disparate-impact theories, resulting in the survival of Plaintiffs' core disparate-impact claims under Title VII, the ADEA, ADA and the state law claim;

(c) moved for and obtained preliminary collective certification under the ADEA, 29 U.S.C. § 216(b), on May 16, 2025, and thereafter litigated the scope of the collective, the notice plan, and the opt-in process;

(d) conducted and supervised substantial discovery, including written discovery, depositions, meet-and-confer practice, taking and defending depositions in San Francisco.

(e) administered Court-approved collective notice; worked directly with applicants and opt-in plaintiffs from across the United States on questionnaires, consent-to-join forms, and discovery responses; processed and filed those consents with the Court; and

4. This action has been pending for more than three years. Throughout that period, Winston Cooks LLC has devoted substantial attorney time and out-of-pocket resources, including appearing

in person to the prosecution of these claims and is prepared to continue doing so through class certification, trial, and any appeal.

**C. <u>Qualifications of Proposed Class Counsel</u>**

5. Roderick T. Cooks. I received a B.S.W. from the University of Alabama at Birmingham in 1994 and a J.D. from Cumberland School of Law of Samford University in 1999. I have been licensed to practice law in Alabama since 1999. I am admitted to practice before the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, the United States Courts of Appeal for the Seventh, Ninth, and Eleventh Circuits and the Supreme Court of the United States. I am a member of the Alabama State Bar and have been affiliated with the Magic City, American, National, and Alabama Lawyers Associations. I previously practiced with Gordon, Silberman, Wiggins & Childs, P.C., before co-founding Winston Cooks, LLC.

6. My practice for more than twenty-five years has focused on labor and employment litigation, civil-rights litigation, and complex plaintiff-side civil matters. I have been selected to Super Lawyers in Employment Litigation and have a Martindale-Hubbell peer-review rating of 4.8. Together with Mr. Winston, I have more than fifty years of combined experience representing employees and applicants in discrimination matters. I have been counsel of record in this action since its filing, have signed and argued principal briefs, have submitted declarations in support of scheduling and certification-related motions, and have directed day-to-day prosecution of the case.

7. I have substantial nationwide experience litigating high-stakes employment-discrimination, class, collective, and representative actions, including Rule 23 class cases, FLSA and ADEA collective actions, and systemic matters brought on behalf of groups of employees. I have served as counsel in *Barnes v. Illinois Central Railroad Co.*, *Crum v. State of Alabama*, *Jenkins v. BellSouth Corp.*, *Enoh v. HP Inc.*, *Bryant v. Southland Tube, Inc.*, *Likes v. DHL Express (USA), Inc.*, *McMurray v. Formel D*, the *Freda Wallace v. Sitel* litigation, and *EEOC v. DHL Express (USA), Inc.*, a substantial systemic Title VII case for numerous African-American employees. My work in these matters has included certification proceedings, major discovery, dispositive motions, expert and statistical evidence, settlement negotiations, and appeals.

8. Lee D. Winston. Mr. Winston received a B.A. in History from the University of Wisconsin–Madison in 1987 and a J.D. from Cumberland School of Law of Samford University in 1991. He has been licensed to practice law in Alabama since 1992. He is admitted to practice before the United States District Courts for the Northern, Middle, and Southern Districts of Alabama; the United States Courts of Appeals for the Seventh, Ninth and Eleventh Circuits; and the Supreme Court of the United States. He is a member of the Alabama State Bar. His practice for more than three decades has focused on employment discrimination, labor, civil rights, and complex civil litigation.

9. I have practiced with Mr. Winston for many years and have seen that he takes seriously the duty of representation. *Stallworth v. E-Z Serve Convenience Stores*, 199 F.R.D. 366, 369 (M.D. Ala. 2001), noted, "…. counsel takes seriously the duty to zealously represent his client, all the more so after Defendant placed the client between a rock and a hard place.". That same standard of advocacy is the one Mr. Winston, Ms. Neal, have applied in this case.

12. I and Mr. Winston, along with co-counsel represented the plaintiff class in *Dean v. International Truck & Engine Corp., 220 F.R.D. 319* (N.D. Ill. 2004), a Title VII disparate-impact hiring class action. Dean challenged the employer's lottery system for distributing employment applications at its Melrose Park, Illinois facility, alleging that the screening mechanism had a disparate impact on African American applicants and deterred others from applying. The district court certified a Rule 23(b)(2) class of all African Americans who sought or would seek employment but were denied the opportunity to receive an application, because of a lottery system. Dean is relevant here: it was a certified class action on a disparate-impact hiring theory, brought on behalf of persons denied a fair chance to compete for jobs because of a uniform screening practice.

13. Along with co-counsel, we also represented the plaintiff class in *Allen v. International Truck & Engine Corp.,* No. 1:02-cv-00902 (S.D. Ind.), a Title VII and 42 U.S.C. § 1981 class action alleging a racially hostile work environment and related discrimination at the defendant's Indianapolis plant. After the district declined class certification, the Seventh Circuit vacated that order and directing certification of a Rule 23(b)(2) class for equitable relief. See *Allen v. Int'l Truck & Engine Corp*., 358 F.3d 469 (7th Cir. 2004). On summary judgment, the individual claims for summary judgment were defeated., *Allen v. Int'l Truck & Engine Corp.,* 2006 WL 694345, at *1 (S.D. Ind. Mar. 14, 2006).

14. Bethany M. Neal. Ms. Neal is an attorney at Winston Cooks, LLC and is admitted pro hac vice in this action (including appearances under the name Bethany M. Logan). She earned an LL.B. in Law with American Law from the University of East Anglia in 2022 and a J.D., cum laude, from Cumberland School of Law of Samford University in 2025. She was admitted to the Alabama State Bar in 2025 and is admitted to practice before the United States District Courts

for the Northern and Middle Districts of Alabama. Her practice focuses on employment discrimination, civil litigation, and civil and constitutional rights.

15. Ms. Neal has worked directly with hundreds of opt-in plaintiffs, and putative class members in connection with Court-approved collective notice, consent-to-join forms, questionnaires, and discovery responses.

16. Winston Cooks LLC is a plaintiffs' employment and civil-rights firm. The firm and its co-counsel have committed, and will continue to commit, the attorney time, expert resources, and financial resources necessary to represent the proposed class.

17. There is no conflict between proposed Class Counsel and the proposed class. Counsel's interests are aligned with those of the class in establishing liability for the challenged screening practices and obtaining class-wide injunctive, declaratory, and equitable relief, together with such additional remedies as the law permits. Counsel will fairly and adequately represent the interests of the class.

18. For the foregoing reasons, Plaintiffs respectfully request that the Court appoint Roderick T. Cooks, Lee D. Winston, Bethany M. Neal as Class Co-Counsel pursuant to Rule 23(g).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Rest of Page Intentionally Left Blank**

Executed this 9/14/2026 day of September 2026, at Birmingham, Alabama.

Respectfully submitted,

DocuSigned by:
Rod Cooks
C7C6347C25F9470...

Roderick T. Cooks
Winston Cooks, LLC