# D4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF FAITHLINH ROWE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, FaithLinh Rowe, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters stated in this declaration. I make this declaration based on facts personally known to me. Where I describe my belief or understanding, I am describing my own experience as an applicant and my professional experience in Human Resources Information Systems (HRIS), and I am not offering expert testimony about Workday's internal software, artificial intelligence, or machine-learning systems.

2. I am a Plaintiff in *Mobley et al. v. Workday, Inc.,* Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. I am a resident of Dallas, Texas.

## I. MY BACKGROUND

4. I was born in 1981. At all times relevant to this declaration, I was over the age of forty. I am an Asian American woman.

5. I previously resided in Los Gatos, California, including during the period when I applied to multiple positions associated with Workday's Pleasanton, California headquarters.

6. I moved to Dallas in 2021.

## II. MY QUALIFICATIONS

7. I hold a Bachelor of Science in Human Resource Management from San Jose State University. I also hold multiple professional credentials, including Certified ScrumMaster (CSM), Certified Scrum Product Owner (CSPO), and Certified Generative AI for Scrum.

8. I have over 20 years of experience as a Human Resources Information Systems (HRIS) professional, including roles in mid-level and senior-level HR, HRIS, HR Technology, talent operations, and HR systems positions.

9. My professional work includes HRIS operations, HR technology systems, talent management systems, enterprise HR operations, Workday and other HR platforms, workforce systems, implementation support, process design, data systems, and HR technology strategy. My most recent professional role was Assistant Director, HRIS and Operations for the City of Dallas, Texas, where I directed a nine-person HR team overseeing Workday Human Capital Management (HCM), Compensation, and Payroll for over 13,000 employees. I have also held manager-level roles with Intel Corp., TiVo Inc., ATMEL Corp., and Logitech Inc.

10. As an HRIS professional, I began using Workday as part of my job in approximately 2012.

11. During my tenure as Assistant Director, HRIS and Operations for the City of Dallas, I secured a $1.9 million budget for a Phase 2 Workday implementation that included the recruiting and talent modules. I also designed more than eighty automated Workday reports and dashboards.

12. I am currently engaged in full-time professional development to deepen my expertise in Agile methodologies and HR technology innovation.

13. Based on my education, work history, and professional experience, I believe I am well qualified for the positions to which I have applied through Workday, Inc.'s online job-application platform.

## III. MY APPLICATIONS VIA WORKDAY, INC.'S JOB-APPLICATION PLATFORM

14. Since at least 2020, I have applied to over 2,000 jobs across automated hiring platforms. I estimate that approximately 75 to 80 percent of those applications were submitted to employers that used Workday, Inc.'s online job-application platform.

15. In connection with this litigation, I identified approximately 230 employers to which I have applied using the Workday platform. Examples of employers to which I have applied that used the platform include, but are not limited to, Alight Solutions, Alteryx, AT&T, Boeing, Booz Allen, Centene, CoreLogic, Delinea, Fannie Mae, General Motors, Goodrx, Humana, Intel, Kyndryl, LabCorp, Leidos, Marsh McLennan, McAfee, McKesson, Motorola, Nordstrom, Parexel, Parsons, PayPal, Penn Mutual, Price Waterhouse Coopers, RSM, Salesforce, Solventum, Stryker, TD Synnex, Sysco, Thermo Fisher Scientific, TIAA, Transamerica, Verizon, Workday, Zendesk, Zillow, and others.

16. Since 2020, I received fewer than five screening interviews, and I received no job offers from applications that I submitted through the Workday platform.

17. I spend time searching for and applying to jobs on a daily basis.

18. Many of the employers to which I have applied used Workday's platform to receive and process my applications. I understood that these applications were processed through Workday because the application platforms were Workday-branded; for example, Workday branding was visible in the footer or website interface, and the term "myworkday.com" was in the URL. I also understood that these applications were processed through Workday because the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

19. Most often, I encountered Workday when I responded to job postings on websites such as LinkedIn and then was redirected to the employer's page on Workday's platform.

