# D5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF MICHELLE ARNOLD**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Michelle Arnold, declare as follows:

1. I am over the age of 18 and a resident of Los Angeles, California. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1968. At all times relevant to this declaration, I was over the age of forty. I am an African American female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, astrazeneca@myworkday.com, lilly@myworkday.com, pfizer@myworkday.com, sanofi@myworkda.com).

6. During this period, I submitted around 28 applications to approximately nine employers using the Workday platform. These included, but are not limited to, applications AstraZeneca, Genentech, Eli Lilly & Co., Merck, Novartis, Organon, Pfizer, Takeda, and Viatris.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Doctor of Medicine and a Bachelor of Science in Biology/Pre-Medicine. I am a physician trained in Obstetrics and Gynecology with extensive experience in women's healthcare, surgery, primary care medicine, and sickle cell disease. I have more than a decade of professional experience as a senior medical affairs executive, focusing on business growth, implementing improved patient care policies and practices for healthcare organizations, and building cross-functional teams. I served as Medical Director, Global Medical Affairs for Global Blood Therapeutics, Senior Medical Science Liaison, Hematology/Oncology for Pharmacyclics, An AbbVie Company, and Associate Director, Blogal Medical Affairs for Baxter Healthcare Corporation. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected for or received no response for nearly all of them. I received an interview through a Workday-platform application in only two instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Los Angeles, California.

DocuSigned by:
MICHELLE ARNOLD
D6A9DEC2DC6B406...

MICHELLE ARNOLD