# D6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF GIOVANNA BARRETO**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Giovanna Barreto, declare as follows:

1. I am over the age of 18 and a resident of New Canaan, Connecticut. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1977. At all times relevant to this declaration, I was over the age of forty. I am an African American/Latin American woman. I have one or more documented disabilities: my disabilities include diabetes.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, autonation@myworkday.com, bcbst@myworkday.com, cboe@myworkday.com, elevancehealth@myworkday.com, gartner@myworkday.com, pnc@myworkday.com, and sysco@myworkday.com).

6. During this period, I submitted more than 15 applications to approximately 17 employers using the Workday platform. These included, but are not limited to, applications to AutoNation, Blue Cross Blue Shield of Tennessee, Cboe, Elevance Health, Four Seasons, Gartner, McKee Foods, Minnesota State University, New York Presbyterian Hospital, Parsons, PNC Bank, Sysco, TRIMEDX, Walmart, Warner Music Group, Western Governor's University, and Westlake Corporation.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Human Resource Management. I have nearly twenty years of professional experience as a Human Resource Manager. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection within a day of submitting my application. For example, I applied to a Marketing Manager position with Elevance Health. On February 15, 2024 at 5:38 pm, elevancehealth@myworkday.com sent me an email confirming receipt of my application and one day later, on February 16, 2024 at 6:26 pm, sent me another email informing me that the company was "moving forward with another applicant." Similarly, I applied for a Workday/HRIS HR Specialist II (Hybrid) position with TRIMEDX. On September 30, 2024 at 10:53 am, I received an email from trimedx@myworkday.com confirming my application and, one day later, on October 1, 2024, at 5:44 pm, the same email address sent me a rejection email. These rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to interviews and received offers. For example, I completed a final-round interview and received a job offer at WOW! Building Maintenance Solutions; I interviewed with McInnis Inc. for a human resources generalist position; I interviewed with Norwalk Housing Authority for the director of personnel and human relations position; I interviewed with Signature Systems for a plant HR manager position; I interviewed with NDM Hospitality for the HR manager position; and many more. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age, race, gender, and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at New Canaan, Connecticut.

Signed by:
Giovanna Barreto
B598800692D7483...

Giovanna Barreto

# ATTACHMENT A

**From:** elevancehealth@myworkday.com
**Subject:** Thank you for your application.
**Date:** Feb 15, 2024 at 5:38:34 PM
**To:** [redacted]

Hello GIA

Thank you for your interest in a career with The Elevance Health Companies, Inc. . We have successfully received your application for Marketing Manager ( JR105488 ). If your skills and experience are a good match for the requirements of the position, a recruiter will be in touch with next steps.

Thank you,
Elevance Health Talent Acquisition Team

Elevance Health is an Equal Employment Opportunity employer and all qualified applicants will receive consideration for employment without regard to age, citizenship status, color, creed, disability, ethnicity, genetic information, gender (including gender identity and gender expression), marital status, national origin, race, religion, sex, sexual orientation, veteran status or any other status or condition protected by applicable federal, state, or local laws.

This email box is not monitored. Please do not reply to this message.

This email was intended for [redacted]

Elevance Health - Corporate Headquarters - 220 Virginia Ave Indianapolis, Indiana 46204

**From:** elevancehealth@myworkday.com
**Subject:** Marketing Manager - JR105488
**Date:** Feb 16, 2024 at 6:26:23 PM
**To:** [redacted]

---

Hello GIA ,

Thank you for your interest in our Marketing Manager - JR105488 opportunity. We sincerely appreciate your interest in the company and the time you have spent during the application process.

At this time, we are moving forward with another applicant. We encourage you to keep an eye on our careers page or sign up for our job alerts as we open new opportunities daily.

Thank you,
Elevance Health Talent Acquisition Team

Elevance Health is an Equal Employment Opportunity employer and all qualified applicants will receive consideration for employment without regard to age, citizenship status, color, creed, disability, ethnicity, genetic information, gender (including gender identity and gender expression), marital status, national origin, race, religion, sex, sexual orientation, veteran status or any other status or condition protected by applicable federal, state, or local laws.

This email box is not monitored. Please do not reply to this message.

This email was intended for [redacted]

Elevance Health · Corporate Headquarters · 220 Virginia Ave Indianapolis, Indiana 46204

**From:** TRIMEDX trimedx@myworkday.com
**Subject:** Thanks for your interest in TRIMEDX
**Date:** Sep 30, 2024 at 10:53:30 AM
**To:** [redacted]

TRIMEDX℠

Hello GIA,

Thank you for applying for the Workday/HRIS HR Specialist II (Hybrid) position! We are excited for your interest in working with TRIMEDX and our team of Talent Partners will be sure to review your application information and reach out regarding next steps. As part of our continued commitment to improving our candidate experience, we would love to hear from you about your recent application process. If you could please click on the below link, we would greatly appreciate your help in making our experience for our candidates as optimal as possible.

https://www.surveymonkey.com/r/M2MXGVY

Based on feedback we have already received from the above survey, below is the usual process once your application is submitted:

- Applications are typically reviewed between 1 and 10 business days from submission and will result in a message from a Talent Acquisition Partner to schedule a phone screen, placing your application on hold or sending a message that we will not be pursuing you further at this time (this is based upon schedules, candidates already in process and needs of the position). If you have not heard from someone within 10 business days - please feel free to reach out to trimedx.jobs@trimedx.com
- Our intent is to keep our candidates informed in the process and we continue to practice this each day based upon our workloads. We would ask the same grace to keep us informed as we know the job market is moving fast, so if something changes on your end, just let us know.

Thank you and we will be in touch soon!

The TRIMEDX Talent Acquisition Team

This email box is not monitored. Please do not reply to this message.

This email box is not monitored. Please do not reply to this message.

This email was intended for [redacted]

TRIMEDX · 5451 Lakeview Pkwy S Drive Indianapolis, IN 46268

**From:** TRIMEDX trimedx@myworkday.com
**Subject:** Thank you for Submitting your Resume to TRIMEDX for Workday/HRIS HR Specialist II (Hybrid)
**Date:** Oct 1, 2024 at 5:44:19 PM
**To:** [redacted]

Dear GIA,

Thank you for your application for the Workday/HRIS HR Specialist II (Hybrid) at TRIMEDX. We really appreciate your interest in joining our company and we want to thank you for the time and energy you invested in applying for our job opening. We received a large number of applications, and after carefully reviewing all of them, unfortunately, we have to inform you that this time we won't be able to invite you to the next phase of our selection process. Though your qualifications are impressive, we have decided to move forward with a candidate whose experiences better meet our needs for this particular role. We hope you'll keep us in mind and apply again at https://trimedx.com/careers/ in the future should you see a job opening for which you qualify. We would also encourage you to sign up for our TRIMEDX Talent Network at https://trimedx.gr8people.com/ to receive job alerts so you never miss an opportunity in the future and also up-to-date information on TRIMEDX and our industry. We wish you every personal and professional success in your future endeavors.

Thank You,
TRIMEDX Talent Acquisition Team

This email box is not monitored. Please do not reply to this message.

This email was intended for [redacted]

TRIMEDX · 5451 Lakeview Pkwy S Drive Indianapolis, IN 46268