# D7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>**WORKDAY, INC.**<br>Defendant. | **Case No. 3:23-cv-00770-RFL**<br>**DECLARATION OF TRACIE BOUYE**<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

I, Tracie Bouye, declare as follows:

1. I am over the age of 18 and a resident of Harlem, Georgia. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1973. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and because the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example amerivet@myworkday.com, angc@myworkday.com, assurant@myworkday.com, brighthorizons@myworkday.com, campbellsoup@myworkday.com, joinroot@myworkday.com, ksb@myworkday.com, landmarkproperties@otp.workday.com,

mastercard@myworkday.com, sizemoreco@myworkday.com, snapchat@myworkday.com, takeda@myworkday.com, and trugreen@myworkday.com).

6. During this period, I submitted more than 30 applications to approximately 30 employers using the Workday platform. These included, but are not limited to, applications to Amerivet, Assurant, Augusta National Golf Club, Better Life Partners, BGIS Careers, Blueground, Bright Horizons, Campbell Soup, Careers at Consolidated, Cummins Inc., Farmer's Insurance, Kellermeyer, KSB Recruitment, Landmark Properties, Lumenalta, Mastercard, Milo's Tea Company, PHI, PlayStation Global, Related Partners, Riverside Transport Group, Root, Inc., Sizemore, Inc., Snapchat, Takeda, Tailored Shared Services, True Legacy Homes, TruGreen, Veterinary Innovative Partners, and Western Vet Partners.

7. In submitting these applications, I provided my work history, education, certifications, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Public Relations. I hold multiple professional certifications, including Professional in Human Resources (PHR), and Certified in AI-powered Talent Acquisition. I have over six years of professional experience in full-cycle recruitment, including roles at Quench Water USA, Textron, and PepsiCo. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for the position of Talent Acquisition Partner, Commercial Sales at Takeda and received a rejection email from takeda@myworkday.com after midnight and outside of regular business hours at 12:31 am.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

14. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/7/2026, at Harlem, Georgia.

Signed by:
402B682C7343451...

TRACIE BOUYE

# ATTACHMENT A

**From:** "Workday for Takeda (Do Not Reply)" <takeda@myworkday.com>
**Sent:** Thu, 28 Nov 2024 00:31:08 -0600
**To:** [redacted]
**Subject:** Your Application for Talent Acquisition Partner, Commercial Sales at Takeda

Hello Tracie Bouye ,

Thank you for your interest in the Talent Acquisition Partner, Commercial Sales position. We have decided to pursue another candidate for this position. We hope that you remain interested in joining the Takeda team to pursue our mission of Better Health and Brighter Future.

We encourage you to view and apply for other opportunities at www.takedajobs.com.

Best Regards,
Takeda's Talent Acquisition Team

Empowering Our People to Shine

Takedajobs.com

Replies to this message are undeliverable. If you need to contact us, please send a message via Takeda.com.

This email was intended for [redacted]

THIS IS A SYSTEM GENERATED MESSAGE - DO NOT REPLY - TAKEDA EMPLOYEES CAN VISIT THE WORKDAY INTRANET PORTAL FOR ADDITIONAL SUPPORT · https://mytakeda.sharepoint.com/teams/workdayportal/Pages/default.aspx