# D8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES;SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF DEDRICK BOYD**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Dedrick Boyd, declare as follows:

1. I am over the age of 18 and a resident of Portland, Oregon. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted], 1976. At all times relevant to this declaration, I was over the age of forty. I am African American. I have one or more documented disabilities: my disabilities include anxiety with panic attacks.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted more than 100 applications to approximately 31 employers using the Workday platform. These included, but are not limited to, applications to

Accenture, AT&T, Bank of America, Black & Decker, Bose, Chanel, Columbia Sportswear, CVS, Deloitte, Dotdash Meredith, Dick's Sporting Goods, Dow Jones, FIS, GAP, Gartner, Home Depot, IMERSYS, Intel, J.Crew, Kering, Mondelez, Nike, PVH, Salesforce, Sanofi, The Standard, Thrivant, Warner Brothers, Yahoo, Yeti, and Zillow.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Management Information Systems. I have over 20 years of experience in digital commerce and engineering, including serving as Managing Partner of TechSparq, Inc. since December 2007, where I have led eCommerce technology projects with budgets of up to $5 million for clients including Nike, Columbia Sportswear, Abercrombie & Fitch, and Empower Global. I previously served as a Solutions Architect and Project Manager at Shelby Group (Accenture) and SAP Ariba, a Senior Consultant at Deloitte Consulting, a Senior Software Engineer at Raining Data, and a Senior Consultant at Arthur Andersen. For many of the positions to which I applied, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received appeared to be automated and generated without any human review of my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Portland, Oregon.

Signed by:
Dedrick Boyd
06C5A8C0D1D8454...

DEDRICK BOYD