# D9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CHARLOTTE BRADLEY**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Charlotte Bradley, declare as follows:

1. I am over the age of 18 and a resident of Detroit, Michigan. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1965. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejections emails I received came from sender addresses at the myworkday.com domain (for example, allstate@myworkday.com and betmgminc@myworkday.com).

6. During this period, I submitted nearly 30 applications to approximately 22 employers using the Workday platform. These included, but are not limited to, applications

reflected in my job-application records, including applications to Allstate, Ansira, The Astemo Group, BetMGM, Brink's, Centene, Cox Automotive, Empower, Epicor Software, Humana, iRobot, Jabil Careers, Kaplan, Marsh McLennan, Mazda, Nelnet, Rockwell Automation, Rolls-Royce, Stanley Black & Decker, Trimble Recruiting, and Troutman Pepper Locke, among others.

7. In submitting these applications, I provided my work history, education, skills, and resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Business Administration, and I am a certified Project Management Professional. I have over eight years of professional experience in project management, including roles at BMH Inc., Thyssenkrupp Materials, Pangea Made, and CDK Global. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without meaningful human review of my application. In numerous instances, I received a rejection within only a day or two after submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends For example, I applied to a Product Management (Technical) Lead Consultant position at Allstate Insurance Company. On Wednesday, November 5, 2025, at 10:57am, allstate@myworkday.com sent me an email confirming my application, and at 4:53am on Saturday, November 8, 2025, another email rejecting me from the position. I also received a rejection from an application to BetMGM for the position of Technology Implementation Manager on Sunday, August 17, 2025, at 12:00am.

11. My experience applying through Workday-based systems stood in contrast to my qualifications and professional background. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to interviews and received offers. For example, I interviewed with Edward Jones, Louisiana Pacific Corporation, Meritor, Ludwig, Detroit Manufacturing Systems, Mercedes Benz, MSX International Cardinal Health, Ford Component Sales, Strategic Staffing Solution/BCBSM, Michigan Minority Supplier Development Council, REMX, TEKsystems/Grede LLC, BlueGrace Logistics, EPIC Health, and Detroit Public Schools Community District, and I received offers from and accepted positions with Pangea Made and Thyssenkrupp.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before employers meaningfully considered my qualifications. I believe that my age, race, and gender could have been factors in this automated screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/5/2026, at Detroit, Michigan.

DocuSigned by:
Charlotte Bradley
033072278F5E455...

CHARLOTTE BRADLEY

# ATTACHMENT A

Gmail Charlotte Y Bradley [redacted]

## Thank you for applying!

1 message

**MyHR** <allstate@myworkday.com> Wed, Nov 5, 2025 at 10:57 AM
Reply-To: hrsupport@allstate.zendesk.com
To: [redacted]

Hi Charlotte,

Thank you for your interest in joining our team at Allstate Insurance Company. We know you have lots of options when applying for a job, and we appreciate you taking the time to apply for our Product Management (Technical) Lead Consultant position. We'll take a look and reach out if your skills match our needs for this role.

You can check on the status of your application by logging into your candidate home account here:
https://allstate.wd5.myworkdayjobs.com/en-US/allstate_careers/login

All the best,
The Careers Team at Allstate Insurance Company

R19702

This email was intended for [redacted]

Gmail **Charlotte Y Bradley** [redacted]

# Update on your Product Management (Technical) Lead Consultant application at Allstate Insurance Company

1 message

**MyHR** <allstate@myworkday.com> Sat, Nov 8, 2025 at 4:53 AM
Reply-To: hrsupport@allstate.zendesk.com
To: [redacted]

Hello Charlotte,

Thank you for applying to the Product Management (Technical) Lead Consultant position. We know you have many options in your job search, and we appreciate you applying for a role here at Allstate Insurance Company.

We reviewed your application, and while we selected another candidate for this position, we still think your skills have great potential here. New opportunities are always being posted on our careers site — we hope you will apply with us again soon.

Sincerely,

The Careers Team at Allstate Insurance Company

R19702

This email was intended for [redacted]

Gmail **Charlotte Y Bradley** [redacted]

## Application Update

1 message

**BetMGM-noreply** <betmgminc@myworkday.com> Sun, Aug 17, 2025 at 12:00 AM
Reply-To: no-reply@myworkday.com
To: [redacted]




Dear Charlotte,

Thank you for your interest in working with us and taking the time to submit your application for the Technology Implementation Manager position at BetMGM.

We reviewed your application, and although your resume was impressive, after careful consideration, we will not be moving forward with your candidacy at this time.

Although we're unable to proceed with your candidacy now, BetMGM is rapidly growing, and we expect to be recruiting for similar positions in the future. We encourage you to stay connected via LinkedIn, and keep an eye on our career page for future opportunities.

We wish you all the best in your job search, and hope to have the chance to connect with you for another role in the future!

Kind Regards,

The BetMGM Talent Acquisition Team

https://www.betmgminc.com/

This email was intended for [redacted]