# D12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF FRANK COMER**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Frank Comer, declare as follows:

1. I am over the age of 18 and a resident of Firestone, Colorado. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1970. At all times relevant to this declaration, I was over the age of forty. I have one or more documented disabilities: my disabilities include neurodivergence, previous cancer, and mobility issues.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted at least 13 applications to approximately 13 employers using the Workday platform. These included, but are not limited to, applications to

Centene, CoreBridge Elevance Health, Financial, Gates Foundation, Kyndryl, Medtronic, NVIDIA, Prime Therapeutics, RTX, Strada, Stryker, and SWBC.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Science in Engineering Management with a Concentration in Crisis, Emergency, and Risk Management, and a Bachelor of Science in Public Administration. I hold, or have held, multiple professional certifications, including Master Business Continuity Professional, Certified Emergency Manager, Certified Business Continuity Professional, Program Management Professional, and Insider Threat Program Manager. I have an inactive Top Secret/SCI with polygraph security clearance and more than twenty years of professional experience in physical security, threat intelligence, and crisis management, including roles at BAE Systems, National Geospatial-Intelligence Agency, the Department of the Army, and Veridian Systems. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for a Senior Manager of Global Security North America (Remote) position at Stryker and received a rejection notification on a Saturday evening at 10:23 pm. I applied for a Senior Security Program Manager at Medtronic and received a rejection notification at 11:50 pm.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Firestone, Colorado.

Signed by:
Frank Comer
D081E5C1373C45B...

FRANK COMER

# ATTACHMENT A

# Senior Manager, Global Security North America (Remote)

| | |
|---|---|
| **Position/Title** | Senior Manager, Global Security North America (Remote) |
| **Announcement/Position #** | R553079 |
| **Company** | Stryker |
| **Posted Date** | Friday, November 7, 2025 |
| **Submitted Date** | Monday, November 10, 2025 |
| **Application Status** | Not Selected (Company) |
| **Salary** | $115,600 - $245,800 |
| **Source** | LinkedIn |
| **Company link** | https://careers.stryker.com/senior-manager-global-security-north-america-remote/job/87A622EE3FBDF986FB6315A373013A0A?utm_source=Job%2Bboard&utm_medium=Linkedin |
| **Status Link** | https://stryker.wd1.myworkdayjobs.com/en-US/StrykerCareers/userHome |
| **History** | Rejected 11/22/25 @22:23 (Saturday night) |
| **Application Platform** | Workday |
| **Job Details** | Position: Company: Stryker As a Senior Manager, Global Security North America, you will be responsible for all commercial and Global Quality Operations (GQO) operations within North America. You will ensure that Stryker’s associates and businesses benefit from effective, prevention-oriented, and sustainable security and readiness programs that mitigate risk to our people, assets, and reputation, including our brands and intellectual property, while enabling business objectives in complex environments. This role focuses on the intersection of technical and physical security, leveraging technology and consensus-building to reduce risk and drive operational excellence. What You Will Do - Implement security programs aligned with Stryker’s global strategy to protect associates, facilities, and brand reputation. - Evaluate and recommend cost-effective physical security solutions including access control, surveillance, and lighting systems. - Manage relationships with technology-based security vendors to ensure operational continuity and compliance. - Consult with local site leadership to align security measures with business needs and regulatory standards. - Conduct annual security reviews and risk assessments to identify vulnerabilities and drive mitigation plans. - Analyze threats related to new business ventures and propose strategic risk reduction measures. - Deliver capital and operational security budgets that optimize spend and support business objectives. - Support executive protection logistics and operations for leadership travel and high-profile events. - Coordinate investigations into incidents such as fraud, product contamination, and threats to associates or assets. - Build partnerships with law enforcement, emergency response agencies, and peer security leaders across industries. What You Will Need Required: - Bachelor’s degree or 6 years of additional professional experience, in lieu of degree. - Minimum 10 years of professional experience, with at least 7 years of public and/or private sector security roles. - Expertise in technical security frameworks and best practices. - Experience in capital and operational budget management. Preferred: - Masters degree. - Minimum 7 years in public and/or private sector security roles. - Experience managing third party vendors or contracts. - Experience managing teams or direct reports. - Certifications in security management or related fields (e.g., CPP, PSP). - Multinational company experience in a security leadership capacity. $115,600.00 - $245,800.00 salary plus bonus eligible + benefits. Individual pay is based on skills, |

experience, and other relevant factors. Posted: November 7, 2025 This role will be posted for a minimum of 3 days. Health benefits include: Medical and prescription drug insurance, dental insurance, vision insurance, critical illness insurance, accident insurance, hospital indemnity insurance, personalized healthcare support, wellbeing program and tobacco cessation program. Financial benefits include: Health Savings Account (HSA), Flexible Spending Accounts (FSAs), 401(k) plan, Employee Stock Purchase Plan (ESPP), basic life and AD&D insurance, and short-term disability insurance. Stryker offers innovative products and services in MedSurg, Neurotechnology, Orthopaedics and Spine that help improve patient and healthcare outcomes. Alongside its customers around the world, Stryker impacts more than 150 million patients annually. Depending on customer requirements employees and new hires in sales and field roles that require access to customer accounts as a function of the job may be required to obtain various vaccinations as an essential function of their role.

