# D13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF PAM DERDIGER**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Pam Derdiger (neé Lefkowitz), declare as follows:

1. I am over the age of 18 and a resident of Lincolnwood, Illinois. I have personal knowledge of the facts stated in this declaration. I changed my surname from Lefkowitz to Derdiger on June 23, 2026.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1960. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, capitalonebank@myworkday.com, centene@myworkday.com, Intapp@myworkday.com, standard@myworkday.com, therapybrands@myworkday.com, veritas@myworkday.com, woodward@myworkday.com, and many others).

6. During this period, I submitted nearly 40 applications to approximately 35 employers using the Workday platform. These included, but are not limited to, applications to AAA The Auto Club Group, ABC Fitness, Bank of America, Baker Tilly, BC/BS, Booz Allen, Bristol Myers Squibb, Capital One, CCC Intelligent Solutions, CDW, Centene, CLEAResult, Clio, Crowdstrike, CVS, Endeavor Health, Harris Computer, Home Depot, Intapp, Integer, Logicalis, Morgan Stanley, NEIU Zendesk, Proofpoint, Rocket Software, Service Titan, Stride Therapy Brands, The Standard, Unum, US Foods, and WellSky.

7. In submitting these applications, I provided my work history, education, skills, and resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Arts in Journalism. I hold multiple professional certifications, including Project Management Professional (PMP), ITIL 4, Agile Product Owner/Project Manager, Six Sigma Green Belt, and Scrum Master. I have more than 20 years of professional experience in information technology operations management, including roles at Core Computing Technologies, JumpCloud, and ModusOps. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only a small number of instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection within a day or two of submitting my application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, my records indicate that I applied for a Manager, IT Service Desk position at Stride on January 6, 2025. At 23:51 on January 8, 2025, I received an email from strideinc@myworkday.com

informing me that "we have decided to pursue other candidates for this role." This rejection arrived far too quickly for any person to have meaningfully reviewed my application. I also received a middle-of-the-night rejection notice after applying for a Senior Manager End User Technology position with CCC Intelligent Solutions, Inc., with ccis@myworkday.com emailing me at 4:00am on July 29, 2025.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

14. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Lincolnwood, Illinois.

Signed by:
Pam Derdiger
1A6BB1A0950641C...

PAM DERDIGER

# ATTACHMENT A

**From:** "Stride Workday HR" <strideinc@myworkday.com>
**Sent:** Wed, 8 Jan 2025 23:51:40 -0600
**To:** [redacted]
**Subject:** Followup on your Stride Application

Dear Pam Lefkowitz ,

Thank you for your application for the Manager, IT Service Desk position at Stride Inc. We apprec your interest in joining our team.

After careful consideration of many qualified applicants, we have decided to pursue other candida for this role. Please note that this decision pertains only to the specific opening noted above, and does not affect any application you may have submitted for other opportunities with Stride.

We encourage you to stay connected by joining our talent community. Simply complete this form a we'll stay in touch with information about job opportunities, upcoming recruitment events, and othe news about Stride.

We wish you success in your professional endeavors.

Regards,
Stride Careers

Stride Career Site

This email was intended for [redacted]

**From:** "cccis@myworkday.com" <cccis@myworkday.com> on behalf of "cccis@myworkday.com"
**Sent:** Tue, 29 Jul 2025 04:00:37 -0600
**To:** [redacted]
**Subject:** Thank You for Your Interest in a position at CCC Intelligent Solutions, Inc.

Hi, Pam

Thank you for submitting your resume for consideration for a position at CCC Intelligent Solutions, Inc. We are fortunate to have many qualified candidates apply to each of our positions. We have reviewed the qualifications of each candidate and, after careful consideration, we have determined that the credentials of other candidates may better fit our needs at this time.

We will keep your information in our system and, if in the future, we have a job opening that better fits your profile we will make sure to reach out to you.

Please accept our best wishes in your job search.

Sincerely,
CCC Talent Acquisition Team

Job Requisition: 0014087 Senior Manager End User Technology (Open)
Job Posting Title: Senior Manager End User Technology
Click here to view the notification details.

workday
Workday

This email was intended for [redacted]