# D14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF ROBBIN DICKSON**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Robbin Dickson, declare as follows:

1. I am over the age of 18 and a resident of Texarkana, Arkansas. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1983. I am over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted nearly 25 applications to approximately 21 employers using the Workday platform. These included, but are not limited to, applications to 3M, Amazon, American Electric Power, Baylor Scott and White Health Systems, Bristol-Myers Squibb Company, Caterpillar, Coca Cola, CVS Health, FedEx, GE, General Mills, Honeywell, Kimberly

Clark, L3Harris, Lockheed Martin, Pfizer, Proctor and Gamble, RTX, Target, Walmart, and WC Bradley Co.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Business Administration, a Bachelor of Applied Arts and Science, and an Associate of Arts with a focus in Behavioral Science. I have nearly a decade of professional experience in production management, strategic analysis, and customer service, including roles at Day & Zimmerman and Graphic Packaging International. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I was invited to interview or encouraged to apply. For example, a recruiter invited me to interview with Mod X Solutions in Shreveport, Louisiana, and a hiring manager encouraged me to apply for an open position at Greif International. However, because Greif International ultimately required me to apply through the Workday platform, I was rejected before any human reviewed my qualifications.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Texarkana, Arkansas.

Signed by:
Robbin Dickson
A0E673BA3D6A48B...
______________________________

ROBBIN DICKSON