# D15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF STEPHEN DUCLOS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Stephen Duclos, declare as follows:

1. I am over the age of 18 and a resident of Boston, Massachusetts. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1969. At all times relevant to this declaration, I was over the age of forty. I have one or more documented disabilities: my disabilities include anxiety and panic attacks.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain, for example, bakertilly@myworkday.com, bbh@myworkday.com, cambiumlearning@myworkday.com, crain@myworkday.com, danafarber@myworkday.com, emerson@myworkday.com, evercommerce@myworkday.com, harbourvest@myworkday.com,

mymoose@myworkday.com, oceanspray@myworkday.com, snyk@myworkday.com, tealium@myworkday.com, and zelis@myworkday.com.

6. During this period, I submitted nearly 115 applications to approximately 70 employers using the Workday platform. These included, but are not limited to, applications to Acxiom, Analog Devices, Ascensus, Assurant, Astra Zeneca, Autodesk, Avid, Babson College, Baker Tilly, Bay State Health, Bose, Bright Horizons, Brown Brothers Harriman, Cambium Learning, Crain Communications, Inc., Crowe, DanaFarber, Deckers Brands, eBay, Emerson, Eppendorf, EverCommerce, GE, GE Healthcare, GN Group, Go To, Goodwin, GSK, Harbourvest, IDT, Intel, iPeople, Live Nation, M & T Bank, Manulife, Marsh McLennan, Mastercard, Mimecast, Mitre, My Moose, New Balance, OceanSpray, Paraexcel, Pricewaterhouse Coopers, Puma, RSM, Salesforce, Sallie Mae, Sandoz – Novatris, Sanofi, Santander, Sedgwick, Smith & Nephew, SNYK, Solution Design, Takeda, TCG Player, Tealium, Thermo Fisher Scientific, Unum, Veralto, Worcester Polytechnic Institute, Workhuman, Yahoo, Zelis, Zillow, Zoll, and many others, as well as to Workday, Inc itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Science in Technology and Innovation Management and a Bachelor of Science in eBusiness. I have over fifteen years of professional experience in enterprise marketing, digital transformation, and strategic innovation, including senior leadership roles at Loyal Source, Bullhorn, Randstad USA, and The Mosaic Company. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied to the position of Senior Vice President of Marketing and External Communications at Parexel. On Friday, April 11, 2025, parexel@myworkday.com sent me an email acknowledging my application, and on Tuesday, April 15, 2025, at 12:22am, another email informing me that "we will not be moving ahead with my application." Similarly, when I applied to the Impact Innovation and Strategy Lead position at Takeda, I received an email acknowledging my application from takeda@myworkday.com on Friday, February 21, 2025, at 10:25am. On Sunday, February 23, 2025, at 1:55am, takeda@myworkday.com informed me that Takeda had "decided to pursue another candidate for this position." According to my records, I also applied to a position with Workday on April 1, 2025, and I was rejected on April 3, 2025. These rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. As noted above, Workday, Inc. – the Defendant in this case – rejected my application for employment through its own Workday platform.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and disability could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

16. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Boston, Massachusetts.

Signed by:
Stephen Todd Duclos
AB1F102A7C864F1...

STEPHEN DUCLOS

# ATTACHMENT A

# Thank you for applying for a career at Parexel!

00000 - Job Apps 24 ×

**Parexel Workday** <parexel@myworkday.com>
to me

Apr 11, 2025, 8:54 AM




Hello Stephen,

Thank you for your interest in the Senior Vice President, Marketing & External Communications position. We have received your submission and are excited to review your credentials and explore a potential career at Parexel with you.

We will review your background and if this role is a match for your experience, we will be in touch to discuss next steps. In the meantime, be sure to follow us on Social Media to see how Parexel works with heart!

You can check on the status of your application at any time by logging into your candidate home account using the link below.

https://wd1.myworkdaysite.com/recruiting/parexel/Parexel_External_Careers/login

Kind Regards,

Parexel Talent Acquisition

parexel

# Update to your Parexel Application Status

00000 - Job Apps 24/FAIL ×

**Parexel Workday** <parexel@myworkday.com>
to me

Tue, Apr 15, 2025, 12:22 AM




Dear Stephen,

Thank you for your interest in Parexel, and for taking the time to apply for the position of Senior Vice President, Marketing & External Communications position.

At this time, we will not be moving ahead with your application.

Although we couldn't find a mutual fit today, we hope that you stay connected with us through our social media channels and careers page: jobs.parexel.com. Please keep monitoring the website for other positions, or you could set up a job alert to be automatically notified when a suitable position is posted. There could be a future opportunity at Parexel that may be perfect for you.

In the meantime, we wish you the best of luck in your current search.

Sincerely,

Parexel Talent Acquisition

parexel

Case 3:23-cv-00770-RFL Document 419-20 Filed 09/14/26 Page 9 of 10

# Thank you for your application for Impact Innovation and Strategy Lead

00000 - Job Apps 24 ×

**Workday for Takeda (Do Not Reply)** <takeda@myworkday.com>
to me

Fri, Feb 21, 2025, 10:25 AM

Dear Stephen Todd ,

Thank you for your interest in a career at Takeda. We sincerely appreciate the time you took to apply for the position of Impact Innovation and Strategy Lead .

For more than 240 years, Takeda has been bringing hope of Better Health and a Brighter Future to millions of people worldwide through our empathetic and people-centered approach to medicine. We're looking for individuals who will be inspired by our mission and who want to make a positive impact on people’s lives every day.

Thank you again, and we encourage you to discover more about Takeda on LinkedIn.

Best Regards,
Takeda's Talent Acquisition Team

Empowering Our People to Shine
Takedajobs.com

Replies to this message are undeliverable. If you need to contact us, please send a message via Takeda.com.

# Your Application for Impact Innovation and Strategy Lead at Takeda

00000 - Job Apps 24/FAIL ×

**Workday for Takeda (Do Not Reply)** <takeda@myworkday.com>
to me

Sun, Feb 23, 2025, 1:55 AM

Hello Stephen Todd Duclos ,

Thank you for your interest in the Impact Innovation and Strategy Lead position. We have decided to pursue another candidate for this position. We hope that you remain interested in joining the Takeda team to pursue our mission of Better Health and Brighter Future.

We encourage you to view and apply for other opportunities at www.takedajobs.com.

Best Regards,
Takeda's Talent Acquisition Team

Empowering Our People to Shine

Takedajobs.com

Replies to this message are undeliverable. If you need to contact us, please send a message via Takeda.com.