# D16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF SHERRILL EVANS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Sherrill Evans, declare as follows:

1. I am over the age of 18 and a resident of Melbourne, Florida. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1967. At all times relevant to this declaration, I was over the age of forty. I am an African American woman. I have one or more documented disabilities: my disabilities include diabetes and depression.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, changehealthcare@myworkday.com, cvshealth@myworkday.com, healthcare@myworkday.com, humana@myworkday.com, massgeneralbrigham@myworkday.com, zillow@myworkday.com).

6. During this period, I submitted more than 20 applications to at least 8 employers using the Workday platform. These included, but are not limited to, applications to Blue Cross Blue Shield of North Carolina, Change Healthcare, Essentia Health, Humana, Mass General Brigham, Oak Street Health, Solventum, and Zillow.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Criminal Justice and an Associate of Arts in Human Services. I hold certifications in Medical Billing, B2B Customer Success Management, Data Analytics, and Oracle Artificial Intelligence Foundations. I have more than 26 years of professional experience in high-volume, client-facing environments across healthcare, financial services, and compliance-driven operations. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only a small number of instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection within a day or two of submitting my application. For example, according to my records, I applied for an Intake Specialist position at Blue Cross and Blue Shield of North Carolina on January 8, 2026, and was denied on January 9, 2026. I applied for a Mortgage Production Assistant position with Zillow on Sunday, September 28, 2025, and was denied on Tuesday, September 30, 2025.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, gender, and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Melbourne, Florida.

Signed by:
Sherrill Evans
804463B1EFE2411...

SHERRILL EVANS