# D17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF JANICE FLOWERS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Janice Flowers, declare as follows:

1. I am over the age of 18 and a resident of Magnolia, Arkansas. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1976. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, abbott@myworkday.com, CignaNotifications@workday.cigna.com, cnx@myworkday.com, cvshealth@myworkday.com, ebay@myworkday.com, ensemblehp@myworkday.com, labcorp@myworkday.com, myhrabc@myworkday.com, and uhaul@myworkday.com).

6. During this period, I submitted numerous applications to approximately 20 employers using the Workday platform. These included, but are not limited to, applications to AAA, Abbott, Cencora, Cigna, Comcast, Concentrix, Custom Ink, CVS, Disa, Dollar Tree, eBay, Ensemble Health Partners, Family Dollar, Guardian Dental, LabCorp, Sysco, The Hartford, Thrivent, U-Haul, United Health, and Walgreens.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold certificates in Medical Front Office Administrative Specialist/Electronic Health Records and Medial Assistant. I have over a decade of professional experience in higher education, logistics, healthcare, and insurance, including roles at Southern Arkansas University, FedEx, EssilorLuxottica, Merck, and Medifast. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In several instances, I received a rejection within only a few days of submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for an e-Live Verification Phone Agent position with U-Haul Company and received an email from uhaul@myworkday.com confirming my application on January 19, 2026 at 5:31pm. Just a few hours later, at 1:24am on January 20, 2026, uhaul@myworkday.com sent me a rejection email. This rejection arrived too quickly for any person to have meaningfully reviewed my application. I applied for another position with U-Haul, a Sales Closer Callback Agent, and received a rejection email on July 16, 2025 at 2:00am, Similarly, I received a rejection from Allstate for a Customer

Service Associate III position on Sunday, August 3, 2025, at 2:41am, and a rejection from eBay for a Customer Experience Representative position on Saturday, October 4, 2025.

11. On at least one occasion, I received an automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Magnolia, Arkansas.

Signed by:
Janice Flowers
E8E1A6BEEF114B1...

JANICE FLOWERS

# ATTACHMENT A

Gmail **Janice Flowers** [redacted]

## Thank You For Applying!

1 message

**uhaul@myworkday.com** <uhaul@myworkday.com> Mon, Jan 19, 2026 at 5:31 PM
Reply-To: u-haullife@uhaul.com
To: [redacted]

Dear Janice

Thank you for applying to U-Haul Company for the position of: e-Live Verification Phone Agent

Your application will be reviewed in a timely manner to determine if your skills and qualifications are a match for this great opportunity.

If we feel that your skills and qualifications meet the requirements of the position, we will contact you for further consideration.

We greatly appreciate your interest in becoming a U-Haul Team member.

Thank you,

Human Resources
U-Haul International
1-602-263-6627

U-HAUL

This email was intended for [redacted]
U-Haul International · 2727 North Central Avenue, Phoenix, AZ 85004

Gmail **Janice Flowers** [redacted]

# Thank you for your interest in U-Haul

1 message

**uhaul@myworkday.com** <uhaul@myworkday.com> Tue, Jan 20, 2026 at 1:24 AM
Reply-To: u-haullife@uhaul.com
To: [redacted]

Dear Janice

Thank you for your interest in the e-Live Verification Phone Agent position at U-Haul Company. After careful review of your skills and qualifications we regret to inform you that we will not be moving forward with your application at this time. However, we have many other job openings and we encourage you to continue to apply to other opportunities at U-Haul.

If you applied for multiple positions, please visit U-Haul Jobs and sign in to your profile to check the status of your other applications.

We appreciate your interest and wish you the very best in your career.

Regards,

Human Resources
U-Haul International

U-HAUL

This email was intended for [redacted]
U-Haul International · 2727 North Central Avenue, Phoenix, AZ 85004

Gmail **Janice Flowers** [redacted]

# Thank you for your interest in U-Haul

1 message

**uhaul@myworkday.com** <uhaul@myworkday.com> Wed, Jul 16, 2025 at 2:00 AM
Reply-To: u-haullife@uhaul.com
To: [redacted]

Dear Janice

Thank you for your interest in the Sales Closer Callback Agent - Part Time position at U-Haul Company. After careful review of your skills and qualifications we regret to inform you that we will not be moving forward with your application at this time. However, we have many other job openings and we encourage you to continue to apply to other opportunities at U-Haul.

If you applied for multiple positions, please visit U-Haul Jobs and sign in to your profile to check the status of your other applications.

We appreciate your interest.

Regards,

Human Resources
U-Haul International

U-HAUL

This email was intended for [redacted]
U-Haul International · 2727 North Central Avenue, Phoenix, AZ 85004

Gmail

**janice Flowers** [redacted]

## Update on your Customer Service Associate III application at National General

**MyHR** <allstate@myworkday.com> Sun, Aug 3, 2025 at 2:41 AM
Reply-To: hrsupport@allstate.zendesk.com
To: [redacted]

Hello Janice,

Thank you for applying to the Customer Service Associate III position. We know you have many options in your job search, and we appreciate you applying for a role here at National General.

We reviewed your application, and while we selected another candidate for this position, we still think your skills have great potential here. New opportunities are always being posted on our careers site — we hope you will apply with us again soon.

Sincerely,

The Careers Team at National General

R18072

This email was intended for [redacted]

Gmail **Janice Flowers** [redacted]

# Thank You for Your Interest in Career Opportunities at TCGplayer

1 message

**workday.do-not-reply ebay** <ebay@myworkday.com> Sat, Oct 4, 2025 at 2:52 AM
Reply-To: workday.do-not-reply@ebay.com
To: [redacted]

Hello Janice,

Thank you for your interest in our Customer Experience Representative ( R0069432 ) position. We appreciate the time you took to complete the application. We carefully considered your experience, however, we have decided not to move forward with your application.

Please know that if you have applied to more than one position at TCGplayer your other application(s) will remain under consideration, and we encourage you to continue to check our Career site for future opportunities that may be a better fit.

Thanks again for your interest,
TCGplayer Recruiting Team

This email was intended for [redacted]