# D19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF MARK FORREST**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Mark Forrest, declare as follows:

1. I am over the age of 18 and a resident of Chicago, Illinois. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1972. At all times relevant to this declaration, I was over the age of forty. I am African American.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted nearly 40 applications to approximately 26 employers using the Workday platform. These included, but are not limited to, applications to Bank of America N.A., BMO Harris, Bristol-Myers Squibb Co., Caterpillar Inc., Charles Schwab & Co.,

Citibank NA, Comcast Cable Communications Mgmt. LLC, Constellation Brands, Inc., Federal Home Loan Mortgage Corporation, Federal National Mortgage Association, FedEx Corporation Services Inc., Fidelity National Title Group Inc., Fifth Third Bank NA, Fortune Brands Home & Security Inc., General Electric Co., Humana Inc., The Huntington National Bank, Kemper Corporation, Kimberly-Clark Corporation, Kraft Heinz, Motorola, The Proctor & Gamble U.S. Business Services Co., U.S. Foods Inc., Walgreens, Wells Fargo Bank NA, and Western Digital Technologies, Inc.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Business Administration in Finance and a Bachelor of Business Administration in Accounting, and I am a candidate for Certified Public Accountant. I have over 15 years of professional experience in financial planning and analysis, profit and loss management, and financial operations experience, including roles at the Institute for Clinical Social Work, Aramark, CDW, Rush University Medical Center, Tyson Foods, and City Colleges of Chicago. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and race could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Chicago, Illinois.

Signed by:
Mark Forrest
3F9BCDF1F5C147C...

MARK FORREST