# D20

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF KATELYN GOMES**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Katelyn Gomes, declare as follows:

1. I am over the age of 18 and a resident of Meriden, Connecticut. I have personal knowledge of the facts stated in this declaration.

2. I was born on [redacted] 1980. At all times relevant to this declaration, I was over the age of forty. I am female.

3. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

4. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, yale@myworkday.com).

5. During this period, I submitted numerous applications to at least 22 employers using the Workday platform. These included, but are not limited to, applications to Allstate, Aptiv, Capital One, Cigna, Crowe, Custom Ink, Deloitte, Eversource, Fairfield University, FHI360, The Hartford, International Rescue Committee, Johnson & Johnson, Old Republic, One Digital, Smith and Nephew, Stride, Teladoc, Trustmark, Yale University (Cedarhurst School), Yahoo, and Zillow.

6. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

7. I am well qualified for the positions to which I applied. I hold a Sixth-Year Degree in Educational Leadership, a Master of Science in the Special Education of Emotionally Disabled Adolescents, and a Bachelor of Science in Special Education and Comprehensive Special Education. I hold a Connecticut Professional Educator Certificate valid through June 2034, with endorsements in Special Education (Comprehensive, Grades K-12) and Intermediate Administration and Supervision. I have approximately 20 years of professional experience in special education, educational leadership, trauma-informed practice, and program management, including roles at Oak Hill School, North Haven Public Schools, and Hartford Healthcare. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

8. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

9. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after submitting an application. For example, according to my records, I applied to a Manager Culture, Engagement, and Inclusion position with Eversource on June 17, 2025, and I was declined on June 18, 2025, and I applied to a Learning & Development Facilitator position with Allstate on June 20, 2025, and I was declined on June 22, 2025.

10. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/10/2026, at Meriden, Connecticut.

Signed by:
Katelyn Gomes
3284AF2813404CC...

KATELYN GOMES