# D21

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF BRIAN K. HAMILTON**

Courtroom: 15, 18th Floor
Judge: Hon. Rita F. Lin

I, Brian Keith Hamilton, declare as follows:

1. I am over the age of 18 and a resident of Paris, Kentucky. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1975. At all times relevant to this declaration, I was over the age of forty. I am African American.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain, for example, 3m@myworkday.com, amplify@myworkday.com, bhs@myworkday.com, catalent@myworkday.com, changehealthcare@myworkday.com, cigna@myworkday.com, campaignmonitor@myworkday.com, datasite@myworkday.com, disney@myworkday.com, draftkings@myworkday.com, empowerretirement@myworkday.com,

frontiersin@myworkday.com, generalmotors@myworkday.com, greendotcorp@myworkday.com, icf@myworkday.com, ghc@myworkday.com, neogen@myworkday.com, ntst@myworkday.com, nytimes@myworkday.com, philips@myworkday.com, pluralsight@myworkday.com, pnc@myworkday.com, resmed@myworkday.com, unum@myworkday.com, usaa@myworkday.com, and godirect@myworkday.com.

6. During this period, I submitted numerous applications to approximately 30 employers using the Workday platform. These included, but are not limited to, applications to 3M, Amplify, Anthem, Baptist Health, Campaign Monitor, Catalent, Change Healthcare, Cigna, Datasite, Dell, Disney, DraftKings, Empower Retirement, Frontiers, General Motors, Green Dot Corp, ICF, Kaplan, Neogen, Netsmart Technologies, New York Times, Philips Electronics, Philips, Pluralsight, PNC, ResMed, TSYS, Unum, USAA, Voya Financial, and others.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Arts in Political Science. I have extensive professional experience in customer service, support, and healthcare administration, including roles at Sword Health, Ambra Health, Kentucky Medical Services Foundation, and Braden Partners, L.P. (dba Pacific Pulmonary). For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview request through a Workday-platform application in only a small number of instances. For example, after applying to a position with Unum/Colonial through the Workday platform, I was asked to complete a HireVue video interview in which no human representative from Unum/Colonial was present. I was not notified beforehand that this position would require such a video interview. Despite completing the video

interview, I received no offer from Unum/Colonial. In fact, I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for a position with ResMed as a Customer Support Representative, and on September 23, 2022 at 3:16 am I received a rejection email from resmed@myworkday.com.

11. On at least one occasion, I received an automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed directly by human recruiters and hiring managers, I advanced through selection processes and was ultimately hired. For example, I secured positions at Sword Health (2022) and DICOM Grid/Ambra Health (2021-2022) through processes that included human review of my credentials. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and race could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

16. Attachment A is a true and correct coy of the documents related to my application through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Paris, Kentucky.

Signed by:
Brian Hamilton
2115C867263D4A0...

BRIAN HAMILTON

**ATTACHMENT A**

Outlook

Redacted

**From:** Workday <resmed@myworkday.com>
**Sent:** Friday, September 23, 2022 3:16 AM
**To:** [redacted]
**Subject:** ResMed application update for Customer Support Representative

Dear Brian ,

Thank you for your interest in employment with ResMed in our Customer Support Representative position. We genuinely appreciate all who invest time to pursue a new career opportunity with us.

At this time, we've decided to pursue other candidates who more closely match the job requirements of this position.

We understand that this may be disappointing news, however your relationship with ResMed doesn't end here. We will maintain your records and should a position open that matches your qualifications, please feel free to apply. We also encourage you to visit our website and follow us via our LinkedIn page to keep track of new opportunities.

Again, thank you for your interest and we wish you the absolute best of luck in your search!

Thank you,
ResMed Talent Acquisition team

Business Process: Job Application: Brian Hamilton - JR_019543 Customer Support Representative on 09/19/2022

Subject: Brian Hamilton - JR_019543 Customer Support Representative

Click Here to view the notification details.

This email was intended for [redacted]