# D22

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CLEVE HARRISON**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Cleve Harrison, declare as follows:

1. I am over the age of 18 and a resident of Murfreesboro, Tennessee. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted], 1975. At all times relevant to this declaration, I was over the age of forty. I have one or more documented disabilities: my disabilities include attention deficit hyperactivity disorder (ADHD), anxiety, and depression.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, texasroadhouse@myworkday.com).

6. During this period, I submitted nearly 51 applications to approximately 19 employers using the Workday platform. These included, but are not limited to, applications to

Allstate Insurance, AML Rightsource, Blue Cross/Blue Shield of Tennessee, Capella University, Cardinal Health, Community Health Systems, HCA, National University, PNC Bank, PricewaterhouseCoopers, Regions Bank, Southern New Hampshire University, State Farm, Texas Roadhouse, Tractor Supply, US Bank, Vanderbilt University Medical Center, Warner Music Group, and Wells Fargo.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Doctor of Business Administration, a Master of Healthcare Administration, and a Bachelor of Science in Organizational Leadership. I also hold multiple professional certifications, including Citi Program's Essentials of Grant Proposal Development and Undue Foreign Influence: Risks & Mitigation Certifications; Ford Motor Credit's Contract Management, Learning and Development Trainer, Six Sigma Green Belt, AML Fraud Prevention, and Regulatory Compliance Certifications; and multiple LinkedIn Learnings. I have more than two decades of experience as a Dealer Credit Analyst with Ford Motor Credit. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. My records indicate that I received an interview through a Workday-platform application in only one instance: Regions Bank interviewed me for the Contact Center Supervisor Onsite position I applied for on October 3, 2025, but subsequently rejected me for the position. I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. My records indicate numerous instances in which I received a rejection outside of business hours shortly after I

submitted my application. These rejections arrived too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and had been explicitly encouraged to apply. Following my application to the position of Contact Center Supervisor Onsite with Regions Bank through the Workday platform, I received my only invitation to interview through the Workday platform. During the interview, I was encouraged to apply for the position of Contact Center Priority Banking Supervisor Onsite. Following my application to that position through the Workday platform, I received a rejection without any interview or human recruiter contact.

12. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to final-round interviews and received offers. For example, I completed a final-round interview at Lyft for a Fraud Analyst position, and I received and accepted job offers with Ilisagvik College to work as a Special Projects Instructor in October 2025, Motlow State Community College to work as an Adjunct Faculty Member in January 2026, and Accension Healthcare to work as a temporary trainer in March 2026. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and disability could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/5/2026, at Murfreesboro, Tennessee.

Signed by:
Cleve Harrison
D8CD46DB5419420...

CLEVE HARRISON