# D23

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF DAVISE HASKINS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Davise Haskins, declare as follows:

1. I am over the age of 18 and a resident of Houston, Texas. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1982. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, akumincorp@myworkday.com, cardinalhealth@myworkday.com, onedigital@myworkday.com, oneoncology@myworkday.com, sedgwick@myworkday.com, smithnephew@myworkday.com, and trustmark@myworkday.com).

6. During this period, I submitted at least 15 applications to approximately 13 employers using the Workday platform. These included, but are not limited to, applications to Akumin Corp., Albany Med Health System, Aoncology, Cardinal Health, Cigna, City of Hope, Convatec, Cook Children's, Essential Health, GenesisCare, Humana, Memorial Hermann, OneDigital, OneOncology, Savista, Sedgwick, Smith & Nephew, and Trustmark Insurance Co.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I am a Certified Professional Coder and a Certified Professional Biller with a decade of professional medical office experience, including roles with Insight Global, ESG/Memorial Hermann Hospital, Preventice Solutions LLC, Amerisource Bergen – Lash Group, Baxter International, and Ochin Inc. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In some instances, I received a rejection within a day of submitting my application. For example, I applied for the Reimbursement Specialist position at Smith & Nephew through Workday. On June 17, 2025, I received an email from smithnephew@myworkday.com confirming receipt of my application. The very next day, I received an email from the same email address at 11:55pm, informing me that "after careful consideration, we regret to inform you that we will not be progressing your application for this role any further." This rejection arrived too quickly for any person to have meaningfully reviewed my application, much less given it the "careful consideration" cited in the email text.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/7/2026, at Houston, Texas.

DocuSigned by:
Davise Haskins
1F9F1046D81144F...

DAVISE HASKINS

# ATTACHMENT A

Outlook

**Fwd: Smith+Nephew - Application**

Redacted

---------- Forwarded message ---------
From: **workday smith-nephew** <smithnephew@myworkday.com>
Date: Tue, Jun 17, 2025 at 5:30 AM
Subject: Smith+Nephew - Application
To: [redacted]

Smith+Nephew

Hi Davise,

Thank you for considering us as your next employer by expressing interest in the Reimbursement Specialist opening.

Our recruitment team will review your recent application and will be in touch with any next steps.

To receive similar job postings and company news, join the S+N Talent Community.

We look forward to staying connected with you.

Sincerely,

Smith+Nephew Talent Acquisition Team

Smith+Nephew

This email was intended for [redacted]

--
***Kind Regards,***

***Davise Haskins***

Outlook

**Fwd: Smith+Nephew - Application**

Redacted

---------- Forwarded message ---------
From: **workday smith-nephew** <smithnephew@myworkday.com>
Date: Wed, Jun 18, 2025 at 11:55 PM
Subject: Smith+Nephew - Application
To: [redacted]

Smith+Nephew

Hi Davise,

Thank you for considering us as your next employer by expressing interest in the Reimbursement Specialist opening.

We appreciate having the opportunity to learn more about you and the time you've taken to share more about your experience.

While your skills and achievements are impressive, after careful consideration, we regret to inform you that we will not be progressing your application for this role any further.

We hope to keep in touch with you for future openings. As a member of our Talent Community, you have access to stay up to date with job opportunities, company news and upcoming events. If you have previously declined joining the talent community, you may join here: S+N Talent Community.

You can also find a complete list of our current openings through our Careers Page at any time.

Thank you again for your time and interest in Smith+Nephew and we wish you success in all your future endeavors.

Sincerely,

Smith+Nephew Talent Acquisition Team

Smith+Nephew

[redacted] intended [redacted]

--
***Kind Regards,***

***Davise Haskins***