# D24

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF HAMETA JOHNSON**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Hameta Johnson, declare as follows:

1. I am over the age of 18 and a resident of Charlotte, North Carolina. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1981. I am over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, accenture@myworkday.com, TIAA@myworkday.com, zillow@myworkday.com).

6. During this period, I submitted over 50 applications to at least 25 employers using the Workday platform. These included, but are not limited to, applications to Accenture, American Cancer Society, Ares Management, Broad Ridge, Cigna Healthcare, Cushman & Wakefield, Duke Energy, Extra Space Storage, Fairfield, Grandbridge Real Estate Capital, Greystar, Grief, Healthcare Realty, ICF, Lowes, Reliance Matrix, Revantage, Service Titan, TIAA, The NRP Group, Truist, United Rentals, U.S. Bank, Valet Living, Zillow, and others.

7. In submitting these applications, I provided my work history, education, skills, and resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Business Administration, and I am a licensed North Carolina Real Estate Broker. I also hold multiple professional certifications, including Tax Income Credit Certification and Occupancy Specialist Certification. I have substantial professional experience in property management, real estate operations, and insurance, including roles at First Key Homes, American Homes, Home River Group, Catholic Charities, Allstate Insurance, and State Farm Insurance. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only one instance: on April 16, 2025, Cushman & Wakefield requested that I interview for an Operations Manager position but subsequently rejected me for the position. I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without meaningful human review of my application.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Charlotte, North Carolina

DocuSigned by:



B7864092A7FE400...

HAMETA JOHNSON