# D25

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF KENYON JOHNSTON**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Kenyon Johnston, declare as follows:

1. I am over the age of 18 and a resident of Atlanta, Georgia. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted], 1974. At all times relevant to this declaration, I was over the age of forty. I am African American.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, accenture@myworkday.com, adobe@myworkday.com, allstate@myworkday.com equifax@myworkday.com, truist@myworkday.com, and workday@myworkday.com).

6. During this period, I submitted nearly 400 applications to approximately 140 employers using the Workday platform. These included, but are not limited to, applications to Accenture, Adobe, Allstate, Calix, Capital One, Coca Cola, Cox, Dell, DirecTV, Disney, Elevance Health, Equifax, General Dynamics, General Motors, Home Depot, iHeart Media, Intel, Leidos, McKesson, NVIDIA, PricewaterhouseCoopers, Qualys, Southwest Airlines, SS&C Technologies, Thermo Fisher Scientific, Walmart, Worldpay, and many others, as well as to Workday, Inc. itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Computer and Information Sciences, and I am completing a Master of Science in Artificial Intelligence. I hold multiple professional certifications, including AWS Solutions Architect Associate, AWS AI Practitioner, AWS Cloud Practitioner, CompTIA Security+, and Certified Scrum Product Owner. I have more than a decade of professional experience, including in cloud architecture, cybersecurity, and product management. I have held roles at Koch Industries, Warner Bros. Discovery, Acquia, IBM, and Progress Software. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only a small number of instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after submitting my application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for a Technical Account Manager position at Workday. On July 30, 2024, at 1:07pm, I received an email from workday@myworkday.com, confirming my application. Just over a day and a half later, at

3:38am on Thursday, August 1, 2024, I received an email from the same address, rejecting my application. Similarly, my records indicate that in response to my applications to two different positions – a Cloud Product Engineer (AWS) and a Digital PM (Technical-Allstate Mobile) – Allstate responded by sending me an email from allstate@myworkday.com that essentially combined the confirmation and rejection notices on November 16, 2024, and December 22, 2024, respectively. These rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed. I was particularly surprised that Workday rejected my application for the Technical Account Manager position during the summer of 2024 without any interview or human contact, because Workday had previously interviewed me for a similar position only months earlier. In February 2024, I had completed a multi-round interview process for a Product Manager position at Workday, demonstrating that I was objectively qualified for a similar type of role.

12. In at least one instance, a Workday-platform employer expressly informed me that no human had reviewed my resume before the hiring decision was made. On December 16, 2024, I received an email from worldpay@myworkday.com regarding my application for the Senior Agile Product Owner position, which stated that "given the timing of your application, your resume wasn't reviewed prior to the hiring decision being made."

13. As noted above, Workday, Inc. — the Defendant in this case — rejected my own application for employment through its own Workday platform.

14. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to final-round interviews and received offers. I completed a final-round "Power Day" interview at Capital One in July 2024; I advanced to panel interviews at Equifax in May and June 2024; I received and declined a job offer

from Microsoft in April 2022; and I withdrew from Atlassian in April 2022 only after accepting a competing offer. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

15. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and race could have been factors in this screening.

16. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

17. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Atlanta, Georgia.

DocuSigned by:

B660728E8AA544A...

KENYON JOHNSTON

# ATTACHMENT A

4 of 19

# Thank you for applying here at Workday!

Inbox ×

**Do-Not-Reply@workday.com** <workday@myworkday.com>

to me

Tue, Jul 30, 2024, 1:07 PM




Hello Kenyon

Firstly, thank you for your interest in the Workday Technical Account Manager position here at Workday! We'd appreciate your patience in allowing an application review of 5 to 10 business days.

Workday attracts a large number of exceptional talent to our opportunities and while we would love to get back to all of our applicants individually, we can only guarantee that we will be in contact with you should we see a strong match between your skills, experience and qualifications that are required for the open opportunity you've applied for.

In the meantime, we would recommend you go back to your candidate home portal and confirm you have completed any pending tasks to make sure you've done everything you can for a complete and successful application. We'd also encourage you to keep in touch with [not available] and check for new opportunities by visiting our Careers page.

Thanks again for your interest in Workday, and we wish you success in your job search!

Reply Forward

# Thank you from Workday!

Inbox ×

**Do-Not-Reply@workday.com** <workday@myworkday.com>

to me

Thu, Aug 1, 2024, 3:38 AM




Hi Kenyon

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-0090081 Workday Technical Account Manager (Evergreen) at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Reply Forward

# Worldpay Application Update - KENYON JOHNSTON - JR0601157 Senior Agile Product Owner (C7173829)

Inbox ×

**worldpay@myworkday.com**
to me

Mon, Dec 16, 2024, 10:10 AM

Dear KENYON,

Thank you for your time and interest in Worldpay. Unfortunately, given the timing of your application, your resume wasn't reviewed prior to the hiring decision being made. We're sorry that we missed you!

While you are not being considered further for this position, you may qualify for a number of our other posted positions

We sincerely appreciate the time you invested in the application process and wish you every success in future endeavors.

Kind Regards,

Worldpay Talent Acquisition

Business Process: Job Application: KENYON JOHNSTON - JR0601157 Senior Agile Product Owner (C7173829) on 10/20/2024

Subject: KENYON JOHNSTON - JR0601157 Senior Agile Product Owner (C7173829)

Reply Forward