# D26

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; AND FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF RITA LEWIS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Rita Lewis, declare as follows:

1. I am over the age of 18 and a resident of Denver, Colorado. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted], 1961. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, danaher@myworkday.com, endurance@myworkday.com, and workday@myworkday.com).

6. During this period, I submitted more than ten applications to about a dozen employers using the Workday platform. These included, but are not limited to, applications to

AbbVie, CSG Systems, Equinix, Gap, Inc., Ibotta, Molecular Devices, NTT Data, Sompo International, Strategic Education Inc., TKO, Vantage Data Center, Woodward, and others, as well as to Workday itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Juris Doctor and a Bachelor of Arts in Political Science with a minor in Business Administration. I have more than fifteen years of professional experience as an attorney, including serving as General Counsel for GenviewDX, Attorney for Third Party Information Protection with Apex Systems, Senior Legal Counsel with Beacon Hill Staffing, Executive Director and acting General Counsel for the Denver Metro Fair Housing Center, Corporate Counsel for Frac Shack America, and CEO/President/Managing Attorney for Realistic Business Solutions. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, when I applied to an Assistant General Counsel position at Workday, I received a rejection email at 1:04am on a Saturday morning.

11. As noted above, Workday, Inc. — the Defendant in this case —rejected my own application for employment through its own Workday platform.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Denver, Colorado

Signed by:
Rita Lewis
18C947D89705401...

RITA LEWIS

# ATTACHMENT A

Thank you from Workday!

Inbox

**Do-Not-Reply@work** Sat, Mar 15, 2025, 1:04 AM

to me




Hi Rita

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-0094789 Assistant General Counsel at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition