# D27

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF SHANICE LOVE**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Shanice Love, declare as follows:

1. I am over the age of 18 and a resident of Covington, Georgia. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted], 1982. I am over the age of forty. I am an African American woman. I have one or more documented disabilities: my disabilities include neurodiverse mental disorder and low vision.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted more than 30 applications to at least 28 employers using the Workday platform. These included, but are not limited to, applications to AT&T,

Autodesk, Camping World, Centene, Cigna, Disney, Equifax, GE Healthcare, Geico, General Motors, Gilead, Hamilton Lane, HD Supply, Humana, IKON, Mastercard, M & T Bank, MUFG, NCR, PayPal, Public Partnerships, Raymond James, Salesforce, Takeda, Vanderbilt University Medical Center, Vantage, Warner Bros, and others, as well as to Workday itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Administration, and I am in the process of earning a dual Master of Business Administration and Master of Arts at Johns Hopkins University Carey Business School. I have more than seven years of professional experience in customer service, customer care, and training, including serving as Vice President Learning Innovation Leader at Synchrony Bank, Senior Manager of Customer Care and Training Operations at Riskalyze (now Nitrogen), Senior Customer Service and Training Manager at Gilford Johnson Flooring, and Customer, Merchant Services and Training Manager at InComm Payments. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In several instances, I received a rejection within only a few days of submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, my records reflect that I applied for a Program Manager position with General Motors on Wednesday, February 5, 2025, and I received a rejection on Saturday, February 8, 2025.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. Workday, Inc. — the Defendant in this case — also rejected my own application for employment through its own Workday platform.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, gender, and disability could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Covington, Georgia

Signed by:
Shanice Love
EA5D09496F934A5...

SHANICE LOVE