# D28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE;** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF THOMAS MAPP**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Thomas Mapp, declare as follows:

1. I am over the age of 18 and a resident of Richmond, Virginia. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on October 5, 1956. At all times relevant to this declaration, I was over the age of forty. I am African American.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted at least a dozen applications to about 10 employers using the Workday platform. These included, but are not limited to, applications to Ankura, Capital One, CareSource, Centene, Cigna-Evernorth, Elevance Health-Anthem, Humana,

PricewaterhouseCoopers, Vibrant Emotional Health (NYC), and Summit Healthcare Management (Summit BHC).

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Juris Doctor, a Master of Arts in Mass Communications, and a Bachelor of Arts in Journalism. I am also a certified Emergency Medical Technician. I have more than 25 years of experience in the health care industry, including roles with Doctors Health, L.A. Health Care Plan, and my own consulting company, Thomas F. Mapp Healthcare Consulting. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an inquiry through a Workday-platform application in only one instance: On January 12, 2025, I applied to Elevance Health-Anthem for a Compliance Director position. On January 20, 2026, I was contacted by Christopher McCann, talent acquisition, and Mr. McCann conducted a pre-interview phone screening, which he explained was intended to confirm that the salary range would be acceptable to me. Although I told him it was, Elevance Health-Anthem subsequently sent me a rejection email at 12:06am on January 28, 2026. I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In some instances, I received a rejection within a day of submitting my application. For example, my records indicate that I applied to an Ethics & Compliance Program Effectiveness Senior Manager position at Pricewaterhouse Coopers on December 1, 2025, and I received a rejection email on December 2, 2025. This rejection arrived far too quickly for any person to have meaningfully reviewed my application. I also received rejection notices at unusual times, including late at night, overnight, or

on weekends, such as the Elevance Health-Anthem rejection that arrived shortly after midnight on January 28, 2026.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and race could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Richmond, Virginia.

Signed by:
[signature]
D23C36B5C3F74C5...
THOMAS MAPP

# ATTACHMENT A

**From:** elevancehealth@myworkday.com
**Subject:** Compliance Director - JR177387
**Date:** Jan 28, 2026 at 00:06:12
**To:** [redacted]

---

Hello Thomas ,

Thank you for your interest in our Compliance Director - JR177387 opportunity at Elevance Health. After thoughtful consideration, we have decided not to proceed with your application for this position. The evaluation process at Elevance Health is competitive, and we often must make difficult decisions between many qualified candidates. We truly appreciate your interest in this opportunity.

Should you wish to explore other opportunities at Elevance Health, we encourage you to visit our Careers Site for direct positions or Elevance Health Contract Work Community for contract roles.

Thank you,
Elevance Health Talent Acquisition Team

This email box is not monitored. Please do not reply to this message.

This email was intended for [redacted]

Elevance Health · Corporate Headquarters - 220 Virginia Ave Indianapolis, Indiana 46204