# D29

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CHRISTINE MCNERNEY**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Christine McNerney, declare as follows:

1. I am over the age of 18 and a resident of Stoughton, Wisconsin. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1964. At all times relevant to this declaration, I was over the age of forty. I am female. I have one or more documented disabilities: I suffer from migraines.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted about 10 applications to approximately seven employers using the Workday platform. These included, but are not limited to, applications to

American Family, Blue Lake Consulting Group, CVS, Exact Sciences, Fiskers, and Wind River Payment.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Business Administration with a minor in Human Resources. I have been a Society for Human Resources Management-Senior Certified Professional for a decade, and I have been a member of the Society for Human Resources Management for over a decade. I have more than 20 years of professional human resources experience, including roles at Summit Golf Brands, Performance Food Group, Therma-Stor, and North Star Lottery Group/IGT. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, gender, and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Stoughton, Wisconsin.

DocuSigned by:
christine mcnerney
6BEF298EB10B4E3...

CHRISTINE MCNERNEY