# D30

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CONNIE MENDOZA**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Connie Mendoza, declare as follows:

1. I am over the age of 18 and a resident of San Diego, California. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted], 1974. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, avnet@myworkday.com, boeing@myworkday.com, choicehotels@myworkday.com, paypal@myworkday.com, republic@myworkday.com, target@myworkday.com, and zillow@myworkday.com).

6. During this period, I submitted approximately 14 applications to about 13 employers using the Workday platform. These included, but are not limited to, applications to Avnet, Boeing, Choice Hotels, City of Hope, Goodwill, Illumina, Interior Logic Group, PayPal, Republic Services, Target, Taylor Made, U.S. Bank, and Zillow.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Professional in Human Resources certification, and I have more than 17 years of professional experience in human resources, including roles at Palomar Health, Endeavor Bank, the City of Phoenix, Banner Health, and Goodwill Industries of Greater Cleveland and East Central Ohio. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, before the work day had even begun, I received emails rejecting me from positions I applied to with Zillow, Target, and Boeing; these emails were sent at 5:12am, 6:05am, 7:10am, and 7:54am.

11. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to final-round interviews and received offers. For example, I completed multiple interviews at the YMCA of San Diego County and received a job offer in July 2025, and I interviewed and accepted a job offer with Palomar Health in August 2025.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/10/2026, at San Diego, California.

Signed by:
Connie Mendoza
8D5F5DC9899B4D3...

CONNIE MENDOZA

# ATTACHMENT A

**From:** "Workday" <zillow@myworkday.com>
**Sent:** Thu, 20 Feb 2025 05:12:06 +0000
**To:** [redacted]
**Subject:** Thank you for your interest!

Hi Connie ,

Thank you for your interest in the P745311 HR Manager (Software Engineering) opportunity. At this time, we have decided to move forward with other candidates for this role. However, you have been invited to join Zillow's Talent Network.

By joining our talent network, you will receive career resources, insights into life at Zillow, and have your profile visible to our recruiting teams, increasing your chances of finding the perfect role. You can join here!

We look forward to keeping you informed about exciting opportunities and welcoming you into our network of talented professionals.

ZG Talent Acquisition

Zillow

This email was intended for [redacted]

**From:** "Workday@Target" <target@myworkday.com>
**Sent:** Wed, 4 Feb 2026 06:05:08 +0000
**To:** [redacted]
**Subject:** Your application for R0000428442 Executive Team Leader, Human Resources - East Valley (Open) at Target

TARGET

Hello Connie,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of Executive Team Leader, Human Resources - East Valley.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable. Please do not reply.*

This email was intended for [redacted]

**From:** "Boeing@myworkday.com" <Boeing@myworkday.com> on behalf of "Boeing@myworkday.com"
**Sent:** Wed, 1 Apr 2026 07:10:52 +0000
**To:** [redacted]
**Subject:** Update on Your Application - JR2025471800 Experienced Human Resources Business Partner.

BOEING

Hello Connie,

Thank you again for the time and effort you put into your application for the JR2025471800 Experienced Human Resources Business Partner. While your qualifications are impressive, we ha decided to proceed with other candidates whose experience more closely aligns with the specific requirements of this role at this time.

We encourage you to continue to explore other opportunities on the Boeing Career Page where y can view current opportunities and set job alerts for new opportunities as they become available.

Thank you,
Boeing Global Talent Acquisition

This message was sent from an unmonitored address. Please do not respond to this message

This email was intended for [redacted]

**From:** "Workday@Target" <target@myworkday.com>
**Sent:** Wed, 1 Dec 2021 07:54:15 +0000
**To:** [redacted]
**Subject:** Your application for HR Manager (Full-Time Remote or Hybrid) at Target

TARGET

Hello Connie,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of HR Manager (Full-Time Remote or Hybrid).

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

*Replies to this message are undeliverable. Please do not reply.*

This email was intended for [redacted]