# D31

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF JENNY MERRITT**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Jenny Merritt, declare as follows:

1. I am over the age of 18 and a resident of Tucson, Arizona. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1978. At all times relevant to this declaration, I was over the age of forty, and I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, generalmotors@myworkday.com and kyndryl@myworkday.com).

6. During this period, I submitted approximately 18 applications to about 17 employers using the Workday platform. These included, but are not limited to, applications to ASPCA, Centene, CNA, CrowdStrike, GE Appliances, GE Healthcare, General Motors, Jazz

Pharmaceuticals, Johnson & Johnson, Kyndryl, Neighborly Minor, Northwestern Mutual, Owens, Protech Automotive Solutions, Raymond James, Transamerica, and Trustmark.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Arts in English Language/Linguistics and a Bachelor of Science in General Studies. I have over 18 years of professional experience as an English instructor and learning/development manager, including roles at the University of Arizona's Center for English as a Second Language, Mister Car Wash, and the Pascua Yaqui Tribe. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. I often received a rejection soon after submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, after applying for a Head of Corporate Learning Programs position with General Motors, generalmotors@myworkday.com confirmed my application on Thursday, March 20, 2025, and sent me a rejection email at 9:28pm on Tuesday, March 25, 2025. This rejection arrived quickly enough to suggest that a person did not meaningfully review my application.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

14. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Tucson, Arizona.

Signed by:
Jenny Merritt
5A21A9087BE5432...

JENNY MERRITT

# ATTACHMENT A

Gmail Jenny [redacted]

**Regarding your application to Head of Corporate Learning Programs - JR-202504469 Head of Corporate Learning Programs (Open)**
1 message

**generalmotors@myworkday.com** <generalmotors@myworkday.com> Thu, Mar 20, 2025 at 9:51 AM
To: [redacted]

Dear Jenny :

Thank you for your application! We appreciate your interest and will review your information carefully. If your skill set is a potential match for this position, General Motors may contact you by email or text through Ev-e, our virtual assistant, who will schedule a conversation with a Global Talent Acquisition Team member.

Remember that you may log into your Workday account with your username and password at any time to review your candidate profile. While you are there, be sure to check out additional positions that might interest you! If you would like to learn more about us, our culture and what we offer we invite you to explore our careers site.

Sincerely,

General Motors Global Talent Acquisition Team

general motors

This email was intended for [redacted]

Gmail **Jenny** [redacted]

**Your interest in Head of Corporate Learning Programs at GM**

1 message

**generalmotors@myworkday.com** <generalmotors@myworkday.com> Tue, Mar 25, 2025 at 9:28 PM
To: [redacted]

Dear Jenny ,

Thanks for expressing your interest in Head of Corporate Learning Programs at GM.

At this time, we've decided to move forward with other candidates.

This decision only applies to the Head of Corporate Learning Programs position, so if you have submitted other applications for different roles at GM, you'll receive information about any next steps for those positions separately.

We appreciate your interest and would like to stay connected. By applying to one of our positions, you're also now a part of GM's talent community. You'll receive updates about GM, job openings, relevant events and more. At any time, you can adjust your communication preferences by logging into your Workday account with your username and password or unsubscribing from our Talent Community. Visit the privacy page on our career site to learn how you can manage your communications.

As a global employer, we frequently post new opportunities, so check our career site often to explore job postings that match your interests.

Again, thank you for applying, and we wish you all the best with your job search!

Sincerely,

General Motors Talent Acquisition Team

general motors

This email was intended for [redacted]