# D32

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CYNTHIA MONFREDI**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Cynthia Monfredi, declare as follows:

1. I am over the age of 18 and a resident of New Kensington, Pennsylvania. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1964. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, pwc@myworkday.com, workday@myworkday.com).

6. During this period, I submitted approximately 10 applications to at least four employers using the Workday platform. These included, but are not limited to, applications to Deloitte, Entrust, PricewaterhouseCoopers, as well as to Workday, Inc. itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Business Administration and a Master of Science in Information Science. I spent 24 years at Oracle, where I developed significant subject matter expertise in financials, procurement, and project/grants cloud. I also have 28 years of experience in ERP implementation, requirements gathering, configuration, and testing. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only a small number of instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, in response to my applications for a Presales Consultant: Financials position and a Sr. Associate Solution Consultant, Digital Presales– oCFO position, Workday sent me rejection emails from workday@myworkday.com at 3:33am on Saturday, July 8, 2023, and at 3:33am on Sunday, July 9, 2023, respectively.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed. After I completed a multi-round interview process for a Financials Enablement/Sales Enablement position at Workday in July and August 2023, I applied for a Presales Senior Solution Architect position at Workday on August 28, 2023. I was particularly surprised to receive a rejection email from workday@myworkday.com on September 13, 2023, at 3:59am, without any interview or human

contact, because Workday had previously evaluated and interviewed me for a similar position only weeks earlier.

12. As noted previously, Workday, Inc.—the Defendant in this case—rejected several of my applications for employment through its own Workday platform.

13. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to final-round interviews and received offers. I completed several rounds of interviews with Axia Consulting in July and August 2023; I received and accepted a job offer from CardWorks in October 2023, from which I voluntarily separated for personal reasons; and I received and accepted a job offer from Oracle in July 2024. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

14. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

15. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

16. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

17. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/9/2026, at New Kensington, Pennsylvania.

DocuSigned by:
Cynthia Monfredi
4D577DCE8D994E3...

CYNTHIA MONFREDI

# ATTACHMENT A

**Do-Not-Reply@workday.com <workday@myworkday.com>** 7/8/2023 3:33 AM

# Maybe next time…

To [redacted]

---




Hi Cindy

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-79034 Presales Consultant: Financials at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588

**Do-Not-Reply@workday.com <workday@myworkday.com>** 7/9/2023 3:33 AM

# Maybe next time…

To [redacted]




Hi Cindy

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-79370 Sr. Associate Solution Consultant, Digital Presales - oCFO at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588

**Do-Not-Reply@workday.com <workday@myworkday.com>** 9/13/2023 3:59 AM

# Thank you from Workday!

To [redacted]




Hi Cindy

Thank you again for your time and effort in the recruitment process up to this point. Unfortunately, we will not be proceeding with your candidacy on JR-79650 Presales Senior Solution Architect - FIN . We hope you've enjoyed your experience in exploring a career at Workday.

To give us vital insight into how we are doing, we would welcome feedback on your experience by kindly completing the quick survey below:
https://workday.surveymonkey.com/r/YGSPJQT?JR=JR-79650

While we wish you success in your career path and professional pursuits, we hope that you may consider us in the future.

Please Note: Our decision for this application will not remove you from consideration for any other positions you may have applied for. You will receive a separate email from us regarding any other applications we have on file.

We appreciate your interest and wish you success in your job search.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588