# D33

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF ILLIANA MURRAY**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Illiana Murray, declare as follows:

1. I am over the age of 18 and a resident of Coral Springs, Florida. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1975. At all times relevant to this declaration, I was over the age of forty. I am an African American woman. I have one or more documented disabilities: I have lupus.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted more than 160 applications to nearly 90 employers using the Workday platform. These included, but are not limited to, applications to Accenture,

AirBnB, Allstate, AmEx Global Travel, Aristocrat Gaming, Autodesk, BD, BECU, Blue Cross Blue Shield of North Carolina, Booz Allen, Broadridge, Capital One, Centene, Cigna, Citi, CNA, Crowe, CVS Health, Dice, Discover, Draft Kings, Federal Reserve of New York, First American Bank, FIS, Fiserv, Geico, General Dynamics, Green Dot, Hamilton Lane, Humana, Independence Pet Group, Intel, Intermountain Healthcare, JM Smuckers, Kyndryl, Ledios, Lennar Homes, LPL Financial LLC, M & T Bank, Magellan Health, Marsh McLennan, Mastercard, Miller Knoll, Morgan Stanley, Motorolla, MUFG, Penn Mutual, Perkin Elmer, PNC Bank, Pricewaterhouse Coopers, Ritz Carlton, RLI, RTX, Santander, Scientific Gaming, Scripps Corporate, Sensata Technologies, Siemans Health, SS&C Technologies, Inc., Stanley Black & Decker, Sun Life, T-Mobile, Target, TD Bank, The Hartford, The Standard, Thrivent, Trivent, Truist, Unum, UPS, US Foods, Vertex, Voya, VSP, Warner Bros Discovery, Wells Fargo, Word Pay, World Pay, Wounded Warrior, Zillow, Zoom, as well as to Workday itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Master of Business Administration, a Graduate Certificate in Entrepreneurship, and a Bachelor of Science in Hotel Administration. I have more than fifteen years of professional experience in information technology, including roles at Lennar Homes, Insight Global in a contract for Royal Caribbean, Deloitte LLP, and Citigroup. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application only once: Hamilton Lane interviewed me for a Program Manager position but subsequently rejected me for the position on January 18, 2025. I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection within one day after submitting an application. This happened several times when I applied for positions with Accenture. When I applied for a Packaged Application Development Manager position, I received an email from accenture@myworkday.com confirming my application on October 23, 2024, and a rejection email on October 24, 2024. When I applied for an Agile Tooling Solution Architect position on November 18, 2024, accenture@myworkday.com sent me an email rejecting my application on November 19, 2024. And, when I applied for a Senior Business Analyst Charles River Development position, accenture@myworkday.com sent me an email confirming my application on October 20, 2025, and an email rejecting my application on October 21, 2025. I also received rejections within one day of applying for positions with Kyndryl and Pricewaterhouse Coopers. When I applied to an Enterprise Tech – Senior Business Analyst position with PricewaterhouseCoopers, I received an email confirming my application on November 18, 2024, and an email rejecting my application on November 19, 2024. Similarly, when I applied to an HR Information Systems Product Owner position with Kyndryl, I received an email confirming my application on December 24, 2024, and an email rejecting my application on December 26, 2024. All these rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. Workday, Inc. — the Defendant in this case — also rejected my own application for employment through its own Workday platform. Workday often sent rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I received an email rejection at 4:15am on Saturday, January 27, 2024, and another at 3:57am on Friday, November 29, 2024.

13. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I repeatedly advanced to final-round interviews and received offers. For example, the headhunting firm KForce secured me a three-month temporary contract with Lennar Homes, and I subsequently accepted a permanent position with Lennar in May 2026. Yet when I previously applied to Lennar through the Workday platform, I was rejected before any human reviewed my qualifications.

14. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age, race, gender, and disability could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

16. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Coral Springs, Florida.

Signed by:
Illiana Murray
AEA3348F5B934B2...

ILLIANA MURRAY

# ATTACHMENT A

Gmail **Illiana Murray** [redacted]

# It's great that you're interested in Accenture!

1 message

**Accenture Careers** <accenture@myworkday.com> Wed, Oct 23, 2024 at 3:24 PM
Reply-To: noreply@workday.accenture.com
To: [redacted]

accenture

Hi Illiana,

Thanks for applying for the role of Packaged Application Development Manager. We'll get started on carefully reviewing your application and keep you updated about next steps.

