# D34

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF KATRINA NELSON**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Katrina Nelson, declare as follows:

1. I am over the age of 18 and a resident of Boston, Massachusetts. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1977. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, workday@myworkday.com).

6. During this period, I submitted approximately 10 applications to about five employers using the Workday platform. These included, but are not limited to, applications to Adobe, Alation, Autodesk, Paradox, and others, as well as to Workday, Inc. itself.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Marketing, and I have over 20 years of professional experience in enterprise account management, including roles at Informatica, Salesforce, Bullhorn Software, and Monster Worldwide. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I received an interview through a Workday-platform application in only a small number of instances, and I received no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after submitting my application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, I applied for a Medium Enterprise Account Executive, Customer Base position at Workday. I received a confirmation email from workday@myworkday.com on Friday, October 18, 2024, at 1:59pm, and after only two business days, the same email address sent me a rejection email at 3:00am on Wednesday, October 23, 2024. This rejection arrived quickly enough to suggest a lack of meaningful human review.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. As noted above, Workday, Inc.—the Defendant in this case—rejected my application for employment through its own Workday platform.

13. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

14. Based on my experience, I believe Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

15. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

16. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Boston, Massachusetts.

Signed by:
Katrina Nelson
BF9D88B1D729498...

KATRINA NELSON

# ATTACHMENT A

Gmail **Kate Nelson** [redacted]

## Thank you for applying here at Workday!

1 message

**Do-Not-Reply@workday.com** <workday@myworkday.com> Fri, Oct 18, 2024 at 1:59 PM
Reply-To: administration@workday.com
To: [redacted]




Hello Kate

Firstly, thank you for your interest in the Medium Enterprise Account Executive, Customer Base position here at Workday! We'd appreciate your patience in allowing an application review of 5 to 10 business days.

Workday attracts a large number of exceptional talent to our opportunities and while we would love to get back to all of our applicants individually, we can only guarantee that we will be in contact with you should we see a strong match between your skills, experience and qualifications that are required for the open opportunity you've applied for.

In the meantime, we would recommend you go back to your candidate home portal and confirm you have completed any pending tasks to make sure you've done everything you can for a complete and successful application. We'd also encourage you to keep in touch with [not available] and check for new opportunities by visiting our Careers page.

Thanks again for your interest in Workday, and we wish you success in your job search!

Best,
Workday Talent Acquisition Team

If you are not offered an opportunity at this time, we may keep your information on file to evaluate you for other positions. Please let us know at any time if you would no longer like Workday to use your information. To learn about our data use practices or how to contact us, visit our privacy statement.

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588

Gmail

Kate Nelson <[redacted]

# Thank you from Workday!

1 message

**Do-Not-Reply@workday.com** <workday@myworkday.com> Wed, Oct 23, 2024 at 3:00 AM
Reply-To: administration@workday.com
[redacted]




[redacted]

Thank you for your time and effort to apply for a position and your keen interest to join us here at Workday. Unfortunately, the hiring team has decided to pursue with other candidates at this time and will not be moving forward with your application for JR-0091924 Medium Enterprise Account Executive, Customer Base at Workday.

We appreciate every candidate who applies to Workday, and while this time you've not been successful we hope you'll continue to consider us for employment in the future. To stay updated with the latest Workday opportunities, please check workday.com/careers regularly for new positions. If you're interested in keeping up to date why not follow us on social?

We wish you success in your job search and professional pursuits.

Best,

Workday Talent Acquisition

This email was intended for [redacted]

Workday, Inc • 6110 Stoneridge Mall Road, Pleasanton, CA 94588