# D35

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>**WORKDAY, INC.**<br>Defendant. | **Case No. 3:23-cv-00770-RFL**<br><br>**DECLARATION OF REMICHA NELSON**<br><br>Courtroom: 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

I, Remicha Nelson, declare as follows:

1. I am over the age of 18 and a resident of Union City, Georgia. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1970. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, cox@myworkday.com, greendotcorp@myworkday.com, orientalbank@myworkday.com, riteaid@myworkday.com, swbc@myworkday.com, and wexinc@myworkday.com).

6. During this period, I submitted approximately 140 applications to about 120 employers using the Workday platform. These included, but are not limited to, applications to Advance Auto Parts, Allstate, BECU, BigCommerce, Bright Horizons, Bullhorn, Capital One, Coca Cola, CoreLogic, Cox, CSG, Deckers Brands, DISA Careers, eBay, Epiq, Federal Reserve Bank of Atlanta, Freedom Mortgage, GAP Inc., Green Dot, IQVIA, M & T Bank, Oriental Bank, Philips, Rite Aid, Stanley Black & Decker, Stryker, SWBC, Thompson Reuters, Toppan Merrill, UPS, Velera, WEX, and many others.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Legal Assistance Studies, as well as multiple professional certifications, including a Technical Certificate in Financial and Banking Services, an Anti-Money Laundering and Customer Verification Adison Certificate, and a Fraud Management and Anti-Money Laundering Awareness Adison Certificate. Additionally, I passed the SAFE Mortgage Loan Originator test. I have significant professional experience, including roles at BioIQ, InGenesis, Cross River Bank, Garrett Brands, and Allied. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In several instances, I received a rejection within 12 hours after submitting my application. For example, I applied for an AP Corp. Card Analyst I position with Deckers Brands on March 12, 2025, at 4:39pm, and I received a rejection email later that night on March 13, 2025, at 3:53am. Similarly, my records indicate that I applied for a Senior Document Specialist position with Epiq on June 12, 2024, at

2:08pm, and I received a rejection email later that evening at 1:52am on June 13, 2024. These rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Union City, Georgia.

Signed by:
Remicha Nelson
E5BD3A5CD3AA4D5...

REMICHA NELSON

# ATTACHMENT A

(1) AP Corp. Card Analyst I position with Deckers Brands (I responded to the rejection)

Remicha Nelson
To: workday@deckers.com · Thu, Mar 13, 2025 at 6:11 AM

Hi Talent Acquisition,

Thank you for your consideration and transparent feedback. While I am disappointed, I would greatly appreciate your insights to help me grow professionally. Could you please share:

The specific skills or experience that would have made me the ideal candidate?

Areas where I could improve for similar roles in the future?

If you would be open to considering me for future opportunities?

Your feedback is invaluable, and I remain eager to contribute to your team.

Thank you again for your time and guidance.

Remicha

## Application Received For AP Corp. Card Analyst I  workday

Deckers Brands has received your application for the AP Corp. Card Analyst I position and will notify you upon further consideration or decision to pursue other candidates.

Summarized by Yahoo Scout    Was this message summary helpful?

workday deckers
To: me · Wed, Mar 12, 2025 at 4:39 PM

DECKERS
BRANDS

workday deckers
To: me · Wed, Mar 12, 2025 at 4:39 PM

DECKERS
— BRANDS —

Dear Remicha Nelson

Thank you for your interest in Deckers Brands!

We have received your application for AP Corp. Card Analyst I Our team is reviewing your application. We will reach out to determine next steps should we decide to proceed further. If not, you will receive an email letting you we have decided to consider other candidates at this time. We encourage you to stay connected by setting up job alerts and following us on LinkedIn for updates.

All the best,

Talent Acquisition, Deckers Brands

## Thank You! workday

Deckers Brands has reviewed your application for the AP Corp. Card Analyst I position and has moved forward with other candidates.

Summarized by Yahoo Scout Was this message summary helpful?

WD workday deckers
To: me · Thu, Mar 13, 2025 at 3:53 AM

(2) Senior Document Specialist position with Epiq

## Epiq - Thanks for your application

workday

Workday
To: me · Wed, Jun 12, 2024 at 2:08 PM

Visit site

Dear Remicha,

Thank you for your interest in a career with Epiq! We have received your application for the Senior Document Specialist position. We will review your experience, and if your skills and qualifications are a match, a member of the Talent Acquisition team will reach out to you directly.

Please continue to explore our career site for other positions of interest and feel free to apply to those opportunities with your current resume and contact information.

Sincerely,
Epiq Talent Acquisition

Workday
To: me · Thu, Jun 13, 2024 at 1:52 AM

Visit site

Dear Remicha,

Thank you for your interest in the R0027758 Senior Document Specialist job opening with Epiq. Although your skills are valuable, there were others whose qualifications are more closely aligned to the requirements for this position.

We encourage you to continue exploring our career site for other positions of interest and feel free to apply to those opportunities with your current resume and contact information. Additionally, if you have already applied to another opening we will contact you separately regarding your candidacy for the role.

Thank you for taking the time to explore career opportunities with us.

Sincerely,
Epiq Talent Acquisition