# D36

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF CONSWELLA NESHEWAT**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Conswella Neshewat, declare as follows:

1. I am over the age of 18 and a resident of Las Vegas, Nevada. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1978. At all times relevant to this declaration, I was over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, 8x8inc@myworkday.com, allegion@myworkday.com, carrier@myworkday.com, cox@myworkday.com, disney@myworkday.com).

6. During this period, I submitted more than 50 applications to approximately 48 employers using the Workday platform. These included, but are not limited to, applications to 8x8

Inc., Acelero Learning, Agilent Technologies, Alight Solutions, Allegion, Alteryx, American Cancer Society, Ameriprise Financial, AmerisourceBergen (Cencora), BeiGene, Brink's, CareSource, Carrier, Catalight Foundation, Centene Corporation, City Year, CNX Resources, Concentrix, Cox Enterprises, CSAA Insurance Group, Disney, Dutch Bros Coffee, Epic Staffing Group, EverCommerce, Flex, HARMAN International, Insulet Corporation, Jones Lang Lasalle Americans, Inc. (JLL), KBR, Kraft Heinz Company, Light & Wonder (formerly Scientific Games), Mastercard, MGM Resorts International, Modivcare, Northrop Grumman, Parsons Corporation, PerkinElmer, Premier, Inc., PricewaterhouseCoopers, QBE Insurance, ResMed, Rite Aid, Solventum, Strategic Education, Inc., Sun Life, The Auto Club Group, US Acute Care Solutions, Workiva, YETI, and Zelis.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Arts in Public Administration and a Professional in Human Resources certification. I am highly qualified in talent acquisition and human resources leadership, with more than 15 years of HR experience, including 10 years of senior-level experience leading high-volume, corporate, executive, and specialized recruiting across multiple sites, business lines, and global regions. I have held senior roles at CNVS Solutions Group, Everise, Alorica, Mision Essential Personnel, and SunTrust Bank. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection within hours of submitting my application. I also received rejection notices at

unusual times, including late at night, overnight, or on weekends. For example, I applied for a position with MGM Resorts. On April 22, 2024, at 10:02am, mgmresorts@myworkday.com sent me an email confirming receipt of my application and, less than 2 hours later, the same email address sent me a rejection email. Similarly, I applied for a position with Jones Lange LaSalle. On August 28, 2023, at 3:19am, I received an email from jll@myworkday.com confirming my application and, less than 5 hours later, at 7:53am, the same email address sent me a rejection email. Finally, I applied for a position with ResMed, Inc. On September 9, 2024, at 9:21am, I received an email from resmed@myworkday.com confirming my application, and less than 15 hours later, at 12:19am, the same email address sent me a rejection email. These rejections arrived far too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2026, at Las Vegas, Nevada.

DocuSigned by:
Conswella Neshewat
2C641A52415D469...

CONSWELLA NESHEWAT

# ATTACHMENT A

Gmail Connie Neshewat [redacted]

# Thank you for applying!

1 message

**MGM-DoNotReply Workday** <mgmresorts@myworkday.com> Mon, Apr 22, 2024 at 10:02 AM
Reply-To: MGM-DoNotReply@workday.com
[redacted]

Dear Connie,

Thank you for your interest in career opportunities with MGM Resorts International! Your information provided for the VP HR (Borgata) has been forwarded to appropriate Recruiter for further review and consideration. If you are among the candidates selected to interview, you will be contacted regarding the next steps in the interview process.

Thank you for considering MGM Resorts International!

Sincerely,

MGM Resorts International - Talent Acquisition Team

MGM RESORTS INTERNATIONAL®

This email was intended for [redacted]

Gmail

Connie Neshewat <[redacted]

# Thank you for applying to VP HR (Borgata)

1 message

**MGM-DoNotReply Workday** <mgmresorts@myworkday.com> Mon, Apr 22, 2024 at 11:22 AM
Reply-To: MGM-DoNotReply@workday.com
To: [redacted]

Dear Connie,

Thank you for your interest in applying for VP HR (Borgata) with an affiliated company of MGM Resorts International.

After careful review we regret to inform you that you have not been selected for further consideration for this position.

This was a highly competitive process and, although your background and qualifications are impressive, we have decided to narrow our search and move forward with candidates who more closely match the required or desired qualifications, skills, and/or competencies for the position.

We appreciate your continued interest in MGM Resorts International. Please visit our careers website to find and apply for other openings for which you qualify, at www.mgmresortscareers.com.

