# D37

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF SCOTT NESTLER**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Scott Nestler, declare as follows:

1. I am over the age of 18 and a resident of Gainesville, Florida. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born in 1967. At all times relevant to this declaration, I was over the age of forty. I have one or more documented disabilities: I am currently a greater than 50% disabled veteran, and I was a 40% disabled veteran at the time of the majority of my applications through the Workday, Inc. online job-application platform.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, cardinalhealth@myworkday.com, centene@myworkday.com, greif@myworkday.com, groupon@myworkday.com, and zillow@myworkday.com).

6. During this period, I submitted more than 10 applications to at least 9 employers using the Workday platform. These included, but are not limited to, applications to Cardinal Health, Centene, Crowe, Greif, Groupon, Southern New Hampshire University, VF Corporation, Yahoo, and Zillow.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Ph.D. in Management Science and Finance, a Master of Science in Strategic Studies, a Master of Science in Applied Mathematics and Operations Research, and a Bachelor of Science in Civil Engineering. I am also a Certified Analytics Professional and an Accredited Professional Statistician. I have more than 20 years of professional experience in senior-level data science and analytics, including serving as Professor of Practice and Director of the UF Sports Analytics Lab at the University of Florida, Principal Data Scientist and Optimization Lead and later Director of Research and Development at Sumer Sports, Analytics Thought Leader and Executive Recruiter at Burtch Works, Data Science Senior Manager and Director of Statistics and Modeling at Accenture Federal Services, and Program Director and Associate Teaching Professor in the Department of IT, Analytics and Operations at the University of Notre Dame. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. For example, I received a rejection soon after submitting an application to Zillow for a Senior Director of Data Science, Marketing & Integrated Analytics position. Zillow confirmed receipt of my application via email from zillow@myworkday.com on Friday, March 26, 2021, at 9:27pm. Two business days later, on

Tuesday, March 30, 2021, at 6:53pm, I received an email from zillow@myworkday.com, rejecting me for the position. This rejection arrived too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and disability could have been factors in this screening.

14. While I am not currently seeking employment at this time, I may need to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/10/2026, at Gainesville, Florida.

Signed by:
Scott T. Nestler
CBCA24765E94428...

SCOTT NESTLER

# ATTACHMENT A

Redacted

Begin forwarded message:

**From:** Workday <zillow@myworkday.com>
**Subject: Thank you for your application!**
**Date:** March 26, 2021 at 9:27:28 PM EDT
**To:** [redacted]
**Reply-To:** workday@zillow.com

Thank you for your interest in Zillow Group! We have received your application for Senior Director of Data Science, Marketing & Integrated Analytics - Remote Position . Our Recruiting Team will review your application and will reach out if there is a match.

Zillow GROUP

This email was intended for [redacted]

**From:** **Workday** zillow@myworkday.com
**Subject:** Thank you for your interest!
**Date:** March 30, 2021 at 6:53 PM
**To:** [redacted]

W

Hi Scott ,

Thank you for your interest in the P722027 Senior Director of Data Science, Marketing & Integrate Analytics opportunity and for taking the time to apply. At this time, we have decided to move forw with other candidates for this opportunity.

Your resume is accessible to our recruiting team, and we hope you would welcome contact from u: should another role open that meets your skill set.

Thanks,
ZG Recruiting Team

Zillow GROUP

This email was intended for [redacted]