# D38

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF KENNETH PERKINS**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Kenneth Perkins, declare as follows:

1. I am over the age of 18 and a resident of Milpitas, California. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1966. At all times relevant to this declaration, I was over the age of forty. I am African American. I have a documented disability: I have Type-1 diabetes.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain.

6. During this period, I submitted over 50 applications to at least 15 employers using the Workday platform. These included, but are not limited to, applications to Abbott Labs, Analog Devices, ASML, Broadcom, Cardlytics, eBay, El Camino Hospital, Gilead, Hitachi Vantara, KLA

Tenor, Logitech, NVIDIA, Siemens Medical Solutions, and Thermo Fisher Scientific, among others.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science in Business Administration with a concentration in Finance. I have over two decades of professional experience in financial planning, business analysis, budgeting, and corporate finance, including roles at Pacific Gas and Electric, DACA Realty, Boston Scientific, and Cadence Design Systems. For many of the positions to which I applied through the Workday platform, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I can recall receiving an interview in only one instance and receiving no offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection shortly after I submitted my application. For example, according to my records, I received rejections within one to two days of applying to positions with Thermo Fisher Scientific and Nvidia: I applied to a Financial Analyst III position with Thermo Fisher Scientific on June 27, 2023, and I received a rejection email on June 28, 2023; and I applied to a Senior Financial Analyst position with Nvidia on September 9, 2024, and I received a rejection email on September 11, 2024. These rejections arrived too quickly for any person to have meaningfully reviewed my application.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I was more likely to advance to interviews. For example, I interviewed with Lockheed Martin, Kaiser Permanente, Washinton Hospital, and Procept Biorobotics. Yet when the same profile was screened by the Workday platform, I was rejected before any human reviewed my qualifications.

13. Based on my experience, I believe Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age, race, and disability could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. On August 21, 2026, I filed a charge of discrimination with the California Civil Rights Department to challenge class-wide race, age, and disability discrimination in Workday’s use of artificial intelligence, machine learning, large language models, and other algorithmic decision-making tools to screen out applicants in violation of the California Fair Employment and Housing Act, California Government Code § 12940 et seq.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/10/2026, at Milpitas, California.

Signed by:

Kenneth Perkins

CC21B55C83A24EF...

KENNETH PERKINS