# D39

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF ROSLYN RICH**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Roslyn Rich, declare as follows:

1. I am over the age of 18 and a resident of Houston, Texas. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1975. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, burlington@myworkday.com, cswg@myworkday.com, enbridge@myworkday.com, generalmotors@myworkday.com, snhu@myworkday.com, and teachforamerica@myworkday.com).

6. During this period, I submitted numerous applications to at least 27 employers using the Workday platform. These included, but are not limited to, Booz Allen Hamilton, Burlington Stores, Centene, CSWG, DaVita, Delinea, Enbridge, FOX, GE, GEICO, General Motors, International Justice Mission, Leidos, Live Nation, KBR, Niagara Bottling, Parsons, Ryder, Salesforce, South New Hampshire University, Sysco, Target, Teach for America, The Hartford, Towne Park, Whataburger, and World Fuel Services.

7. In submitting these applications, I provided my work history, education, skills, and resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Arts in Communications, and I am in the process of obtaining a Master of Business Administration. I have more than seven years of professional experience in full-cycle recruiting and talent acquisition experience across diverse industries, including roles as a Career Coach with Houston Housing Authority, a Career Consultant at Lee Hecht Harrison (LHH), a Recruiter at International Rescue Committee, a High-Volume Recruiter at Amplify Education, and an Employment Specialist/Career Counselor at Jewish Family Service. For many of the positions to which I applied through Workday-based systems, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without meaningful human review of my application. I received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, after applying to a Sourcing Manager – Bullseye's Playground position at Target, I received a rejection email at 12:12am on September 1, 2022.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Houston, Texas.

Signed by:
Roslyn Rich
1422C0500254411...

ROSLYN RICH

# ATTACHMENT A

To: · Tue, Sep 6, 2022 at 12:32 PM

**Message Body**

Subject: Roslyn Rich - R0152126 Staffing and Talent Acquisition Liaison (C01267462)

Hi Roslyn,

We appreciate your interest and desire to change the world with us. We considered it a privilege to review your skills and accomplishments for the role of Staffing and Talent Acquisition Liaison.

At this time, we've selected other candidates to move forward with. We encourage you to keep checking our careers site for job opportunities and upcoming events at https://careers.boozallen.com that match your interests and skills. If you haven't done so yet, we encourage you to join one of our Talent Communities.

Workday

To: · Thu, Sep 1, 2022 at 12:12 AM

Visit site

**Message Body**

Hello Roslyn,

Thank you for your interest in joining the Target team! We know that every career decision is an important one, and really appreciate that you took the time to consider a career with us and apply for the role of Sourcing Manager- Bullseye's Playground full time remote or hybrid.

We wanted to let you know, however, that the hiring team has not selected you for further consideration for this role.

Though we're unable to provide specific feedback regarding your candidacy, please know that we value you as a candidate and encourage you to keep an eye out for future opportunities at target.com/careers. We'll also keep your resume on file and reach out if we notice that you may qualify for additional roles.

We wish you success in your career search and hope that we'll have the opportunity to consider you for another role at Target in the future.

Sincerely,

Target
Human Resources

Workday
To: me · Mon, Nov 8, 2021 at 8:05 PM

Visit site

**Message Body**

Hi Roslyn -

We are pleased to learn that you are interested in the position of R0191283 Remote Healthcare Recruiter with the DaVita Village. Here is what happens next.

A recruiter will review your experience and qualifications. Because of the high volume of candidate applications, it can take us some time to get through all of the candidate profiles. Please feel free to apply to multiple roles if there are additional openings you are interested in.

Enjoy your career journey,
DaVita Careers