# D40

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF EINA SCHROEDER**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Eina Schroeder, declare as follows:

1. I am over the age of 18 and a resident of Mount Carroll, Illinois. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1970. At all times relevant to this declaration, I was over the age of forty, and I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, alight@myworkday.com, blackbaud@myworkday.com, tbkbank@myworkday.com, velera@myworkday.com, zillow@myworkday.com).

6. During this period, I submitted approximately 30 applications to about 24 employers using the Workday platform. These included, but are not limited to, applications to

Alight, Assurant, Blackbaud, CIBC, Duck Creek Technologies, Federal Reserve Bank of Richmond, FIS, Freddie Mac, Green Dot, Guidehouse, Key Bank, Marsh McLennan, Modivcare, Motorola, Penn Mutual, PNC, Regions, RSM, Triumph Financial/TBK Bank, Vantage Data Centers, Velera, Wintrust, and Zillow.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Bachelor of Science degree with a dual major in Criminal Justice and Psychology. I am a certified anti-money laundering specialist, a certified financial crimes specialist, and a cybersecurity specialist with more than twenty years of experience. I also have more than five years of experience in financial fraud investigation and fraud management, including roles at JCE Co-Op, RK Inc., First Savanna Savings Bank, and Future Quest Technologies Inc. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application.

11. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

12. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants and that my age and gender could have been factors in this screening.

13. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/8/2026, at Mount Carroll, Illinois.

Signed by:
Eina Schroeder
BE6C1087DB6B4B3...

EINA SCHROEDER