# D41

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF STACY SHAK**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Stacy Shak, declare as follows:

1. I am over the age of 18 and a resident of Pompano Beach, Florida. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

**3.** I was born on [redacted] 1981. I am over the age of forty. I am female.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, fau@myworkday.com, ochsner@myworkday.com, sprinklr@myworkday.com, strideinc@myworkday.com, tricon@myworkday.com).

6. During this period, I submitted more than 50 applications to at least 45 employers using the Workday platform. These included, but are not limited to, applications to Advance Auto, Amplify Learning, Auto Zone, Barry University, Bright Horizons, Broward College, Cambium

Learning, Cengage, Cardworks, Centene, College Board, Eisner Amper, FAU, Fidelity, Florida Atlantic University, Florida Virtual School, Florida Virtual School, Gap, High Point, Huron Consulting, ICF, IQVIA, Jackson Lewis, Mantech Wolfspeed, Mattress Firm, Neighborly Brands, Nova, Novartis, Ochsner Health, Palm Beach State College, Parsons, Quadrient, Rosetta Stone, SBA, Scholastic, Segwick, Sprinklr, Strayer, Stride, TransPerfect, Travelers, Tricon, Troutman, University of Chicago, WGU, and Wolfspeed.

7. In submitting these applications, I provided my work history, education, skills, and a resume through the Workday application system.

8. I am well qualified for the positions to which I applied. I hold a Juris Doctor, a Bachelor of Science in Psychology, and a Bachelor of Arts in Criminology. I am admitted to practice law in Florida and North Carolina, and I am a licensed teacher in Florida and North Carolina. I have more than 20 years of professional experience, including serving as an attorney with Jaffe and Asher and Hilgers Graben, and serving as a teacher with Wake County Public Schools, Mecklenburg County Schools, and Miami-Dade County Public Schools. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after applying. For example, I applied to a Senior Product Education Facilitator position with Sprinklr on Sunday, July 27, 2025. Only two business days later, at 12:03am on Wednesday, July 30, 2025, sprinkr@myworkday.com sent me an email rejecting me for the position. Indeed, I even received an application confirmation email and a rejection email at the exact same time. When I applied to the position of Ochsner Learning Institute Consultant at

Ochsner Clinic Foundation, ochsner@myworkday.com sent me two emails at 8:00am on Thursday, June 26, 2025: one thanking me for my interest in the position, and the other notifying me that Ochsner Health had "decided to move forward with another applicant whose qualifications more closely meet the needs of the Ochsner Clinic Foundation for this position." These rejections arrived far too quickly for any person to have meaningfully reviewed my application. Additionally, Sprinklr was not unique among employers in sending me rejection notices at unusual times, including late at night, overnight, or on weekends. For example, after I applied to a K-12 Science Coach position at Stride Inc., I received a rejection email from strideinc@myworkday.com at 12:17am on January 8, 2026.

11. On at least one occasion, I received an apparently automated rejection for a position for which I met the stated qualifications and was never interviewed.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age and gender could have been factors in this screening.

14. While I am not currently seeking employment at this time, I may need to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/10/2026, at Pompano Beach, Florida

DocuSigned by:

Stacy Shak

ADAC404470B94F2...

STACY SHAK

# ATTACHMENT A

# My Applications

Active (0) Inactive (1)

| Job Title | Job Req | My Application Status | Date Submitted | Action |
|---|---|---|---|---|
| Senior Product Education Facilitator | 111611-JOB | Application Unsucc... | July 27, 2025 | ••• |

Here at Sprinklr, we're on a mission to help every organization on the planet create unified experiences that make customers happier. That customer obsession mirrors our commitment to our own people — to treating them like

Read More

Gmail

**Stacy Shak** [redacted]

# Sprinklr Update Regarding your Application for the Senior Product Education Facilitator

1 message

**sprinklr@myworkday.com** <sprinklr@myworkday.com> Wed, Jul 30, 2025 at 12:03 AM
Reply-To: wdsetup@myworkday.com
To: [redacted]

sprinklr

Dear Stacy -

Thank you for considering the Senior Product Education Facilitator position at Sprinklr. We appreciate the effort you put into your application and your desire to take on a new challenging role. After careful consideration, we have decided not to move forward with your candidacy for this position.

At Sprinklr, one of our Core Values is that "We Passionately Genuinely Care." And we do. We believe in your potential and would be delighted if you would consider exploring additional opportunities at Sprinklr in the future.

Please stay connected with us through our Careers page and Sprinklr's LinkedIn page for updates on roles that align with your expertise.

