# D42

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF ADARA WALLACE**

Courtroom: 15, 18th Floor

Judge: Hon. Rita F. Lin

I, Adara Wallace, declare as follows:

1. I am over the age of 18 and a resident of Queens, New York. I have personal knowledge of the facts stated in this declaration.

2. I am an opt-in plaintiff in *Mobley et al. v. Workday, Inc.*, Case No. 3:23-cv-00770-RFL, pending in the United States District Court for the Northern District of California.

3. I was born on [redacted] 1974. At all times relevant to this declaration, I was over the age of forty. I am an African American woman.

4. At some point between September 24, 2020, and the present, I have actively applied for employment with numerous companies.

5. Many of the employers to which I applied used Workday, Inc.'s online job-application platform to receive and process my applications. I understood that these applications were processed through Workday because the application portals were Workday-branded and the confirmation and rejection emails I received came from sender addresses at the myworkday.com domain (for example, bah@myworkday.com, bigcommerce@myworkday.com, calix@myworkday.com, corelogic@myworkday.com, cradlepoint@myworkday.com, ebay@myworkday.com, gdit@myworkday.com, interiorlogicgroup@myworkday.com, iryhythm@myworkday.com, mmc@myworkday.com, parexel@myworkday.com,

parsons@myworkday.com, redwood@myworkday.com, resmed@myworkday.com, takeda@myworkday.com, tinuiti@myworkday.com, zillow@myworkday.com).

6. During this period, I submitted nearly 55 applications to at least 47 employers using the Workday platform. These included, but are not limited to, applications to AAA, ASPCA, Avantor, BigCommerce, Blackbaud, Booz Allen, Bright Horizons, Brink's Broadridge, Calix, Campsite, Cigna, Conde Nast, CoreLogic, Cradlepoint, CRC, Delinea, Dow Jones, eBay, FIS, GDIT, GE Healthcare, GN Group, Grand Canyon Education, Guidehouse, Harris Computer, ICF Human Resources, Interior Logic Group, iRhythm Technologies, Kimberly Clark, LiveNation, Marsh McLennan, MSD, Motorola Solutions, MUFG, Navient, NCR Voyix, Neuberger Berman, Newscorp, Nordstrom, Otsuka, PAREXEL, Parsons, Rehlko, Republic Services, Perkins Coie, Perseus Group, Recor Medical, Redwood, Republic Services, ResMed, Solventum, Takeda, The Hartford, Tinuiti, TopBloc, Trustmark, TyLin, Virtual Fencing Technology, VSP, Walmart, Weil, Gotshal & Manges LLP, Wilson Sonsini, Zayo, Zillow, Zoll, and others.

7. In submitting these applications, I provided my work history, education, skills, and resume through those online application systems.

8. I am well qualified for the positions to which I applied. I am a certified Salesforce Administrator Professional. I have more than 16 years of professional experience in billing analysis, customer support, and Salesforce administration, including roles at Murray's Cheese, Onpoint Group, The Wildlife Conservation Society, Shopkeep, Time Warner Cable Business Class, Commonwealth Worldwide Chauffeured Transportation, Brooks Fitch Apparel, and Transborder Air Cargo. For many of the positions to which I applied through Workday, I met or exceeded the stated minimum qualifications.

9. Of the applications I submitted through the Workday platform, I was either rejected or received no response for nearly all of them. I do not recall receiving any interviews or offers through any application that I submitted through the Workday platform.

10. Many of the rejections I received through the Workday platform appeared to be automated and generated without any human review of my application. In numerous instances, I received a rejection soon after submitting an application. I also received rejection notices at unusual times, including late at night, overnight, or on weekends. For example, vwr@myworkday.com sent me an email confirming my application for a Customer Service Specialist – Manufacturing position with Avantor on Monday, July 7, 2025, at 8:48pm, and a rejection email less than 14 hours later at 10:02am on Tuesday, July 8, 2025. I applied for a Customer Support Associate – Residential Care Software (MatrixCare) position with ResMed on Friday, December 12, 2025, and ressmed@myworkday.com sent me a rejection email less than two business days later, at 3:45am on Tuesday, December 16, 2025. Similarly, when I applied for a part-time Weekend Receptionist position with Takeda, I received an email confirmation from takeda@myworkday.com on Saturday, February 17, 2024, and a rejection email after just two business days at 1:28am on Wednesday, February 21, 2024.

11. My experience applying through the Workday platform stands in stark contrast to my experience when human beings evaluated my candidacy. When my applications were reviewed by human recruiters and hiring managers, I was hired into substantive roles. For example, I was asked for phone screenings, video interviews, or interviews with Paychex, Restaurant Technologies, RPM, Interior Logic, IMA Financial Group, Zones, and StartOut. I interviewed, received an offer, and was ultimately hired by Murray's Cheese. Yet when the same profile was submitted through the Workday platform, I was repeatedly rejected before any employer meaningfully considered my qualifications.

12. None of the employers that I applied to through the Workday platform ever contacted me to recommend that I apply for other positions with them. If I had been contacted, I would have applied for the recommended positions.

13. Based on my experience, I believe that Workday's screening of my applications affected my ability to be considered for these jobs on equal footing with other applicants. The

pattern of rapid, apparently automated rejections meant that I was repeatedly screened out before any employer meaningfully considered my qualifications. I believe that my age, race, and gender could have been factors in this screening.

14. I continue to seek employment and intend to apply for jobs in the future. Because employers in my field and geographic area commonly use Workday's application platform, I intend to and expect to submit future job applications through that platform.

