# EX1

# EXHIBIT FILED UNDER SEAL