# EX2

# EXHIBIT FILED UNDER SEAL