# EX3

HUMAN RESOURCES

# Talent Sourcing Done Right in the Age of AI

AI is changing how companies find and engage talent—shifting sourcing from a manual, reactive process to a more strategic function. Is your organization ready to embrace stronger, more scalable hiring pipelines?



Maria Valero
30 April 2025

EXHIBIT
13



In this article we discuss:

- Talent Sourcing in the Age of AI
- The Benefits of AI Talent Sourcing Tools
- AI is a Force Multiplier—Not a Replacement
- How to Build an AI-Enabled Talent Sourcing Strategy
- Risks and Considerations in AI-Based Sourcing

The way companies source talent is undergoing a fundamental shift. In the past, talent sourcing relied heavily on manual processes—Boolean searches, resume scans, LinkedIn filters—that were time-consuming, reactive, and often biased. Today, we're entering a new era where artificial intelligence (AI) is not just accelerating the recruiting process but redefining it.

**Global CHRO AI Indicator Report**

In the past decade HR has undergone a major evolution from a supportive role to a strategic one. However, as this report finds, HR teams are more conservative on AI than finance and IT. That makes the potential competitive advantage even greater—learn more below.

Read Report

**5 Essential Skills**

AI sourcing tools can scan thousands of profiles in seconds, surface high-quality passive candidates, and even write outreach messages. But it's more than automation. AI brings the potential for smarter, more inclusive, and more predictive talent acquisition.

Adoption of AI in HR is steadily on the rise, and 2024 was a big year for it. Korn Ferry reports that 67% of HR leaders see increased AI usage as a top talent acquisition trend for 2025. Our own Workday-led CHRO AI Indicator Report found recruitment ranked in the top three areas where HR leaders envision AI delivering immediate value.

As AI reshapes how organizations compete for talent, sourcing is becoming more proactive, data-driven, and aligned with long-term workforce strategy. Teams that harness these tools effectively won't just move faster—they'll make smarter, more inclusive hiring decisions that scale with the business.

## Sixty-seven percent of HR leaders see increased AI usage as a top talent acquisition trend

**for Leaders in the Age of AI**

AI is changing the way we think about leadership. In workplaces transformed by technology, the human touch has never been more important.

Read Blog



**How PwC Evolved Into a Skills-Based Organization**

With over 370,000 employees globally (and counting), keeping track of individual employee career paths and skills can be a tough ask at PwC. With Workday Skills Cloud, PwC was able to see a 90% increase in recorded skills in

for 2025.

one year—and that's just the beginning.

Read Story

# Talent Sourcing in the Age of AI

AI is a broad category that spans multiple technologies—each bringing its own set of capabilities to the sourcing function. To understand how AI is reshaping talent sourcing, it helps to look at the specific types of AI at play and how they're being used across the hiring funnel.

## Machine Learning: Recognizing Patterns

Machine learning (ML) models are built to identify patterns in data and make predictions based on those patterns. In talent sourcing, ML algorithms power tools that learn from recruiter behavior, historical hiring data, and market signals to:

- Rank candidates based on historical success profiles
- Predict candidate responsiveness or likelihood to engage
- Suggest alternate or adjacent roles a candidate may be suited for

**Example:** If your company has hired five successful sales engineers from a certain background, a machine learning system can identify shared attributes and proactively recommend similar candidates, even if they haven't applied.

## Natural Language Processing: Translating Skills

Natural language processing (NLP) allows AI systems to "read" and interpret unstructured text —like resumes, job descriptions, and LinkedIn profiles. In sourcing, NLP enables tools to:

- Extract and normalize skills from different resume formats
- Map job descriptions to candidate profiles without relying on exact keyword matches
- Interpret context, such as job duties or project scope

**Example:** A candidate who lists "built a scalable API for logistics automation" might be identified by NLP as having back-end development skills, even if they never listed "software engineer" as a job title. This capability is critical for skills-based hiring and for uncovering transferable experience that a standard keyword search would miss.

## Generative AI: Creating High-Value Content

Generative AI—powered by large language models (LLMs) like GPT—can create new recruiting content based on prompts and context. In the talent sourcing world, generative AI is already being used to:

- Write or improve job descriptions
- Generate personalized outreach messages for passive candidates
- Summarize candidate profiles for hiring manager review



Talent Sourcing Done Right in the Age of AI

touch email tailored to a candidate's background and interests, complete with relevant project highlights pulled from their public profile.

