# EX4

# EXHIBIT FILED UNDER SEAL