# EX5

# EXHIBIT FILED UNDER SEAL