# EX6

# EXHIBIT FILED UNDER SEAL