# EX7

# EXHIBIT FILED UNDER SEAL