# EX9

# EXHIBIT FILED UNDER SEAL