# EX10

# EXHIBIT FILED UNDER SEAL