# EX11

# EXHIBIT FILED UNDER SEAL