# EX13

# EXHIBIT FILED UNDER SEAL