# EX14

# EXHIBIT FILED UNDER SEAL