# EX15

# EXHIBIT FILED UNDER SEAL