# EX16

# EXHIBIT FILED UNDER SEAL