# EX17

# EXHIBIT FILED UNDER SEAL