# EX18

# EXHIBIT FILED UNDER SEAL