# EX19

# EXHIBIT FILED UNDER SEAL