# EX23

# TIAA NEW YORK CITY LOCAL LAW 144 BIAS AUDIT RESULTS – WORKDAY SPOTLIGHT TOOL

*Audit Completed: July 6, 2025*

*Distribution Date: January 28, 2026*

## I. Introduction

New York City's Local Law 144 ("Local Law 144") obligates New York City-based employers, like TIAA, to hire a third-party independent entity to conduct an annual bias audit of automated employment decision tools or "AEDTs"[1]. Prior to TIAA's use of Workday's HiredScore AI Spotlight candidate matching technology (the "Spotlight Tool") beginning on January 28, 2026, TIAA engaged an independent, outside entity, DLA Piper, to conduct an audit of the Spotlight Tool.[2] The Spotlight Tool matches information that candidates submit in connection with their job application to the skills and requirements identified in the job requisition, highlighting for recruiters the degree to which the candidate's qualifications match with the job requirements. More information on the Spotlight Tool can be found on Workday's website. As used in this report, TIAA refers to Teachers Insurance and Annuity Association of American and its subsidiaries and affiliates, including but not limited to Nuveen Services, LLC.

New York City Local Law 144 requires an annual Bias Audit to calculate the following for each Enumerated Category[3]:

1. Selection Rate; and
2. Impact Ratio.

The Selection Rate is defined as the rate at which individuals in each Enumerated Category are either selected to move forward in the hiring process or assigned a classification. The Impact Ratio is defined as the selection rate for each Enumerated Category divided by the selection rate of the most selected Category.

*Upon completion of this Bias Audit, there were no impact ratios below the standard threshold of .80.*

## II. Selection Rate and Impact Ratio Analyses

Workday provided application data spanning the period from June 2024 to May 2025, consists of gender and race information and the binary outcome from the tool indicating whether the application was flagged as priority or not (e.g., candidates received an "A" or "B" vs those that received either a "C" or a "D") for each application.

---

[1] AEDTs are defined in Local Law 144 as "any computational process, derived from machine learning, statistical modeling, data analytics, or artificial intelligence, that issues simplified output, including a score, classification, or recommendation, that is used to substantially assist or replace discretionary decision-making for making employment decisions that impact natural persons." Importantly, this memorandum does not take the position that Workday's AI qualifies as an AEDT under this law.

[2] TIAA has not determined, and it is not clear or certain, that TIAA's use of the Spotlight Tool qualifies it as an AEDT under Local Law 144. By retaining an independent third party to conduct this Bias Audit, TIAA does not waive its right to assert that Local Law 144 does not apply to its usage of the Spotlight Tool and that TIAA is under no obligation to conduct a Bias Audit under the law. TIAA has nevertheless conducted this Bias Audit out of an abundance of caution and the desire to ensure that any technology used in recruiting and talent selection does not exhibit indications of unintended bias.

[3] The categories required by Local Law 144 are: Race (i.e., Hispanic or Latino, White, Black or African American, Native Hawaiian or Pacific Islander, Asian, Native American or Alaska Native, and Two or More Races); Gender (categorized as male or female); and the intersection of Race and Gender.

**Table 1: Impact Ratios and Selection Rates for Workday Data**

| Population | All Applications Count | All Priority Applications Count | Selection Rate *(rounded to 3 digits)* | Impact Ratio *(rounded to 3 digits)* |
|---|---|---|---|---|
| **Gender** | | | | |
| Male | 827,795 | 545,041 | 0.658 | 1 |
| Female | 572,744 | 360,559 | 0.630 | 0.956 |
| Unknown | 48,891 | 31,450 | 0.643 | 0.977 |
| **Race** | | | | |
| White | 534,753 | 349,805 | 0.654 | 0.994 |
| Asian | 419,147 | 264,550 | 0.631 | 0.959 |
| Black or African American | 202,647 | 133,360 | 0.658 | 1 |
| Unknown | 125,678 | 80,035 | 0.637 | 0.968 |
| Hispanic or Latino | 116,011 | 75,945 | 0.655 | 0.995 |
| Two or more races | 51,194 | 33,355 | 0.652 | 0.99 |
| **Gender and Race** | | | | |
| Male, White | 317,049 | 211,853 | 0.668 | 1 |
| Male, Asian | 237,705 | 152,564 | 0.642 | 0.961 |
| Female, White | 208,766 | 132,041 | 0.632 | 0.947 |
| Female, Asian | 173,013 | 106,555 | 0.616 | 0.922 |
| Male, Black or African American | 110,588 | 73,463 | 0.664 | 0.994 |
| Female, Black or African American | 87,905 | 57,199 | 0.651 | 0.974 |
| Male, Hispanic or Latino | 73,329 | 48,995 | 0.668 | 1 |
| Male, Unknown | 58,298 | 37,850 | 0.649 | 0.972 |
| Female, Unknown | 43,391 | 26,933 | 0.621 | 0.929 |
| Female, Hispanic or Latino | 40,676 | 25,682 | 0.631 | 0.945 |
| Male, Two or more races | 30,826 | 20,316 | 0.659 | 0.986 |