# EX24

# Pfizer Bias Audit Summary of the Hired Score Grade System

## Background

Pfizer conducted a Bias Audit of the “HiredScore” Grade system it uses to assess job applicants. This audit is consistent with the requirements of New York City Local Law 144. The Law prohibits employers and employment agencies from using an automated employment decision tool (AEDT) in New York City unless they ensure a bias audit was done and provide required notices.

## Workday’s HiredScore Feature

The HiredScore explainable AI tool reports to what extent a candidate’s application matches the job requirements using a simple A, B, C, D system, where A denotes the highest match between a candidate’s application and an employer-defined job requisition. Each candidate will receive a score indicating how they align with the requirements of the job. This score is independent of the pool or the other candidates’ alignment or misalignment with the job requirements.

The model’s output, the A, B, C, D designation of smart-mirror reflections, does not supplant human judgment, nor is it recommending anyone. It merely helps recruiters and hiring managers expediently identify which applicants have stated that they meet which requirements of the jobs to which they applied. Recruiters and hiring managers always have complete discretion over which applicants they select and what information they consider. HiredScore does not automatically make or execute any decisions. It just indicates which candidates match the stated job requirements and to what extent.

## Overview of the Bias Audit

Pfizer analyzed the Hired Score Grade assessments for all applicants to job requisitions with NYC hires that were open during the time period August 2022 through February 2025. The Hired Score Grade system assigns an alphabetic grade of A through D to every application based on the degree of “match” between the applicant's credentials and the skills required for the job described in the job requisition. Below is a description of the Hired Score Grade system:

A Hired Score Grade of "A" is the highest attainable grade. A grade of "A" indicates that an applicant's credentials strongly match the job requisition description.

A Hired Score Grade of "D" is the lowest attainable grade. A grade of "D" indicates that an applicant's credentials do not match well with the job requisition description.

Hired Score Grades "B" and "C" are "in-between" grades "A" and "D" and indicate partial matching of the applicant's credentials with the job requisition description, with grade "B" indicating more of a match than grade "C".

## Race, Gender, and Race-Gender Inter-Sectionality Analysis

Consistent with the New York City Local Law 144, Pfizer calculated Impact Ratios for all Race, Gender, and Race-Gender Inter-sectional categories.

For the purpose of this audit, the impact ratio is defined in the following ways:

1. The proportion of a race, gender, or race-gender group's applications that are scored as Grade “A” divided by the proportion of applications scored as Grade "A" for the “benchmark” race, gender, or race-gender group having the highest proportion scored as Grade “A”.

2. The proportion of a race, gender, or race-gender group's applications that are scored as Grade “A” or “B” divided by the proportion of applications scored as Grade "A" or “B” for the “benchmark” race, gender, or race-gender group having the highest proportion scored as Grade “A” or “B”.

3. The proportion of a race, gender, or race-gender group's applications that are scored as Grade “A”, “B”. or “C” divided by the proportion of applications scored as Grade "A", “B”, or “C” for the “benchmark” race, gender, or race-gender group having the highest proportion scored as Grade “A”, “B”, or “C”.

Any race or gender group whose applications comprise less than 2% of the total applications were excluded from the analysis.

The results of the analysis are shown on the attached table. All race, gender, and race-gender inter-sectional groups have impact ratios of at least 80% which is consistent with the “bias-free” requirements of New York City Local Law 144.

PFIZER INC. - NYC AEDT BIAS AUDIT

HIREDSCORE

| Analysis Type | Race | Gender | Number of Applicants | Selection Rate Hired Score Grade A | Impact Ratio Hired Score Grade A | Selection Rate Hired Score Grade A or B | Impact Ratio Hired Score Grade A or B | Selection Rate Hired Score Grade A, B, or C | Impact Ratio Hired Score Grade A, B, or C |
|---|---|---|---|---|---|---|---|---|---|
| Race Analysis | White | | 15,058 | 29.08% | 1.000 | 45.89% | 1.000 | 72.43% | 1.000 |
| Race Analysis | Black | | 4,495 | 27.07% | 0.931 | 44.27% | 0.965 | 68.05% | 0.940 |
| Race Analysis | Hispanic | | 4,365 | 25.77% | 0.886 | 43.64% | 0.951 | 66.74% | 0.921 |
| Race Analysis | Asian | | 13,167 | 26.90% | 0.925 | 40.62% | 0.885 | 68.70% | 0.949 |
| Race Analysis | Two or More | | 1,715 | 25.89% | 0.890 | 41.40% | 0.902 | 66.59% | 0.919 |
| | | | | | | | | | |
| Gender Analysis | | Female | 20,897 | 27.31% | 0.967 | 43.80% | 1.000 | 69.16% | 0.978 |
| Gender Analysis | | Male | 19,924 | 28.24% | 1.000 | 43.27% | 0.988 | 70.70% | 1.000 |
| | | | | | | | | | |
| Race-Gender Intersection | White | Female | 7,554 | 28.24% | 0.936 | 45.41% | 0.978 | 71.50% | 0.974 |
| Race-Gender Intersection | White | Male | 7,431 | 29.98% | 0.994 | 46.44% | 1.000 | 73.41% | 1.000 |
| Race-Gender Intersection | Black | Female | 2,581 | 27.35% | 0.907 | 44.83% | 0.965 | 68.00% | 0.926 |
| Race-Gender Intersection | Black | Male | 1,908 | 26.73% | 0.886 | 43.55% | 0.938 | 68.24% | 0.930 |
| Race-Gender Intersection | Hispanic | Female | 2,327 | 26.64% | 0.883 | 45.25% | 0.974 | 67.51% | 0.920 |
| Race-Gender Intersection | Hispanic | Male | 2,025 | 24.79% | 0.822 | 41.83% | 0.901 | 65.78% | 0.896 |
| Race-Gender Intersection | Asian | Female | 6,387 | 26.49% | 0.878 | 41.33% | 0.890 | 68.09% | 0.928 |
| Race-Gender Intersection | Asian | Male | 6,734 | 27.26% | 0.904 | 39.95% | 0.860 | 69.28% | 0.944 |
| Race-Gender Intersection | Two or More | Female | 858 | 26.22% | 0.870 | 41.72% | 0.898 | 65.50% | 0.892 |
| Race-Gender Intersection | Two or More | Male | 827 | 25.15% | 0.834 | 40.63% | 0.875 | 67.11% | 0.914 |

Notes:

Number of individuals assessed whose sex and/or race/ethnicity is unknown: 2,953