# EX25

EXHIBIT 27

View all Jobs

Overview

Returning Applicants

Saved Jobs (0)

requirements in job postings to match potential candidates to requisitions in the recruitment process. Moody's does this to ease the burden on recruiters and hiring managers by highlighting candidates for consideration.

The link below presents additional information on the HiredScore functionality that Moody's uses, including an explanation of how the algorithm operates, a summary of New York City Local Law 144 (and its definitions of key terms such as Automated Employment Decision Tools ("AEDTs")), and a summary of bias audit results. The bias audit was conducted by an impartial third party based on data aggregated from several companies that use this functionality.

## Additional Information

Moody's also provides reasonable accommodation to qualified individuals

# Responsible AI and Bias Mitigation for HiredScore Spotlight

At Workday, we understand that responsible AI requires rigorous evaluation, independent review, and transparency about how our tools perform in practice. As part of that commitment, we asked Secretariat, an independent third party, to conduct an analysis of Workday's deployment of HiredScore Spotlight using Workday's own applicant flow data.

We are publishing a summary of that analysis to provide greater transparency into Workday's responsible AI practices and to support customer trust in Workday as a responsible developer and deployer of AI tools.