# EX26

EXHIBIT 37

on LinkedIn and other job platforms | Consumer Advice

## Notice regarding Guardian's use of artificial intelligence in recruitment

As part of Guardian's job application process, Guardian may use artificial intelligence tools ("AI Tools") to automate the sorting and filtering of information provided by applicants as part of its preliminary screening. This preliminary screening may be used to help identify applicant materials and resumes relative to their indication that the applicant meets the requirements for the specific job for which they are applying, as specified in the listing posted on Guardian's jobs website (Careers at Guardian at https://www.guardianlife.com/careers). At Guardian, we do not use AI Tools to substantially assist or replace human judgment or discretionary decision making in our hiring process. All hiring decisions will be made by Guardian colleagues.

Please be aware that if you apply for a specific position with Guardian, you will have the choice of opting out of Guardian's use of AI Tools during the job application process. If you would like to request an alternative process that does not utilize AI Tools or would like to request a reasonable accommodation, within ten business days of your position application, you must email your request to MyHR@glic.com, making sure to provide your name and job requisition identification number. Guardian will retain your applicant materials and resume and all information therefrom in accordance with Guardian's document retention policy, a copy of which you may request via MyHR@glic.com.

Additionally, at applicable times, Guardian will make public the most recent bias audit results for such AI tools, which

may be found here .

**Tool Audit Results**

New York City's Local Law 144 ("Local Law 144") requires employers using automated employment decision-making tools (AEDTs) to engage an independent entity to conduct an annual Bias Audit to calculate Selection Rates and Impact Ratios across certain Categories. The Categories required by Local Law 144 are: Race / Ethnicity (i.e., Hispanic or Latino, White, Black or African American, Native Hawaiian or Pacific Islander, Asian, Native American or Alaska Native, and Two or More Races); Sex (categorized as male or female); and the intersection of Sex and Race / Ethnicity.

The Selection Rate is defined as the rate at which individuals in each Category are sorted. The Impact Ratio is defined as the Selection Rate for each Category divided by the Category with the highest Selection Rate.

Guardian reserves all rights that its use of the tool does not qualify as an AEDT under Local Law 144. Nonetheless, Guardian reports below the results from a vendor-supplied Bias Audit conducted by a third party. This Bias Audit used data from multiple employers who used the same vendor's tool and analyzed data on five job profiles with the highest volume of applications. The data consists of sex and race / ethnicity information and the outcome indicating how the application was sorted. After removing applications for applicants who did not provide gender or race information or who provided conflicting information across multiple applications, the data was analyzed. The Bias Audit was completed on March 20, 2026, and Guardian distributed the tool on June 10, 2026. The Selection Rates and Impact Ratios calculated for the Bias Audit are from the period between September 1, 2025 to February 28, 2026. *See* **Table 1**.

**Table 1: Overall Impact Ratios and Selection Rates**

| Population | All Applications Count | All Sorted Applications Count | Selection Rate | Impact Ratio |
|---|---|---|---|---|
| **Sex** | | | | |
| Female | 629 | 484 | 0.77 | 1 |
| Male | 814 | 605 | 0.74 | 0.97 |
| **Race / Ethnicity** | | | | |
| White | 642 | 499 | 0.78 | 1 |
| Asian | 331 | 250 | 0.76 | 0.97 |
| Black or African American | 181 | 128 | 0.71 | 0.91 |
| Hispanic or Latino | 144 | 109 | 0.76 | 0.97 |
| Two or More Races | 66 | 46 | 0.7 | 0.9 |
| **Sex and Race / Ethnicity** | | | | |
| Female, Hispanic or Latino | 69 | 56 | 0.81 | 1 |
| Female, Asian | 176 | 135 | 0.77 | 0.95 |
| Female, Black or African American | 81 | 55 | 0.68 | 0.84 |
| Female, Two or More Races | 25 | 18 | 0.72 | 0.89 |
| Female, White | 241 | 189 | 0.78 | 0.97 |
| Male, Asian | 155 | 115 | 0.74 | 0.91 |
| Male, Black or African American | 100 | 73 | 0.73 | 0.9 |
| Male, Hispanic or Latino | 75 | 53 | 0.71 | 0.87 |
| Male, Two or More Races | 41 | 28 | 0.68 | 0.84 |
| Male, White | 400 | 309 | 0.77 | 0.95 |