# EX27

EXHIBIT 24

## Learn more about Equitable

1Up to certain monetary limits.

Equitable participates in the E-Verify program. Equitable Advisors, LLC is an Equal Opportunity Employer M/F/D/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing. In addition to competitive compensation and an outstanding benefits package including 401 (k) and medical programs, we offer the opportunity for continued professional development in an inclusive and collaborative environment. Equitable is committed to providing equal employment opportunities to our employees, applicants and candidates based on individual qualifications, without regard to race, color, religion, gender, gender identity and expression, age, national origin, mental or physical disabilities, sexual orientation, veteran status, genetic information or any other class protected by federal, state and local laws.

Equitable uses HiredScore, software that uses artificial intelligence (AI) and machine learning (ML), in the hiring process to help evaluate candidates' credentials against the skills needed for the open role. HiredScore identifies the job qualifications and characteristics contained in your resume or application , such as experience and education, and compares them to the job requirements for the position(s) to which you are applying.

For more information on HiredScore, including the most recent bias audit and distribution date of HiredScore and the validity of this tool, please visit HiredScore's website https://www.hiredscore.com/nyc-legal-law. If you would like a copy of Equitable's or HiredScore's data retention policy, please send your request to TalentAcquisition@equitable.com.

GE-7831940.1 (04/2025) (Exp. 04/2029)

### Did you find the information you were looking for on this page?

Yes

No

# Responsible AI and Bias Mitigation for HiredScore Spotlight

At Workday, we understand that responsible AI requires rigorous evaluation, independent review, and transparency about how our tools perform in practice. As part of that commitment, we asked Secretariat, an independent third party, to conduct an analysis of Workday's deployment of HiredScore Spotlight using Workday's own applicant flow data.

We are publishing a summary of that analysis to provide greater transparency into Workday's responsible AI practices and to support customer trust in Workday as a responsible developer and deployer of AI tools.