# EX28



# Applying to ICON: How Applicant Tracking Systems Are Used in Hiring

05/01/2026

Author: Inside ICON

## What is an Applicant Tracking System (ATS)?

An Applicant Tracking System (ATS) is software used by organisations to manage the recruitment process from job posting through to hiring. It acts as a searchable database of candidates and supports recruitment teams in filtering, tracking and communicating with applicants.

At ICON, we use Workday as our ATS. This system allows us to manage applications efficiently, ensure fair and consistent recruitment processes, and keep candidates informed at every stage. When you apply for a role through the ICON Careers site, your application is submitted and processed through Workday.

## How the Application Process Works at ICON

Here is a step-by-step overview of how Workday supports your application journey with ICON.

### 1. Job Posting and Application Submission

All ICON vacancies are published via Workday. When you click "Apply" on the ICON Careers site, you are redirected to Workday to complete your application. You will be asked to upload your CV and answer a few screening questions. Once submitted, Workday automatically creates your candidate profile within the system.

### 2. Upload, Parsing, and Storage

Workday extracts key details from your CV and application form such as your name, contact details, qualifications, job titles, skills and experience. This process, known as parsing, ensures that your information is searchable and consistent within the database. Your profile is stored securely within Workday and can be accessed by ICON recruiters and hiring managers.

### 3. Screening, Filtering, and Ranking

Workday allows ICON recruiters to search for and filter applications using location, current job title, employer, and qualifications. This helps our hiring teams review the most relevant candidates first while still maintaining visibility of every application.

### 4. Recruiter and Hiring Manager Review

After filtering, a recruiter and/or hiring manager will personally review shortlisted applications within Workday. They can see your full profile, CV and any answers you provided in your application form. Each stage of the process, from "Under Review" to "Interview Scheduled", is tracked in the system to ensure consistency and visibility for both candidates and recruiters.

### 5. Interview Scheduling, Feedback and Communication

Workday supports ICON recruiters by managing interview scheduling with HireVue, recording feedback, and sending automatic status updates (for example, "Application Under Review" or "Interview Invitation Sent").

This allows you to monitor your progress through the system and ensures that communication remains clear and timely.

### 6. Offer or Future Consideration

If you are successful, your offer and onboarding will also be managed through Workday. If you are not selected, your profile remains in ICON's Workday database, meaning you may be considered for future roles that match your skills and experience

## What ICON Recruiters See in Workday

When you apply for a role, the recruitment team can view:

- A searchable list of applicants for the role with filters (address, qualifications, years of experience).
- Candidate profiles containing your parsed CV information and application responses.
- Interview notes, status updates and internal feedback.
- Analytics showing the number of applicants and their sources (for example, direct application, referral or job board).

Understanding this helps you see why structure, clarity, and relevance in your CV and application form are so important.

## How to Optimise Your Application for Workday

### 1. Tailor Your CV to the Job

Read the job description carefully and ensure your CV reflects the same terminology and key skills. For example, if a role lists "data visualisation in Tableau" or "clinical trial documentation", use those exact phrases where appropriate. Tailored applications perform better in Workday's search and filtering tools than generic ones.

### 2. Use a Clear, ATS-Friendly Format

Workday's parser reads plain text more effectively than heavily formatted documents. Avoid images, graphics, tables or multi-column layouts. Use clear section headings such as "Experience", "Education" and "Skills", and submit your CV in Word (.docx) or PDF format, depending on the instructions provided.

### 3. Include Keywords Naturally

Incorporate key terms from the job adverts for which you have experience with, such as specific software names, technical methods or industry terminology. It's important to use them naturally within sentences. Avoid "keyword stuffing", as this can reduce readability and credibility.

### 4. Complete All Application Fields in Workday

Workday's data fields are used by recruiters to search and filter applications. Incomplete sections (such as missing education details or location) may reduce your visibility in search results. Ensure every section of your application is complete and up to date.

### 5. Apply Early

Roles at ICON can attract a high number of applications quickly. Submitting early ensures your application is visible while recruiters are actively reviewing new candidates.

### 6. Remember That Humans Make the Final Decision

Although Workday helps manage and filter applications, a human recruiter or hiring manager always reviews shortlisted candidates. Clarity, motivation, and relevance remain essential factors in selection.

## Additional Points

- Workday is designed to enhance candidate experience and efficiency. It helps ICON recruiters manage large applicant volumes and maintain transparency in communication.
- Even if you are not selected for one position, your profile may be considered for other suitable opportunities in the future.
- Modern ATS platforms, including Workday, are designed to support fair and inclusive hiring practices by helping reduce unconscious bias.
- Always keep your ICON profile up to date. If your contact details, experience or CV change, update your Workday profile so recruiters have your most current information.

## Summary

Workday is a core component of ICON's recruitment process. It allows our teams to manage applications efficiently and ensures that every candidate receives a consistent and transparent experience.

By understanding how Workday functions, tailoring your CV, completing all required fields and applying early, you improve your chances of being seen and shortlisted. The ATS does not replace human judgement: it supports it. Preparing your application with this in mind will help you stand out for the right reasons.

Share:


### Sign up for post alerts

Enter your email address below and you will be registered to receive the latest content and insights produced by ICON, direct to your inbox.
If you have selected a category or content type you will receive the latest insights from that area

Email

Save

By entering your email address you agree to receive our marketing newsletters in accordance with our privacy policy







## Related jobs at ICON

### Clinical Trial Manager
Buenos Aires | Clinical Trial Management | ICON Strategic Solutions (FSP) | Shortlist

### Senior Central Monitor
Multiple US Locations | Clinical Data Management | ICON Strategic Solutions (FSP) | Shortlist

### Senior Specialist, Medical Operations
Raleigh, Blue Bell, | Project/ Program Management | ICON Strategic Solutions (FSP) | Shortlist

### Digital Health Enablement Manager
Reading | Clinical Project Management | ICON Strategic Solutions (FSP) | Shortlist

View all

## Related stories



Our People

**A Day in the Life of a Senior Clinical Data Science Lead at ICON**

What does an FSP career in Clinical Data Management look like?

Read more



Industry

**Site Selection and Activation: Why Study Start-Up Teams Matter**

What is Site Selection and Activation in Clinical Trials? Read our blog to learn more.

Read more

**Inside Nathalia's Role as a Principal CRA in Brazil**

Read more →

View all

## Recently viewed jobs

Seems like you haven't looked at any jobs yet.

Click view all to see our roles.

View all



### Impactful work. Meaningful careers. Quality rewards.

At ICON, our employees are our greatest strength. That's why we are committed to empowering you to live your best life, both inside and outside of work. Whether your ambition is lead a global team, become a deep scientific or technical expert, work in-house with our customers or gain experience in a variety of different ICON functions, we will support you in realising your full potential.

Learn more about Our Culture at ICON



© 2026 ICON. All rights reserved
Site powered by SmartRecruiters