# EX30

# EXHIBIT FILED UNDER SEAL