# EX31

# EXHIBIT FILED UNDER SEAL