# EX32

# EXHIBIT FILED UNDER SEAL