# EX33

# EXHIBIT FILED UNDER SEAL