# R2

Expert Report of

Dr. Charles A. Scherbaum

DEREK L. MOBLEY, et al. v. WORKDAY, INC

Case No. 3:23-cv-00770-RFL

September 14, 2026

## Table of Contents


Introduction ........ 1

Summary of Opinions ........ 2

Statement of Expert Qualifications ........ 3

Overview of Relevant Facts ........ 5

Workday's Recruitment Software and AI/ML Integration ........ 5

Candidate Skills Match ........ 9

HiredScore Spotlight ........ 10

Fetch ........ 16

Overview of the Analysis of Workday's HiredScore Spotlight and Hiring Process ........ 17

Description of the Data ........ 17

Overview of the Statistical Analyses ........ 19

Results of the Analysis of Workday's HiredScore Spotlight and Hiring Process ........ 22

Race and Gender Representation in the Data ........ 22

HiredScore Spotlight Grade Distributions ........ 23

Application Rejections and HiredScore Spotlight Grades ........ 23

Time to Rejection from Application ........ 25

Impact of HiredScore Spotlight Grade by Race and Gender ........ 26

Impact of the Hiring Process Outcomes by Race and Gender ........ 32

Conclusions ........ 36

Appendix A: List of Information Sources Considered in Forming My Opinions ........ 37

Appendix B: Curriculum Vitae for Dr. Charles Scherbaum ........ 39

Appendix C: Summary of Data Fields in Workday's Applicant Database ........ 54

Appendix D: Inclusion and Exclusion Criteria for the Application Data Used in the Statistical Analyses ........ 59

## List of Tables

Table 1: Example 2x2 Contingency Table ........ 20
Table 2: Gender Representation in the Workday Database ........ 22
Table 3: Race Representation in the Workday Database ........ 22
Table 4: Distribution of HiredScore Spotlight Grades ........ 23
Table 5: Rejections at Each Stage of Workday's Hiring Process ........ 23
Table 6: HiredScore Spotlight Grades for Applications Rejected at the New Stage of Workday's Hiring Process ........ 24
Table 7: Statistical Significance Test of Advancing Past the New Stage by HiredScore Grades . 24
Table 8: Summary of the Number of Calendar Days from Application to Rejection at the New Stage ........ 25
Table 9: Number of Calendar Days from Application to Rejection by HiredScore Spotlight Grade ........ 26
Table 10: Representation of Black vs. White Applications at Each HiredScore Spotlight Grade 27
Table 11: Representation of Female vs. Male Applications at Each HiredScore Spotlight Grade 27
Table 12: Representation of Black Female vs. White Female Applications at Each HiredScore Spotlight Grade ........ 28
Table 13: Representation of Black Male vs. White Male Applications at Each HiredScore Spotlight Grade ........ 28
Table 14: Adverse Impact of HiredScore Spotlight Grades for Black vs. White Applications .... 29
Table 15: Adverse Impact of HiredScore Spotlight Grades for Female vs. Male Applications ... 30
Table 16: Adverse Impact of HiredScore Spotlight Grades for Black Female vs. White Female Applications ........ 31
Table 17: Adverse Impact of HiredScore Spotlight Grades for Black Male vs. White Male Applications ........ 31
Table 18: Adverse Impact at the [redacted] for Black vs. White Applications ........ 33
Table 19: Adverse Impact at the [redacted] for Female vs. Male Applications ........ 33
Table 20: Adverse Impact at the [redacted] for Black Female vs. White Female Applications .. 34
Table 21: Adverse Impact at the [redacted] for Black Male vs. White Male Applications ........ 34
Table 22: Adverse Impact In Job Offers for Black Female vs. White Female Applications ........ 34
Table 23: Adverse Impact In Job Offers for Black Male vs. White Male Applications ........ 34

## Introduction

1. I have been retained by the Plaintiffs in the matter of Derek Mobley, et al. v. Workday, Inc, Case No. 3:23-cv-00770-RFL. I have been asked to offer professional opinions regarding Workday's use of artificial intelligence ("AI"), machine learning ("ML"), and other algorithmic employment decision tools to screen, evaluate, rank, and reject job applicants and if the use of these tools causes disparities based on race, gender, age, and disability status. Specifically, I was asked to examine:
   a. Whether Workday's AI/ML-based Candidate Skills Match, HiredScore Spotlight, and Fetch products represent standardized tools that have common features and functionality, across applicants and customers.
   b. Whether Workday's AI/ML-based Candidate Skills Match, HiredScore Spotlight, and Fetch products or components can be evaluated using standard statistical methods and techniques, and whether such analysis can measure whether Workday's AI/ML produce differential outcomes based on job applicants' race, sex, age, or disability.

**Summary of Opinions**

2. Based on my review, I have come to the following opinions:

   a. [redacted]

   b. [redacted]

   c. [redacted]

   d. [redacted]

   e. [redacted]

   f. [redacted]

3. The sources I considered in forming these opinions are listed in Appendix A.

4. If additional data or information becomes available to me following the submission of this report, I reserve the right to supplement this report based on additional work that I am asked to perform.

**Statement of Expert Qualifications**

5. I received my M.S. and Ph.D. in industrial and organizational psychology from Ohio University, and my B.S. in psychology from the University of Washington. I am a tenured and full professor of industrial and organizational psychology at Baruch College, City University of New York.

6. I am an expert on employee selection procedures, job analysis, statistical methods, and test validation. My research on these topics has appeared in the top peer-reviewed journals in my field. I have authored a book on statistical methods published by Sage Publishers and a book on cognitive ability testing published by Cambridge University Press. I have made many peer-reviewed presentations at national and international professional meetings and conferences on topics including employee selection procedures, job analysis, validation methods, and statistical methods. I have received numerous awards for my research from the Society for Industrial and Organizational Psychology and International Personnel Assessment Council. I serve on editorial boards of the top peer-reviewed journals in industrial and organizational psychology. I am a Fellow of the Society for Industrial and Organizational Psychology and the American Psychological Association.

7. I have worked with a variety of organizations on developing and validating selection procedures for a wide range of jobs. I have served as an expert in both active litigation and settlement agreements involving employment discrimination in compensation, terminations, and selection procedures for both plaintiffs and defendants over the past four years. I have worked as an expert for the United States Department of Justice and the Equal Employment Opportunity Commission. A list of cases where I was involved as an expert, over the past four years, along with my scholarly contributions for the past ten years, are

included in my curriculum vitae, which is attached as Appendix B. The billing rate for expert services in this case is $400 per hour.

## Overview of Relevant Facts

### Workday's Recruitment Software and AI/ML Integration

8. Workday is a global provider of finance, accounting, operations, and human resources technology solutions to medium-sized and large organizations in numerous industries. Workday has 11,500 customers in over 175 countries using their software including over 65% of the Fortune 500.[1] [redacted].[2]

9. Workday's recruitment software is widely used. In 2024, Workday's customers posted 38 million jobs using its software and applicants submitted 356 million applications using Workday's software; translating to approximately 1 million applications submitted in Workday software per day.[3] Workday estimates that its customers processed approximately 30% of all job openings in the United States in 2024.[4]

10. Like many providers of technology for managing human resources, Workday has integrated AI/ML based tools, resources and technology into its software.[5] [redacted]

---

[redacted]

[redacted]).[6] When AI/ML tools are used to help make employment decisions and substantially assist or replace human decisions making, these tools have been referred to as Automated Employment Decision Tools ("AEDT").[7] In addition to the proposed benefits of AEDTs such as those described by Workday[8], there are numerous concerns about their use including their explainability/transparency (i.e., "model is a black box"), job relatedness, reliability, and potential to create disparities in hiring processes based on race, gender, age, and disability status.[9] There are particular and well-known concerns about bias in these AI/ML algorithms when used for employment decisions as they are typically developed or "trained" on historical data of employment decisions and can embed any disparities that existed in those decisions.[10] These disparities are then perpetuated through the outcomes of the algorithm.[11] The embedded disparities can be the product of biased decision making in the hiring

---

6 *See* Campion, M. A., & Campion, E. D. (2023). Machine learning applications to personnel selection: Current illustrations, lessons learned, and future research. *Personnel Psychology*, *76*(4), 993-1009; CHRO Association & SIOP (2026). *How to evaluate Artificial Intelligence Based Employment Tools from Vendors.*

7 *See* New York City Local Law 144: DCWP-AEDT-FAQ.pdf; California Civil Right Council: Final-Text-regulations-automated-employment-decision-systems.pdf

8 datasheet-workday-recruiting.pdf.

9 *See* Hickman, L., Huynh, C., Gass, J., Booth, B., Kuruzovich, J., & Tay, L. (2025). Whither bias goes, I will go: An integrative, systematic review of algorithmic bias mitigation. *Journal of Applied Psychology*, *110*(7), 979; Köchling, A., & Wehner, M. C. (2020). Discriminated by an algorithm: a systematic review of discrimination and fairness by algorithmic decision-making in the context of HR recruitment and HR development. *Business Research*, *13*(3), 795-848; Landers, R. N., & Behrend, T. S. (2023). Auditing the AI auditors: A framework for evaluating fairness and bias in high stakes AI predictive models. *American Psychologist*, *78*(1), 36; Tippins, N. T., Oswald, F. L., & McPhail, S. M. (2021). Scientific, legal, and ethical concerns about AI-based personnel selection tools: A call to action. *Personnel Assessment and Decisions*, *7*(2), 1.; SIOP (2023). Considerations and Recommendations for the Validation and Use of AI–Based Assessments for Employee Selection.

