# T1

# EXHIBIT FILED UNDER SEAL