# T3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, | ) Case No. 3:23-cv-00770-RFL |
| Plaintiff, | ) |
| -against- | ) |
| WORKDAY, INC., | ) |
| Defendant. | ) |

CONFIDENTIAL

VIDEOCONFERENCE DEPOSITION OF LESLIE BLANCHARD

Wednesday, July 1, 2026

San Francisco, California

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083
Job No. 8255169

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY for and on behalf of himself and other persons similarly situated, ) Case No. 3:23-cv-00770-RFL

Plaintiff,

-against-

WORKDAY, INC.,

Defendant.

CONFIDENTIAL, videoconference deposition of LESLIE BLANCHARD, taken on behalf of the Plaintiff, taken place at Veritext Legal Solutions, located at 101 Montgomery Street, Suite 450, San Francisco, California 94104, on Wednesday, July 1, 2026, before Hanna Kim, CLR, Certified Shorthand Reporter, License Number 13083.

THE WITNESS: [redacted]

MS. GRUNDY: Objection to the form.
Ms. Blanchard is here as a fact witness, not an opinion. Her opinions are not relevant.

But you can answer if you have one, 10:04:15

Leslie.

MS. KISCH: Please just -- please limit your objections to -- to form and to making them rather than trying to influence the witness.

MS. GRUNDY: I made my objection as it stands. 10:04:27

But you can answer, Leslie.

THE WITNESS: My role was to explain to the Workday recruiting team what it did and how it worked. And that's what I did. 10:04:37

BY MS. KISCH:

Q. Okay. And what did you tell them? What did you explain?

A. I explained that it would take the -- the -- the job requisition, any skills requiring the job -- or existing on the job requisition and compare it against the skills on an application and provide a -- provide a strength score. 10:04:47

Q. Is that all you told them?

A. I -- I explained to them how it worked. 10:05:05

Q. And what did you tell them?

A. I --

MS. GRUNDY: Asked and answered.

THE WITNESS: I told them that it compares a candidate's job application to a job requisition 10:05:16

and provides a strength score.
BY MS. KISCH:
Q. Did you explain anything in addition to that?
MS. GRUNDY: Objection. Asked and answered. 10:05:25
THE WITNESS: I explained how it worked, and I would have answered any questions that they had at the time, which I do not recall.
BY MS. KISCH: 10:05:36
Q. But do you recall what you explained in terms of how it worked?
MS. GRUNDY: Objection. Asked and answered.
THE WITNESS: I explained that it takes 10:05:44 the skills from a candidate's job application and the skills from a job requisition, compares them, and provides a strength score.
BY MS. KISCH:
Q. Okay. I understand that you've said that 10:05:56 three times now.
But my question is, did you ask -- did you -- do you recall explaining anything in addition to that? If the is no, that's -- that's fine, we can move on. But you said you did -- you 10:06:08

[redacted]

11:29:17

[redacted]

[redacted] 11:30:33

[redacted]

answered. 11:56:43

[redacted]

THE COURT REPORTER: Counsel, I'm just 11:57:17
going to adjust the microphone for the witness. It
keeps rubbing.

THE WITNESS: Oh, okay. Thank you.

BY MS. KISCH:

Q. Do you see page 6106 -- 11:57:43

MS. KISCH: Oh, sorry. Hanna, are you
back?

THE COURT REPORTER: Yes.

BY MS. KISCH:

Q. [redacted]

[redacted] 11:57:58