Lee D. Winston, *Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks, *Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan, *Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**Local Counsel:**
Jay Greene, JD, CPA
GREENE ESTATE, PROBATE, AND ELDER LAW FIRM
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
Clare F. Geller, *Admitted Pro Hac Vice*
cgeller@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*Attorneys for the Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Courtroom: B, 15th Floor

Magistrate Judge: Hon. Laurel Beeler

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs move the Court to consider whether Exhibits 17-1 through 17-3 and 19-1 through 19-3 to the Declaration of Ann K. Wiggins ("Wiggins Declaration"), and the redacted portions of Paragraph 22 of the Wiggins Declaration that quote Exhibits 19-1 through 19-3, should be sealed. Plaintiffs filed the Wiggins Declaration and their other exhibits to their the joint letter brief at ECF No. 442 with their Notice of Filing, ECF No. 443, with slip sheets in place of those exhibits and redactions in Paragraph 22. The unredacted material is lodged under seal with this motion. Civil L.R. 79-5(d), (f).

**I. Material To Be Filed Under Seal**

The material to be filed under seal are the following exhibits to the Motion and Memorandum in Support of Motion for Class Certification:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Ex. A (Wiggins Decl., Oct. 23, 2026) ¶ 22 | Portions describing and quoting Exhibits 19-1 through 19-3, documents that Workday designated as confidential | Workday |
| Wiggins Decl., Ex. 17-1: HiredScore Addendum, interim version, signed July 26, 2024 | Entire exhibit (6 pp.) (WORKDAY_MOB_00019402–07) | Workday |
| Wiggins Decl., Ex. 17-2: HiredScore Addendum, version 24.12, signed Jan. 29, 2025 | Entire exhibit (6 pp.) (WORKDAY_MOB_00016365–70) | Workday |
| Wiggins Decl., Ex. 17-3: HiredScore Addendum, version 26.4, signed Apr. 30, 2026 | Entire exhibit (8 pp.) (WORKDAY_MOB_00024433–40) | Workday |
| Wiggins Decl., Ex. 19-1: Workday Legal Notice email to customers, Aug. 28, 2025 | Entire exhibit (3 pp.) (WORKDAY_MOB_00010691–93) | Workday |

| Document | Description | Designating Party |
|---|---|---|
| Wiggins Decl., Ex. 19-2: Workday email to customers' counsel re legal notice, Aug. 28, 2025 | Entire exhibit (2 pp.) (WORKDAY_MOB_00010707–08) | Workday |
| Wiggins Decl., Ex. 19-3: Workday Legal Notice letter to customers, Aug. 28, 2025 | Entire exhibit (1 p.) (WORKDAY_MOB_00010709) | Workday |

Exhibits 17-1 through 17-3 are three versions of Workday's HiredScore Addendum. Exhibits 19-1 through 19-3 are Workday's August 28, 2025 notices to customers concerning the Court-ordered production of its customer list. Together they total 26 pages, and they are the only documents designated by Workday as confidential among Plaintiffs' exhibits.

## II. Plaintiffs' Position on Sealing

Plaintiffs do not concede that any of this material is sealable. Within seven days, Workday must file a statement and declaration establishing that they are. Civil L.R. 79-5(f)(3). A confidentiality designation "is not sufficient." Civil L.R. 79-5(c). Because ECF No. 442 is a nondispositive discovery motion, Workday must show good cause under Rule 26(c). *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006). Plaintiffs reserve their right to respond. Civil L.R. 79-5(f)(4).

Whatever the ruling on sealing, Plaintiffs ask the Court to consider the exhibits in deciding ECF No. 442. They respond directly to Workday's reply, which asserts that "[n]o discovery has established that Workday has possession, custody, or control of its customers' data." ECF No. 442 at 8. Control turns on the "legal right to obtain documents upon demand." *In re Citric Acid Litig.*, 191 F.3d 1090, 1107 (9th Cir. 1999). The Addenda address HiredScore Data in Workday's possession, Wiggins Decl. ¶ 23, and Workday's notices to its customers address the contractual

terms under which Workday would disclose customer information in response to this Court's order, *id.* ¶ 22.

### III. Relief Requested

Plaintiffs request that the Court (1) decide under Civil L.R. 79-5(f) whether the material in Part I should be sealed; and (2) consider those exhibits as part of Plaintiffs' Response at ECF No. 442.

This Motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Ann K. Wiggins in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: October 29, 2026

//

//

//

//

//

//

//

//

//

//

//

//

//

Respectfully submitted,

/s/ Ann K. Wiggins
Ann K. Wiggins *(admitted pro hac vice)*

Lee D. Winston (ASB: 6407O72L)
*Admitted pro hac vice*
lwinston@winstoncooks.com
Roderick T. Cooks (ASB: 5819O78R)
*Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan (ASB: 1360X15Z)
*Admitted Pro Hac Vice*
bneal@winstoncooks.com
Winston Cooks, LLC
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**LOCAL COUNSEL:**
Jay Greene
Greene Estate, Probate, and Elder Law Firm
447 Sutter Street, Suite 435
San Francisco, CA 94108
Phone 415-905-0215
greeneattorney@gmail.com

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
Clare F. Geller, *Admitted Pro Hac Vice*
cgeller@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I served a true and correct copy of the UNSEALED versions of the foregoing documents upon the following counsel by email:

| | |
|---|---|
| Julie Ann Totten | jtotten@orrick.com |
| Erin M. Connell | econnell@orrick.com |
| Kayla Delgado Grundy | kgrundy@orrick.com |
| Alexandria R. Elliott | aelliott@orrick.com |

*s/ Meredith Burrell*
Of Counsel
Wiggins Childs Pantazis Fisher & Goldfarb
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500