Lee D. Winston, *Admitted Pro Hac Vice*
lwinston@winstoncooks.com
Roderick T. Cooks, *Admitted Pro Hac Vice*
rcooks@winstoncooks.com
Bethany Mae Logan, *Admitted Pro Hac Vice*
bneal@winstoncooks.com
WINSTON COOKS, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
Telephone: (205) 502-0970
Facsimile: (205) 278-5876

**Local Counsel:**
Jay Greene, JD, CPA
GREENE ESTATE, PROBATE, AND ELDER LAW FIRM
447 Sutter Street, Suite 435
San Francisco, CA 94108

Robert L. Wiggins, Jr., *Admitted Pro Hac Vice*
rwiggins@wigginschilds.com
Ann K. Wiggins, *Admitted Pro Hac Vice*
awiggins@wigginschilds.com
Samuel Fisher, Jr, *Admitted Pro Hac Vice*
sf@wigginschilds.com
Jennifer Wiggins-Smith, *Admitted Pro Hac Vice*
jsmith@wigginschilds.com
Nicki Leili Lawsen, *Admitted Pro Hac Vice*
nlawsen@wigginschilds.com
Freddrick M. Moore, *Admitted Pro Hac Vice*
mmoore@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 North 19th Street
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

Lori Kisch, *Admitted Pro Hac Vice*
lkisch@wigginschilds.com
Meredith Burrell, *Admitted Pro Hac Vice*
mburrell@wigginschilds.com
Jennifer M. Swedish, *Admitted Pro Hac Vice*
jswedish@wigginschilds.com
Clare F. Geller, *Admitted Pro Hac Vice*
cgeller@wigginschilds.com
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*Attorneys for the Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**DECLARATION OF ANN K. WIGGINS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Courtroom: B, 15th Floor

Magistrate Judge: Hon. Laurel Beeler

I, Ann K. Wiggins, declare and state as follows:

1. I am an attorney licensed to practice in the State of Alabama, admitted *pro hac vice* in this action, with Wiggins Childs Pantazis Fisher & Goldfarb, LLC, counsel of record for Plaintiffs. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration under Civil L.R. 7-11(a) and 79-5(f) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, which applies to redacted information and sealed documents submitted in connection with ECF Nos. 442 and 443.

2. Because the materials at issue were designated as Protected Material under the Protective Order in this case, Plaintiffs are lodging true and correct copies of the following under seal with the motion:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Ex. A (Wiggins Decl., Oct. 23, 2026) ¶ 22 | Portions describing and quoting Exhibits 19-1 through 19-3, documents that Workday designated as confidential | Workday |
| Wiggins Decl., Ex. 17-1: HiredScore Addendum, interim version, signed July 26, 2024 | Entire exhibit (6 pp.) (WORKDAY_MOB_00019402–07) | Workday |
| Wiggins Decl., Ex. 17-2: HiredScore Addendum, version 24.12, signed Jan. 29, 2025 | Entire exhibit (6 pp.) (WORKDAY_MOB_00016365–70) | Workday |
| Wiggins Decl., Ex. 17-3: HiredScore Addendum, version 26.4, signed Apr. 30, 2026 | Entire exhibit (8 pp.) (WORKDAY_MOB_00024433–40) | Workday |
| Wiggins Decl., Ex. 19-1: Workday Legal Notice email to customers, Aug. 28, 2025 | Entire exhibit (3 pp.) (WORKDAY_MOB_00010691–93) | Workday |

| Document | Description | Designating Party |
|---|---|---|
| Wiggins Decl., Ex. 19-2: Workday email to customers' counsel re legal notice, Aug. 28, 2025 | Entire exhibit (2 pp.) (WORKDAY_MOB_00010707–08) | Workday |
| Wiggins Decl., Ex. 19-3: Workday Legal Notice letter to customers, Aug. 28, 2025 | Entire exhibit (1 p.) (WORKDAY_MOB_00010709) | Workday |

3. On October 28, 2026, my colleague Robert L. Wiggins, Jr. offered to file an administrative motion for the exhibits Workday had marked confidential. ECF No. 442 at 10. Workday then filed the parties' joint letter brief without any of Plaintiffs' exhibits, including the non-confidential ones. *Id.* at 7.

4. Plaintiffs could not obtain a stipulation resolving this motion. Workday disputes the relevance of Plaintiffs' exhibits, ECF No. 442 at 1, 8, and under Civil L.R. 79-5(f)(3), Workday, as the designating party, must itself establish that its designated material is sealable. Workday has stated that it will respond to this motion within seven days. *Id.* at 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on October 29, 2026, at Birmingham, Alabama.

/s/ Ann K. Wiggins

Ann K. Wiggins (ASB: 7006i61a)
Admitted *Pro Hac Vice*
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
The Kress Building, 301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
awiggins@wigginschilds.com