**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DEREK L. MOBLEY; JILL E. HUGHES; SHEILAH JOHNSON-ROCHA; and FAITHLINH ROWE;** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**WORKDAY, INC.**

Defendant.

**Case No. 3:23-cv-00770-RFL**

**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Having considered Plaintiffs' October 29, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal and any response thereto, the Court hereby GRANTS (IN PART)/DENIES (IN PART) the Motion and ORDERS that the following materials SHALL/SHALL NOT sealed:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Ex. A (Wiggins Decl., Oct. 23, 2026) ¶ 22 | Portions describing and quoting Exhibits 19-1 through 19-3, documents that Workday designated as confidential | Workday |
| Wiggins Decl., Ex. 17-1: HiredScore Addendum, interim version, signed July 26, 2024 | Entire exhibit (6 pp.) (WORKDAY_MOB_00019402–07) | Workday |
| Wiggins Decl., Ex. 17-2: HiredScore Addendum, version 24.12, signed Jan. 29, 2025 | Entire exhibit (6 pp.) (WORKDAY_MOB_00016365–70) | Workday |
| Wiggins Decl., Ex. 17-3: HiredScore Addendum, version 26.4, signed Apr. 30, 2026 | Entire exhibit (8 pp.) (WORKDAY_MOB_00024433–40) | Workday |

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Wiggins Decl., Ex. 19-1: Workday Legal Notice email to customers, Aug. 28, 2025 | Entire exhibit (3 pp.) (WORKDAY_MOB_00010691–93) | Workday |
| Wiggins Decl., Ex. 19-2: Workday email to customers' counsel re legal notice, Aug. 28, 2025 | Entire exhibit (2 pp.) (WORKDAY_MOB_00010707–08) | Workday |
| Wiggins Decl., Ex. 19-3: Workday Legal Notice letter to customers, Aug. 28, 2025 | Entire exhibit (1 p.) (WORKDAY_MOB_00010709) | Workday |

**IT IS SO ORDERED.**

Dated: _ ________________________________

HON. LAUREL BEELER
United States Magistrate Judge