JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**DECLARATION OF DISNEY HUMAN RESOURCES SERVICES CO., LLC IN SUPPORT OF DEFENDANT WORKDAY'S MOTION TO DECERTIFY AND OPPOSITION TO CLASS CERTIFICATION**<br><br>Complaint Filed: February 20, 2024 |

I, Kristi Holgren, declare as follows:

1. I am the Vice President, Head of Talent Connection Enterprise. I am employed by Disney Human Resources Services Co., LLC and provide services to The Walt Disney Company and its many subsidiary companies (collectively, "Disney"). I make this declaration in support of Workday, Inc.'s ("Workday") Motion to Decertify the Conditionally Certified Collective and Opposition to Plaintiff's Motion for Class Certification.

2. I am submitting this declaration to provide information about Disney's relationship with Workday and Disney's recruiting and hiring practices, including information regarding Disney's use of HiredScore AI features, Spotlight and Fetch.

3. I have personal knowledge of the matters contained in this declaration. If called to testify as to the information in this declaration, I could do so competently.

**Background**

4. Disney is a multinational mass media and entertainment conglomerate. Through its subsidiary companies, in the aggregate it employs approximately 231,000 people globally across a wide range of fields.

5. I have held my current position since August 2022 and have been with the Disney organization for 21 years.

6. In my role, I am one of the leaders of worldwide assessment and selection for Talent Connection, what we internally call talent acquisition. I am also responsible for digital experiences like our career site and CRM, along with the suite of recruiting and hiring tools. I manage evaluation, selection, implementation, and training of such tools, including HiredScore, in partnership with our legal team.

**Disney's Use of Workday**

7. I am informed and believe that Disney has been identified as an employer who uses HiredScore AI features Spotlight and Fetch.

8. HiredScore assists our recruiters to help surface top talent faster. Disney has used HiredScore since 2018. The original contract involved a small pilot on a non-Workday platform

of 25 users for proof of concept. Disney then expanded its use of HiredScore at scale when it transitioned to the Workday environment in 2022.

9. Hiredscore is used for certain job types at Disney but not others. For example, it is used for professional jobs, including internships. But it is not used for executive or creative recruiting, nor for any mass volume hiring.

10. Disney uses Spotlight as part of the initial screening of applicants. It grades applicants based on their skills and experiences listed in their resumes. Importantly, it excludes protected characteristics, something we verified during diligence before acquiring HiredScore's services.

11. Also, crucially, there is no automated decision-making. Nothing prevents applicants graded C or D from moving forward, and offers have been made to applicants at the C and D tiers. Applicant ratings of C and D are particularly common in Technology recruiting and more specialized roles.

12. Grading is applied right after an application is received. HiredScore's outputs are reviewed at the "top of the hiring funnel." The recruiters review the applicant grading, review individual resumes, conduct initial interviews, and decide who will be forwarded to the hiring team. There is no automatic advancement. The hiring team is not shown the HiredScore grading. The hiring managers and their teams make a final decision with the recruiter. Our teams review the talent pools just as they did before we acquired HiredScore services.

13. With HiredScore's Fetch, it is connected to Disney's CRM, which allows Disney to rediscover past applicants and leads. Our recruiters can choose whether to invite someone to apply for a new opportunity if there is a potential match.

14. My team trains Disney's users of the tools after consultation with HiredScore. We explain that HiredScore provides prioritization so that recruiting moves more quickly, but it doesn't replace the recruiter's intuition or the human aspect of recruiting. There is always a human in the loop for every hiring decision.

**Disney's Relationship with Workday**

15. I am informed and believe that one of Plaintiffs' allegations in this case is that

Workday's customers delegate hiring functions to Workday.

16. As described above, neither Workday nor any of its technology offerings makes hiring decisions for Disney. Disney uses HiredScore during applicant screening for certain job types, and then hiring decisions are made internally.

17. Disney meets with HiredScore regularly for vendor management purposes. We met more frequently earlier in the partnership, but now we meet every month or two to discuss product roadmaps.

18. Disney and its employees are solely responsible for Disney's recruiting, screening, and hiring decisions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the date below in Orlando, Florida.

Dated: 9/10/25 [signature]