JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

WORKDAY, INC.,

Defendant.

Case No. 3:23-cv-00770-RFL

**DECLARATION OF AMERICAN RED CROSS IN SUPPORT OF DEFENDANT WORKDAY'S MOTION TO DECERTIFY AND OPPOSITION TO CLASS CERTIFICATION**

Courtroom: 4 (17th Floor)
Judge: Hon. Rita F. Lin

TAC Filed: July 10, 2026

I, Charlene Santis, declare as follows:

1. I am the Senior Director for Talent Acquisition at the American Red Cross. I make this declaration on behalf of American Red Cross in support of Workday, Inc.'s ("Workday") Motion to Decertify the conditionally Certified Collective and Opposition to Plaintiff's Motion for Class Certification.
2. I am submitting this declaration to provide information about American Red Cross relationship with Workday, Inc. and American Red Cross recruiting and hiring practices, including information regarding American Red Cross use of Candidate Skills Match ("CSM").
3. I have personal knowledge of the matters contained in this declaration. If called to testify to the information in this declaration, I could do so competently.

**Background**

4. I have served as the Senior Director of Talent Acquisition since June 27, 2020. In this role, I oversee organizations recruiting strategy, recruiting operations, and recruiting technology, including Workday Recruiting.
5. American Red Cross is a global humanitarian organization. Its mission is to prevent and alleviate human suffering without discrimination. It provides one of the nation's largest blood supply, emergency assistance, disaster relief and education in communities around the world.
6. American Red Cross employs a diverse workforce across biomedical services, humanitarian services, training services and corporate roles. Hiring needs and recruiting processes vary by role, line of service and geography.

**American Red Cross Hiring Practices**

7. American Red Cross maintains written equal employment opportunity and anti-discrimination policies applicable to it's recruiting and hiring practices.
8. Recruiting and hiring decisions at the American Red Cross are made by human recruiters and hiring managers exercising independent judgment. No automated tool makes hiring decisions on American Red Cross behalf.
9. Recruiting processes may evolve over time and differ by role or business unit.

**American Red Cross Use of Workday**

10. I am informed and believe that American Red Cross has been identified as an employer that enabled certain Workday Recruiting features, including Candidate Skills Match ("CSM"), during the relevant period.

a. American Red Cross implemented Workday Recruiting as part of a system go-live in or around July 2016. As part of default or parent configurations settings, CSM was technically enabled on May 7, 2025.

11. Although CSM was technically enabled:
    a. Recruiters and hiring managers did not have security access to CSM outputs.
    b. Recruiters did not rely on the CSM recommendation. They viewed the recommendation in conjunction with the resume and application review.
    c. CSM was not used to automatically reject candidates or make hiring recommendations.

**<u>American Red Cross Relationship with Workday</u>**

12. I am informed and believe the one of the Plantiffs' allegations in theis case is that Workday acts as an agent of it's customers and that its customers delegate hiring functions to Workday.
13. Workday provides American Red Cross with recruiting software pursuant to a commercial agreement. Workday does not recruit, interview, screen, or hire candidates on American Red Cross behalf.
14. American Red Cross and it's employees are solely responsible for recruiting, screening, and hiring decisions.
15. Workday is not American Red Cross agent and neither Workday nor any of it's technology offering make decisions on behalf of American Red Cross.

**<u>Disposition of Individual Candidates</u>**

16. Candidate dispositions are determined by human decision-makers based on role-specific qualifications and business needs.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed in the District of Columbia on May 20, 2026.

*Charlene Santis*

Sr. Director, Talent Acquisition

American Red Cross