JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
LAUREN M. GOLDSMITH (STATE BAR NO. 293269)
lgoldsmith@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliottt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK L. MOBLEY, for and on behalf of himself and other persons similarly situated,

Plaintiff,

v.

WORKDAY, INC.,

Defendant.

Case No. 3:23-cv-00770-RFL

**DECLARATION OF FENWICK & WEST LLP IN SUPPORT OF DEFENDANT WORKDAY'S MOTION TO DECERTIFY AND OPPOSITION TO CLASS CERTIFICATION**

Complaint Filed: February 20, 2024

I, Sarah Burghardt, declare as follows:

1. I am the Director, People Operations at Fenwick & West LLP ("Fenwick" or "Firm").

2. I am submitting this declaration to provide information about Fenwick's relationship with Workday, Inc., and Fenwick's recruiting and hiring practices, including information regarding Fenwick's use of Candidate Skills Match ("CSM").

3. I have personal knowledge of the matters contained in this declaration. If called to testify as to the information in this declaration, I could do so competently.

**Background**

4. Fenwick is a leading law firm employing lawyers, patent agents, and other business professionals across the country. Fenwick advises clients at all stages in the technology and life sciences sectors. Fenwick employs more than 1,000 individuals across offices in Silicon Valley, San Francisco, Santa Monica, Seattle, New York, Boston, and Washington, D.C. who work across more than a dozen practice areas.

5. I am the Director, People Operations, at Fenwick and have been employed by the Firm since 2017. Among other things, I am responsible for setting up Fenwick's Workday recruiting platform to meet the needs of our recruiting processes for both attorneys and business professionals.

**Fenwick's Hiring Practices**

6. Fenwick is an equal opportunity employer that evaluates individuals for employment-related opportunities on the basis of their qualifications and without regard to any protected classification. Fenwick values creativity and innovative thinking and recognizes such innovation stems from our employees' unique backgrounds, culture, education, and professional and life experiences. Fenwick strives to cultivate a culture that welcomes, values, and supports the varied experiences and perspectives of its people for the betterment of its work product.

7. Fenwick's recruiting teams are comprised of approximately 10 recruiting experts who specialize in the recruitment of attorneys and business professionals. These teams are responsible for creating the job requisitions that detail the requirements of any open position and

identifying those candidates who meet the requirements of the role. The recruiting teams review all application information including, without limitation, information parsed from a candidate's resume, skills identified by the candidate as a part of the application process, answers to Fenwick's specific application questions, any uploaded resume, and any other documents provided by the candidate such as a cover letter or transcript. This information is reviewed by the recruiting teams to determine if the candidate meets the minimum qualifications for the role applied for.

8. At no time during the review process is any Artificial Intelligence, automation, or screening tools used to review any application materials. Any decisions about a candidate's eligibility for the role and whether the individual should be automatically dispositioned or advanced to the interview stage is determined solely by the recruiting teams.

## Fenwick's Use of Workday

9. I am informed and believe that Fenwick has been identified as an employer who uses Workday's CSM product.

10. Fenwick first accessed Workday's CSM features in January 2025. Fenwick's use of CSM, however, is limited. Fenwick does not use the AI resume screening features or any functionality that provides automated rejection of resumes. Rather, Fenwick's use is limited to a feature that displays information input by the candidate during the application process.

11. There is no scoring associated with Fenwick's use of the CSM; no specific screening that is done with this information; and no automation is applied.

12. The recruiting teams who view the candidate grid simply see the information that is input by the candidate (e.g., name, contact information, skills, work experience, etc.) and make a determination on the next steps for the candidate.

13. The CSM does not in any way automatically move a candidate to another step of the application process or make any decision regarding the candidate.

## Fenwick's Relationship with Workday

14. The Firm understands that one of Plaintiffs' allegations in this case is that Workday is an agent of its customers and that its customers delegate hiring functions to Workday. This is not correct with respect to Fenwick.

15. Fenwick and its employees make decisions about Fenwick's recruiting, screening, and hiring. While Fenwick contracts with Workday for the provision of certain software and may consult Workday for assistance concerning such software occasionally when questions arise, Fenwick does not outsource hiring to Workday.

16. Workday is not Fenwick's agent and neither Workday nor any of its technology offerings make decisions on behalf of Fenwick.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 21, 2026 in San Francisco, CA.

Dated: 10/21/2026 [signature]