JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ALEXANDRIA R. ELLIOTT (STATE BAR NO. 320293)
aelliott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK L. MOBLEY; FAITHLINH ROWE; JILL E. HUGHES; AND SHEILAH JOHNSON-ROCHA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC.,<br><br>Defendant. | Case No. 3:23-cv-00770-RFL<br><br>**DECLARATION OF UPS, INC. IN SUPPORT OF DEFENDANT WORKDAY'S MOTION TO DECERTIFY AND OPPOSITION TO CLASS CERTIFICATION**<br><br>Courtroom: 4 (17th Floor)<br>Judge: Hon. Rita F. Lin<br><br>TAC Filed: July 10, 2026 |

I, Laura Hollyfield, declare as follows:

1. I am the Global Sourcing, Recruiting, & Onboarding Director at UPS, Inc. ("UPS"). I submit this declaration on behalf of UPS in support of Workday, Inc.'s ("Workday") Motion to Decertify the Conditionally Certified Collective and Opposition to Plaintiff's Motion for Class Certification.

2. The purpose of this declaration is to provide further details surrounding UPS's recruiting and hiring practices, UPS's relationship with Workday, and UPS's hiring decisions with regards to Remicha Nelson of Union City, Georgia and Illiana Murray of Coral Springs, Florida.

3. I have personal knowledge of the matters contained in this declaration. If called to testify to the information contained in this declaration, I could do so competently.

**Employment and Tenure at UPS**

4. As stated above, I am the Global Sourcing, Recruiting, & Onboarding Director at UPS. I have held this role since 2018. As Director of Global Sourcing, Recruiting, & Onboarding, I oversee UPS's recruiting strategy, recruiting operations, and have visibility into UPS's use of recruiting technology, including Workday Recruiting.

5. UPS is a premier package delivery company headquartered in Sandy Springs, Georgia.

6. UPS employs a diverse workforce of approximately 460,000 employees globally, across diverse business units and locations.

**UPS Hiring Practices**

7. UPS has a dedicated Human Resources Department that oversees UPS's hiring and recruiting practices in the United States.

8. UPS maintains written equal employment opportunity and anti-discrimination policies applicable to its recruiting and hiring practices.

9. UPS hiring decisions are made by human hiring managers that exercise independent judgment in accordance with the job specifications, and applicants' relevant experience.

10. UPS does not currently use, nor has it ever used, AI to make hiring decisions in the United States.

**UPS's Use of Workday**

11. UPS uses Workday Recruiting as part of its human capital management system.

12. Workday does not, nor has it ever, recruited, interviewed, screened, or hired candidates on UPS's behalf.

13. Workday is not, nor has it ever been, an agent of UPS, and neither Workday nor any of its technology offerings make hiring decisions on UPS's behalf in the United States.

**Remicha Nelson's UPS Applications**

14. I have reviewed the UPS Workday Recruiting records for Remicha Nelson ("Ms. Nelson") of Union City, Georgia, who I understand submitted a declaration in the above-captioned litigation.

15. Ms. Nelson submitted four (4) applications for employment at UPS.

16. All four of Ms. Nelson's applications were dispositioned by human decision-makers at UPS:

a. For Ms. Nelson's February 16, 2025 application for Supplier Management Service Representative, Ms. Nelson's application was rejected for not being minimally qualified for the position after a review of her resume and relevant experience.

b. For Ms. Nelson's March 2, 2025 application for Customs Brokerage Representative, Ms. Nelson's application was rejected as the position was filled.

c. For Ms. Nelson's April 23, 2025 application for Customs Brokerage Representative, Ms. Nelson's application was rejected as the position was filled.

d. For Ms. Nelson's June 29, 2026 application for Customs Brokerage Representative, Ms. Nelson's application was rejected as the position was filled.

**Illiana Murray's UPS Applications**

17. I have reviewed the UPS Workday Recruiting records for Illiana Murray ("Ms. Murray") of Coral Springs, Florida, who I understand submitted a declaration in the above-captioned litigation.

18. Ms. Murray submitted one application for employment at UPS.

19. Ms. Murray's application was dispositioned by a human decision-maker at UPS: specifically, Ms. Murray's October 22, 2025 application for Senior Project Coordination Analyst was rejected as Ms. Murray was determined to not be a top candidate for the role after review of her resume and relevant experience.

I submit this declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of October, 2026 in Alpharetta, Georgia.

/s/ *Laura Hollyfield*
Laura Hollyfield
UPS Global Sourcing, Recruiting, & Onboarding Director