20. Applying to a position through Workday's platform typically required me to create or use existing login credentials for that employer. Each new employer required me to create a new

account; I could not reuse an account I had created for a different employer. If I wanted to apply for a job that used that system, I did not have any practical ability to bypass Workday and insist on direct review by a recruiter or hiring manager.

21. Typically, applying for a position through Workday also required me to upload a resume, provide structured information about my education and work history, and answer application questions before I could submit the application through the Workday platform. After uploading my resume, I generally spent an additional twenty to thirty minutes manually entering my employment history, education, skills, qualifications, and responses to screening questions into the structured fields the Workday platform required. The Workday applications I completed typically also requested the start and end dates of my education, and requested demographic information, including my race and my gender.

22. In some applications I submitted through the Workday platform, I was required to accept terms or disclosures before I could proceed. Those terms were not negotiable if I wanted to submit the application. For example, in AT&T's Workday application flow, the terms stated that by submitting an application, an applicant agreed to allow AI-powered tools to evaluate the applicant's profile and to contact the applicant about future job openings that may match the applicant's skills and career goals. (Attachment A at FROWE 000401-02.)

23. The resumes and application materials I submitted through the Workday platform reflected my education, professional history, years of HRIS and HR technology experience, skills, certifications, and other information relevant to the jobs for which I applied. I understand those materials were the information available to be processed through the Workday platform.

24. I did not control how the Workday platform processed my applications after I submitted them. I do not know what score, ranking, filter, assessment result, dispositioning rule, or other automated process was applied to any application I submitted. I never received any meaningful information explaining how any of my applications were evaluated.

## IV. WORKDAY'S HANDLING OF MY APPLICATIONS: REPEATED REJECTIONS AND LACK OF MEANINGFUL HUMAN REVIEW

25. The applications I have submitted through the Workday platform have produced a consistent pattern of rejection or lack of response across different industries, employers, jobs, and years.

26. I have typically applied for positions through the Workday platform that matched my background. In the majority of instances, I believe I have met or exceeded the stated requirements based on my education, experience, and work history.

27. In my experience, the typical result of my Workday-submitted applications has been either a rejection notice, a portal status change, or no response at all. Generally, I have not been contacted by a human, nor have I received an interview or individualized feedback that would allow me to understand why I was rejected or how I could correct anything in a future application.

28. I have applied for multiple positions in the HR technology field where my background was directly relevant. For example, I have applied to several positions at Workday, Inc., including roles such as Senior HR Project Manager, Senior Project Manager HR PMO, Senior Director of the HR Accelerator Team, Business Systems Analyst, Director HR Business Partner – Technology, Senior HR Compliance Analyst, Senior Strategic HR Business Analyst, Senior Technical Program Manager – Staff, Federal (FedRAMP) Program Manager, and Resource Management Enablement / Services Program Manager; I never received an interview with Workday. I also applied to several positions at Kyndryl, such as Director of Human Resources Information Systems, Associate Director of HR Information Systems Product Owner, and Director of Workforce Strategy & Analytics, and I never received an interview with Kyndryl.

29. Regardless of the position to which I have applied, I have often been rejected within minutes or hours of applying. I have received rejection notices at unusual times, including

late at night, overnight, or on weekends. From my perspective as an applicant, those timing patterns do not appear consistent with meaningful individualized human review.

30. For example, Price Waterhouse Coopers rejected me within less than two hours of confirming my job application in January 2023, and Kyndryl sent me rejection notices within 15 hours of confirming my applications in March, May, and December 2025. On January 20, 2023, pwc@myworkday.com confirmed my application with PricewaterhouseCoopers for the Workday HCM Director job opening (Attachment A at FROWE 000320), and less than 2 hours later, sent me a rejection email (Attachment A at FROWE 000306). On March 21, 2025, at 12:32 a.m., I received an email from kyndryl@myworkday.com confirming receipt of my application for an Associate Director, HR Information Systems Product Owner position (Attachment A at FROWE 000358), and less than 15 hours later, on March 21, 2025, at 2:58 p.m., I received a rejection email from the same email address (Attachment A at FROWE 000359). On May 12, 2025, at approximately 1:10 p.m., I received an email from kyndryl@myworkday.com, confirming my application for Director, Human Resource Information Systems with Kyndryl, Inc. (Attachment A at FROWE 000349.) A mere 30 minutes later, I received a rejection email from the same email address. (Attachment A at FROWE 000348.) Finally, on December 2, 2025, at 12:53 a.m., Kyndryl sent me an email confirming receipt of my application for Director, Human Resources Information Systems (Attachment A at FROWE 000360), and less than 8 hours later, on December 2, 2025, at 8:29 a.m., sent me a rejection email (Attachment A at FROWE 000361.).