# Senior Security Program Manager

| | |
|---|---|
| **Position/Title** | Senior Security Program Manager |
| **Announcement/Position #** | R45014 |
| **Company** | Medtronic |
| **Posted Date** | Wednesday, September 10, 2025 |
| **Submitted Date** | Sunday, September 21, 2025 |
| **Application Status** | Not Selected (Company) |
| **Salary** | $138,400 - $207,600 + MIP (Medtronic Incentive Plan) |
| **Location** | Medtronic Dr., Lafayette, CO 80026, USA |
| **Source** | LinkedIn |
| **Company link** | https://medtronic.wd1.myworkdayjobs.com/en-US/MedtronicCareers/job/Lafayette-Colorado-United-States-of-America/Senior-Security-Program-Manager_R45014-1?q=senior%20security&locationCountry=bc33aa3152ec42d4995f4791a106ed09 |
| **Status Link** | https://medtronic.wd1.myworkdayjobs.com/en-US/MedtronicCareers/userHome |
| **History** | Rejected 10/12/2025 @ 23:50 |
| **Application Platform** | Workday |
| **Job Details** | locations Lafayette, Colorado, United States of America Irvine, California, United States of America North Haven, Connecticut, United States of America Boston, Massachusetts, United States of America Santa Ana, California, United States of America time type: Full time posted on: Posted 11 Days Ago time left to apply: End Date: September 22, 2025 (8 hours left to apply) job requisition id: R45014 We anticipate the application window for this opening will close on - 22 Sep 2025 At Medtronic you can begin a life-long career of exploration and innovation, while helping champion healthcare access and equity for all. You'll lead with purpose, breaking down barriers to innovation in a more connected, compassionate world. A Day in the Life We believe that when people from different cultures, genders, and points of view come together, innovation is the result —and everyone wins. Medtronic walks the walk, creating an inclusive culture where you can thrive. The Regional Security Manager (RSM) leads the regional security program to ensure alignment with its corporate objectives and leads all aspects of security for the regional business. This includes responsibility for integrating the security function across all business units and aligning with overall business objectives. The RSM performs the full range of security functions related to the protection of Medtronic's tangible and intangible assets, to include: travel security, physical security design, executive protection, crisis response, incident management, work place violence, threat assessment/mitigation, risk assessment, investigations, education/training and driving a strong security culture. At Medtronic, we bring bold ideas forward with speed and decisiveness to put patients first in everything we do. In-person exchanges are invaluable to our work. We're working a minimum of 4 days a week onsite as part of our commitment to fostering a culture of professional growth and cross-functional collaboration as we work together to engineer the extraordinary. Provides day to day operational direction and leadership to all aspects of security operations in the region Develop and execute specific goals and objectives to support the initiatives of Global Physical Security Drive forward the regional security plan to address anticipated or current threats and vulnerabilities Develop training programs and conduct training exercises to ensure organizational preparedness for security related incidents and increase employee awareness Build and maintain strong working |

relationships with employees and key leaders Ensure awareness and support of Medtronic security practices and provide resources to help resolve issues Maintain close relationships with law enforcement, governmental agencies, professional organizations, community emergency responders, intelligence, and private sector counterparts Conduct, direct and oversee internal investigations as they pertain to threats against Medtronic, it's property, employees, or interests, in cooperation and coordination with other relevant functions Reviews and evaluates all security related incidents and makes recommendations to preclude recurrence Monitor the region for threats/disruptions to business operations and implement effective mitigation strategies Provide guidance and interpretation about security standards, practices, and programs to support regional and global business and security initiatives Collaborate internally and externally to solve challenging issues and provide solutions related to regional risk mitigation and event/incident management Identify & mitigate threats in accordance with Medtronic's workplace violence and threat management program Oversee and/or conducts investigations within the region Be an accountable role model who fosters an inclusive, diverse, and an equitable workplace that is demonstrated through actions Conduct periodic reviews and assessments to assure that organizational personnel are adhering to established policy and practices; recommends appropriate action to correct deficiencies Oversee physical security and guard force operations, where applicable Serve as a Subject Matter Expert (SME) to site leadership and outside agencies on all physical security matters Must Haves Bachelor's Degree and 7+ years of Physical Security experience OR advanced degree and 5+ years of experience Nice to Have Previous experience as a Security Manager Willingness to flex your schedule to meet the needs and demands of the Region Working knowledge of industrial security programs supporting a wide variety of environments including office, manufacturing, and distribution centers Ability to solve problems by analyzing information to resolve complex security issues Knowledge of and experience with travel security and journey management Operational security knowledge and experience Knowledge of physical security technology Experienced investigator and report writer Ability to successfully navigate in a complex matrixed organization Strong communicator who displays exceptional presentation and persuasion skills (verbal and in writing) with complex issues Ability to think both strategically as well as operationally Ability to maintain professional demeanor under stressful situations Strong problem solving, decision making and conflict resolution skills Self-motivated and results orientated Willing to travel (domestic and international) to provide direct, hands-on support to regionally assigned facilities In-depth knowledge of the global political, economic, and security environment; ability to identify international events of importance through multiple methods beyond the top headlines Uses good judgment and proven ability to work with highly confidential information Meticulous attention to detail, grammar, and style Creative thinker, capable of spotting and forecasting emerging trends, threats, and tactics Ability to build successful internal and external relationships and networks across cultures and industries Ability to effectively prioritize and manage multiple tasks, while maintaining strict deadlines Proven ability to operate effectively under adverse and stressful conditions with little supervision Demonstrated analytical expertise; ability to accurately draw conclusions through synthesizing raw data and information from multiple unrelated sources into a finished comprehensive product Strong interpersonal and listening skills; a great degree of emotional intelligence and maturity Deep Crisis Management/Crisis Operations/Incident Management experience Leadership experience in same or similar positions Background in project management – certifications a bonus Professional Security Certifications GSOC or Command Center experience Strong technical abilities; proficiency in MS Word, Excel, PowerPoint, and social media Possesses a working knowledge of CTPAT Experience creating Infographics and using data visualization tools Physical Job Requirements The above statements are intended to describe the general nature and level of work being performed by employees assigned to this position, but they