You can also log in to your candidate home page. Here you can track the status of your application, see any actions you need to take and withdraw your application if your situation changes.

These are incredibly exciting times at Accenture. We're bringing positive transformation to the planet with technology and human ingenuity. Check out what we're up to by following Accenture on Linkedin.

Thanks again for applying to work with Accenture. We'll be in touch with you soon.

Accenture Recruitment Team

---

*Accenture is committed to keeping your personal data secure and processing it in accordance with applicable data protection laws. Read our privacy statement and the specific recruiting and hiring privacy statement, which include important information on why and how Accenture is processing your personal data.*

---

This email was intended for [redacted]

Gmail **Illiana Murray** [redacted]

## Update on Your Accenture Application

1 message

**Accenture Careers** <accenture@myworkday.com> Thu, Oct 24, 2024 at 4:25 PM
Reply-To: noreply@workday.accenture.com
To [redacted]

Hi Illiana,

Thank you for your interest in Accenture and giving us the opportunity to learn about your background and qualifications. We have carefully considered your application against our hiring needs and are unable to move forward at this time.

We’re continually hiring and our needs change over time, so we invite you to continue to visit our careers site or sign up for job alerts. We will keep you in mind for future opportunities.

We wish you the best in your career search.

Reference Role: R00233877 Packaged Application Development Manager

Accenture Recruitment Team

This email was intended for [redacted]

Gmail **Illiana Murray** [redacted]

## Update on Your Accenture Application

1 message

**Accenture Careers** <accenture@myworkday.com> Tue, Nov 19, 2024 at 12:41 PM
Reply-To: noreply@workday.accenture.com
To: [redacted]

accenture

Hi Illiana,

Thank you for your interest in Accenture and giving us the opportunity to learn about your background and qualifications. We have carefully considered your application against our hiring needs and are unable to move forward at this time.

We're continually hiring and our needs change over time, so we invite you to continue to visit our careers site or sign up for job alerts. We will keep you in mind for future opportunities.

We wish you the best in your career search.

Reference Role: R00242791 Agile Tooling Solution Architect

Accenture Recruitment Team

This email was intended for [redacted]

Gmail

**Illiana Murray** [redacted]

# It's great that you're interested in Accenture!

1 message

**Accenture Careers** <accenture@myworkday.com> Mon, Oct 20, 2025 at 2:23 PM
Reply-To: noreply@workday.accenture.com
To: [redacted]

accenture

Hi Illiana,

Thanks for applying for the role of Senior Business Analyst Charles River Development 5938734. We'll get started on carefully reviewing your application and keep you updated about next steps.

You can also log in to your candidate home page. Here you can track the status of your application, see any actions you need to take and withdraw your application if your situation changes.

These are incredibly exciting times at Accenture. We're bringing positive transformation to the planet with technology and human ingenuity. Check out what we're up to by following Accenture on Linkedin.

Thanks again for applying to work with Accenture. We'll be in touch with you soon.

Accenture Recruitment Team

---

*Accenture is committed to keeping your personal data secure and processing it in accordance with applicable data protection laws. Read our privacy statement and the specific recruiting and hiring privacy statement, which include important information on why and how Accenture is processing your personal data.*

---

This email was intended for [redacted]

Gmail **Illiana Murray** [redacted]

## Update on Your Accenture Application

1 message

**Accenture Careers** <accenture@myworkday.com> Tue, Oct 21, 2025 at 9:10 AM
Reply-To: noreply@workday.accenture.com
To: [redacted]

accenture

Hi Illiana,

Thank you for your interest in Accenture and giving us the opportunity to learn about your background and qualifications. We have carefully considered your application against our hiring needs and are unable to move forward at this time.

We're continually hiring and our needs change over time, so we invite you to continue to visit our careers site or sign up for job alerts. We will keep you in mind for future opportunities.

We wish you the best in your career search.

Reference Role: 13667860 Senior Business Analyst Charles River Development 5938734

Accenture Recruitment Team

This email was intended for [redacted]

Gmail Illiana Murray [redacted]

**Confirming your PwC job application**
1 message

**pwc@myworkday.com** <pwc@myworkday.com> Mon, Nov 18, 2024 at 12:09
Reply-To: noreply@myworkday.com
[redacted]




Hello Illiana ,

Thank you for applying to us. You've applied to Enterprise Tech - Sr. Business Analyst .