Sincerely,

MGM Resorts International - Talent Acquisition Team

MGM RESORTS INTERNATIONAL

This email was intended for [redacted]

Gmail

Connie Neshewat [redacted]

# JLL Application Received

1 message

**JLL HR** <jll@myworkday.com> Mon, Aug 28, 2023 at 3:19 AM
Reply-To: jll@myworkday.com
To: [redacted]

Dear Connie,

Good news! We have received your application for REQ301965 Director

JLL could be your next professional home. Your ambitions are in our sights.

Thank you for considering JLL as a possible next step in your career.

Best regards,
JLL Talent Acquisition

--------------------------------

Aplicación a JLL recibida

Hola Connie,

¡Buenas noticias! Hemos recibido su aplicación a REQ301965 Director

LL podría ser tu próximo hogar profesional. Sus ambiciones están en nuestra mira.

Gracias por considerar a JLL como un posible próximo paso en su carrera.

Saludos cordiales,
JLL Talent Acquisition

JLL

This email was intended for [redacted]

Gmail

**Connie Neshewat** [redacted]

# JLL Application Update

1 message

**JLL HR** <jll@myworkday.com> Mon, Aug 28, 2023 at 7:53 AM
Reply-To: jll@myworkday.com
[redacted]

Hi Connie,

We have unfortunately decided not to take your application any further for the position of REQ301965 Director .

Although you aren't a match for this position, we hope you will keep us in mind for future opportunities. You can also keep up to date with the latest JLL news by joining our
**Talent Network**

Thank you for your interest in JLL, and we wish you best of luck in searching for your next career opportunity.

Best regards,
JLL Talent Acquisition

--------------------------------

Actualización de su aplicación a JLL

Hola Connie,

Desafortunadamente, hemos decidido no seguir adelante con su proceso para este puesto de REQ301965 Director .

Aunque no sea apto para este puesto, esperamos que nos tenga en cuenta para futuras oportunidades. También puede mantenerse al día con las últimas noticias de JLL uniéndose a nuestra red de talentos
**talentos**.

Gracias por su interés en JLL, y le deseamos la mejor de las suertes en la búsqueda de su próxima oportunidad profesional.

Atentamente,
Adquisición de talento JLL

JLL

This email was intended for [redacted]

Gmail

Connie Neshewat <[redacted]

# Thank you for applying

1 message

**Workday** <resmed@myworkday.com> Mon, Sep 9, 2024 at 9:21 AM
Reply-To: workday@resmed.com.au
[redacted]

Dear Connie ,

We would like to confirm receipt of your application and take this opportunity to thank you for your interest in ResMed!

We have a team of committed Talent Acquisition people who review each and every resume that comes across our desk. We review resumes against our set criteria which includes experience, key skills and potential for team fit. We work really hard to get back to every candidate and do this within a reasonable timeframe, but sometimes this can take longer than we would like. You will receive a notification with status update on your application as soon as it has been reviewed and if successful, we will be in touch to organise next steps.

If you created a candidate profile, you can come back to check your application status, edit your details and apply to other jobs.

We are a 2023 Circle Back Initiative Employer – we commit to respond to every applicant.

Want to know more about Us?

About Us Video: Here
LinkedIn: Here
Careers Website: Here
Free online sleep assessment: Here

Thank you,
ResMed Talent Acquisition team

(Please Note: If you are a current employee or temporary worker, you need to apply to jobs via the internal "careers" icon within Workday.)

Business Process: Review Candidate for Job Application: Connie Neshewat - JR_035754 Senior Director, Talent Management
Subject: Job Application: Connie Neshewat - JR_035754 Senior Director, Talent Management on 09/09/2024
Click here to view the notification details.

This email was intended for [redacted]

Gmail **Connie Neshewat** [redacted]

# ResMed application update for Senior Director, Talent Management

1 message

**Workday** <resmed@myworkday.com> Tue, Sep 10, 2024 at 12:19 AM
Reply-To: workday@resmed.com.au
[redacted]

Dear Connie ,

Thank you for your interest in employment with ResMed in our Senior Director, Talent Management position. We genuinely appreciate all who invest time to pursue a new career opportunity with us.

At this time, we've decided to pursue other candidates who more closely match the job requirements of this position.

We understand that this may be disappointing news, however your relationship with ResMed doesn't end here. We will maintain your records and should a position open that matches your qualifications, please feel free to apply. We also encourage you to visit our website and follow us via our LinkedIn page to keep track of new opportunities.

Again, thank you for your interest and we wish you the absolute best of luck in your search!

Thank you,
ResMed Talent Acquisition team

Business Process: Job Application: Connie Neshewat - JR_035754 Senior Director, Talent Management on 09/09/2024
Subject: Connie Neshewat - JR_035754 Senior Director, Talent Management
Click here to view the notification details.

This email was intended for [redacted]