Sincerely,
Sprinklr Talent Acquisition Team

**Sprinklr's LinkedIn** **Careers Page**

This email was intended for [redacted]

Gmail **Stacy Shak** [redacted]

# Fwd: Ochsner Clinic Foundation Thanks You for Applying to Ochsner Learning Institute Consultant-REQ_00237507

2 messages

**Stacy Shak** [redacted] Mon, Jun 30, 2025 at 10:17 PM
To: Stacy Shak [redacted]

---------- Forwarded message ---------
From: <ochsner@myworkday.com>
Date: Thu, Jun 26, 2025 at 8:00AM
Subject: Ochsner Clinic Foundation Thanks You for Applying to Ochsner Learning Institute Consultant-REQ_00237507
To: [redacted]

Ochsner Health

Dear Stacy,

Thank you for your interest in the position of Ochsner Learning Institute Consultant at Ochsner Clinic Foundation. We like to think that we've created something special here at Ochsner Clinic Foundation , and we're thrilled that you want to join the team. We are continually looking for qualified talent to support our award winning service to our patients.

A quick note about what happens next:

We're fortunate to have many outstanding people apply to each of our positions, and we're sure that you're no exception. While we appreciate every application that comes our way, due to the high volume we receive we're not able to follow up with everyone individually. If a strong match is found between your qualifications and the needs of the role, we'll contact you.

You can also check for real time status updates on your application in our candidate portal at any time.

Thanks again for your interest in and we wish you success in your job search!

Sincerely,
The Ochsner Talent Acquisition Team

As an Ochsner managed entity, Ochsner Clinic Foundation uses Ochsner resources to recruit for their employees.

This email was intended for [redacted]

**Stacy Shak** [redacted] Sat, Sep 13, 2025 at 11:32 AM
To: Bethany Neal <bneal@winstoncooks.com>

---------- Forwarded message ---------
From: **Stacy Shak** <[redacted]
Date: Mon, Jun 30, 2025 at 10:17 PM
Subject: Fwd: Ochsner Clinic Foundation Thanks You for Applying to Ochsner Learning Institute Consultant-REQ_00237507
To: Stacy Shak [redacted]

---------- Forwarded message ---------
From: <ochsner@myworkday.com>
Date: Thu, Jun 26, 2025 at 8:00 AM
Subject: Ochsner Clinic Foundation Thanks You for Applying to Ochsner Learning Institute Consultant-REQ_00237507
To: [redacted]

Ochsner Health

Dear Stacy,

Thank you for your interest in the position of Ochsner Learning Institute Consultant at Ochsner Clinic Foundation. We like to think that we've created something special here at Ochsner Clinic Foundation , and we're thrilled that you want to join the team. We are continually looking for qualified talent to support our award winning service to our patients.

A quick note about what happens next:

We're fortunate to have many outstanding people apply to each of our positions, and we're sure that you're no exception. While we appreciate every application that comes our way, due to the high volume we receive we're not able to follow up with everyone individually. If a strong match is found between your qualifications and the needs of the role, we'll contact you.

You can also check for real time status updates on your application in our candidate portal at any time.

Thanks again for your interest in and we wish you success in your job search!

Sincerely,
The Ochsner Talent Acquisition Team

As an Ochsner managed entity, Ochsner Clinic Foundation uses Ochsner resources to recruit for their employees.

This email was intended for [redacted]



SSHAK 0000002

Redacted

---------- Forwarded message ---------
From: <ochsner@myworkday.com>
Date: Thu, Jun 26, 2025 at 8:00 AM
Subject: Ochsner Job Application Update: OLI Consultant - [not available] - REQ_00237507 Ochsner Learning Institute Consultant (Open)
To: [redacted]

Ochsner Health

Dear Stacy,

Thank you for your interest in Ochsner Clinic Foundation .

We had several highly qualified candidates to consider and have decided to move forward with another applicant whose qualifications more closely meet the needs of Ochsner Clinic Foundation for this position.

We appreciate the time you invested in your application and encourage you to continue your search on our career website (https://www.ochsner.org/careers) for opportunities. We wish you all the best in your job search and look forward to considering you for other opportunities.

If you applied to additional openings, you may still be under consideration for those positions. You can check the status of your application(s) in our candidate portal at any time here.

Kind Regards,

The Ochsner Talent Acquisition Team

OLI Consultant
Business Office - Benson Tower
REQ_00237507 Ochsner Learning Institute Consultant (Open)

This email was intended for [redacted]

Gmail

**Stacy Shak** [redacted]

# Followup on your Stride Application

1 message

**Stride Workday HR** <strideinc@myworkday.com> Thu, Jan 8, 2026 at 12:17 AM
Reply-To: strideinc@myworkday.com
To: [redacted]

Dear Stacy Shak ,

Thank you for your application for the JR111234 K-12 Science Coach position at Stride Inc. We appreciate your interest in joining our team.

After careful consideration of many qualified applicants, we have decided to pursue other candidates for this role. Please note that this decision pertains only to the specific opening noted above, and does not affect any application you may have submitted for other opportunities with Stride.

We encourage you to stay connected by joining our talent community. Simply complete this form and we'll stay in touch with information about job opportunities, upcoming recruitment events, and other news about Stride.

We wish you success in your professional endeavors.

Regards,
Stride Careers

**Stride Career Site**

This email was intended for [redacted]