15. Attachment A is a true and correct copy of the documents related to my applications through the Workday platform referenced in my declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/3/2026, at Queens, New York.

Signed by:

5D53C12E988740B...

ADARA C. WALLACE

# ATTACHMENT A

**Application received! Thanks for taking the first step with Avantor.** [redacted]

**Avantor Sciences Workday** <vwr@myworkday.com> Jul 7, 2025 at 8:48 PM
To: [redacted]




Hi Adara,

Thank you for your interest in Avantor. We've received your application for the Customer Service Specialist - Manufacturing role.

To track the status of your application, you may use this unique URL to create your account:
https://vwr.wd1.myworkdayjobs.com/avantorJobs/login?Job_Application_ID=82147077162f9000d889a9aa8d1e0000

**CREATE AN ACCOUNT:**
1. Click 'Create Account'.
2. Email Address: Enter the exact email address that this message is addressed to.
3. Password: Enter a password and verify the new password.

We encourage you to learn more about our team by doing any of the following:

• Visit our Careers site
• Explore the #AvantorLife by joining our Talent Community
• Connect with us on LinkedIn and Facebook

We appreciate your interest and look forward to potential next steps in the process.

Sincerely,
Avantor's Global Talent Acquisition Team

*Note: This is an automated message. Please do not reply.*

avantor™

This email was intended for [redacted]

**Avantor: Job Application Update** [redacted]

**Avantor Sciences Workday** <vwr@myworkday.com>
[redacted]

Jul 8, 2025 at 10:02 AM




Hello Adara,

Thank you for applying to our Customer Service Specialist - Manufacturing position. After careful consideration and review of your application, we have decided to progress with other candidates for this role.

We appreciate your interest and encourage you to explore our other career opportunities at Avantor.

Sincerely,
Avantor's Global Talent Acquisition Team

*This is an automated message. Please do not reply.*

avantor™

This email was intended for [redacted]

**ResMed application update for Customer Support Associate – Residential Care Software (MatrixCare)** [redacted]

**Workday** <resmed@myworkday.com>
To: [redacted]

Dec 16, 2025 at 3:45 AM

Dear Adara ,

Thank you for your interest in employment with ResMed in our Customer Support Associate – Residential Care Software (MatrixCare) position. We genuinely appreciate all who invest time to pursue a new career opportunity with us.

At this time, we've decided to pursue other candidates who more closely match the job requirements of this position.

We understand that this may be disappointing news, however your relationship with ResMed doesn't end here. We will maintain your records and should a position open that matches your qualifications, please feel free to apply. We also encourage you to visit our website and follow us via our LinkedIn page to keep track of new opportunities.

Again, thank you for your interest and we wish you the absolute best of luck in your search!

Thank you,
ResMed Talent Acquisition team

Business Process: Job Application: Adara Wallace - JR_045639 Customer Support Associate – Residential Care Software (MatrixCare) on 12/12/2025

Subject: Adara Wallace - JR_045639 Customer Support Associate – Residential Care Software (MatrixCare)

Click here to view the notification details.

This email was intended for [redacted]

**Gracias por tu aplicación para PT - Weekend Receptionist** [redacted]

**Workday for Takeda (Do Not Reply)** <takeda@myworkday.com> Feb 17, 2024 at 10:57 PM
To: [redacted]

Estimado Adara ,

Gracias por tu interés en formar una carrera en Takeda. Agradecemos sinceramente el tiempo que invertiste para aplicar a la posición de PT - Weekend Receptionist .

Durante más de 230 años, Takeda ha llevado la esperanza de una Mejor Salud y un Futuro mas Brillante a mas de millones de personas en todo el mundo a través de nuestro enfoque de la medicina y centrado en los pacientes. Estamos buscando personas que se sientan inspiradas por nuestra misión y que quieran tener un impacto positivo en la vida de las personas todos los días.

Nuevamente gracias y te invitamos a descubrir más acerca de Takeda en LinkedIn.

Atentamente,

Equipo de Atracción de Talento Takeda

Empowering Our People to Shine
Takedajobs.com

Las respuestas a este mensaje no se pueden entregar. Si necesita contactarnos, envíe un mensaje a través de Takeda.com .

Este correo electrónico estaba dirigido a [redacted]

THIS IS A SYSTEM GENERATED MESSAGE - DO NOT REPLY - TAKEDA EMPLOYEES CAN VISIT THE WORKDAY INTRANET PORTAL FOR ADDITIONAL SUPPORT · https://mytakeda.sharepoint.com/teams/workdayportal/Pages/default.aspx

## Your Application for PT - Weekend Receptionist at Takeda

[redacted]

**Workday for Takeda (Do Not Reply)** <takeda@myworkday.com> Feb 21, 2024 at 1:28 AM
To: a[redacted]

Hello Adara Wallace ,

Thank you for your interest in the PT - Weekend Receptionist position. We have decided to pursue another candidate for this position. We hope that you remain interested in joining the Takeda team to pursue our mission of Better Health and Brighter Future.

We encourage you to view and apply for other opportunities at www.takedajobs.com.

Best Regards,
Takeda's Talent Acquisition Team

Empowering Our People to Shine

Takedajobs.com

Replies to this message are undeliverable. If you need to contact us, please send a message via Takeda.com.

Este correo electrónico estaba dirigido a [redacted]

THIS IS A SYSTEM GENERATED MESSAGE - DO NOT REPLY - TAKEDA EMPLOYEES CAN VISIT THE WORKDAY INTRANET PORTAL FOR ADDITIONAL SUPPORT · https://mytakeda.sharepoint.com/teams/workdayportal/Pages/default.aspx