## Agentic AI: Providing Intelligent Assistance

Agentic AI represents the next wave of intelligent systems—tools that not only analyze and generate insights, but also take proactive action based on context and goals. These AI agents act more like a

digital assistant that works alongside the recruiter.

In practice, agentic AI can:

- Continuously search for and recommend candidates as new data becomes available
- Automate routine sourcing tasks (e.g., refreshing search queries, re-ranking pipelines)
- Ask clarifying questions (via chat interfaces) to refine search parameters in real time
- Trigger downstream actions, like initiating an outreach sequence or scheduling an initial screen

**Example:** An agentic AI tool might notice that a particular role hasn't attracted qualified applicants. It can prompt the recruiter to revisit the job description, and suggest changes based on market data—all without being asked.

## Recruitment is ranked in the top three areas where HR leaders envision AI delivering immediate value.

# The Benefits of AI Talent Sourcing Tools

As AI tools mature, they're not just automating sourcing—they're unlocking new value across the hiring lifecycle. Boston Consulting Group identified HR as one of the top functions where AI and generative AI are being used, and reported that 92% of firms are already seeing the benefits.

While efficiency is often the headline benefit, the deeper impact lies in how AI takes sourcing from a tactical, reactive task to a strategic, insight-driven capability. Talent teams using AI are building dynamic, forward-looking pipelines that align with business needs. Here are the key ways AI is transforming the effectiveness, inclusivity, and agility of talent sourcing.

## Speed and Scale (Without Sacrificing Quality)

One of AI's most obvious advantages is its ability to process massive amounts of candidate data in a fraction of the time it would take a human recruiter. AI sourcing tools can scan tens of thousands of

resumes, profiles, and databases within seconds, automatically surfacing the candidates who most closely match the job requirements.

But speed alone isn't enough. What sets AI apart is its ability to maintain *precision* at scale. It doesn't just return a long list of people who have used the right keywords—it returns qualified candidates who are most likely to succeed in the role based on skills, experience, and historical hiring data.

The result? Talent teams can work faster without compromising on quality—and with a clearer picture of candidate potential from day one.

## Access to Passive and Overlooked Talent Pools

Traditional sourcing often skews toward active job seekers, but the best candidates are frequently already employed and not browsing job boards. AI helps organizations shift toward proactively sourcing by identifying top candidates who may not be actively applying but meet or exceed the role's requirements.

AI does this by analyzing public signals—such as project contributions, evolutions in skills, and professional trajectories—and scoring potential

candidates based on likelihood of fit and engagement. These tools can also identify non-obvious matches that human recruiters might overlook due to nontraditional backgrounds or job titles.

By surfacing hidden and untapped talent, AI sourcing improves candidate diversity, reduces reliance on recycled applicant pools, and expands the reach of every search. As skills-based hiring continues to gain traction, the candidate sourcing of tomorrow will increasingly be powered by AI.

## Reduction in Time-to-Fill and Recruiter Burnout

Filling roles quickly remains a top priority for talent teams—and a major pain point when sourcing is done manually. AI accelerates the early phases of the hiring funnel and reduces time-to-hire by handling tasks like:

- Resume parsing and scoring
- Candidate matching and ranking
- Generating outreach messages
- Rediscovering previous applicants

This means recruiters can move high-quality

candidates into the pipeline faster, and hiring managers see stronger slates earlier in the process. Just as importantly, reducing this manual workload also helps prevent recruiter fatigue—freeing up time for more strategic work and reducing the risk of burnout in high-volume environments.

## Enhanced Internal Mobility and Talent Rediscovery

Sourcing doesn't always mean looking externally. AI also enables organizations to reclaim value from their existing talent data—including current employees and past applicants who may now be a better fit.

AI tools can:

- Analyze internal skills data to identify potential for role changes
- Suggest stretch assignments or learning paths that align with open roles
- Surface past candidates who were previously considered

This supports stronger internal mobility, reduces sourcing costs, and helps companies make the most of the talent they've already invested in. For

organizations focused on retention, upskilling, and succession planning, this is a critical AI advantage.