10 Barocas, S., & Selbst, A. D. (2016). Big data's disparate impact. *California Law Review*, *104*(3), 671–732; Hickman et al. (2025); Kelan, E. K. (2024). Algorithmic inclusion: Shaping the predictive algorithms of artificial intelligence in hiring. *Human Resource Management Journal*, *34*(3), 694-707; Köchling, A., & Wehner, M. C. (2020); Landers, R. N., & Behrend, T. S. (2023); SIOP (2023).

11 *See* Illingworth, A.J. (2015). Big data in I-O psychology: Privacy considerations and discriminatory algorithms. *Industrial and Organizational Psychology, 8*(4), 567-575.; Kelan (2024); Robertson Nogues, A. (2026). Automating injustice: a critical analysis of AI-assisted recruitment processes from a disability justice perspective. *AI & SOCIETY*, *41*(4), 2761-2768; Tilmes, N. (2022). Disability, fairness, and algorithmic bias in AI recruitment. *Ethics and Information Technology*, *24*(2), 21.

process or reliance on selection procedures or information in the algorithm related to gender, race, disability status, or age.[12] If these algorithms with embedded bias are used to process large amounts of information as part of employment decisions, the scale of the perpetuation of disparities could be considerable.

11. At issue in this matter are three of Workday's AI/ML-based employment decision tools: CSM, HiredScore Spotlight, and Fetch. [redacted].[13]

12. [redacted].[14]

13. [redacted]

[12] Hickman et al. (2025).
[13] 30(b)(6) deposition transcript of Mr. David Wachtel ("Wachtel Dep.") 188:24 – 189:1; WORKDAY_MOB_00009580-WORKDAY_MOB_00009583 at 9580; [13] WORKDAY_MOB00006882-WORKDAY_MOB_00006905 at 6884.
[14] WORKDAY_MOB_00009580 at 9580.
[15] *See* WORKDAY_MOB_00007058-WORKDAY_MOB_00007067.

[redacted]

14. [redacted]

15. [redacted][19]

16. [redacted][21]

17. [redacted]

---

[16] WORKDAY_MOB00006882 at 6884; WORKDAY_MOB_00009584-WORKDAY_MOB_00009607 at 9598; WORKDAY_MOB_00006598-WORKDAY_MOB_00006628 at 6609.
[17] WORKDAY_MOB_00009575-WORKDAY_MOB_00009579 at 9575.
[18] WORKDAY_MOB_00009580 at 9581.
[19] *See* WORKDAY_MOB_00009575; WORKDAY_MOB_00007058.
[20] WORKDAY_MOB_00009580 at 9582.
[21] *See* WORKDAY_MOB_00009575.
[22] WORKDAY_MOB_00007058 at 7064.

[redacted][23]

18. [redacted] [redacted] [redacted] [redacted] [redacted][26]

19. In sum, Workday's AI/ML-based employment decision tools use standardized and common inputs, processes, and algorithms across applicants and Workday customers.

**Candidate Skills Match**

20. [redacted] [redacted].[28]

---

[23] WORKDAY_MOB_00007058 at 7058-7059.
[24] WORKDAY_MOB_00004820-WORKDAY_MOB_00004840 at 4821.
[25] WORKDAY_MOB_00004820 at 4824; WORKDAY_MOB_00006598 at 6605.
[26] WORKDAY_MOB00006882 at 6885.
[27] WORKDAY_MOB00006882 at 6884.
[28] *See* WORKDAY_MOB_00003729-WORKDAY_MOB_00003730; WORKDAY_MOB_00003867-WORKDAY_MOB_00003876; WORKDAY_MOB_00009363-WORKDAY_MOB_00009367; WORKDAY_MOB_00009383-WORKDAY_MOB_00009388.

21. [redacted].[29]

22. [redacted]

23. [redacted]

**HiredScore Spotlight**

24. [redacted].[33]

25. [redacted]

[29] *See* WORKDAY_MOB_0003867.
[30] *See* WORKDAY_MOB_0003867.
[31] WORKDAY_MOB_00003723-WORKDAY_MOB_00003728 at 3724.
[32] WORKDAY_MOB_00003867 at 3869.
[33] Wachtel Dep. 188:24 – 189:1; WORKDAY_MOB_00009580 at 9580; WORKDAY_MOB_00004820 at 4823; WORKDAY_MOB00006882 at 6884.
[34] *See* WORKDAY_MOB_00009575; WORKDAY_MOB_00007058.

[redacted]

26. [redacted].[38]

27. [redacted]

28. [redacted]

---

[35] WORKDAY_MOB00006882 at 6892; WORKDAY_MOB_00009580 at 9580.
[36] WORKDAY_MOB_00004820 at 4824.
[37] WORKDAY_MOB_00004820 at 4824.
[38] *See* WORKDAY_MOB_00007058.
[39] WORKDAY_MOB_00004820 AT 4824; WORKDAY_MOB_00009580 at 9582.
[40] WORKDAY_MOB_00007058 at 6071.
[41] Köchling, A., & Wehner, M. C. (2020); Landers, R. N., & Behrend, T. S. (2023); SIOP (2023).

[redacted][42]

29. [redacted][44] This is consistent with the concern about AI/ML-based employment decision tools being a "black box." A minimal expectation of professional practice is that the scoring of an AI/ML-based employment decision tool should clearly be related to the job.[45] This would require demonstrating that the AI/ML-based employment decision tool can predict job-relevant performance criteria or that the variables/features that make up the score are job-related.[46] As of the writing of this report, I have not reviewed any documentation demonstrating this type of evidence for CSM, HiredScore Spotlight, or Fetch. This type of documentation is a minimal professional practice expectation.[47]

30. [redacted][48] A major challenge for AI/ML is to develop unbiased and

---

[42] Hickman et al. (2025). Illingworth, A.J. (2015); Kelan (2024); Köchling, A., & Wehner, M. C. (2020); Landers, R. N., & Behrend, T. S. (2023); Robertson Nogues, A. (2026); SIOP (2023); Tilmes, N. (2022); Zhang et al. (2023).

[43] WORKDAY_MOB00006882 at 6892.

[44] WORKDAY_MOB_00007371-WORKDAY_MOB_00007431 at 7388-7389.

[45] SIOP (2022).

[46] SIOP (2023).

[47] SIOP (2022); SIOP (2023).

[48] Baricas & Selbst (2016); Hickman et al., (2025). Köchling, A., & Wehner, M. C. (2020); SIOP (2023); Zhang et al. (2023).

accurate algorithms when there are imbalances in positive outcomes between different demographic groups.[49]

31. [redacted].[50]

32. [redacted] [redacted][52]

33. [redacted]

34. [redacted] [redacted].[54]

---

[49] Hickman et al. (2025).
[50] WORKDAY_MOB_00004820 at 4824.
[51] WORKDAY_MOB_00004820 at 4824; WORKDAY_MOB_00009580 at 9581; WORKDAY_MOB_00006882 at 6888.
[52] WORKDAY_MOB_00004820 at 4824.
[53] WORKDAY_MOB_00007058 at 7061; WORKDAY_MOB_00009584 at 9600; WORKDAY_MOB_00009814-WORKDAY_MOB_00009842 at 9816.
[54] WORKDAY_MOB_00004820 at 4823.

35. [redacted][redacted] [redacted].[56]

36. [redacted][redacted] [redacted][58]

37. [redacted][redacted] [redacted].[60]

38. [redacted].

39. [redacted].[61]

40. [redacted][redacted] [redacted]

---

[55] WORKDAY_MOB_00007058 at 6061; WORKDAY_MOB_00009584 at 9600; WORKDAY_MOB_00009814 at 9816.

[56] WORKDAY_MOB_00004820 at 4823.

[57] WORKDAY_MOB_00007058 at 6061; WORKDAY_MOB_00009584 at 9600.

[58] WORKDAY_MOB_00004820 at 4823.

[59] WORKDAY_MOB_00007058 at 6061; WORKDAY_MOB_00009584 at 9600.

[60] WORKDAY_MOB_00004820 at 4823.

[61] WORKDAY_MOB_00007058 at 7061.

[62] WORKDAY_MOB_00006882 at 6888.

[redacted][redacted] [redacted].[64]

41. [redacted]

42. [redacted][redacted] [redacted][66] This is a defining feature of an AEDT.

43. [redacted][redacted] [redacted].[68]

---

[63] WORKDAY_MOB_00009580 at 9581.
[64] WORKDAY_MOB_00006882 at 6888.
[65] WORKDAY_MOB_00004820 at 4822; WORKDAY_MOB00006882 at 6888.
[66] WORKDAY_MOB_00004820 at 4822.
[67] WORKDAY_MOB_00007058 at 7062-7063; WORKDAY_MOB_00006882 at 6892.
[68] WORKDAY_MOB_00007058 at 7064.

**Fetch**

44. [redacted][70]

45. [redacted][72]

[69] WORKDAY_MOB_00006882 at 6895.
[70] WORKDAY_MOB_00006882 at 6895.
[71] WORKDAY_MOB_00009584 at 9591.
[72] WORKDAY_MOB_00006598 at 6616.

**Overview of the Analysis of Workday's HiredScore Spotlight and Hiring Process**

46. The purpose of the analysis included in this report is to examine the use of the HiredScore Spotlight in a hiring process, and if Workday's HiredScore Spotlight algorithm creates disparities in the grades assigned to applicants and hiring process outcomes.

47. The data used in this analysis was produced by Workday [redacted].

48. Given the standardized and common nature of the HiredScore Spotlight algorithm for all users of the tool, [redacted] is a reasonable data source for examining the potential impact of the HiredScore Spotlight, at the class certification stage of this matter, especially among large Fortune 500 companies like Workday who make up a large percent of Workday's customers.