31. Similarly, I applied to an Associate Director – HR Technology position at AT&T on July 15, 2024, and I received a near-instantaneous rejection through the Workday portal. At the time I applied, LinkedIn showed that the position had been posted for approximately forty-one minutes and identified me as the first applicant. Upon submitting my application, the Workday page refreshed, and my status on the Workday platform changed to "No longer under consideration" within approximately five seconds. (Attachment A at FROWE 000545.) From my

perspective as an applicant and HRIS professional, that near-instantaneous status change was not consistent with meaningful individualized human review of a senior HR technology application.

32. On a small number of occasions, an application I submitted through the Workday platform did lead to an interview. For example, in May 2023 I interviewed for a Senior Director, HRIS Operations position with Gartner, Inc., and in March 2025 I interviewed for a Senior Workday Manager – HR Technology & Innovation position with SSM Health. Those rare interview opportunities do not change the overall pattern described above. If anything, they show that when my qualifications are actually considered by human decisionmakers, I can compete for senior HRIS and HR technology roles.

33. Employers often gave me no reason for rejecting my application. In some instances, I received no rejection notice at all, and I only learned that I was no longer under consideration by returning to the Workday candidate portal and checking the status of my application myself.

34. Moreover, I have rarely known whether a job I applied for has been filled or whether the position has remained open or has been reposted. As an applicant, that information is generally not available to me. What I know is that I have submitted applications for roles I believed matched my qualifications and I have been repeatedly rejected or ignored.

35. Because of my professional background in HRIS systems, I understand from the user and applicant side that applicant tracking systems can parse resumes, store applicant data, present candidate information in structured fields, route applicants through workflows, and display application statuses. I also understand that employers and vendors may configure systems differently. What I can describe from personal knowledge is what I experienced as an applicant and HRIS professional: repeated rejection, rapid status changes, and little to no individualized explanation.

36. I do not claim to know the internal names of Workday's software features or exactly how Workday's algorithms, models, scoring tools, or integrations work. What I know from my own experience is the result: when Workday was the gateway or appeared to be part of the

screening process, I was repeatedly rejected without meaningful human contact, meaningful explanation, or an opportunity to correct or challenge the decision.

37. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

38. Although I have done my best to provide an accurate representation of my applications via the Workday platform since December 2023, it must be noted that an applicant like me does not necessarily have access to a complete history of her applications through Workday. In some instances, the Workday platform has not preserved a complete history of my applications to a given company. For example, when I log on to my company-specific portal on the Workday platform, the portal may not show a past application, may show only a limited history, or may retain my applications for only a period of time. Because of the number of applications and the way these systems operate, an applicant like me cannot always reconstruct every application from the Workday platform alone. To the best of my ability, I have retained documentary evidence of my applications, including screenshots of Workday candidate portals, Workday application screens, application statuses, emails from Workday-related domains, terms and conditions screens, and communications reflecting my attempts to seek review.

## V. DETERRENCE AND HARM

39. Because my applications have been repeatedly rejected through the Workday platform, I have become discouraged from applying for jobs that use Workday. The pattern of rejections has made continuing to apply through Workday feel futile.

40. When I see that an employer uses Workday, I believe my chances of advancement are extremely low, and I expect the same result: rejection or no response. As a result, in recent months, I have avoided or I have considered avoiding applying for positions when I identify Workday involvement.

41. However, because employers in my field and geographic area commonly use Workday's application platform, I may have no choice but to submit future job applications through that platform.

42. I continue to seek employment and intend to continue applying for jobs. I want to use my qualifications to obtain stable work, improve my compensation, and advance my career.