are not an exhaustive list of all the required responsibilities and skills of this position. The physical demands described within the Responsibilities section of this job description are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. For Office Roles: While performing the duties of this job, the employee is regularly required to be independently mobile. The employee is also required to interact with a computer, and communicate with peers and co-workers. Contact your manager or local HR to understand the Work Conditions and Physical requirements that may be specific to each role. Benefits & Compensation Medtronic offers a competitive Salary and flexible Benefits Package A commitment to our employees lives at the core of our values. We recognize their contributions. They share in the success they help to create. We offer a wide range of benefits, resources, and competitive compensation plans designed to support you at every career and life stage. Salary ranges for U.S (excl. PR) locations (USD):$138,400.00 - $207,600.00 This position is eligible for a short-term incentive called the Medtronic Incentive Plan (MIP). The base salary range is applicable across the United States, excluding Puerto Rico and specific locations in California. The offered rate complies with federal and local regulations and may vary based on factors such as experience, certification/education, market conditions, and location. Compensation and benefits information pertains solely to candidates hired within the United States (local market compensation and benefits will apply for others). The following benefits and additional compensation are available to those regular employees who work 20+ hours per week: Health, Dental and vision insurance, Health Savings Account, Healthcare Flexible Spending Account, Life insurance, Long-term disability leave, Dependent daycare spending account, Tuition assistance/reimbursement, and Simple Steps (global well-being program). The following benefits and additional compensation are available to all regular employees: Incentive plans, 401(k) plan plus employer contribution and match, Short-term disability, Paid time off, Paid holidays, Employee Stock Purchase Plan, Employee Assistance Program, Non-qualified Retirement Plan Supplement (subject to IRS earning minimums), and Capital Accumulation Plan (available to Vice Presidents and above, or subject to IRS earning minimums). Regular employees are those who are not temporary, such as interns. Temporary employees are eligible for paid sick time, as required under applicable state law, and the Employee Stock Purchase Plan. Please note some of the above benefits may not apply to workers in Puerto Rico. Further details are available at the link below: Medtronic benefits and compensation plans About Medtronic We lead global healthcare technology and boldly attack the most challenging health problems facing humanity by searching out and finding solutions. Our Mission — to alleviate pain, restore health, and extend life — unites a global team of 95,000+ passionate people. We are engineers at heart— putting ambitious ideas to work to generate real solutions for real people. From the R&D lab, to the factory floor, to the conference room, every one of us experiments, creates, builds, improves and solves. We have the talent, diverse perspectives, and guts to engineer the extraordinary. Learn more about our business, mission, and our commitment to diversity here. It is the policy of Medtronic to provide equal employment opportunity (EEO) to all persons regardless of age, color, national origin, citizenship status, physical or mental disability, race, religion, creed, gender, sex, sexual orientation, gender identity and/or expression, genetic information, marital status, status with regard to public assistance, veteran status, or any other characteristic protected by federal, state or local law. In addition, Medtronic will provide reasonable accommodations for qualified individuals with disabilities. If you are applying to perform work for Medtronic, Inc. ("Medtronic") in any position which will involve performing at least two (2) hours of work on average each week within the unincorporated areas of Los Angeles County, you can find here a list of all material job duties of the specific job position which Medtronic reasonably believes that criminal history may have a direct, adverse and negative

relationship potentially resulting in the withdrawal of a conditional offer of employment. Medtronic will consider for employment qualified job applicants with arrest or conviction records in accordance with the Los Angeles County Fair Chance Ordinance for Employers and the California Fair Chance Act.