External applicants, you can follow progress of your job application and complete application tasks in your Candidate Portal. You created an account when you applied to the job.

Click below to visit your candidate portal: https://pwc.wd3.myworkdayjobs.com/US_Experienced_Careers/login

Internal applicants, you can track the status of your application by navigating to your Jobs Hub then to "My applications."

Thanks again for your application.

Kind regards.

© 2024 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.
Network Structure Legal Entities Code of Conduct Member Firms Site Provider Legal Disclaimer ATS Privacy Statement Cookies Policy

This email was intended for [redacted]

Gmail Illiana Murray [redacted]

**PwC job application: Progress update**
1 message

**pwc@myworkday.com** <pwc@myworkday.com> Tue, Nov 19, 2024 at 9:39
Reply-To: noreply@myworkday.com
To: [redacted]




Hello Illiana ,

Many thanks for applying to Enterprise Tech - Sr. Business Analyst .

We regret to inform you that we will not be proceeding with your application to this role.

On PwC's website, you're able to discover other jobs that may meet your career aspirations. New jobs are posted frequently, so check back often.

Visit our careers page at www.pwc.com/jobs

If you are a current PwC employee, please access "Find Jobs" report in Workday to see other available opportunities.

We wish you all the best in your job search.

PwC

© 2024 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.
Network Structure Legal Entities Code of Conduct Member Firms Site Provider Legal Disclaimer ATS Privacy Statement Cookies Policy

This email was intended for [redacted]

Gmail **Illiana Murray** [redacted]

# Illiana : Your journey at Kyndryl begins for HR Information Systems Product Owner

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Tue, Dec 24, 2024 at 7:43 AM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
[redacted]

Hi Illiana,

Thank you for your application. We're excited that you're interested in joining us in the position of HR Information Systems Product Owner

Our team will review your application. If there is a potential match, we will contact you to discuss next steps.

You can check the status of your application anytime on the Kyndryl Careers Website https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers

Your reference number is: C580922

Kyndryl is a market leader in technology infrastructure uniquely positioned to design, run, and manage the technology at the heart of the digital economy.

Learn more about Kyndryl at www.kyndryl.com

Business Process: Review Candidate for Job Application: Illiana Murray - R-22938 HR Information Systems Product Owner (C580922)
Subject: Job Application: Illiana Murray - R-22938 HR Information Systems Product Owner (C580922) on 12/24/2024

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail **Illiana Murray** [redacted]

# Update on your Kyndryl Job Application for HR Information Systems Product Owner

1 message

**Workday@Kyndryl** <kyndryl@myworkday.com> Thu, Dec 26, 2024 at 9:01 AM
Reply-To: DoNotReply@noemail.relay.kyndryl.com
[redacted]

Dear Illiana,

After reviewing your information, we regret to inform you that your application for HR Information Systems Product Owner was not selected for further consideration. We appreciate the time you invested in completing the application. Please remember, this status change is only for the job listed above and does not impact your application status as it relates to any other job(s) for which you may have applied.

We wish you every personal and professional success with your job search and hope you'll consider other opportunities with Kyndryl. To receive alerts on new positions becoming available, please be sure to sign up for our Talent Community https://kyndryl.wd5.myworkdayjobs.com/KyndrylProfessionalCareers if you haven't done so already.

Regards,
Kyndryl Talent Acquisition Team

Business Process: Review Candidate for Job Application: Illiana Murray - R-22938 HR Information Systems Product Owner (C580922)
Subject: Job Application: Illiana Murray - R-22938 HR Information Systems Product Owner (C580922) on 12/24/2024
Click here to view the notification details.

This email was intended for [redacted]
Kyndryl Inc. · One Vanderbilt Avenue 15th Floor, New York, NY 10017-3852

Gmail

Illiana Murray [redacted]

# Thank you from Workday!

1 message

**Do-Not-Reply@workday.com** <workday@myworkday.com>
Reply-To: administration@workday.com
[redacted]

Sat, Jan 27, 2024 at 4:15 AM




Hi Illiana

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-83948 Manager, Business Process and Systems-Global Partner Organization at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588

Gmail **Illiana Murray** [redacted]

# Thank you from Workday!

1 message

**Do-Not-Reply@workday.com** <workday@myworkday.com> Fri, Nov 29, 2024 at 3:57 AM
Reply-To: administration@workday.com
To: [redacted]




Hi Illiana

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-0092406 Sr SaaS Implementation Project Manager, Professional Services at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588