## Better Decision-Making Through Talent Intelligence

Perhaps the most transformative benefit of AI sourcing is its ability to turn raw data into strategic insight. As AI platforms aggregate data across systems, roles, and candidates, they generate talent intelligence—the kind of visibility that enables long-term planning.

With the right dashboards and reporting, talent acquisition teams can:

- Identify sourcing channels that drive the best hires
- Spot trends in skill demand or role competitiveness
- Benchmark hiring velocity and process effectiveness across teams or regions
- Predict gaps in future talent supply

In this way, AI moves sourcing from a transactional activity to a strategic function—one that helps inform workforce planning, hiring goals, and

business growth.

Boston Consulting Group found that 92% of firms who've implemented AI are already seeing the benefits.

## AI Is a Force Multiplier—Not a Replacement

As AI becomes more embedded in the recruiting process, it's tempting to ask whether machines will replace human recruiters. But that question misses the point. The most effective talent sourcing strategies are not AI-driven or human-driven—they're both. AI extends what recruiters can do, but it doesn't replace the parts of the job that require insight, empathy, or trust.

In reality, the most successful teams are using AI as a force multiplier—freeing up time, reducing manual effort, and sharpening focus so that human recruiters can do what they do best: connect with

people.

## What AI Does Well in Talent Sourcing

AI tools are remarkably good at tasks that require speed, consistency, and pattern recognition. These strengths allow recruiters to work smarter and scale their efforts without compromising on quality.

- **Parsing and analyzing candidate data:** AI can scan and structure resumes, profiles, and portfolios from across the web—extracting relevant skills, certifications, and experience in seconds.
- **Uncovering hidden talent:** Through machine learning and predictive models, AI can identify candidates who may not match a job description exactly but have adjacent experience and capabilities that make them strong contenders.
- **Prioritizing at scale:** AI ranks and scores candidates based on how well they match the role, past hiring success data, and predicted responsiveness.
- **Creating high-quality content:** Generative AI tools can draft job descriptions, outreach messages, and candidate summaries—saving

time and raising the bar on personalization.

- **Automating low-value tasks:** From rediscovering past applicants to refreshing candidate pipelines, AI can handle administrative steps that would otherwise eat up hours of recruiter time.

## What Only Humans Can Do (And Why It Matters)

For all its sophistication, AI still lacks emotional intelligence, contextual nuance, and moral judgment. These limitations mean that human involvement is not optional—it's essential to making sourcing both ethical and effective.

- **Evaluating context and culture fit:** AI can match on skills, but only a human can assess how a candidate will align with team dynamics, communication style, or company culture.
- **Building authentic relationships:** Successful recruiting is built on trust. Candidates want to talk to people—not just receive AI-generated outreach.
- **Creating inclusive experiences:** AI can help reduce bias, but humans must set the

standards, audit the systems, and ensure fairness in every interaction.

- **Interpreting the "why":** Only humans can dig into the backstory—why a candidate changed careers, what motivates them, and how they might grow into a role.
- **Navigating ambiguity:** When roles shift, hiring needs evolve, or priorities conflict, AI alone can't resolve trade-offs. Recruiters bring judgment and flexibility that software can't replicate.

## How to Build an AI-Enabled Talent Sourcing Strategy

Incorporating AI into talent sourcing isn't just a technology upgrade—it's a shift in how work gets done. Organizations that succeed with AI don't simply adopt tools; they rethink how sourcing fits into broader talent strategy, redefine recruiter workflows, and lay the foundation for responsible innovation.

To do that, teams need a thoughtful, phased approach—one that balances experimentation with structure and keeps people at the center. Here's how to get started.

## 1. Map Your Current Talent Sourcing Workflow

Start by taking inventory of how your sourcing function operates today. Where do recruiters spend the most time? Which steps are repetitive or inconsistent? Common inefficiencies—like manually screening resumes, requalifying known candidates, or refreshing the same search queries—are prime candidates for automation.

This process also reveals friction points, such as missed candidates or slow hiring manager responses, where AI can improve visibility and collaboration.

## 2. Integrate AI Where It Adds Immediate Value

Be intentional when identifying use cases where AI can make an immediate impact—such as ranking inbound candidates, generating outreach emails, or rediscovering silver-medal applicants.