**Description of the Data**

49. [redacted]

[73] WORKDAY_MOB_00010267; WORKDAY_MOB_00010268; WORKDAY_MOB_00010269; WORKDAY_MOB_00010270; WORKDAY_MOB_00010271; WORKDAY_MOB_00010272; WORKDAY_MOB_00010273; WORKDAY_MOB_00010274; WORKDAY_MOB_00010275; WORKDAY_MOB_00010276; WORKDAY_MOB_00010277; WORKDAY_MOB_00010278; WORKDAY_MOB_00010279; WORKDAY_MOB_00010280; WORKDAY_MOB_00010515; WORKDAY_MOB_00010516; WORKDAY_MOB_0001017; WORKDAY_MOB_00010518; WORKDAY_MOB_00010519; WORKDAY_MOB_00010520; WORKDAY_MOB_00010521; WORKDAY_MOB_00010522; WORKDAY_MOB_00010523; WORKDAY_MOB_00010524; WORKDAY_MOB_00010525; WORKDAY_MOB_00010526; WORKDAY_MOB_00010527; WORKDAY_MOB_00010528; WORKDAY_MOB_00010529.

[redacted].

50. [redacted].[74]

51. [redacted]

52. [redacted]

---

[74] Wachtel Dep. 122:2-5.

[redacted]

**Overview of the Statistical Analyses**

53. Several statistical significance tests that are frequently used to examine differences in outcomes among known pools were conducted.[75] Specifically, the 2SD test of the difference in proportions (i.e., Pooled Two-Sample *Z*-Score test) and Fisher's exact test were used. These analyses are appropriate to use and are routinely used when examining the impact of selection procedures and employment decisions based on race, gender, age, disability status, and the intersection of these groups.

54. The two standard deviation test (2SD) of the difference in proportions (i.e., Pooled Two-Sample *Z*-Score test) is a statistical test of the difference in proportions between two groups. In this case, the proportions compared are the proportion of the majority applicants (i.e., White applicants) receiving a particular grade (e.g., A or B v. C or D) or outcome (e.g., rejected at the "new" screening stage) and the proportion of the minority applicants (i.e., Black applicants) receiving the same grades or same outcome. This test is a form of a *Z*-test. A result equal to or larger than 1.96 standard deviations two-tailed or 1.64 standard deviations one-tailed are generally considered statistically significant and is evidence of adverse impact.

[75] Biddle, D. (2011). *Adverse Impact and Test Validation: A Practitioner's Handbook*. Infinity Publishing; Morris, S. B., & Dunleavy, E. M. (Eds.). (2016). *Adverse impact analysis: Understanding data, statistics, and risk*. Psychology Press.

55. The Fisher's exact test is a chi-square test based on a 2 × 2 contingency table. One of the factors in the table is group membership (e.g., White, Black), and the other factor is the outcome (e.g., HiredScore Spotlight grade, rejected at the "new" stage). Like the other tests, Fisher's exact test compares differences in the outcomes between the groups. For example, as shown in Table 1, the analysis could determine if there is a statistically significant disparity in HiredScore Spotlight grades if 100 of 200 white applicants received an A or B grade (50% rate) and 50 of 200 Black applicants received an A or B grade (25% rate).

**Table 1: Example 2x2 Contingency Table**

| HiredScore Spotlight Grade | White | Black |
|---|---|---|
| A or B | 100 | 50 |
| C or D | 100 | 150 |
| **Total** | **200** | **200** |

56. A probability associated with the result of the statistical significance that is 0.05 two-tailed or one-tailed (i.e., 1.96 standard deviations two-tailed or 1.64 standard deviations one-tailed) or less is generally considered statistically significant and evidence of adverse impact.

57. My analysis of the HiredScore Spotlight grades and the outcomes of Workday's hiring process for this report only includes race and gender. Although this litigation also concerns age and disability status, the available data did not permit sufficient analysis for these groups. [redacted] Should sufficient data become available for age and disability status, I

may supplement this report or produce separate reports describing my analysis of the HiredScore Spotlight grade and hiring process outcomes for age and disability status using the statistical methods described in this section or alternative statistical methods.

### Results of the Analysis of Workday's HiredScore Spotlight and Hiring Process

58. [redacted]

### Race and Gender Representation [redacted]

59. Tables 2 and 3 present the gender and race representation [redacted].[76]

**Table 2: Gender Representation in the [redacted]**

[redacted]

**Table 3: Race Representation in the [redacted]**

[redacted]

---

[76] [redacted]

[redacted]

60. [redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
| --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | |

[redacted]

61. [redacted]

[redacted]

| | | |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

77 [redacted]

62. [redacted]

[redacted]

**Table 6:** [redacted]

| [redacted] | [redacted] | | | |
|---|---|---|---|---|
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

64. [redacted]

**Table 7: Statistical Significance Test** [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] | | |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] | | |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | D | 58,937 | 6,941 | 11.8% | | |

65. [redacted]

**Time to Rejection from Application**

66. [redacted]

**Table 8:** [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

67. [redacted]

**Table 9:** [redacted]

| [redacted] | | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

70. The speed at which such a large volume of applications was rejected is consistent with the pattern one would expect from the use of AEDTs [redacted]

**Impact of [redacted] by Race and Gender**

71. Table 10 compares representation of applications from Black and White applicants for each HiredScore Spotlight grade at any stage of the hiring process. There are greater percentages of the White applicants receiving [redacted] and greater

percentages of Black applicants receiving [redacted]

**Table 10: Representation of Black vs. White Applications at Each [redacted]**

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |

72. [redacted]

**Table 11: Representation of Female vs. Male Applications at Each [redacted]**

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] |

73. The representation of the race and gender intersection for each [redacted]

B [redacted]

**Table 12: Representation of Black Female vs. White Female Applications** [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Table 13: Representation of Black Male vs. White Male Applications** [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

74. The adverse impact analyses of the [redacted] The analyses reported in this section include all stages of the hiring process.

---

[78] See WORKDAY_MOB_00010291; WORKDAY_MOB_00010439; WORKDAY_MOB_00010440-WORKDAY_MOB_00010464; WORKDAY_MOB_00010465-WORKDAY_MOB_00010488; WORKDAY_MOB_00010489-WORKDAY_MOB_00010514; Dr. Robert Speakman Deposition Transcript ("Speakman Dep.") Exhibit 25; Pfizer Bias Audit Summary of the Hired Score Grade System; Dr. Kelly Trindel Deposition Transcript ("Trindel Dep.") 170: 17-21.

75. [redacted].[79] [redacted][80] It is also important to consider the large scale of the application volumes such that even small differences in the impact statistics can translate into large number of individuals impacted.

76. The results of adverse impact analyses comparing [redacted] of applications from Black vs. White applicants are presented in Table 14. The differences in the percent of Black vs. White applications [redacted] are statistically significant at more than two standard deviations with White applications more likely to [redacted] and Black applications more likely [redacted]

**Table 14: Adverse Impact of [redacted] for Black vs. White Applications**

| [redacted] | Race | # Applications | # in Grade Group | % in Grade Group | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|---|
| [redacted] | Black | [redacted] | [redacted] | [redacted] | 17.386 | 0.000 |
| | White | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black | [redacted] | [redacted] | [redacted] | 27.508 | 0.000 |
| | White | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black | [redacted] | [redacted] | [redacted]% | 23.031 | 0.000 |
| | White | [redacted] | [redacted] | [redacted] | | |

[79] *See* WORKDAY_MOB_00006732-WORKDAY_MOB_00006734.

[80] *See* Hickman et al. (2025) for a discussion of the various bias mitigation approaches that are available.

77. The results of adverse impact analyses comparing the [redacted] applications from female vs. male applicants are presented in Table 15. The differences in the percent of female vs. male applications [redacted] are statistically significant at more than two standard deviations with Male applications more likely to [redacted] Female applications more likely to [redacted].

**Table 15: Adverse Impact of [redacted] Female vs. Male Applications**

| Grades Groupings | Gender | # Applications | # in Grade Group | % in Grade Group | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 13.980 | 0.000 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 19.585 | 0.000 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 22.910 | 0.000 |

78. The results of intersectional race and gender adverse impact analyses for the [redacted] are presented in Tables 16 and 17. The differences in the percent of Black female vs. White female and Black male vs. White male applications [redacted] are statistically significant at more than two standard deviations with White female and White Male applications more likely to receive a [redacted] and Black female and Black male applications more likely to receive a [redacted].

**Table 16: Adverse Impact of [redacted] for Black Female vs. White Female Applications**

| Grades Groupings | Intersection | # Applications | # in Grade Group | % in Grade Group | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|---|
| [redacted] | Black Female | [redacted] | [redacted] | [redacted] | 11.561 | 0.000 |
| | White Female | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black Female | [redacted] | [redacted] | [redacted] | 15.720 | 0.000 |
| | White Female | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black Female | [redacted] | [redacted] | [redacted] | 16.194 | 0.000 |
| | White Female | [redacted] | [redacted] | [redacted] | | |

**Table 17: Adverse Impact of HiredScore Spotlight Grades for Black Male vs. White Male Applications**

| Grades Groupings | Intersection | # Applications | # in Grade Group | % in Grade Group | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|---|
| [redacted] | Black Male | [redacted] | [redacted] | [redacted] | 11.856 | 0.000 |
| | White Male | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black Male | [redacted] | [redacted] | [redacted] | 21.138 | 0.000 |
| | White Male | [redacted] | [redacted] | [redacted] | | |
| [redacted] | Black Male | [redacted] | [redacted] | [redacted] | 14.399 | 0.000 |
| | White Male | [redacted] | [redacted] | [redacted] | | |

79. This pattern of disparities in the [redacted] from this analysis is common to other audits [redacted]. For example, I created a dataset based on the summary result described in an audit of Workday's HiredScore reported by Pfizer.[81] Similar to results of my analysis of Workday's data, the Pfizer results show that Black applicants are statistically significantly more likely to receive a HiredScore Spotlight grade of D. There were 31.95% Black applicants who received a D and 27.57% White applicants who received a D. Similarly, an analysis of the HiredScore Spotlight grades conducted by Dr. Robert Speakman for Workday using applications to jobs at Workday between September 1, 2025 and February 28, 2026, reported that 29% of applications from Black

[81] Pfizer Bias Audit Summary of the Hired Score Grade System.

applicants and 22% of applications from White applicants received a C or D.[82] I created a dataset based on the summary results reported for this audit. I find that the difference between Black and White applications is 1.955 standard deviations.[83] This report also notes that C or D grades were assigned to 32% of the Black female applications and 22% of White female applications. I find this difference to be 1.829 standard deviations.