43. The repeated rejections have caused me to lose employment opportunities, income, and career advancement opportunities. They have also caused frustration, discouragement, and emotional distress.

**VI. COMMON EXPERIENCE, TYPICALITY, AND CLASSWIDE RELIEF**

44. My experience with the Workday platform was not limited to a single employer, a single job posting, or one isolated hiring decision. I experienced a similar pattern across over a thousand employers and hundreds of positions, spanning multiple industries and time periods.

45. From my perspective as an applicant, the common feature was Workday, Inc.'s online job-application platform. For the majority of my applications, I was required to submit information through the platform; I had no practical ability to control how the platform evaluated that information; and I generally was not told how any recruitment, screening, rejection, scoring, ranking, shortlisting, or recommending decision was made.

46. I believe my claims are typical of the claims of other applicants in the protected groups I seek to represent – women and applicants over the age of forty – because my claims arise from the same use of Workday's AI-based applicant recruitment, screening, rejection, scoring, ranking, shortlisting, or recommendation process and candidate-selection tools, including HiredScore Spotlight, Fetch, and Candidate Skills Match.

47. I seek relief that would benefit the class as a whole, including declaratory relief, injunctive relief, changes to Workday's screening practices, and appropriate monetary relief for applicants harmed by the challenged process.

## VIII. ADEQUACY AND WILLINGNESS TO SERVE

48. I am willing to serve as a class representative for the subclasses and claims that correspond to my protected characteristics and experience. I understand that this role requires me to protect the interests of absent class members and not place my personal interests ahead of theirs.

49. I do not have any conflict with the class members I seek to represent. My interests are aligned with theirs: to challenge Workday's employment practices and obtain relief that makes Workday's process fairer for applicants.

50. I have participated in this litigation by communicating with counsel, providing information, searching for and producing documents available to me, responding to discovery, and remaining available to assist counsel. I appeared for a deposition in this matter on July 14, 2026.

51. I understand that my lawyers handle legal filings and legal strategy, but I also understand my responsibility to provide truthful information, participate in discovery, assist counsel, and make decisions in the best interests of the class.

52. I am prepared to continue participating in this case, including by responding to additional reasonable requests for information, sitting for deposition or trial testimony if required, reviewing major developments with counsel, and considering settlement or class-wide relief issues with the interests of the class in mind.

53. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

54. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 9/13/2026, at Dallas, Texas.

Signed by:
Faithlinh Rowe
ADCB21EFB00241C...

FAITHLINH ROWE

# ATTACHMENT A

# Terms & Conditions for AT&T Workday ATS

att.wd1.myworkdayjobs.com/en-US/ATTGeneral/job/Dalla...

## Terms and Conditions

We respect the privacy of candidates for employment. This Privacy Notice sets forth how we will use the information we obtain when you apply for a position through this career site. If you do not consent to the terms of this Privacy Notice, please do not submit information to us.

**US Based**

Please read the Use of Personal Information carefully before submitting interest in a job or submitting your professional profile. If you do not agree to these terms, please do not submit a professional profile or express an interest in a job through this site. For purposes of these terms, AT&T shall mean AT&T and its affiliates including Cricket, located in various countries. AT&T's headquarters located in the United States in Dallas, Texas. Our Corporate Privacy Statement can be viewed HERE.

Privacy Notice for California Residents Doing Work for AT&T

Use of Personal Information

- Personal information is collected for AT&T's job application process. It is important that you answer all questions honestly and thoroughly. Inaccurate or incomplete answers will prevent you from being considered for a position.
- By submitting your application, you agree to allow us to use AI-powered tools to evaluate your profile and contact you about future job openings that may match your skills and career goals.
- AT&T may use your personal information to contact you anytime during your candidacy for employment, to send you announcements, or request other types of information as required. AT&T will contact you based on your preferences you set in your profile under Personal Information.
- Providing your information for consideration for employment enrolls you in the AT&T Talent Network. As part of the network you may receive job-related information, news, and updates from the AT&T Staffing organization.
- AT&T may provide aggregate, non-identifiable information about job seekers to other third parties for career marketing, job advertising, or other analysis.
- AT&T may share your personal data with AT&T personnel and third parties acting on its behalf for further consideration.
- AT&T will not trade or sell your personal information for use by any other companies without your consent. We will only share your data with those companies under contract to act in behalf of AT&T as it relates to the job application process, or as legally required.