Start with pilot programs and isolated workflows. Test, learn, and scale gradually. The goal isn't to automate for automation's sake—it's to amplify

what works and eliminate what doesn't.

## 3. Prioritize Clean, Connected Talent Data

AI tools are only as powerful as the data they draw from. If your applicant tracking system (ATS), candidate relationship management (CRM) platform, or internal mobility systems are fragmented or outdated, you'll struggle to realize the full value of AI.

Before rolling out AI at scale, invest in data hygiene —consolidate duplicate records, standardize skills taxonomy, and create clear links between sourcing data and hiring strategy outcomes.

## 4. Train Recruiters to Use AI as a Co-Pilot

Even the most advanced AI recruiting tools are only effective if people know how to use them. Recruiters should be trained not only on platform functionality, but also on how to interpret AI suggestions, audit outputs, and make informed decisions.

Encourage your team to see AI as a co-pilot, not a gatekeeper—one that handles the heavy lifting so they can focus on strategy and candidate

relationships.

## 5. Measure Impact and Continuously Improve

As with any strategic investment, success depends on tracking results. Establish baseline metrics like time-to-fill, quality of hire, outreach engagement, and recruiter capacity. Then compare against AI-enabled workflows.

Don't expect perfection on day one. Instead, focus on building a feedback loop where recruiters, hiring managers, and systems evolve together—refining what works and recalibrating what doesn't.

Forty-two percent of HR leaders told Workday their companies aren't fully ready to leverage AI.

# Risks and Considerations in AI-Based Sourcing

While AI opens powerful new possibilities, it also introduces new responsibilities. Forty-two percent of HR leaders told Workday their companies aren't fully ready to leverage AI, and getting there requires preparing for new AI technologies in the right ways.

Organizations adopting AI in talent sourcing must ensure the tools they use—and the ways they're used—meet high standards of fairness, transparency, and compliance. Here are the key considerations:

- **Bias and fairness:** AI is only as objective as the data it's trained on—and if that data reflects historical bias, the AI may reinforce inequities. This makes it essential to regularly audit sourcing algorithms, especially when evaluating underrepresented talent.
- **Transparency and explainability:** If a tool surfaces one candidate over another, recruiters should be able to explain why. Lack of transparency not only undermines trust, but also creates legal risk. Choose tools that offer visibility into how rankings are determined, and build internal guidelines to ensure decisions remain accountable.
- **Compliance and data privacy:** AI sourcing often involves sensitive candidate data collected across platforms, geographies, and systems.

That means compliance with data privacy regulations like GDPR, CCPA, and EEOC standards is non-negotiable. AI vendors should demonstrate clear protocols for consent management, data storage, and opt-out functionality.

## The Future of AI in Talent Sourcing

AI is not just changing how recruiters work today—it's shaping the future of how organizations compete for talent. The next generation of AI sourcing won't just accelerate existing workflows; it will introduce entirely new capabilities, from proactive pipeline building to conversational search and intelligent, always-on talent discovery.

The bottom line: The future of talent sourcing is not just faster. It's smarter, more connected, and deeply human in its intent—even if AI is doing much of the heavy lifting. Organizations that embrace this shift now will be better positioned to compete, adapt, and lead in the years ahead.

## More Reading

HUMAN RESOURCES

# Pay Transparency and the Future of Fair Work

Europe's Pay Transparency Directive is more than a compliance exercise. It forces organisations to prove fairness with data, rethink

job architecture, and make transparency a core capability of modern work.



Anja Fordon
21 May 2026



HUMAN RESOURCES

WORKDAY NEWS AND CULTURE

## Workday Leads Talent Acquisition Into the Agentic Era

Workday is

honored to be recognized as a Leader in the 2026 Gartner® Magic Quadrant™ for Talent Acquisition as it continues to help organizations hire faster, improve candidate experiences, and scale recruiting with AI-powered agents.



**Adam Godson**
13 May 2026



HUMAN RESOURCES

# Managing Hybrid Teams: 5 Tips for Success

Hybrid work is the most prevalent model for businesses in 2026. For HR leaders, success depends on a fresh approach to employee experience, skills, technology, and culture.



**Blaise Radley**
28 April 2026

iptions · Cookie Preferences