80. In summary, the analysis of the [redacted] shows an adverse impact on Black and Female applications with both groups more likely to receive a grade of D from the [redacted] algorithm compared to White and Male applications which are more likely to receive a grade of A from the [redacted] algorithm. This pattern appears to be common with the results from at least some of the other available audits of the HiredScore Spotlight grades.

**Impact of the Hiring Process Outcomes by Race and Gender**

81. The adverse impact analyses of the hiring process focus on the [redacted] stage of this hiring process as this where the use of the [redacted] as an AEDT is most likely to occur. [redacted], the analyses compare the rejection rates for combinations of Black, White, male, and female applications. [redacted]. Applications that were withdrawn by the applicant or ineligible (e.g., no work authorization, ineligible for rehire) were not included

---

[82] Speakman Dep. Exhibit 25.

[83] Similar statistical significance analyses were included as part of this audit, but they were not reported. Speakman Dep. 85:19-22; 198:9-14.

(see Appendix D).

82. The results of adverse impact analyses comparing rejections of Black vs. White applications are presented in Table 18. The difference in the rate of rejection for Black vs. White applications is statistically significant at more than two standard deviations with a higher rejection rate for Black applications.

**Table 18: Adverse Impact at the New Stage for Black vs. White Applications**

| Race | # Applications | # Rejected | % Rejected | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Black | [redacted] | [redacted] | [redacted] | 18.356 | 0.000 |
| White | | | | | |

83. The results of adverse impact analyses comparing applications from female vs. male applicants are presented in Table 19. The difference in the rate of rejection for female vs. male applications is statistically significant at more than two standard deviations with a higher rejection rate for female applications.

**Table 19: Adverse Impact at the New Stage for Female vs. Male Applications**

| Gender | # Applications | # Rejected | % Rejected | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Female | [redacted] | [redacted] | [redacted] | 15.306 | 0.000 |
| Male | | | | | |

84. The results of intersectional adverse impact analyses for the intersection of race and gender are presented in Tables 20 and 21. The difference in the rate of rejection for both comparisons is statistically significant at more than two standard deviations with a higher rejection rate for Black female applications and Black male applications compared to White female applications and White male applications.

**Table 20: Adverse Impact at the [redacted] Stage for Black Female vs. White Female Applications**

| Group | # Applications | # Rejected | % Rejected | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Black Female | [redacted] | [redacted] | [redacted] | 16.441 | 0.000 |
| White Female | [redacted] | [redacted] | [redacted] | | |

**Table 21: Adverse Impact at the [redacted] Stage for Black Male vs. White Male Applications**

| Group | # Applications | # Rejected | % Rejected | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Black Male | [redacted] | [redacted] | [redacted] | 9.172 | 0.000 |
| White Male | [redacted] | [redacted] | [redacted] | | |

85. These disparities also emerge in the ultimate job offers. The results of intersectional adverse impact analyses for race and gender in the job offers are presented in Tables 22 and 23. The difference in the rate of job offers are statistically significant at more than two standard deviations with a higher job offer rate for White female applications and White male applications compared to Black female and Black male applications.

**Table 22: Adverse Impact In Job Offers for Black Female vs. White Female Applications**

| Intersection | # Applications | # Offered Position | % Offered Position | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Black Female | [redacted] | [redacted] | [redacted] | 12.369 | 0.000 |
| White Female | [redacted] | [redacted] | [redacted] | | |

**Table 23: Adverse Impact In Job Offers for Black Male vs. White Male Applications**

| Intersection | # Applications | # Offered Position | % Offered Position | 2SD Test | Fishers Exact Test (2-tailed) |
|---|---|---|---|---|---|
| Black Male | [redacted] | [redacted] | [redacted] | 9.152 | 0.000 |
| White Male | [redacted] | [redacted] | [redacted] | | |

86. In summary, [redacted] Workday's hiring process [redacted] most likely to be used as an AEDT shows an adverse impact against Black and female applications who are rejected at statistically significantly higher rates that White and male applications. In turn, Black female and Black male applicants receive statistically significantly fewer job offers than White female and White male applicants.

## Conclusions

87. Based on my review, I have come to the following opinions:

a. Workday's AI/ML-based CSM, HiredScore Spotlight, and Fetch tools are highly standardized with common features, requirements, and functionality, across applicants and customers.

b. These tools represent "black box" algorithms with no clear explanation for what the features of the algorithms actually measure or assess.

c. Some inputs into the AI/ML algorithms, such as progress in the hiring process by historical applicants, are not job-related.

d. The HiredScore Spotlight grades are associated with aspects of the hiring process indicating they are a selection procedure and that there was a reliance on these grades in making employment decisions.

e. [redacted] is consistent with the use of the HiredScore Spotlight as an automated employment decision tool.

f. [redacted].

88. Should additional information become available to me following the submission of this report, I reserve the right to supplement the current report based on additional work that I am asked to perform.

9-14-2026

Charles A. Scherbaum, Ph.D.

Date

## Appendix A: List of Information Sources Considered in Forming My Opinions

In preparing this report, I considered the following information and data sources in forming my opinions. The sources used from the scientific literature, legal cases, and federal or state laws are indicated as footnotes throughout the report.

*Court Documents and Correspondence*

- Amended complaint
- 7.1.26 Email from Alexandria Elliott to Lori Kisch

*Court Transcripts and Depositions*

- Deposition transcript of Dr. Kelly Trindel 7-2-2026
- Deposition transcript of Dr. Dr. Robert Speakman 6-23-2026
- Deposition transcript 30(b)(6) of Mr. David Wachtel 7-8-2026

*Workday Documents*

- WORKDAY_MOB_00003723-WORKDAY_MOB_00003728
- WORKDAY_MOB_00003729-WORKDAY_MOB_00003730
- WORKDAY_MOB_00003867-WORKDAY_MOB_00003876
- WORKDAY_MOB_00004820-WORKDAY_MOB_00004840
- WORKDAY_MOB_00006598-WORKDAY_MOB_00006628
- WORKDAY_MOB_00006732-WORKDAY_MOB_00006734
- WORKDAY_MOB_00006882-WORKDAY_MOB_00006905
- WORKDAY_MOB_00007058-WORKDAY_MOB_00007067
- WORKDAY_MOB_00007371-WORKDAY_MOB_00007431
- WORKDAY_MOB_00009363-WORKDAY_MOB_00009367
- WORKDAY_MOB_00009383-WORKDAY_MOB_00009388
- WORKDAY_MOB_00009575-WORKDAY_MOB_00009579
- WORKDAY_MOB_00009580-WORKDAY_MOB_00009583
- WORKDAY_MOB_00009584-WORKDAY_MOB_00009607
- WORKDAY_MOB_00009814-WORKDAY_MOB_00009842
- WORKDAY_MOB_00010291
- WORKDAY_MOB_00010439
- WORKDAY_MOB_00010440-WORKDAY_MOB_00010464
- WORKDAY_MOB_00010465-WORKDAY_MOB_00010488
- WORKDAY_MOB_00010489-WORKDAY_MOB_00010514

*Data*

- WORKDAY_MOB_00010267
- WORKDAY_MOB_00010268
- WORKDAY_MOB_00010269

- WORKDAY_MOB_00010270
- WORKDAY_MOB_00010271
- WORKDAY_MOB_00010272
- WORKDAY_MOB_00010273
- WORKDAY_MOB_00010274
- WORKDAY_MOB_00010275
- WORKDAY_MOB_00010276
- WORKDAY_MOB_00010277
- WORKDAY_MOB_00010278
- WORKDAY_MOB_00010279
- WORKDAY_MOB_00010280
- WORKDAY_MOB_00010515
- WORKDAY_MOB_00010516
- WORKDAY_MOB_00010517
- WORKDAY_MOB_00010518
- WORKDAY_MOB_00010519
- WORKDAY_MOB_00010520
- WORKDAY_MOB_00010521
- WORKDAY_MOB_00010522
- WORKDAY_MOB_00010523
- WORKDAY_MOB_00010524
- WORKDAY_MOB_00010525
- WORKDAY_MOB_00010526
- WORKDAY_MOB_00010527
- WORKDAY_MOB_00010528
- WORKDAY_MOB_00010529

**Appendix B: Curriculum Vitae for Dr. Charles Scherbaum**

**Charles A. Scherbaum, Ph.D.**
Baruch College, City University of New York
Department of Psychology
One Bernard Baruch Way
New York, NY 10010
Office: 646-312-3807
Cell: 917-826-6472
e-mail: Charles.Scherbaum@baruch.cuny.edu

Education

August 2003 — Ph.D. Psychology, Ohio University, Athens, Ohio
Chair: Jeffrey B. Vancouver
Dissertation Title: "Detecting intentional response distortion on measures of the five-factor model personality: The differential person functioning approach"

August 2001 — M.S. Psychology, Ohio University, Athens, Ohio
Chair: Jeffrey B. Vancouver
Thesis Title: "Testing a computational goal-discrepancy reducing model of goal discrepancy creation"

December 1997 — B.S. Psychology, University of Washington, Seattle, Washington

Books (Past 10 years Only)

1. Scherbaum, C., Kell, H., Goldstein., H., Wee, S., Bipp, T., Lang, J., Larsen, E., & Yusko, K. (2026). *Cognitive Abilities in the Modern World of Work*. London: Cambridge University Press.