1

att.wd1.myworkdayjobs.com/en-US/ATTGeneral/job/Dalla...

70

- AT&T and any third parties acting on its behalf will treat your information confidentially and will use your Personal Data only for the job application process.

I AUTHORIZE AT&T TO PROCESS, TRANSMIT, AND USE MY PERSONAL DATA STORED IN A DATABASE LOCATED IN THE UNITED STATES FOR THE APPLICATION PROCESS, FOR SENDING ANNOUNCEMENTS OF FUTURE JOB OPPORTUNITIES AS THEY BECOME AVAILABLE OR FOR ADMINISTRATION PURPOSES. MY PERSONAL DATA MAY BE PROCESSED BY AT&T AND THIRD PARTIES ACTING ON AT&T'S BEHALF, WHO ARE BOUND TO RESPECT THESE TERMS OF USE. IN ADDITION, SUCH PERSONAL DATA WILL BE TREATED IN ACCORDANCE WITH APPLICABLE LOCAL LEGAL REQUIREMENTS.

**Non US Based**
I consent that AT&T and its affiliated companies, as well any third parties acting for AT&T, may process personal data from or about me as outlined in the AT&T External Applicant Privacy Notice, as necessary for the purpose of processing my application for employment. I consent that AT&T may process my data effective from today for up to eighteen (18) months. I understand that I may revoke my consent at any time, and I am aware of my rights regarding the processing of personal data as summarized in the AT&T External Applicant Privacy Notice. I understand that processing of my application for employment may result in the transfer of Personal Data to countries outside of my country of residence, including outside the European Economic Area (EEA).

**Mexico Only**
El presente Aviso de Privacidad * para Candidatos de AT&T se aplica a los candidatos de empleo ("usted" o "candidatos") para posiciones en AT&T Global Network Services Mexico S. de R.L. de C.V. y AT&T Grupo Servicios y Soporte, S. de R.L. de C.V. (en lo sucesivo, referido como "AT&T"), con domicilio en Manuel Ávila Camacho núm. 5, Piso 12, Colonia Lomas de Sotelo, Municipio Naucalpan de Juárez, C.P. 53390. AT&T necesita obtener, guardar y usar cierta información en relación con el proceso de reclutamiento y selección de personal. Este Aviso de Privacidad para Candidatos de AT&T describe el tipo de información relativa a los candidatos que guardamos, y cómo la utilizamos o cómo pretendemos utilizarla.
* Por favor oprima "AQUI" para ver el documento completo.

**Yes, I have read and consent to the terms and conditions***

☐

2

Back | Save and Continue

FLR 1

**From:** **pwc@myworkday.com**
**Subject:** Confirming your PwC job application
**Date:** January 20, 2023 at 9:52 AM America/Mexico_City
**To:** [redacted]

P

Hello Faith ,

Thank you for applying to us. You've applied to Workday HCM Director .

External applicants, you can follow progress of your job application and complete application tasks in your Candidate Portal. You created an account when you applied to the job.

Click below to visit your candidate portal: https://pwc.wd3.myworkdayjobs.com/US_Experienced_Careers/login

Internal applicants, you can track the status of your application by navigating to your Career Worklet then to "My applications."

Thanks again for your application.

Kind regards.

© 2022 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.
Network Structure Legal Entities Code of Conduct Member Firms Site Provider Legal Disclaimer ATS Privacy Statement Cookie Policy

This email was intended for [redacted]

**Attachments:**
2020_email_banner_v4.gif (116.29 kB)

**From:** **pwc@myworkday.com**
**Subject:** PwC job application: Progress update
**Date:** January 20, 2023 at 11:22 AM America/Mexico_City
**To:** [redacted]

P

Hello Faith ,

Many thanks for applying to Workday HCM Director .

We regret to inform you that we will not be proceeding with your application to this role.