2. Scherbaum, C. & Shockley, K. (2015). *Methods for Analysing Quantitative Data for Business and Management Students*. London: Sage.

Peer Reviewed Publications (Past 10 years Only)

1. Kato, A., Cheban-Gore, Y., Scherbaum, C., & Goldstein, H (2025). Cognitive Ability Testing in the Workplace: Modern Approaches and Methods [Special Issue Editorial]. *Journal of Intelligence*.

2. Naidoo, L.J., Scherbaum, C.A. and Saunderson, R. (2024). Employee recognition giving in crisis: a study of healthcare workers during the COVID-19 pandemic, *Personnel Review*, 53, 1787-1804. https://doi.org/10.1108/PR-11-2022-0784

3. Goldstein, H. Yusko, K., Scherbaum, C., & Larson, E. (2023). Reducing Black-White Racial Differences on Intelligence Tests used in Hiring for Public Safety Jobs. *Journal of Intelligence*.

4. Kato, A. & Scherbaum, C. (2023). Exploring the Relationship Between Cognitive Ability Tilt and Job Performance. *Journal of Intelligence*.

5. Scherbaum, C., Naidoo, L., & Saunderson, R. (2021). The Impact of Manager Recognition Training on Performance: A Quasi-Experimental Field Study. *Leadership & Organization Development Journal*, *43*, 57-70.

6. Kuzmich, I. & Scherbaum, C. (2021). Identifying faking on forced-choice personality items using mouse tracking. *Personnel Assessments and Decisions, 7*.

7. Lee, P. J., Rainone, N., Aiken, J. R., Dickson, M., Scherbaum, C., Chen, T., & Hanges, P. J. (2020). Where are they now? Re-examining the migration of I-O psychologists to business schools. *The Industrial-Organizational Psychologist, 57*(4), 53-60.

8. Scherbaum, C. Dickson, M., Larson, E., Bellenger, B., Yusko, K., & Goldstein, H. (2018). Creating Test Score Bands for Assessments Involving Ratings using a Generalizability Theory Approach to Reliability Estimation. *Personnel and Assessment Decisions, 4.*

9. Scherbaum, C.A., Black, J., & Weiner, S. (2017). With the Right Map, Survey Key Driver Analysis Can Help Get Organizations to the Right Destination. *Industrial and Organizational Psychology: Perspectives on Science and Practice.*

10. Oliveira, J. & Scherbaum, C. (2017). Moderating Effect of Job Type on Job Characteristic—Worker Outcome Relationships. *Psychology Research*, *7*, 164-185.

<u>Book Chapters (Past 10 years Only)</u>

1. Larson, E. Goldstein, H., Thomas, A., Yusko, K., & Scherbaum, C. (2026). Talent Management in Elite Sports: Assessing, Selecting, and Developing Talent in the NFL Using an I-O Lens. In R. Jacobs & D. Reynolds' (Eds.) *Case Studies in I-O Psychology*. Oxford University Press.

2. Scherbaum, C.A. & Shockley, K.M. (2023). A basic guide to statistical discovery: Planning and selecting statistical analyses. In F. Leong & J. Austin (Eds.), *The psychology research handbook: A guide for graduate students and research assistants* (3rd ed.). Thousand Oaks, CA: Sage.

3. Scherbaum, C., Goldstein, H., Yusko, K., Larson, E., Kato, A., Patel, K. & Cheban, Y. (2023). Advances in cognitive ability assessment to mitigate group differences. Invited Chapter in T. Kantrowitz, J. Scott, & D. Reynolds (Eds.), *Talent Assessment: Embracing Innovation and Mitigating Risk in the Digital Age.* Oxford University Press.

4. Saari, L., & Scherbaum, C. (2020). Data Privacy and Ethical Considerations with Employee Surveys and Emerging Technologies (pp. 391-406). In B. Macey & A. Fink's (Eds.) Employee Surveys and Sensing: Challenges and Opportunities. American Psychological Association.

5. Chou, V. P., Omansky, R., Scherbaum, C. A., Yusko, K. P., & Goldstein, H. W. (2019). The use of specific cognitive abilities in the workplace (pp. 436-471). In D. McFarland (Ed.)*, General and Specific Abilities*. Newcastle upon Tyne, UK: Cambridge Scholars Publishing.

6. Yusko, K., Aiken, J., Goldstein, H., Scherbaum, C. & Larson, E. (2019). Solving the "Quarterback Problem": Using Psychological Assessment to Improve Selection Decisions in Professional Sports. In R. Sims' (Ed.) *Human Resources Management Issues, Challenges and Trends: "Now and Around the Corner".* Information Age Publishing.

7. Scherbaum, C.A., & Pesner, E. (2018). Power Analysis for Multilevel Research. In S. Humphrey & J. LeBreton's (Eds). *The Handbook for Multilevel Theory, Measurement, and Analysis* (pp. 329–352). American Psychological Association.

8. Larson, E., Yusko, K., Goldstein, H., Scherbaum, C., Aiken, J., and Oliver, L. (2018). Modernizing Intelligence in the Workplace: Recent Developments in Theory and Measurement of Intelligence at Work. In V. Zeigler and T. Shackelford (Eds.), *The Sage Handbook of Personality and Individual Differences: Applications of Personality and Individual Differences* (pg. 568-587). Thousand Oaks, CA: Sage Publications.

9. Scherbaum, C., DeNunzio, M., Oliveira, J. & Ignagni, M. (2017). Race and Cultural Differences on Predictors Commonly Used in Employee Selection and Assessment. In B. Passmore, H. Goldstein, & E. Pulakos' (Eds.) *The Handbook of the Psychology of Recruitment, Selection, and Retention* (pg. 400-421). Wiley-Blackwell.

Peer Reviewed Presentations (Past 10 years Only)

1. Goldstein, H. W., Scherbaum, C., & Thomas, A. (2026, April). Predicting NFL quarterback success using multiple domains of human capability. In Maliakkal, N. T. (Co-Chair), Stewart, J. W. (Co-Chair), Tyrance, S. (Co-Chair), & Sherman, R. A. (Discussant) (2026, April 29– May 2). *Game face I/O science: Personality and cognitive research on elite athletes* [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

2. Halim, G., Naidoo, L., & Scherbaum C. (2026, April). R*ethinking Employee Recognition: Integrating Theory and Practice* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

3. Malloy, C., & Scherbaum, C. A. (2026, April). *Eye gaze perception in asynchronous video interviews: Findings and implications for job applicants' interview outcomes.* In Shultz, E. P. (Co-Chair), Malloy, C. (Co-Chair), & Liff, J. (Discussant). *Technology-mediated job interviews: Rethinking hiring in a hybrid world* [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

4. Scherbaum, C. (Chair), Maliakkal, N. T., Thoebes, G. P., Goldstein, H., Bilotta, I., & Damore, M. (2026, April). *The I/O practitioner's playbook: Insights from work in elite sports* [Panel]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

5. Shultz, E. P., Scherbaum, C., & Agnello, P. (2026, April). The little things matter: Socioeconomic factors in virtual interviews [Invited talk]. In the SIOP Foundation, *From ideas to impact: Advancing inclusion and innovation through I-O research* [IGNITE! Session]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

6. Xue, Y., Young, M. L., & Scherbaum, C. A. (2026, April). Seeing Ability Differently: Eye Tracking as a Tool for Assessing Visual-Spatial Processing. In Y. Xue's n Y. Xue's Looking for Space: Modernizing Visual-Spatial Ability for Personnel Assessment [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

7. Young, M. L., Kato, A. E., & Scherbaum, C. S. (2026, April). Picture This: Leveraging AI to Examine the Effects of Pictorial Stimuli on Written SJTs. In Martín-Raugh, M. P. & H. J. Kell (Chairs; 2026, April). *Advancing the Science and Practice of Situational Judgment Tests with AI*. Symposium at the Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

8. Zipfel, M. A., Shultz, E. P., & Scherbaum, C. A. (2026, April). *Status-Based Distractions: How Social Class Influences Virtual Interview Experiences* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, New Orleans, LA, United States.

9. Bending, A., Xue, Y., Crowley, L., Young, T., Malloy, C., Morgan, A., & Scherbaum, C. (2025). Reels to Real Jobs: Mixed-Methods Analysis of Recruitment Short-Form Video Content [Poster]. Society for Industrial and Organizational Psychology Annual Conference, Denver, CO.

10. Goldstein, B. & Scherbaum, C. (2025) *Work-Related and Non-Work-Related Interests as Antecedents to Informal Mentorships* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, Denver, CO, United States.

11. Goldstein, B., Malloy, C., Bending, A., Shultz, E. P., Young, M., Larson, E., & Scherbaum, C. (2025, April 4). *A quantitative review of the physical ability test validity* [Poster presentation]. Society for Industrial-Organizational Psychology Annual Conference, Denver, CO, United States.

12. Scherbaum, C., Larson, E., Goldstein, H., Yusko, K., Xue, Y. (2025, April). Using Eye Tracking to Measure Visual Processing. In Wu, F. Y. (Co-Chair), & Kell, H. J. (Co-Chair)

(2025). Understanding Specific Cognitive Abilities and Performance: New Models and Methods [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, Denver, CO, United States.