On PwC's website, you're able to discover other jobs that may meet your career aspirations. New jobs are posted frequently, so check back often.

Visit our careers page at www.pwc.com/jobs

If you are a current PwC employee, please access "Find Jobs" report in Workday to see other available opportunities.

We wish you all the best in your job search.

PwC

© 2022 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.
Network Structure Legal Entities Code of Conduct Member Firms Site Provider Legal Disclaimer ATS Privacy Statement Cookie Policy

This email was intended for frowe408@gmail.com

**Attachments:**
2020_email_banner_v4.gif (116.29 kB)

Gmail FLR1951 [redacted]

**Faith : Your journey at Kyndryl begins for Associate Director, HR Information Systems Product Owner**

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Fri, Mar 21, 2025 at 12:32 AM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Hi Faith,

Thank you for your application. We're excited that you're interested in joining us in the position of Associate Director, HR Information Systems Product Owner

Our team will review your application. If there is a potential match, we will contact you to discuss next steps.

You can check the status of your application anytime on the Kyndryl Careers Website https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers

Your reference number is: C402792

Kyndryl is a market leader in technology infrastructure uniquely positioned to design, run, and manage the technology at the heart of the digital economy.

Learn more about Kyndryl at www.kyndryl.com

Business Process: Review Candidate for Job Application: Faith Rowe - R-33803 Associate Director, HR Information Systems Product Owner (C402792)
Subject: Job Application: Faith Rowe - R-33803 Associate Director, HR Information Systems Product Owner (C402792) on 03/20/2025

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail FLR1951[redacted]

**Update on your Kyndryl Job Application for Associate Director, HR Information Systems Product Owner**
1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Fri, Mar 21, 2025 at 2:58 PM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Dear Faith,

After reviewing your information, we regret to inform you that your application for Associate Director, HR Information Systems Product Owner was not selected for further consideration. We appreciate the time you invested in completing the application. Please remember, this status change is only for the job listed above and does not impact your application status as it relates to any other job(s) for which you may have applied.

We wish you every personal and professional success with your job search and hope you'll consider other opportunities with Kyndryl. To receive alerts on new positions becoming available, please be sure to sign up for our Talent Community https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers if you haven't done so already.

Regards,
Kyndryl Talent Acquisition Team

Business Process: Review Candidate for Job Application: Faith Rowe - R-33803 Associate Director, HR Information Systems Product Owner (C402792)
Subject: Job Application: Faith Rowe - R-33803 Associate Director, HR Information Systems Product Owner (C402792) on 03/20/2025
Click here to view the notification details.

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail **FLR1951** [redacted]

# Faith : Your journey at Kyndryl begins for Director, Human Resources Information Systems

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Mon, May 12, 2025 at 1:10 PM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Hi Faith,

Thank you for your application. We're excited that you're interested in joining us in the position of Director, Human Resources Information Systems

Our team will review your application. If there is a potential match, we will contact you to discuss next steps.

You can check the status of your application anytime on the Kyndryl Careers Website https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers

Your reference number is: C402792

Kyndryl is a market leader in technology infrastructure uniquely positioned to design, run, and manage the technology at the heart of the digital economy.

Learn more about Kyndryl at www.kyndryl.com

Business Process: Review Candidate for Job Application: Faith Rowe - R-38736 Director, Human Resources Information Systems (C402792)
Subject: Job Application: Faith Rowe - R-38736 Director, Human Resources Information Systems (C402792) on 05/12/2025

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail FLR1951 [redacted]

# Update on your Kyndryl Job Application for Director, Human Resources Information Systems

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Mon, May 12, 2025 at 1:40 PM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Dear Faith,

After reviewing your information, we regret to inform you that your application for Director, Human Resources Information Systems was not selected for further consideration. We appreciate the time you invested in completing the application. Please remember, this status change is only for the job listed above and does not impact your application status as it relates to any other job(s) for which you may have applied.

We wish you every personal and professional success with your job search and hope you'll consider other opportunities with Kyndryl. To receive alerts on new positions becoming available, please be sure to sign up for our Talent Community https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers if you haven't done so already.