13. Lee, P. J., & Scherbaum, C. (2024, July). *How cultural cues affect bicultural individuals' personality assessment response patterns: A frame switching perspective*. Oral presentation to be conducted at the annual conference of the International Testing Commission Conference, Granada, Spain.

14. Bending, A., Malloy, C., Cheban-Gore, Y., Xue, Y., Scherbaum, C., Goldstein, H., Larson, E., Yusko, K. (2024, April). *National survey of entry-level state police officer hiring practices*. In D. Chatterjee, R. Jacobs & B. Alge's Attracting, hiring, and retaining talent in law enforcement. [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

15. Larson, E., Kato, A. E., Goldstein, B., & Scherbaum, C. (2024. April). *A meta-analysis of information processing measures, performance, and group score differences*. In A. Kato & H. Kell's (Re)Modeling intelligence and its assessment for the modern workplace [Symposium]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

16. Martin, J. (Co-Chair), Sabet, J. (Co-Chair), Barden, K., Larson, E., Scherbaum, C., Schrage, M. (2024, April). *A Practitioner's Discussion on Assessment Center Best Practices and Emerging Trends*. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

17. Shultz, P., Wong, A. & Scherbaum, C. (2024, April). *The Impact of Auditory Interruptions on Virtual Interviews*. Poster presented at the Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

18. Cheban, Y., & Scherbaum, C. (2023, April). *Psychological Reactions of Applicants to Technology-Mediated Interviews.* Poster to be presented at Society for Industrial and Organizational Psychology Annual Conference, Boston, MA.

19. Cheban Y., Malloy, C., Bending, A., & Scherbaum C. (2023, April). National survey of entry-level police officer hiring practices. In W. Luse's *Considerations for fair and valid talent assessment in policing.* Symposium at the Society for Industrial and Organizational Psychology Annual Conference, Boston, MA.

20. Kato, A., Scherbaum, C. & Bank, J. (2023, April). *Does Mobile Matter? Examining Device Type and Method Factor Effects on SJT Outcomes*. Poster to be presented at Society for Industrial and Organizational Psychology Annual Conference, Boston, MA, United States.

21. Naidoo, L., Scherbaum, C., & Saunderson, R. (2023, April). *Employee recognition giving in a crisis: A study of healthcare workers during COVID-19*. Poster to be presented at

Society for Industrial and Organizational Psychology Annual Conference, Boston, MA, United States.

22. Cheban, Y., Ray, E., & Scherbaum, C. (2022, July). *The Promises and Perils of Asynchronous Video Interviews.* Panel discussion at the annual conference of the International Personnel Assessment Council. San Diego, CA.

23. Hashimoto, M., McDonnell, A., Sugrim, G., & Scherbaum, C. (2022, August). *Evaluating disabled candidate characteristics in recorded job interviews.* Poster Presented at the Annual Meeting of the American Psychological Association. Minneapolis, Minnesota.

24. Scherbaum, C. (2022, April). Panelist. *Rethinking What Employees Really Want in the COVID Era.* Panel Discussion at the 37th Annual Conference of the Society of Industrial Organizational Psychology. Seattle, Washington.

25. Yu, S. & Scherbaum, C. (2022, April). *Impact of Warnings on Gamified Personality Assessments.* Poster presented at the 37th Annual Conference of the Society of Industrial Organizational Psychology. Seattle, Washington.

26. Cheban, Y., Kayga, L., Scherbaum, C., & Hanges, P. (2021, April). *Opportunities in I-O research utilizing eye-tracking methodology.* The 36th Annual Conference of the Society of Industrial Organizational Psychology. New Orleans, Louisiana.

27. Cheban, Y., Ray, E., & Scherbaum, C. (2021, April). *Video Interviewing: A Best Practices Discussion.* Panel discussion at the 36th Annual Meeting of the Society of Industrial and Organizational Psychology, New Orleans, LA.

28. Patel, K. & Scherbaum, C. (2021, April). *Tweet Tweet Read All About It: The Impact of Social Media on Performance Appraisals.* Poster presented at the 36th Annual Conference of Society for Industrial and Organizational Psychology, New Orleans, LA.

29. Pineault, L., Alenick, P., Dickson, M., Scherbaum, C., Alber, M., Crenshaw, J., & Bellenger, B. (2021, April). *Race-based differences in the police candidate anxiety-interview performance relationship.* In S. Howe's Investigating Discriminatory Behaviors in Employment Interviews. Symposium at the 36th annual conference of the Society for Industrial/Organizational Psychology, New Orleans, LA.

30. Scherbaum, C. (2021, April). Panelist in H. Kell's *Non-G-Ocentric models of cognitive abilities and their relevance to I-O psychology.* Alternative session at the 36th annual conference of the Society for Industrial/Organizational Psychology, New Orleans, LA. https://vimeo.com/538098159

31. Yusko, K., Scherbaum, C., & Goldstein, B. (2021, April). *Using Psychological Assessments to Predict Player Performance in the NFL.* In E. Heggestad's (Chair) Talent Management in Elite Sports: Using an I/O Lens. Symposium conducted at the 36th Annual Conference of the Society for Industrial and Organizational Psychology, New

Orleans, LA.

32. Kuzmich, I., & Scherbaum, C. (2020, April). *Re-examining the effect of mid-test warnings on faking on personality inventories.* Poster presented at the 35th Annual Conference of the Society for Industrial and Organizational Psychology, Austin, TX.

33. Natale, A., Patel, K., Scherbaum, C. A., Tumminia, A. (2020, April). *To Check or Not to Check?: Attention Checks and MTurker Attitudes & Behavior*. Poster presented at the 35th Annual Conference of the Society for Industrial and Organizational Psychology, Austin, TX.

34. Oliveira, J., Rutigliano, P., Scherbaum, C., & Saari, L. (2020, April). *Examining the Impact of Survey Identification on Response Behavior*. Poster presented at the 35th Annual Conference of the Society for Industrial and Organizational Psychology, Austin, TX.

35. Scherbaum, C. A. (2020, April). Panelist. In P. Agnello's *Synthetic Validity: An Authentic Solution to Applied Problems* [Session Cancelled Due to COVID-19]. Panel Discussion conducted at the 35th Annual Conference of the Society for Industrial and Organizational Psychology, Austin, TX.

36. Yu, S., Corpuz, C., Kui, V., & Scherbaum, C. (2020, August). *Lights, Cameras, Faking: Comparing Warning Deterrents to Prevent Faking*. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

37. Chou, V. P. & Scherbaum, C. A. (2019, April). *Using Cognitive Pupillometry to Study Cognitive Processes and Abilities.* In C. A. Scherbaum & P. J. Hanges (Chairs), In the Mind's Eye: Eye Tracking as a Tool for the Organizational Sciences. Symposium conducted at the 34th Annual Conference of the Society for Industrial and Organizational Psychology, Washington, D.C.

38. Chou, V. P., Scherbaum, C. A., & Hanges, P. J. (2019, April). A Neuroscience Method to Elucidate Sources of Score Differences on Ability Tests. Poster session presented at the 34th Annual Conference of the Society for Industrial and Organizational Psychology, Washington, D.C.

39. Kato, A. E., & Scherbaum, C. A. (2019, April). *Exploring the relationship between cognitive ability tilt and job performance.* In H. J. Kell & S. Wee (Co-Chairs), Very much more than g: Further evidence for the importance of specific abilities. Symposium conducted at the 34th annual conference of the Society for Industrial and Organizational Psychology, National Harbor.

40. Kuzmich, I., & Scherbaum, C. (2019, April). *Using social-categorization theory and methods to study faking behavior*. Presented at the 34th annual conference of the Society for Industrial and Organizational Psychology, National Harbor, MD.

41. Larson, E., Chou, V., Lee, P., Scherbaum, C., Freed, S., Pineault, L., Keval, N., Dickson, M., Aiken, J., & Goldstein, H. (2019, April). *Generalizability theory estimates of*

*interview reliability.* Poster presented at the 34th annual conference of the Society for Industrial and Organizational Psychology, National Harbor, MD.

42. Lee, P. & Scherbaum, C. (2019, May). *Profiles of Individual Performance Distributions and Their Relationship with Interdependent Team Performance.* Poster presented at the European Association of Work and Organizational Psychology annual congress, Turin, Italy.

43. Scherbaum, C. A., & Hanges, P.J. (Chairs) (2019, April). *In the mind's eye: Eye tracking as a tool for the organizational sciences.* Symposium conducted at the Society for Industrial and Organizational Psychology Convention, Washington, DC/National Harbor, MD.

44. Agnello, P., Scherbaum, C., Goldstein, H., & Yusko, K. (2018, April). R*easoning with Pseudowords in a Cognitive Ability Context.* In J. Cottrell's What's New in Adverse Impact? Exploring Theory, Techniques, Test Types, and Tools. Session at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

45. Guzzo, R., Yusko, K., Goldstein, H., Scherbaum, C., Larson, E., Ryan, R., and Nalbantian, H. (2018, April). *Using Assessment to Predict Success in Sports: NFL Case Study and Panel Discussion.* Session at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

46. Scherbaum, C., Oliver, L., Yusko, K., Goldstein, H., Agnello, P., Stahl, W., Bellenger, B., Crenshaw, J., Dawson, T., Dickson, M., Aiken, J., & Larson, E. (2018, April). *Using Job Component Validity to Hire Quickly and at Low Cost under a Consent Decree.* Poster presented at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

47. Kato, A., Scherbaum, C., Dickson, M., Crenshaw, J., Bellenger, B., Beckman, S., Goldstein, H., & Yusko, K. (2018, April). *Examining Agreement in Job Analysis Ratings of Cognitive and Non-Cognitive KSAOs.* Poster presented at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

48. Scherbaum, C. (2018, April). Panelist in L. Saari's *Employee Surveys and New Technologies: Privacy and Ethical Issues.* Session at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

49. Lee, P., Aiken, J., Chen, T., Dickson, M., Hanges, P., & Scherbaum, C. (2018, April). *Re-examining the Perceived Migration of I-O Psychology to Business Schools.* Poster presented at the 33rd annual conference of the Society for Industrial and Organizational Psychology, Chicago.