Regards,
Kyndryl Talent Acquisition Team

Business Process: Review Candidate for Job Application: Faith Rowe - R-38736 Director, Human Resources Information Systems (C402792)
Subject: Job Application: Faith Rowe - R-38736 Director, Human Resources Information Systems (C402792) on 05/12/2025
Click here to view the notification details.

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail FLR1951 <frowe408@gmail.com>

**Faith : Your journey at Kyndryl begins for Director, Human Resources Information Systems**

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Tue, Dec 2, 2025 at 12:53 AM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Hi Faith,

Thank you for your application. We're excited that you're interested in joining us in the position of Director, Human Resources Information Systems

Our team will review your application. If there is a potential match, we will contact you to discuss next steps.

You can check the status of your application anytime on the Kyndryl Careers Website https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers

Your reference number is: C402792

Kyndryl is a market leader in technology infrastructure uniquely positioned to design, run, and manage the technology at the heart of the digital economy.

Learn more about Kyndryl at www.kyndryl.com

Business Process: Review Candidate for Job Application: Faith Rowe - R-51761 Director, Human Resources Information Systems (C402792)
Subject: Job Application: Faith Rowe - R-51761 Director, Human Resources Information Systems (C402792) on 12/01/2025

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail [redacted]

**Update on your Kyndryl Job Application for Director, Human Resources Information Systems**

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Tue, Dec 2, 2025 at 8:29 AM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
To: [redacted]

Dear Faith,

After reviewing your information, we regret to inform you that your application for Director, Human Resources Information Systems was not selected for further consideration. We appreciate the time you invested in completing the application. Please remember, this status change is only for the job listed above and does not impact your application status as it relates to any other job(s) for which you may have applied.

We wish you every personal and professional success with your job search and hope you'll consider other opportunities with Kyndryl. To receive alerts on new positions becoming available, please be sure to sign up for our Talent Community https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers if you haven't done so already.

Regards,
Kyndryl Talent Acquisition Team

Business Process: Review Candidate for Job Application: Faith Rowe - R-51761 Director, Human Resources Information Systems (C402792)
Subject: Job Application: Faith Rowe - R-51761 Director, Human Resources Information Systems (C402792) on 12/01/2025
Click here to view the notification details.

This email was intended [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

**WORKDAY ATS APPLICATION BIAS (3:23-cv-00770-RFL Mobley v. Workday, Inc.)**


Roderick Twain Cooks <rcooks@winstoncooks.com> Alabama

Jay Patrick Greene <jay@jaygreenelawfirm.com> CA (Lead Attorney)

Robert L. Wiggins, Jr <rwiggins@wigginschilds.com> Alabama

Lee David Winston <lwinston@winstoncooks.com> Alabama (Lead Attorney)





FLR-1


https://www.linkedin.com/messaging/thread/2-NGVkMDBiNmEtMGI1Ni00ZDM2LWIyNzUtNTU2NmQ...
Search
Home
My Network
Jobs
Messaging
Notifications
Me
Messaging
Associate Director-HR Tec
Jeff Ellis
Jul 15, 2024
Issue with WD Recruiting App
Jeff Ellis
Associate Director-Talent Acquisition at AT&T
Associate Director-HR Technology
Apply
Save
About
Privacy & Ter
Business Se

FLR-2

AT&T

# Associate Director-HR Technology

Dallas, TX · **41 minutes ago** · 1 applicant

$116.7K/yr - $196.1K/yr · Full-time

10,001+ employees · Telecommunications

20 company alumni work here · 277 school alumni work here

9 of 10 skills match your profile - you may be a good fit

See recent hiring trends for AT&T. Try Premium for $0

Am I a good fit for this job?

How can I best position myself for th

**Apply**

**Save**

**My Applications**

We are reviewing your application. If we need additional information, we'll be in touch.

Active (0)   **Inactive (2)**

| Job Title | Job Req | My Application Status | Date Submitted | Action |
|---|---|---|---|---|
| Associate Director-HR Technology | R-30765 | **No Longer Under C...** | July 15, 2024 | ... |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**FLR-3**