50. Scherbaum, C. (2017, July). Panelist in M. Dickson's *From the extreme to the norm: Transferable learnings from challenging assessment situations.* Panel discussion at the annual conference of the International Personnel Assessment Council. Birmingham, AL.

51. Scherbaum, C., Yusko, K., Goldstein, H., Dickson, M., Dawson, T., Allman, R., Giles, K., Agnello, P., & Stahl, W. (2017, July). *Jefferson County Job Components Validity Study.* Paper presented at the annual conference of the International Personnel Assessment Council. Birmingham, AL.

52. Scherbaum, C., Goldstein, H., Yusko, K., Hanges, P., Bellenger, B. (2017, July). *New Developments and Challenges in Cognitive Ability Assessment*. Symposium presented at the annual conference of the International Personnel Assessment Council. Birmingham, AL.

53. Nei, W., Scherbaum, C., & Velychko, G. (2017, May). *Training for success.* Poster presented at the International Convention of Psychological Science, Vienna.

54. Goldstein, H., Yusko, K., Scherbaum, C., Larson, E., & Ryan, R. (2017, April). R*educing Racial Differences on Intelligence Tests for Personnel Selection*. In K. LaPort's Alternative Measures of g: Not your grandfather's cognitive tests. Symposium at the 32nd annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL.

55. Mitra, P., Park, J. & Scherbaum, C. (2017, April). *Role of the Veil and Target Ethnicity in Selection Decisions.* Poster presented at the 32nd annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL.

56. Pesner, E. & Scherbaum (2017, April). *The Influence of Task Interdependency on Intraindividual Performance Variability.* Poster presented at the 32nd annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL.

57. Scherbaum, C. (2017, April). Panelist in R. Williams' *Practical Guidance for Developing and Implementing Ideal Point Measurement Models.* Panel discussion at the 32nd annual conference of the Society for Industrial and Organizational Psychology, Orlando, FL.

58. Hayrapetyan, L., & Scherbaum, C. (2016, April). *Employee Environmentally Friendly Behaviors in and out of Organizations.* Poster presented at the 31st annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA.

59. Scherbaum, C. (2016, April). Discussant in in P. Coyle's *Measuring Leadership and Followership: Clarifying constructs and items*. Symposium at the 31st annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA.

60. Scherbaum, C. (2016, April). Panelist in S. Murphy's *Transforming Big and Small Data to Big Insight*. Panel Discussion at the 31st annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA.

61. Wilson, N., Denese, N., & Scherbaum, C. (2016, May). *Using behavioral assessments to establish construct validity of a modern cognitive ability test.* Poster presented at the Annual Conference of the Association for Psychological Science, Chicago, IL.

62. Yusko, K., Scherbaum, C., & Ryan, R. (2016, April). *Intelligence as a predictor of NFL performance,* In P. Hanges' The Quarterback Problem: When Predicting Success is Difficult. Symposium at the 31st annual conference of the Society for Industrial and Organizational Psychology, Anaheim, CA.

External Grant Funding (Past 10 years Only)

1. 2018 Adverse Impact Reduction Research Initiative and Action (AIRRIA) Research Grant from the Society for Industrial and Organizational Psychology (Project title: Using *Neurocognitive Methods to Understand Sources of Ad verse Impact on Cognitive Ability Tests*, co-PI, $2,000).

2. Basic and Applied Dimensions of Scientific Psychology: Research Experience for Undergraduates at Baruch College – CUNY. *National Science Foundation*, PI, 2019-2022 ($335,000)

3. REU Site: Undergraduate Research in Basic and Applied Science of Psychology. *National Science Foundation*, co-PI, 2022-2025 ($347,895)

4. 2025 Small Grant from the Society for Industrial and Organizational Psychology (Project title: *The Little Things Matter: How Non-Job-Relevant Factors Influence Applicant Evaluations in Virtual Interviews,* co-PI ($10,000).

5. REU Site: Research Training in Basic and Applied Psychological Science. *National Science Foundation*, co-PI, 2026-2029 ($377,072).

Awards (Past 10 years Only)

- Fellow of the Society for Industrial and Organizational Psychology (elected in 2026).

- Fellow of the American Psychological Association (elected in 2026).

- 2023 Innovation in Assessment Award from the International Personnel Assessment Council (Project title: *National Football League's Player Assessment Test*).

- 2021 M. Scott Myers Award for Applied Research in the Workplace from the Society for Industrial and Organizational Psychology. Project title: *Development and implementation of the National Football League Player Assessment Test.*

- 2017 Innovation in Assessment Award from the International Personnel Assessment Council (Project title: *Jefferson County and Siena Consulting Job Components Validity Study*).

Academic Experience

| | |
|---|---|
| August 2003-Present | Professor, Department of Psychology, *Baruch College, City University of New York*, New York, NY |

*Undergraduate courses*: Introduction to Psychology, Industrial and Organizational Psychology, Advanced Personnel Psychology, Practicum in Lab and Research Methods

*Master's Courses*: Research Methodology in the Design of Psychological Research, Psychometric Methods, Quantitative Methods for Business Decisions

*International Executive Master's Courses (Taiwan and Singapore)*: Psychological Perspectives on International Human Resource Management, Quantitative Methods for Business Decisions

*Ph.D. Courses*: Advanced Psychometrics, Research Methods, Performance Management, Organizational Psychology

Consulting Experience

November 2008-Present    Owner, *Cielo Management Consulting, LLC*, New York, NY

Cielo Management Consulting provides human resource management consulting services in the areas of selection and assessment, performance management, employment discrimination litigation support, human capital research, employee surveying, and statistical analysis.

Expert witness consultation (Past 4 Years Only):

2011-Present    United States, The Vulcan Society, et al. v. City of New York and Uniformed Firefighters Association of Greater New York. 07-CV-2067 (NGG) (RLM) Plaintiff. Provided advice to the Vulcan Society on new selection tests and validation studies.

2019-Present    Simpson et al. v. Cook County Sheriff Department, Case No. 18 C 553 Plaintiff. Conducted adverse impact analyses, reviewed defendant's selection systems. Issued reports and provided deposition testimony.

2019-2025    Chalmers, et al. v. City of New York. Case No. 1:20-cv-03389-AT Plaintiff. Conducted adverse impact analyses on compensation. Reviewed the similarity of tasks and KSAOs for different job titles. Issued reports and provided deposition testimony.

2020-2026    Harriott et al. v. Washington Metropolitan Area Transit Authority, Civil Action No. 19-cv-01656-TJK (D.C.) Plaintiff. Conducted adverse impact analyses of termination decisions. Issued reports, provided deposition testimony, and testified at trial.

2020-Present United States et al. v. Consolidated City of Jacksonville, Jacksonville Association of Fire Fighters, Local 122, IAFF, Case No. 3:12-cv-451-J-32MCR. Plaintiff. Provided advice to the United States Department of Justice on test development and validation. Reviewed defendant's job analysis, tests, validation studies, and adverse impact results as part of a consent decree settlement.

2020-2025 United States v. Baltimore County, Maryland, Civil Action No. 1:19-cv-02465. Plaintiff. Provided advice to the United States Department of Justice on test development and validation. Reviewed defendant's job analysis, tests, validation study, and adverse impact results as part of a consent decree settlement.

2021-2022 Hispanic National Law Enforcement Association, United Black Police Officers Association et al. v. Prince George's County et al., Civil Action No. TDC-18-3 821. Neutral. Court appointed neutral expert charged to review existing promotional processes and issue recommendations to the court for modifications to reduce adverse impact and improve job relatedness.

2021-Present Pappas, et al. v. District of Columbia, et al. Civil Action No. 19-2800 (RC) Plaintiff. Conducted an analysis of job similarity for job re-assignment. Issued reports and provided deposition testimony.

2021-2022 United States v. City of Fayetteville Fire Department
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level selection procedures.

2021-2023 United States v. City of Cleveland Fire Department
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level and promotional selection procedures.

2021-2023 United States v. Charles County, MD Sheriff's Office
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level and promotional selection procedures.

2021-2025 United States v. City of Durham Fire Department
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level selection procedures.

2022-Present EEOC v. Yale New Haven Hospital, Inc. Case No. 3:20-cv-00187-VLB (D. Conn.)
Plaintiff. Provided advice to the EEOC on the defendant's job analysis and validity evidence. Issued report and provided deposition testimony.

2022-2024 EEOC v. Hospital Housekeeping Systems, LLC Case No. 2:21-cv-02134 PKH (W.D. Ark.)
Plaintiff. Provided advice to the EEOC on the defendant's job analysis and validity evidence. Issued report and provided deposition testimony.

2023-2024 United States v. Charlotte-Mecklenburg Police Department
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level selection procedures for police officer jobs.

2023-2024 United States v. South Bend Police Department
Plaintiff. Advised the United Stated Department of Justice as part of their investigation of entry-level selection procedures for police officer jobs.

2023-2025 United States v. Maryland Department of State Police
Plaintiff. Advised the United States Attorneys' Office and the United Stated Department of Justice as part of their investigation of entry-level selection procedures for police officer jobs.

2023-2025 United States v. Suffolk County Police, NY Civil Action no. CV-83-2737
Plaintiff. Provided advice to the United States Department of Justice on test development and validation as part of a consent decree settlement for police officer jobs.

2023-2025 EEOC v. Leach Garner, Civil Action No. 23-cv-11014
Plaintiff. Provided advice to the EEOC on the defendant's hiring and job placement practices.

2023-2026 Montana v. City of Mount Vernon and Mount Version Fire Department Case No. 21-cv-260 (KMK)
Plaintiff. Reviewed entry-level selection procedures. Issued report.

2023-2026 United Probation Officers Association v. City of New York, Case No. 21-cv-218
Plaintiff. Conducted analyses of compensation systems and provided advice to plaintiff's lawyers.

2023-Present Myers v. County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department Docket No. 22-cv-7023
Plaintiff. Reviewed entry-level selection procedures and provided advice to plaintiff's lawyers. Issued reports and provided deposition testimony.

2024-2025 Brigida et al. v. Duffy et al., Civil Action No. 16-2227 (DLF)
Defendant. Provided advice to the U.S. Department of Transportation on the plaintiff's expert's report, reviewed entry-level selection procedures for air traffic controllers, conducted analyses related to selection procedures. Issued report.

2024-2025 EEOC v. Sheetz, Inc, et al., Civil Action No. 1:24-cv-01123

Plaintiff. Provided advice to the EEOC on the analysis of employee selection procedures.

2024-Present EEOC v. Walmart Inc., Walmart Stores Arkansas, Civil Action No. 5:23-cv-05149-TLB
Plaintiff. Provided advice to the EEOC on the defendant's job analysis and validity evidence. Issued reports and provided deposition testimony.

2024-Present EEOC v. Union Pacific Railroad, Civil Action No. 0:23-cv-3030
Plaintiff. Provided advice to the EEOC on the defendant's job analysis and validity evidence. Issued report.

2025-Present DeGeer v. Union Pacific Railroad, Case No 8:23CV10
Plaintiff. Provided advice on the defendant's job analysis and validity evidence. Issued reports and provided deposition testimony.

Professional Activities (Past 10 years Only)

| | |
|---|---|
| 2020-2022 | Awards Committee, SIOP Anti-Racism Grant and Zedeck-Jacobs Adverse Impact Research Grant |
| 2023-2025 | Chair of the Zedeck-Jacobs Adverse Impact Research Grant Committee, SIOP |
| 2021-Present | President, Northeastern Chapter of the International Personnel Assessment Council. |
| 2016-Present | Head of the Ph.D. program in Industrial and Organizational Psychology, City University of New York. |
| 2018-2020 | Program committee for the Talent Analytics Conference, Society for Industrial and Organizational Psychology |
| 2019-2023 | Editorial board for *Personnel Assessment and Decisions* |
| 2017-2020 | Editorial board for *Industrial and Organizational Psychology* |
| 2009-Present | Editorial board for the *Journal of Business and Psychology* |
| 2012-Present | Editorial board for the *Journal of Applied Psychology* |
| 2017-Present | Editorial board for the *Organizational Research Methods* |
| 2018-Present | Editorial board for *International Journal of Selection & Assessment* |
| 2025-Present | Editorial board for *Intelligence* |

Professional Memberships

- Fellow of the Society for Industrial and Organizational Psychology
- Fellow of the American Psychological Association
- Member of the International Personnel Assessment Council
- Member of the International Testing Commission
- Member of the Academy of Management
- Member of the Society of Human Resource Management
- Member of the Metropolitan New York Association for Applied Psychology

**Appendix C: Summary of Data Fields in Workday's Applicant Database**

| **Variable Names** | **Description** |
|---|---|
| Candidate ID | ID number assigned to the candidate. |
| Job Requisition | Name and ID of the job requisition. |
| Job Requisition ID | ID number of the job requisition. |
| Job Profile Hiring Requirement | The level and general job category. |
| Job Level | The level of the job. |
| Application Added Date | Date the application was submitted. |
| Application Submission Added Date + Time | Date and time the application was submitted. |
| Job Requisition Primary Location | Location of the position. |
| HiredScore | HiredScore grade assigned to the applicant for the specific requisition. |
| Gender | Gender of the applicant. |
| Race/Ethnicity | Race of the applicant. |
| Disability Status | Disability status of the applicant. |
| Date of Birth | The applicant’s date of birth was included as a field in the data, but the date of birth was not included in the data. |

| **Variable Names** | **Description** |
|---|---|
| Education – School | Name of the school the applicant attended parsed from the resume. |
| Education - Field of Study | Major or area of study as part of the applicant's degree parsed from the resume. |
| Education – Degree | Degree awarded to the applicant. parsed from the resume. |
| Education - Year Degree Received | The year the degree was awarded was included as a field in the data, but the year was not included in the data. |
| Education - Grade Average | Applicant's grade point average parsed from the resume. |
| Work Experience - Job History Company Name | Name of applicant's current/previous employer parsed from the resume. |
| Work Experience - Job Title | Applicants current/previous job title parsed from the resume. |
| Work Experience - Currently Work Here | Indication of the job is the applicant's current job parsed from the resume. |
| Work Experience - Start Month | Start month of the job reported by the applicant parsed from the resume. |
| Work Experience - Start Year | Start year of the job reported by the applicant parsed from the resume. |
| Work Experience - End Month | End month of the job reported by the applicant parsed from the resume. |
| Work Experience - End Year | End year of the job reported by the applicant parsed from the resume. |
| Work Experience - Responsibilities and Achievements | Description of the job responsibilities parsed from the applicant's resume. |

| **Variable Names** | **Description** |
|---|---|
| Total Years Experience | Computed total years of experience using the information parsed from the resume. |
| Certifications | Certifications possessed by the applicant parsed from the resume. |
| Disposition Stage | The stage in the hiring process that the applicant was rejected by Workday or withdrew from the hiring process |
| Disposition Category | The general category of the reason for dispositioning an applicant. |
| Disposition Reason | The reason an application was rejected or withdrew. This field includes a standardized set of reasons. |
| Questionnaire Answers for Application - Question Item | Standardized questions and statements included in the application submission process. |
| Questionnaire Answers for Application - Question Body | Standardized questions and statements included in the application submission process. |
| Questionnaire Answers for Application - Questionnaire Answer | Applicant answers to the standardized questions and statements. |
| Job Requisition Open Date | The date the job requisition was posted. |
| Job Requisition Closed Date | The date the job requisition was closed. |
| Job Application ID | ID number of the application. |
| About the Team | Description of the team with the available job parsed from the job requisition. |
| About the Role | Description of the available job parsed from the job requisition. |

| **Variable Names** | **Description** |
|---|---|
| About You | Parsed information about the applicant from the resume. |
| HiredScore Spotlight Score | The HiredScore grade. |
| Years of Relevant Experience | Computed years of experience relevant to the job using information parsed from the resume. |
| Applicant Highest Degree | Highest educational degree received by the applicant parsed from the resume. |
| Req Skills | Skills parsed from the job requisition. |
| Application Skills | Skills parsed from the applicant's resume. |
| Req is Remote (Primary Location) | Indication of whether the position is remote. |
| Req has Multiple Locations | Indication of whether the position is in more than one location. |
| Req Job Family | Job family classification from the information parsed from the job requisition. |
| Primary Job Requisition Location Country | Primary country of the position. |
| Job Application Country | Country of the job applicant. |
| Req Seniority Level | Seniority level parsed from the job requisition. |
| Req Profession | Job profession classification from the information parsed from the job requisition. |

| **Variable Names** | **Description** |
|---|---|
| Req Certifications | Certifications parsed from the job requisitions. |
| Gender | Gender of the applicant. |
| Race/Ethnicity | Race of the applicant. |
| Applied Date | The date that the application was submitted. |
| Last Job Application Update Moment | Date of last update to the job application in the Workday system. |
| Grading Update Date | Date the HiredScore was updated. |
| Job Requisition Closed Date | The date that the job requisition was closed. |
| Offer Date, Disposition Date or Today (if Active Candidate) | The date the applicant was rejected, withdrew, or offered a position. |
| Disposition Moment | The time and date an applicant was rejected or made a job offer. |
| Latest Stage | Whether the application was rejected or made an offer. |

## Appendix D: Inclusion and Exclusion Criteria for the Application Data Used in the Statistical Analyses

The following inclusion and exclusion criteria were applied for the statistical analyses at the class certification phase of this matter. Different inclusions and exclusion criteria may be applied in any future analysis I am asked to perform.

1. Any application without a HiredScore grade was excluded from the analyses.
2. Depending on the specific comparison, the application must include a valid response to the question about gender or race.
3. Applications with the option selected for preferring not to respond to the race question were excluded from the analyses. This option did not appear in the data field for gender.
4. From the data, it appears that there were multiple race categories that could have been selected or the information provided on different applications was combined. For example, the race data field for an application could include Black and White. It also appears that race categories were connected to a specific country. For example, the data field for race included White (Ireland), White (Singapore), White (United Kingdome), and White (United States). These applications were excluded from the analysis. For the analysis at the class certification stage, only applications reporting a single race category were included (Black, White). Any future analyses may include additional race categories or data.
5. The following inclusion and exclusion criteria were applied to some of the analyses for the hiring process outcomes to ensure that only applications that were rejected by Workday or moved to the next stage in the hiring process were included in the analyses.
   a. All applications labeled with “candidate” in the disposition reason field were excluded from the analyses. Additionally, any reason stating that the applicant

voluntarily withdrew from the hiring process were excluded. The only exception is that applicants declining job offers for any reason were included in the analysis.

b. All applications with the reason "cancelled requisition" were excluded at the stage the requisition was cancelled and all subsequent stages. Data from prior stages before the cancellation were included if appropriate.

c. Applications that were rejected due to being ineligible for rehire, not having a work authorization, or a duplicate application were excluded in the analyses.